**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 8 / 28 /2015

Case: _Jingrong v. Chinese Anti-Cult World alliance_

Civ. A. 15-1046 ( SLT )(VMS)

**ECF Recording in 504N:**   ☑ Telephone Conference   ☐ In-person Conference

9:34 - 10:13

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☑ Initial Conference ☑ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference
Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record   _____

☑ Rule 26(a) disclosures, incl. supplements   10/30/15
☑ Document requests to be served   11/30/15   responses due 1/29/16
☑ Interrogatories to be served   11/30/15   responses due 2/26/16
☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
   ☑ Complaint ☐ Answer   ☐ On consent ☐ By motion ☑ By PMC letter 3/11/16
☐ Joint status letter to be filed

☑ Status conference   Date: 12/18/15 Time: 3:30 pm.
   ☐ In person ☑ Telephone (718) 613-2300   To be organized by: —

☐ Specific depositions to be held   _____
☑ Fact discovery closes   6/3/16   including 3d party discovery
☑ Expert disclosures to be served   5/6/16
☑ Initial expert report(s) to be served   7/8/16
☑ Rebuttal expert report(s) to be served   8/8/16
☑ Expert discovery closes   8/29/16
☑ All discovery closes   8/29/16
☑ Joint letter confirming discovery is concluded   9/2/16
☑ Summary judgment to be initiated   ☑ PMC letter ☐ Briefing   10/3/16
☑ Joint pre-trial order to be filed   ☑ Letter for conference ☑ Proposed JPTO 10/3/16
☐ Proposed confidentiality order to be filed   _____
☐ Consent to Magistrate Judge to be filed   _____

☐ Settlement Conference   Date:   Time:

Page 1 of 1

No extensions absent good cause.