UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng, ZHANG Cuiping, WEI Min, LO Kitsuen, LI Xiurong, CAO Lijun, HU Yang, GAO Jinying, CUI Lina, XU Ting, and BIAN Hexiang,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Chinese Anti-Cult World Alliance (CACWA), Michael CHU, LI Huahong, WAN Hongjuan, ZHU Zirou, & DOES 1-5 Inclusive,<br><br>　　　　Defendants. | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>No. 15-CV-1046 (SLT) (VMS) |

　　　　PLEASE TAKE NOTICE that upon the Plaintiffs' Local Civil Rule 56.1 Statement, Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, Declaration of Terri Marsh in Support of Plaintiffs' Motion for Partial Summary Judgment, and exhibits annexed thereto, Plaintiffs will move this Court before the Honorable Sandra L. Townes, at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be determined by the Court, for partial summary judgment on the issue and claims set forth in the supporting papers, and for any further relief the Court deems just and proper.

Dated:　New York, New York
　　　　　November 13, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Terri E. Marsh
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Terri E. Marsh

TO: Tom M. Fini
Catafago Fini LLP
The Empire State Building
350 Fifth Avenue, Suite 7710
New York, NY 10118

Edmond Wong
Law Offices of Edmond Wong
118-21 Queens Boulevard, Suite 516
Forest Hills, NY 11375