**EXHIBIT 1 – DEPOSITION OF YANG HU**

Page 1

```
 1
 2               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK
 3
    ZHANG Jingrong, ZHOU Yanhua, ZHANG )
 4  Peng, ZHANG Cuiping, WEI Min, LO    )
    Kitsuen, CAO Lijun, HU Yang, GUO    )
 5  Xiaofang, GAO Jinying, CUI Lina,    )
    XU Ting, BIAN Hexiang,              )      INDEX NO.
 6                                      )      15 CV 1046
                         Plaintiffs,   )      (SLT)(VMS)
 7                                      )
         -  against  -                  )
 8                                      )
    Chinese Anti-Cult World Alliance    )
 9  (CACWA), Michael CHU, LI Huahong,   )
    WAN Hongjuan, ZHU Zirou, and DOES   )
10  1-5 Inclusive,                      )
                                        )
11                       Defendants.    )
                         _____)
12
13
14                         1250 Broadway
                           New York, New York
15
                           June 24, 2016
16                         9:47 a.m.
17
18        Videotaped deposition of the Plaintiff
19    YANG HU, held at the offices of VERITEXT LEGAL
20    SOLUTIONS, pursuant to Notice, before LINDA
21    DEVECKA, a Notary Public of the State of New
22    York.
23
24
25
```

Page 2

1
2 A P P E A R A N C E S :
3
4     HUMAN RIGHTS LAW FOUNDATION
5     Attorneys for Plaintiffs
6         1615 L Street, NW, Suite 1100
7         Washington, D.C.  20036
8     BY:  TERRI MARSH, ESQ.
9
10
11    CATAFAGO FINI LLP
12    Attorneys for Defendants Chinese Anti-Cult World
13    Alliance, Michael Chu, Li Huahong and Zhu Zirou
14        The Empire State Building
15        350 Fifth Avenue, Suite 7412
16        New York, New York  10118
17    BY:  TOM M. FINI, ESQ.
18
19
20 ALSO PRESENT:
21    ARTHUR KWOK, MANDARIN INTERPRETER
22    ROBERT BENIMOFF, VIDEOGRAPHER
23    DANA CHENG, MANDARIN INTERPRETER
24
25        - o0o -

Page 3

1
2        IT IS HEREBY STIPULATED AND AGREED, by
3  and among counsel for the respective
4  parties hereto, that the filing, sealing and
5  certification of the within deposition shall be
6  and the same are hereby waived;
7        IT IS FURTHER STIPULATED AND AGREED
8  that all objections, except as to the form of
9  the question, shall be reserved to the time
10 of the trial;
11       IT IS FURTHER STIPULATED AND AGREED
12 that the within deposition may be signed
13 before any Notary Public with the same
14 force and effect as if signed and sworn to
15 before the Court.
16
17        - o0o -
18
19
20
21
22
23
24
25

Page 4

1
2        THE VIDEOGRAPHER:  We are on the record.
3  Please note that the microphones are sensitive
4  and may pick up whispering and private
5  conversations.  Please turn off all cell phones
6  or place them away from the microphones as they
7  can interfere with the deposition audio.
8  Recording will continue until all parties agree
9  to go off the record.
10       My name is Robert Benimoff representing
11 Veritext.  The date today is June 24th, 2016.
12 The time is approximately 9:47 a.m.  This
13 deposition is being held at Veritext, located at
14 1250 Broadway, New York, New York.  It's being
15 taken by counsel for the defendant.  The caption
16 of this case is Zhang Jingrong, et al. versus
17 Chinese Anti-Cult World Alliance, et al.  The
18 case is filed in the United States District
19 Court, Eastern District of New York.  Case
20 number 15 CV 1046.  The name of the witness is
21 Yang Hu.
22       At this time the attorneys present in the
23 room will identify themselves and the parties
24 they represent.  Afterwards, the court reporter,
25 Linda Devecka, representing Veritext, will swear

Page 5

1
2  in the witness and then we can proceed.
3        Counsel, introduce yourselves, please.
4        MR. FINI:  Tom Fini for the defendants.
5        MS. MARSH:  Terri Marsh for the
6  plaintiffs.
7 A R T H U R   K W O K , an interpreter,
8     having been duly sworn by a Notary Public,
9     translated as follows:
10 Y A N G   H U , called as a witness,
11    having been duly sworn through the interpreter
12    by a Notary Public, was examined and testified
13    as follows:
14 EXAMINATION BY
15 MR. FINI:
16    Q.   Good morning.
17    A.   Good morning.
18    Q.   Because I would like to address you with
19 respect, I want to know if it's okay if I call you
20 Mr. Hu.
21    A.   Yes.
22    Q.   First I would like to say that because the
23 plaintiffs started this lawsuit, my job is to defend
24 my clients in this lawsuit.  My job is to ask you
25 questions to get the facts.  I am not in any way

2 (Pages 2 - 5)

Page 50

Hu

1
2  alongside where he is walking and they talk about
3  disagreements they have with him.
4      A.   So, my understanding is that would be
5  peaceful suppression. I feel that the words are
6  contradictory.
7      Q.   After you appeared with thousands of
8  people in the public, did you do something like that
9  again? What did you do with your Falun Gong beliefs
10 after that?
11     A.   Like what? What act?
12     Q.   You are sitting in this room with me now
13 in New York in a lawsuit about you being Falun Gong,
14 and you told me a situation where you were detained
15 for an afternoon, and between now and the time we
16 leave today I am going to get your story. Somehow
17 you got to the United States, and for some of the
18 plaintiffs the way they got here and are staying here
19 is because of the fact that they are Falun Gong and
20 they have asylum. I don't know your story. I am not
21 a mind reader. I am asking you to tell your story.
22         After that afternoon, what happened next
23 with respect to Falun Gong and how you got to the
24 United States?
25     A.   After that day, we lost our right to be in

Page 51

Hu

1
2  public in those environments.
3      Q.   So did you practice Falun Gong in private?
4      A.   Correct. So each one of us practiced at
5  home individually and learned the way.
6      Q.   In 1999 how old were you?
7      A.   20.
8      Q.   In 1999 when you were 20 years old, had
9  you visited the United States?
10     A.   No.
11     Q.   Had you ever been arrested other than for
12 that incident where you appeared in public with the
13 thousands of people?
14     A.   Yes. Sometime in the summer of '08. I
15 don't remember exactly.
16     Q.   In 2008 you were arrested in China again?
17     A.   Yes. No, I was illegally taken away that
18 day.
19     Q.   Who were you taken away by?
20     A.   A so-called national security group from
21 Dalian. Some kind of group.
22     Q.   Where did they find you?
23     A.   At home.
24     Q.   They knocked on the door?
25     A.   Banged on the door.

Page 52

Hu

1
2      Q.   Someone opened the door?
3      A.   Yes.
4      Q.   And what happened?
5      A.   Well, there were ten-plus policemen. At
6  the time I didn't see any so-called search warrants
7  or anything like that. And after they came in, they
8  were looking all over the place, including all the
9  drawers, under the bed, in the chest. My daughter
10 was one-year-old at that time. And my daughter was
11 crying, was scared by the situation where they were
12 banging on the door, knocking down the doors.
13         At the time the police found some
14 literature related to Dafa. A notebook computer. A
15 small DVD, mini DVD players, and some material that
16 relates to the truth of why Falun Gong was being
17 persecuted, and also some unused A4 white paper.
18     Q.   What was the truth about why Falun Gong
19 was being persecuted?
20     A.   In China we are forbidden to practice
21 Falun Gong.
22     Q.   Right, but you said there was literature
23 that they found that talked about the truth about why
24 you were being persecuted.
25     A.   Yes.

Page 53

Hu

1
2      Q.   What did that literature say?
3      A.   It talked about the truth of why the Falun
4  Gong were being persecuted.
5      Q.   What was that truth?
6      A.   Well, at the time the communist party says
7  that practitioners of Falun Gong was burning
8  themselves in front of Tiananmen Square, but we all
9  know that all that are not true. It was completely
10 planned by the communist from day one.
11     Q.   How do you know that for sure?
12     A.   Everybody all over the world who knows
13 about the Tiananmen Square self-immolation incident
14 knows that it's not true.
15     Q.   Here is the problem. I wasn't there. So
16 I understand the possibility that the government
17 staged it or made it up, but I also admit that since
18 I wasn't there, maybe there was a crazy person who
19 lit themselves on fire. Because I wasn't there, I
20 admit I don't know.
21         Now, you may have a feeling. You may have
22 a feeling that it seems unlikely, but what I am
23 asking you, how do you know for sure what happened?
24     A.   So let me explain that. First of all, I
25 just want to say that this so-called Falun Gong

14 (Pages 50 - 53)

Page 54

1    Hu
2  practitioner who was burning him or herself, first of
3  all, I do not admit that he was actually a Falun Gong
4  member.
5       Q.   Do you know either way whether he was
6  really Falun Gong?  Do you know for sure either way?
7       A.   I can't be sure that he was not.
8       Q.   Did you meet him or her?
9       A.   If in fact that person is a true Falun
10  Gong practitioner that person would do and act
11  according to what my master/teacher had wrote in his
12  literature.
13       Q.   But now this is where it gets tricky,
14  because there are some Islamic believers who become
15  terrorists and there are some Islamic believers who
16  don't become terrorists.  The ones who are terrorists
17  would say don't tell me I am not Islamic, I am
18  Islamic.
19          How do you know they didn't purport and
20  say I am Falun Gong?  How do you know whether or not
21  they said that?
22       A.   Let me continue.  I am not done.
23       Q.   Okay.
24       A.   If he is someone who actually really does
25  practice Falun Gong, he would have to act, first of

Page 55

1    Hu
2  all, according to what my master/teacher said.  In
3  the books my master/teacher clearly states we cannot
4  kill ourselves.  We cannot commit suicide.
5       Q.   What about if the person said I am Falun
6  Gong, and the government saw that and was worried
7  about that?
8       A.   I am still not done.  Can I continue?
9       Q.   Okay.
10       A.   And there are lots of suspicious points in
11  terms of this self-immolation incident.  First of
12  all, this guy was sitting there.  He was sitting
13  there.  At in between his legs are a bottle that
14  contained gasoline, according to him.  And it is a 2
15  liter Sprite -- green colored Sprite soda bottle.
16  And everybody knows with commonsense once you light
17  that up, he would be the first person to be lit up.
18  But when the picture came out, the bottle looked
19  completely unharmed, unbroken.  And also this person
20  who was supposedly burning himself, his hair was in
21  good condition.
22          So supposedly this person was burning
23  himself or self-immolation, and he light the fire and
24  immediately someone came with a fire extinguisher.
25  So I have a question, and I want to know what

Page 56

1    Hu
2  policeman from what country would walk around with a
3  fire extinguisher.  And besides, at the time he had a
4  fire retardant blanket on him.  I want to know what
5  policeman from what country will walk around a beat
6  with a fire retardant blanket and fire extinguisher.
7  And besides, the way he crossed his leg is completely
8  different from the way that our master/teacher taught
9  us to do.
10          Right now there's a film called Fabricated
11  or Fake Fire.  It received a prestigious award
12  recently.  It was about the self-immolation.  You can
13  look it up.
14          Do I need to explain more about it?
15       Q.   No.
16          You said you got arrested again?
17       A.   Yes.
18       Q.   They came in and they detained you?
19       A.   Well, after they found all this material
20  they wanted me to help in their investigation.
21  Initially that's what they said.  But at the time I
22  didn't feel like I had done anything wrong.  Because
23  they handcuffed me.  And they took me to a detention
24  center.  So they took me to a police station called
25  Ga Zhen Bu police station.

Page 57

1    Hu
2       Q.   What city is that in?
3       A.   Dalian.
4       Q.   How long were you there?
5       A.   From 10 p.m. until about 4:00 p.m. the
6  next day.
7       Q.   You were released?
8       A.   No.  I was mistreated unjustly during that
9  period.
10       Q.   No.  At 4:00 p.m. were you released?
11       A.   Yes.
12       Q.   Then you went back home?
13       A.   So you don't need me to describe what
14  happened in between?
15       Q.   I may, but I get to ask the questions.
16          So after you left, what happened then?
17       A.   Under the circumstances where they
18  couldn't find anything that I did wrong, they had to
19  let me go.
20       Q.   Could you just briefly tell us what
21  happened when you were there?  Did they hit you?
22       A.   Yes.
23       Q.   Can you just briefly describe that?
24       A.   Well, first of all, they kick and fist me.
25  And in between the first and second hour of the

15 (Pages 54 - 57)

Hu

1    Hu
2  beating, my nose was bleeding non-stop. No one asked
3  me about it at all. So that's merely my physical
4  suffering at the time. But my mental suffering went
5  way beyond that. And I did not mention my mom. I
6  just want to say before all that, they also
7  illegally, forcefully detained and took my mom away.
8       At the time they took me into the police
9  station, I was locked up on the second floor. They
10 locked my mom up on the third floor. During the
11 interrogation of me they couldn't get any valuable
12 answers that they were looking for. They then took
13 me to the same room that they locked my mom in, and
14 they tortured my mom. And I had to observe on the
15 side.
16    Q.    What did they do to her?
17    A.    They hit her with a stick with the rubber
18 or plastic outside about that (indicating) size, that
19 dimension. And they hit her without visible wounds
20 but with bruises. And they banged on her face around
21 her teeth. Kept banging, kept banging like that
22 (indicating). And my mom's hands were locked in the
23 back like this (indicating). And then one of the
24 policeman flipped her hand over like that
25 (indicating.) Just talking about it may not seem

Hu

1    Hu
2  extraordinary but, Attorney, maybe you can try if you
3  want that position. And also my mom was sitting on
4  an iron chair, and they used electric rods to hit the
5  chair. And they allowed me to watch right next to
6  her. There was no way for me to avoid it. I had to
7  watch under the circumstances.
8    Q.    I understand.
9       Do you know that Michael Chu is a
10 defendant in this case?
11    A.    Are you talking about Zhu Lichuang?
12    Q.    Yes. Do you know that he is also called
13 Michael Chu?
14    A.    I heard about it. However, normally I
15 call him Zhu Lichuang.
16    Q.    For the purposes of this deposition since
17 your Complaint calls him Michael Chu, is it okay if I
18 call him Michael Chu?
19    A.    Yes.
20    Q.    Have you ever seen Michael Chu?
21    A.    Yes. Quite a few times. Many times.
22    Q.    Did you know that Michael Chu gave a
23 deposition in this case?
24    A.    He provided testimony to whom?
25    Q.    Exactly like you are doing, he answered

Hu

1    Hu
2  questions that Ms. Marsh asked him.
3    A.    Yes, I know.
4    Q.    Have you read the transcript?
5    A.    Do you mean the testimony of Michael Chu?
6    Q.    Yes.
7    A.    No, I did not. But I do know that I am
8  suing him. That I know.
9    Q.    Are you curious to know what he testified?
10    A.    I believe it's up to my attorney.
11 Actually, as a complainant, I am not really
12 interested in his testimony.
13    Q.    What about if I told you that he testified
14 that he believes that it is wrong for anyone in any
15 country to be arrested by a government just for their
16 belief, including Falun Gong?
17    A.    Are you saying that it would be wrong for
18 someone -- for some country, any country, to arrest
19 someone for their belief?
20    Q.    Given what you just described with you and
21 your mother, Michael Chu's testimony under oath was
22 that he would never approve of such terrible actions
23 by a government. Michael Chu believes you have a
24 right to believe Falun Gong and not be arrested just
25 because you believe in Falun Gong.

Hu

1    Hu
2       Do you understand that?
3    A.    I do understand. However, I don't believe
4  what he said.
5    Q.    What about if I wanted, me, if I wanted to
6  tell you that I am very sorry about what happened to
7  you and your mother, but I disagree with some of the
8  ideas of Falun Gong, do you understand the idea that
9  I could feel bad about what happened to you but still
10 say I disagree?
11    A.    Would that be your feeling or is that
12 Michael Chu's feeling?
13    Q.    Let's assume it's Michael Chu's feeling.
14 If he says to you I don't want violence, but I really
15 think you are a cult.
16    A.    Full stop?
17    Q.    If he says I think you should not face
18 violence, I am sorry about what happened with you and
19 your mother, but I still think you are a cult, is he
20 allowed to say that?
21    A.    Well, maybe it comes across as impolite,
22 but I want to ask, is Michael Chu in his right mind?
23    Q.    Well, Michael Chu has given testimony in
24 this case and he would be happy to enter into a
25 public agreement with Falun Gong that there should

16 (Pages 58 - 61)

Page 86

Hu

1
2    A.    Epoch Time, yes, I have, up here.
3    Q.    How many articles?
4    A.    I would say at least a few.
5    Q.    What was it about; what was the topic?
6    A.    At the time there was an article about me
7    being attacked by Hongjuan Wan.
8    Q.    Is that person a defendant in this case?
9    A.    Yes, one of the defendants.
10    Q.    Any other articles other than the ones you
11    just mentioned?
12    A.    Shortly after I arrived there was another
13    interview of me about my practice of Falun Gong in
14    China.
15    Q.    Do you have copies of those articles?
16    A.    No.
17    Q.    You applied for asylum here in the United
18    States?
19    A.    Yes.
20    Q.    Did you use a lawyer?
21    A.    I don't have an attorney now.
22    Q.    I didn't ask that. I asked when you
23    applied for asylum, did you use an attorney?
24    A.    I just remember my mom told me that she
25    utilized the service of an interpreter to express

Page 87

Hu

1
2    what she wanted to tell them; what the interviewer
3    wanted to know.
4    Q.    So is the answer to my question "no"?
5    A.    No attorney.
6    Q.    Did you have somebody who supported your
7    application for asylum, who wrote something in your
8    favor?
9         MS. MARSH:  Objection.
10    A.    Recommendation letter, no.
11    Q.    What was the basis for your seeking asylum
12    that you put in the application?
13    A.    Lack of a normal route going back to
14    China.
15    Q.    When were you granted asylum status?
16    A.    Not yet granted.
17    Q.    It's pending?
18    A.    Yes.
19    Q.    When was the first time that you spoke to
20    anybody about this lawsuit?
21    A.    Timing-wise, a long, long time ago.
22    Q.    Who is the first person you spoke to about
23    bringing this lawsuit?
24    A.    Someone named Michael at one of our
25    inquiry spiritual centers.

Page 88

Hu

1
2    Q.    What did he say?
3    A.    To bring this to court and to resolve this
4    through normal legal steps.
5    Q.    Why would that person, when they were
6    talking to you, think that you would have to go to
7    court?
8    A.    Because at the time I did call the police,
9    and besides, he attacked me personally.
10    Q.    He or she, a woman or a man?
11    A.    I meant Wan Hongjuan.
12    Q.    Who is a woman, correct?
13    A.    Yes.
14    Q.    What was the date of the first incident
15    that you are suing over? What was the date that that
16    happened?
17    A.    July 21st, 2014.
18    Q.    Where were you ten minutes before the
19    incident happened?
20    A.    Standing near the truth table or behind it
21    or around it.
22    Q.    Was it on Main Street?
23    A.    At the subway entrance, Roosevelt and some
24    other intersecting street.
25    Q.    What were you doing there?

Page 89

Hu

1
2    A.    Handing out our pamphlet fliers.
3    Q.    How many people were there?
4    A.    It includes Auntie Gao, G-a-o.
5    Q.    I said how many people were there? How
6    many people were at the location?
7    A.    How many of us or how many pedestrians?
8         MR. FINI:  That's a very fair
9    clarification. I should have asked a better
10    question. That's a good point. You will make a
11    good lawyer one day.
12         THE WITNESS:  I think my age might have
13    passed my prime. But thank you, anyway.
14    Q.    I am going to ask a better question now.
15         How many Falun Gong people were at the
16    location you were at?
17    A.    Should be between three or four.
18    Q.    You were handing out pamphlets?
19    A.    Yes.
20         MR. FINI:  I am going to hand you a blank
21    piece of paper. No one is going to grade you.
22    I just would like you to draw a diagram like of
23    the street so I can picture the street where you
24    were standing, where the cars are and where the
25    sidewalk is and where you are.

23 (Pages 86 - 89)

**Page 98**

```
                    Hu
1                   Hu
2    A.   Well, this (indicating) is the table and
3  the table is facing me.  She was facing the table, so
4  I was of course behind her.
5    Q.   Could you draw that on the diagram just so
6  I can picture it; on that piece of paper.  Please
7  draw an X where you were and a Y where she was.
8  Actually because of the chromosomes, draw a Y where
9  you were and an X where she was.
10       THE WITNESS:  So I am Y?
11       MR. FINI:  Yes.
12       THE WITNESS:  Here (indicating).  That's
13   the table here (indicating).
14    Q.   She was facing the table?
15    A.   Yes.
16    Q.   And you were handing out fliers here
17 (indicating)?
18    A.   Yes.
19    Q.   Is there a table next to you here
20 (indicating)?
21    A.   No.
22    Q.   Then people walk by here (indicating)?
23    A.   Yes.
24    Q.   And then she walked by?
25    A.   Wan Hongjuan?
```

**Page 99**

```
1                   Hu
2    Q.   Yes.
3    A.   The second time she passed by she stopped
4  for a little while in front of the table.
5    Q.   What did she say the second time?
6    A.   Also generally the same thing, that "You
7  guys are defrauding American government's money."
8    Q.   Before you met her, did you ever run into
9  some people, they seem loud and annoying and they say
10 some silly things, but if you ignore them, you know
11 they are not really going to be able to hurt you.
12       Do you know what I mean?
13    A.   I do know what you mean.
14    Q.   You seem to me very energetic, smart,
15 sharp.  I have seen pictures of Wan.  She seems slow
16 and I could picture her walking by like slow.  That's
17 the sense from pictures I get.
18       Am I getting the right sense from the
19 pictures that you are much more energetic than she
20 is?
21    A.   Well, not really.  If you compare her at
22 the time, she seems to be quite energetic herself.  I
23 don't know if you can imagine someone's eyes full of
24 bloodshot veins.  Her saliva was spitting out in
25 every direction.  I don't think I am much more
```

**Page 100**

```
1                   Hu
2  energetic than her.
3    Q.   I have seen people in the street sometimes
4  and they are talking loud and annoying, but I know
5  that I could outrun them and I am not really afraid.
6  They are just really more annoying.
7       Do you know what I mean?
8    A.   I don't think that description could be
9  connected to what happened to me that day.
10    Q.   I am just asking.  I am asking because she
11 seems from the photos like you might say, wow, she is
12 annoying but I am not really worried about truly
13 getting hurt.
14    A.   Well, why did I mention the other day?
15 Because the other day she already knocked over one of
16 our tables.  And that's the reason why all of a
17 sudden I became nervous.
18    Q.   I understand, but you can be nervous that
19 someone is going to do something really annoying and
20 you are nervous that you are going to have to deal
21 with nonsense on the one hand, and on the other hand
22 you can have a real fear that you can really get
23 hurt.  Those are two different feelings.
24       Were you truly afraid for your bodily
25 safety or was it more that she is just really, really
```

**Page 101**

```
1                   Hu
2  annoying?
3    A.   Well, I was afraid what happened
4  previously would repeat itself because she already
5  knocked over one of our tables.
6    Q.   Right, so you were more worried about
7  there being a disruption of your tables as opposed to
8  something was really going to happen to your body,
9  correct?
10    A.   My understanding is that she had verbal
11 and physical altercations with Falun Gong believers
12 in the past.
13    Q.   But nobody went to the hospital or had any
14 serious injuries, correct?
15    A.   I don't agree with the fact that just
16 because somebody didn't go to the hospital that
17 someone's actions should not be punished or be
18 reported to the police.
19    Q.   But that's not what I asked you.
20       I am asking you, in your mind you never
21 heard about anybody suffering any serious bodily
22 injury from her, correct?
23    A.   Well, someone was hurt.  However, I am not
24 sure about the degree of the damage.  However, in my
25 mind I believe this person is dangerous.  Violent
```

26 (Pages 98 - 101)

Page 106

Hu

1
2 pets in the west, but because she used the word
3 "dog," if I was not a Falun Gong practitioner, I
4 wouldn't dare to imagine what my response would be.
5 So in China that is something that is a huge insult.
6 An insult on someone's moral character. It's a
7 highly insulting word.
8    Q.  What happened next?
9    A.  And then she pointed at each person and
10 cursed at them, and then --
11    Q.  What is the curse?
12    A.  I don't remember each exact word, but just
13 cursing words.
14    Q.  I appreciate that. You are being very
15 precise. Thank you.
16         What is the next thing you remember?
17    A.  Then she noticed that I was taking videos
18 of her with my cell phone. And when she discovered
19 that, she attempted to take my phone away from my
20 hand.
21    Q.  I want you to exactly describe that and
22 show me on the diagram where are you two at that
23 moment when she tries to take the phone. Now do
24 letters A and B.
25    A.  Well, if I was A, then I have never left

Page 107

Hu

1 my original spot. I was still there.
2    Q.  I understand. So what happened?
3    A.  And after she discovered me, she came in
4 front of me.
5    Q.  So she comes from over there by the table
6 and starts to come to you?
7    A.  Yes.
8    Q.  What happened next?
9    A.  She attempted to grab my phone. And then
10 I raised the phone above my head.
11    Q.  Are you taller than her?
12    A.  I am slightly taller than her.
13    Q.  You are faster than her, right?
14    A.  Well, I didn't run at the time, but if I
15 did, I think I would be faster.
16    Q.  From the pictures I can tell you you would
17 be faster.
18         So you held the phone up and then what
19 happened?
20    A.  And then she grabbed my arm right here
21 (indicating).
22    Q.  She reached up while your hands were up?
23    A.  Yes.
24    Q.  And she grabbed your arm where?

Page 108

Hu

1
2    A.  Right here (indicating).
3    Q.  And what happened?
4    A.  And attempted to grab my phone away.
5    Q.  And what happened?
6    A.  I then straightened up, raised my arm, and
7 bent back to try to avoid having my phone grabbed
8 away. And then she kicked me with her leg.
9    Q.  Where did she kick you?
10    A.  She kicked me here (indicating).
11       MR. FINI:  Let me see.
12       THE WITNESS:  Right here (indicating).
13    Q.  What kind of shoe was she wearing?
14    A.  Exercise or sports shoes.
15    Q.  So they were soft?
16    A.  It's a sneaker type.
17    Q.  It's softer than if I kick you with this
18 (indicating) shoe, right?
19    A.  Yes.
20    Q.  And she kicked you once?
21    A.  No.  Several times.
22    Q.  How many times exactly?
23    A.  Three or four.
24    Q.  Did you stand there and let her kick you
25 or did you step back a little bit?

Page 109

Hu

1
2       MS. MARSH:  Objection.
3    A.  I had nowhere to back up, nowhere to go.
4 I was on the edge of the sidewalk. Any more, I would
5 be on the street.
6    Q.  What did you do as she was doing that?
7    A.  There was just one thought in my mind at
8 the time. I did not want her to grab my phone away.
9    Q.  And then what happened?
10    A.  After she realized she couldn't grab my
11 phone away, she turned her attention to some other
12 person. Namely, Auntie Gao.
13    Q.  And what happened?
14    A.  Started cursing again. Until someone said
15 call the police.
16    Q.  The cursing, was it again along the lines
17 of "dog"?
18    A.  I don't remember that exactly. However,
19 before she started grabbing our phone or my phone she
20 did say and curse using the word "dog."
21    Q.  Someone said you were going to call the
22 police?  Someone said call the police?
23    A.  Yes.
24    Q.  Who said that?
25    A.  I don't recall.

28 (Pages 106 - 109)

Page 126

Hu

1
2  Q.  Okay.  Thank you.  I understand.
3      Could you describe the second incident
4  with Wan; the second incident that happened a few
5  days later?
6  A.  It was July 24th.  I was still standing in
7  the same area.
8  Q.  Was it the same area as that diagram?
9  A.  Yes.  I was still standing at the same
10 spot that I was at on the 21st.
11 Q.  And what happened?
12 A.  And then this time Wan Hongjuan was
13 walking and talking using words of threat.
14 Q.  What words?
15 A.  "You guys are less than dogs.  I am going
16 to choke you guys to death.  I am going to eliminate
17 you all."
18 Q.  Do you view her as a little bit crazy?
19 A.  No, I don't.
20 Q.  Did you ever meet somebody in the street,
21 let's say like a homeless person, who say crazy,
22 violent things but you are not really worried that
23 they can do anything to you?
24 A.  Obviously I do worry what Wan Hongjuan is
25 going to do to me.  If you said that she is not right

Page 127

Hu

1  in the head, then why wouldn't she say that Falun
2  Dafa is good.
3
4  Q.  Do you understand the idea of having
5  someone who is a loud mouth that says things but you
6  are not actually afraid, the same way you would be
7  afraid if you saw a mean looking guy with a gun?  My
8  question is:  Do you understand the idea of finding
9  someone insulting, saying terrible things, insulting,
10 but you are not actually afraid you are about to die?
11 Do you understand the difference between the ideas?
12 A.  But her words and actions really did make
13 me very nervous.
14 Q.  Very nervous, but not actually afraid you
15 were going to die?
16 A.  The language that she used made me feel
17 like they were the same language used to persecute us
18 by the communists.
19 Q.  But in the United States she has no power
20 to do that the way the communist government does.
21 A.  She kicked me on the 21st for no good
22 reason.
23 Q.  But the communist regime, you testified,
24 took you into custody, abused your mother with the
25 force of government.  That's much different than one

Page 128

Hu

1
2  foolish person walking up and down the street saying
3  mean things to you.
4  A.  The only thing I can say is is because we
5  are in America, in an American society.  If we are
6  all in China -- if we both are in China, I believe
7  that she would have kidnapped me, took me away, using
8  other people.
9  Q.  But since you are here, when you are
10 standing on Main Street, that's my point, aren't you
11 really viewing it more that she is really despicable
12 and filled with hate, but she is not going to be able
13 to actually do anything to you about it?
14 A.  I don't believe that she would avoid
15 taking action against me.
16 Q.  What was the exact word she used in that
17 second incident?
18 A.  I already said that before.  That we are
19 less than dogs.  "I am going to choke you to death.
20 I am going to finish you all."
21     My attorney can provide that video.
22 Q.  Was she looking at you?
23 A.  Her face was not facing me.
24 Q.  Who was she saying it to?
25 A.  She was walking and talking and pointing

Page 129

Hu

1
2  at the same time, and she stood in front of one of
3  our colleagues who was handing out fliers.  But no
4  need for me to go into detail because it's already
5  recorded in the video in detail.
6  Q.  But she wasn't saying it to you, though,
7  right?
8  A.  However, I have no idea whether when she
9  said "you guys," that includes me.
10 Q.  Were any of the other defendants there?
11 A.  A defendant.  No.
12 Q.  Do you have any personal knowledge that
13 Michael Chu told her to make those statements to you?
14 A.  I don't really know.
15 Q.  Do you have any personal knowledge that Li
16 Huahong told Wan to say those things to you?
17 A.  I don't know.
18 Q.  And the same question for Zhu Zirou, do
19 you have any personal knowledge that he told her to
20 say those things to you?
21 A.  I don't know.
22 Q.  Do you have any personal knowledge that
23 Michael Chu actually gets money from the communist
24 government in China to operate the anti-cult group?
25 A.  I don't really know.  Perhaps that's their

33 (Pages 126 - 129)

Page 142

Hu

1
2      A.   My sifu absolutely would not use those
3  type of words.  And that's why if you want to quote
4  my sifu, I would like to be quoted directly his
5  original words.
6          THE FINI:  We will in the trial.  In front
7      of the public we will.
8          MS. MARSH:  Objection.
9          THE FINI:  The aliens, biracial children
10     problem, different heavens for different races,
11     the fact that China -- Li Hongzhi's view that
12     China deserves the earthquakes to punish the
13     communist government.  We surely will talk about
14     all these things.
15         MS. MARSH:  Objection.
16     Q.   There are views that some people think are
17  very strange.
18         Do you know that Li Hongzhi believes that
19  the earth was destroyed 81 times?
20     A.   Never heard of it.
21     Q.   Do you know that Li Hongzhi thinks that
22  the earth was destroyed and there were some survivors
23  and they went to another planet and they came back
24  with alien technology?
25     A.   Never heard of that.

Page 143

Hu

1
2      Q.   What about the SARS epidemic, did you ever
3  see anything that you read or heard Li Hongzhi say
4  the SARS epidemic in China --
5          Do you know what the SARS epidemic was?
6      A.   Yes, I know about SARS.
7      Q.   Do you know that he said that that was the
8  first round of cleansing?
9      A.   No.
10     Q.   Do you know that he thinks that when
11  earthquakes and SARS happen to China, it's to punish
12  China for the Chinese government's bad acts; did you
13  know that?
14     A.   I have no idea that my sifu said things
15  like that.
16         MR. FINI:  Well, he did, and that's why
17     this whole idea that it's just about compassion
18     isn't true.
19         MS. MARSH:  Objection.
20         MR. FINI:  He has said such harsh things.
21         MS. MARSH:  Objection.
22         MR. FINI:  I am surprised that since you
23     read everything on the website that you don't
24     know because the official English translation
25     say these very things I am saying.

Page 144

Hu

1
2          THE WITNESS:  I don't understand English.
3      Whether the English translation was done
4      properly, I have no idea whether they were
5      actual translations of actual words by my sifu.
6      Q.   You don't think natural disasters -- you
7  haven't heard Li Hongzhi teach that natural disasters
8  that happen to areas of the world happen because of
9  karma?
10     A.   Karma, right?
11     Q.   Have you heard Li Hongzhi write or say
12  that when natural disasters like earthquakes happen
13  to areas of the world, it's because of bad karma?
14     A.   Well, it's not just him.  I mean, the
15  Dalai Lama, Tao, Buddhism, a lot of people had said
16  that all these bad things that happened was because
17  of karma.
18     Q.   But would they want innocent people to die
19  in the earthquake if the innocent people were nice
20  people?
21         MS. MARSH:  Objection.
22     A.   Who would be willing to say that?
23         MR. FINI:  We are taking a break.  Off the
24     record for a minute.
25         THE VIDEOGRAPHER:  We are now off the

Page 145

Hu

1
2  record at approximately 6:36.
3          (Recess.)
4          THE VIDEOGRAPHER:  We are back on the
5      record at approximately 6:39.
6      Q.   Sir, your lawyer produced this USB drive.
7  On the stick one file is called this (indicating).
8      A.   Okay.
9          MR. FINI:  It says "Hu Yang Incident
10     7/21/14."  I am going to push "Play."  I want
11     you to tell me if you recognize this.
12         (At this time the video was played.)
13     Q.   What was that?
14     A.   A video recording of the incident where I
15  was hit or struck.
16     Q.   Did you record that?
17     A.   Yes.
18     Q.   What did she say on that video?
19     A.   From what I could see, it looked like a
20  conversation between her and a pedestrian.
21     Q.   At the moment of that video, does she
22  approach you?
23     A.   She was rushing towards me.
24     Q.   Did she actually touch you?
25     A.   Yes.  She was grabbing my hand, as you can

37 (Pages 142 - 145)

Page 146

```
1              Hu
2  see.  It was not a clear recording.  I also said she
3  was striking -- she was hitting people.  And she was
4  ready to leave, and I said "Don't go.  Don't leave."
5      Q.   Why did you say "Don't leave"?
6      A.   She hit me.
7      Q.   Why did you want her to stay?
8      A.   I wanted the cops to show up and take care
9  of this.  I was attacked.
10     Q.   Remember earlier you said if you weren't
11 Falun Gong and she called you a dog, something else
12 would have happened?
13     A.   I did say that, yes.
14     Q.   What does that mean?  What would have
15 happened if you weren't Falun Gong?
16     A.   Well, I would have my own thoughts on
17 that, such as return verbally, shoot back.  Verbally
18 respond.
19     Q.   Just that?  Anything else?
20     A.   However, I already believe in Falun Gong,
21 so my sifu asks me to act according to truthfulness,
22 compassion, forbearance.
23          (At this time the video was played again.)
24     Q.   What did she say in that video?
25     A.   Well, I think the interpreter heard what
```

Page 147

```
1              Hu
2  she said as well.
3      Q.   I am not asking the interpreter.  He is
4  not a witness.
5      A.   Okay.  She said that "You guys are less
6  than dogs."  We are less than dogs.
7      Q.   She was pointing -- clearly she was
8  pointing to someone other than you, correct?
9      A.   Yes, but in her language she said "I am
10 going to finish you all.  I am going to strangle you
11 all."
12     Q.   But when she said "you," she was looking
13 at people, she wasn't looking at you, correct?
14     A.   I am not sure whether she saw me or not
15 because she came from the side of me.
16     Q.   But you would agree that in the video she
17 is clearly looking at someone other than you?
18     A.   However, I did also say that I don't know
19 whether her language of "you all" includes me.
20     Q.   Do you have any other videos?
21     A.   I do not.
22     Q.   Did you take any other videos?
23     A.   No.
24     Q.   Do you have any friends who are not Falun
25 Gong, other than your wife?
```

Page 148

```
1              Hu
2      A.   Yes.
3      Q.   Do any of your friends or anybody you know
4  ever say to you, you know, "Isn't Falun Gong a little
5  strange"?
6      A.   Never.
7      Q.   Do you have a wheel in your abdomen?
8      A.   What wheel?
9      Q.   There's no wheel in your abdomen; Falun
10 Gong, a wheel?
11     A.   Are you talking about Falun?
12     Q.   Yes.  What is Falun?
13     A.   Are we going to get into a study of this?
14 Are we having a conversation about this practice?
15     Q.   Is Falun a wheel?
16     A.   Our sifu told us this Falun exists in
17 another dimension.  So my sifu told us that the Falun
18 exists in another space, another dimension.  And in
19 fact, I do believe my body in that other dimension,
20 that other space, do have a Falun wheel in its
21 stomach, in my stomach.
22     Q.   Why do you believe that?
23     A.   Because while practicing our special
24 movement, one of the special movement exercise is to
25 move this wheel that's in our stomach.  And I can
```

Page 149

```
1              Hu
2  clearly feel that there's a -- that while I am
3  practicing the movement, I feel that wheel in my
4  stomach in reality actually is moving.
5      Q.   Would it be insulting to you if someone
6  like me said that that just sounds not scientific and
7  silly?
8      A.   I want to ask you a question.  If you can
9  not see air, yet you believe it, would that be funny?
10     Q.   But the reason I believe the things I
11 believe is because of empirical science, where
12 scientists prove it by showing it.  They prove it by
13 showing it with observation.  This wheel, Li Hongzhi
14 just says it.  What is his proof of this?
15     A.   To prove what?  Why would I care what
16 other people would or would not prove if in fact I
17 personally felt a little wheel in me turning.
18     Q.   Because if there's a little wheel in you
19 turning, why are all the scientists -- the brilliant
20 scientists, why can't we find the wheel?
21     A.   Can the scientists see the other
22 dimension, the other space?
23     Q.   I understand, but someone like me just
24 admits I don't know what is in the other dimension.
25 I don't see it.  Someone like you, because Li Hongzhi
```

**EXHIBIT 2 – DEPOSITION OF JINYING GAO**

Page 1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    INDEX NO. 15 CV 1046

5    ------------------------------------x

6    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

7    ZHANG Cuiping, WEI Min, LO Kitsuen, LI

8    Xiurong, CAO Lijun, HU Yang, GAO Jinying,

9    CUI LINA, XU Ting, and BIAN Hexiang,

10                       Plaintiffs,

11          - against -

12    Chinese Anti-Cult World Alliance (CACWA),

13    Michael CHU, LI Huahong,

14    WAN Hongjuan, ZHU Zirou, and DOES

15    1-5 Inclusive,

16                       Defendants.

17    -------------------------------------x

18              VIDEOTAPE DEPOSITION of the

19    Plaintiff JINYING GAO, held at the offices

20    of Beldock Levine Hoffman & Goodman, LLP,

21    pursuant to Notice, before Debbie

22    Zaromatidis, a Notary Public of the State

23    of New York.

24

25

Page 2

1
2 A P P E A R A N C E S:
3
4 HUMAN RIGHTS LAW FOUNDATION
5 Attorneys for Plaintiffs
6    1615 L Street, NW, Suite 1100
7    Washington, D.C. 20036
8 BY: TERRI MARSH, ESQ.
9
10 CATAFAGO FINI LLP
11 Attorneys for Defendants Chinese Anti-Cult
12 World Alliance, Michael Chu, Li Huahong
13 and Zhu Zirou
14    The Empire State Building
15    350 Fifth Avenue, Suite 7412
16    New York, New York 10118
17 BY: TOM M. FINI, ESQ.
18
19
20 ALSO PRESENT:
21 ARTHUR KWOK, MANDARIN INTERPRETER
22 DANA CHENG, MANDARIN INTERPRETER
23 JONATHAN POPHAM, Videographer
24
25

Page 3

1
2        THE VIDEOGRAPHER:  Good
3 morning.  We are now on the record.
4 Please note that the microphones are
5 sensitive and may pick up whispering and
6 private conversations.  Please turn off
7 all cell phones or place them away from
8 the microphones as they can interfere with
9 the deposition audio.  Recording will
10 continue until all parties agree to go off
11 the record.
12        My name is Christopher Hanlon
13 representing Veritext.  The date today is
14 August 11, 2016.  The time is
15 approximately 9:55 a.m.  This deposition
16 is being held at Beldock Levine & Hoffman
17 at 99 Park Avenue, New York, New York and
18 is being taken by counsel for the
19 defendants.  The caption in this case is
20 Zhang, et al. versus Chinese Anticult
21 Alliance, et al. being held in the U.S.
22 District Court, Eastern District of New
23 York, Case No. CV 151046.  The name of
24 the witness today is Ms. Gao Jinying.
25        At this time I would please ask

Page 4

1        GAO
2 counsel to state your appearances for the
3 record.
4        MR. FINI:  Tom Fini for the
5 defendants.
6        MS. MARSH:  Terri Marsh for
7 Jinying Gao.
8        MR. MOSKOVITZ:  Joshua Moskovitz
9 for the plaintiffs.
10        THE VIDEOGRAPHER:  Thank you.
11 Our court reporter Debbie Zaromatidis will
12 swear in our witness and the interpreter,
13 and we can proceed.
14 A R T H U R  K W O K, sworn as the
15 interpreter.
16 G A O  J I N Y I N G,
17 having first been duly sworn by a Notary
18 Public of the State of New York, was
19 examined and testified as follows:
20        MR. FINI:  Just for the record,
21 when I said I represent the defendants
22 that is with the exception of Defendant
23 Huahong.  I just wanted to make that is
24 clear.  Also for the record
25 because -- could the two individuals --

Page 5

1        GAO
2 Ms. Marsh, could the two individuals who
3 are sitting on your side of the table
4 please identify themselves?
5        MS. MARSH:  Dana.
6        MS. CHANG:  Dana Chang and Hu
7 Yang.
8        MR. FINI:  You are translating
9 for the plaintiffs, and you are a
10 plaintiff Hu Yang.
11        MS. MARSH:  Just identify
12 yourself.
13        MR. FINI:  Arthur, could you ask
14 the gentlemen sitting over there, could
15 you ask him to identify himself.
16        MR. HU:  Hu Yang.
17        MR. FINI:  Who is a plaintiff
18 in this case?  Ask him to confirm if he is
19 a plaintiff in this case.
20        MR. HU:  Yes.
21        MR. FINI:  Okay.
22 EXAMINATION BY MR. FINI:
23    Q.  The first thing I would like to
24 ask is could you please tell me how you
25 would like to be addressed.  For example,

2 (Pages 2 - 5)

Page 42

```
1            GAO
2    Q.   Okay.  And after you got out
3  and before your second arrest, what did
4  you do with your life if you weren't able
5  to work?
6    A.   After I returned home, they sent
7  four people to watch over me and
8  was -- they kept me under watch 24 hours a
9  day.  If I go out shopping, for example,
10 two of them would walk alongside me beside
11 me, and if another person who also
12 practices approached me that person would
13 be arrested immediately.  I was home
14 under surveillance for eight days, and two
15 fellow practitioners came to visit and was
16 arrested.  After eight days I avoided the
17 surveillance of these people, and I
18 escaped.  After that I basically was
19 homeless, no where to go.
20   Q.   Did you live with your husband?
21   A.   No.  Well, there were five of
22 us, four others and myself.  So five of us
23 fellow practitioners we stayed together.
24 We lived together.  We escaped to
25 different locations.  We moved do
```

Page 43

```
1            GAO
2  different locations, and in less than a
3  year two fellow practitioners were
4  arrested, and they were persecuted to
5  death.  One -- one of the -- his name is
6  Wong Sing Zung, he was only 23 years old,
7  and another person's name is Wong Fung
8  Wei.  Wong Sing Zung was beaten to death
9  seven days after he was arrested.  Wong
10 Fung Wei after a few months was beaten to
11 death.
12   Q.   How do you know?
13   A.   They were fellow practitioners
14 who I rely on a day-to-day basis that we
15 survive together.
16   Q.   How do you know they were beaten
17 to death?
18   A.   Because we were together, and
19 then at night that person went out and put
20 up some Falun Gong posters -- posters.
21 After Wong Sing Zung was arrested one
22 person escaped and told me about it.
23        MR. FINI:  Ask her if we should
24 take a break.
25        MR. MOSKOVITZ:  Let's take a
```

Page 44

```
1            GAO
2  break.
3        THE VIDEOGRAPHER:  We are going
4  off the record.  The time is 11:17.  This
5  is the end of file number 2.
6        (Recess taken.)
7        THE VIDEOGRAPHER:  The time is
8  11:22.  We are back on the record.  This
9  is the beginning of file number 3.
10   Q.   Ms. Gao, I'm sorry that the
11 memories are painful, and I am going to
12 move to a different topic because I
13 don't -- I feel bad about what just
14 happened.
15        MR. FINI:  I guess because we
16 had this in both our depositions, maybe we
17 should give each other a heads up on
18 certain topics that maybe we should wait
19 until the end of the day or avoid it.
20        MS. MARSH:  I'm sorry.  What?
21        MR. FINI:  Maybe we should -- I
22 am thinking aloud.  For example, I didn't
23 ask other plaintiffs about detention, and
24 they didn't -- that caused that reaction,
25 and I didn't mean to walk into that.  So
```

Page 45

```
1            GAO
2  it is upsetting to me personally, so --
3        MS. MARSH:  Right.
4        MR. FINI:  Maybe we will give
5  each other a heads up on -- I didn't know
6  that part of the story, so --
7    Q.   When you came -- when you came
8  to the United States, were you here as a
9  visitor or did you have some type of
10 permission; in other words, what was the
11 status when you first came to the United
12 States?
13   A.   I escaped to Thailand, and at
14 the refugee camp in Thailand I got my
15 status there.
16   Q.   Was there a representative from
17 the United States or an embassy for the
18 United States that you went to?
19   A.   Correct.
20   Q.   Was it an embassy?
21   A.   Yes, U.S. Embassy.
22   Q.   Okay.  And did you apply for
23 asylum?
24   A.   I did.  I applied for asylum.
25 I applied for it at the refugee camp.
```

Veritext Legal Solutions

Page 58

1              GAO
2  where people in the public can see you in
3  the street or in the park?
4     A.   No.
5     Q.   What about a parade?
6     A.   A parade I did attend.
7     Q.   The parade is an example of a
8  Falun Gong event that is in the public?
9     A.   The parade was held in
10 Manhattan.
11    Q.   Right.  But everybody in the
12 public, people walking by in the street
13 could see you? You were in the open,
14 correct?
15    A.   Yes.
16    Q.   Okay.  And were there other
17 Falun Gong events in the past twelve
18 months that were also open in the park or
19 in the street?
20    A.   No, other than the parade.
21    Q.   What about the tables in public
22 on the street in flushing Main Street?
23    A.   Yes.  Well, every day
24 promotional pamphlets would be given out
25 at the table.

Page 59

1              GAO
2     Q.   Right, but those are tables in
3  the public street that anybody could walk
4  by, correct?
5     A.   Yes.
6     Q.   Okay.  And how often do you
7  visit those tables on Main Street,
8  Flushing?
9     A.   Generally I go there three times
10 a week.
11    Q.   Okay.  And how do you get
12 to -- how do you get there from your home?
13    A.   I take -- I take the subway
14 from -- I take the F and then the 7 train,
15 transfer to the 7.
16    Q.   Okay.  Is it true that unlike in
17 China you and your friends who practice
18 Falun Gong can do and say whatever you
19 want about Falun Gong here in the United
20 States?
21        MR. MOSKOVITZ:  Objection.
22    A.   Yes.
23    Q.   Do you know who Michael Chu is?
24    A.   Michael Chu.  Michael Chu
25 what -- what is his Chinese name?

Page 60

1              GAO
2     Q.   Well, he is one of the people
3  who is a defendant in this lawsuit.
4        MR. FINI:  Would you mark this,
5  please.
6     A.   Chu Lichuang, right?
7     Q.   Can you name -- do you know how
8  many defendants there are in this lawsuit?
9  Do you know how many defendants there are
10 in this lawsuit?
11    A.   Li Huahong, Chu Lichuang, and
12 Zhu Zirou and Wan Hongjuan.
13    Q.   Okay.  And Zhu is in a
14 wheelchair, correct?
15    A.   Zhu Zirou does sit on a
16 wheelchair.
17    Q.   Okay.  So the other man that's
18 the defendant, who I call Michael Chu, and
19 he is involved with the Anticult Group.
20        MR. FINI:  I want to make sure
21 we are talking about the same person, and
22 I think Terri we are, right?
23        MS. MARSH:  That's the name.
24        MR. FINI:  Okay.  So ask --
25    Q.   Is it okay if I call him Michael

Page 61

1              GAO
2  Chu?
3     A.   Yes.
4     Q.   I would like to show you what
5  has been marked as exhibit -- this is
6  Exhibit 1.
7        (Exhibit 1 marked for
8  identification.)
9     A.   I don't recognize it.
10       MR. FINI:  Just tell her this
11 is Exhibit 1.  There is no question.  Tell
12 her there is no question.  I marked an
13 exhibit for the deposition.
14    Q.   Did -- when was the first time
15 you spoke to someone about filing this
16 lawsuit?
17       MR. MOSKOVITZ:  Hold on.  We
18 need -- I need to add an instruction
19 because that is inviting attorney-client
20 communications.
21       MR. FINI:  I am going to
22 rephrase my question.
23       MR. MOSKOVITZ:  Are you going
24 to withdraw the question or --
25       MR. FINI:  Yes.

16 (Pages 58 - 61)

Page 74

GAO

1
2 it. Period.
3       MR. FINI: Terri, are you
4 willing to stipulate because -- so I don't
5 have to ask clarifying questions -- there
6 is a little ambiguity. Are you willing to
7 stipulate that the witness did not have a
8 Chinese translation of the complaint
9 before it was filed?
10      MR. MOSKOVITZ: Absolutely --
11 we are not absolutely not going to tell
12 you what conversations either in writing
13 or orally were given to our clients. I
14 can't believe you would even ask that.
15      MR. FINI: I am talking about a
16 translation of the public document, which
17 is not privileged. I am not talking
18 about a privileged document. I am talking
19 about was a translation of the complaint
20 presented to the witness before it was
21 filed. That is the question. I am not
22 asking about a privileged communication.
23 I am asking --
24      MS. MARSH: Can we go outside
25 and talk for a minute?

Page 75

GAO

1
2       MR. MOSKOVITZ: Sure. We could
3 talk for a minute.
4       MR. FINI: Sure.
5       THE VIDEOGRAPHER: We are going
6 off the record. The time 12:16. This is
7 the end of file number 3.
8       (Luncheon recess: 12:15 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 76

GAO

1
2   A F T E R N O O N   S E S S I O N
3       THE VIDEOGRAPHER: We are now
4 back on the record. The time is 1:40.
5 This is the beginning of file number 4.
6 CONTINUED EXAMINATION
7 BY MR. FINI:
8    Q.  What are the incidents for which
9 you are suing the defendants in this case?
10   A.  Well, it was April or around
11 April of 2011 myself and with Hu Yang was
12 giving out information, fliers at
13 this -- we were at the -- giving out
14 fliers at the location in front of Huang
15 Jin or golden point, at the golden point
16 market, Huang Jin market.
17   Q.  Is that on Main Street?
18   A.  Main Street.
19   Q.  Okay. And what happened?
20   A.  I want to continue. And at
21 that -- and at that time Li Huahong came
22 over and started cursing at us,
23 threatening us. He or she said that you
24 guys are the pets, dogs, the pets of
25 America. America cannot protect you. I

Page 77

GAO

1
2 will make you disappear immediately right
3 away in the States, United States. The
4 Chinese embassies have a black name list
5 of all of you. Once you go back to China
6 you will be killed.
7    Q.  Please list anything else that
8 you can remember Li saying to you that
9 day?
10   A.  That's all I remember.
11   Q.  Okay. When -- when Li said
12 this, was she approximately the distance
13 that I am from you or was she further away
14 from you or closer to you? Try to -- using
15 this room explain approximately how close
16 she was to you.
17   A.  Possibly the distance to there
18 (indicating).
19   Q.  To which person are you
20 pointing?
21   A.  The attorney.
22   Q.  The male attorney, Josh?
23   A.  Yes. Yes. That was the
24 distance.
25   Q.  Okay. Did she touch you?

20 (Pages 74 - 77)

Page 90

1              GAO
2    Q.   Have you ever seen Michael Chu
3 act friendly to some of the women working
4 at the Falun Gong tables?
5    A.   No.
6    Q.   So you never saw him give water,
7 bottles of waters to anybody in Falun Gong
8 on a hot day?
9    A.   I did not.
10    Q.   Could you please describe what
11 happened in July of 2014 with the -- with
12 regard to defendant Huahong?
13    A.   Huahong walked over to our stand
14 and start cursing you are -- you guys are
15 less than dogs. I am going destroy all of
16 you, strangle to death all of you.  Prior
17 to that on that same day he -- she walked
18 by three times and cursed three times.
19 And while she was walking away, she was
20 kicking at our stand over there, the
21 display boards, and because she couldn't
22 kick it away, so she grabbed it with her
23 hand and at that point Hu Yang took
24 pictures -- took photos.   She grabbed Hu
25 Yang's hand trying to take away his camera

Page 91

1              GAO
2 and then underneath was kicking him.
3    Q.   Is this the incident from July
4 2014?
5    A.   It happened on the 21st.
6    Q.   I'm sorry.   The 21st, okay.
7    Q.   So July 21, was --
8        MR. FINI:   Strike that.
9    Q.   Are there two incidents in July,
10 July 21 and July 24?
11    A.   There was another cursing at us
12 on the 24th.   And cursing using the same
13 word however this time came in front of
14 me, and we were pretty close, very close
15 to Cui Lina, and she came in front of us
16 and then pointed at the two of us and said
17 I am going to dig out your heart, dig out
18 your lung -- I am going to dig out your
19 heart, dig out your liver, dig out your
20 lung.
21    Q.   Now, because there were two
22 different days involved, I just want to
23 break them out.
24    A.   Yes.
25    Q.   On the July 21 incident, is it

Page 92

1              GAO
2 correct that Huahong -- did you testify
3 that she said words and then also started
4 doing things to one of the posters?
5    A.   The other incident I just
6 described is the 24th.
7    Q.   Right.  So on -- now I want to
8 go back to July 21.  On the July 21
9 incident I think you said there were
10 words, and then she also did something to
11 one of the posters; is that correct?
12    A.   Yes.
13    Q.   And who were witnesses to that
14 incident?
15    A.   Hu Yang, Cui Lina.
16    Q.   And is that incident the one you
17 said there are photos -- there are photos;
18 is that correct?
19    A.   A video.
20    Q.   You have a video of the July 21
21 incident?
22    A.   The attorneys should have
23 recorded by Hu Yang.
24    Q.   Have you seen the video?
25    A.   I did.

Page 93

1              GAO
2    Q.   Is there just a video or is
3 there a video and pictures?
4    A.   I did -- videos.  Videos with
5 voices.
6    Q.   And the July 24 incident, are
7 there any videos or photos of that
8 incident?
9    A.   I don't remember.  Hu Yang
10 recorded, so I don't know exactly what he
11 did.
12    Q.   Were there witnesses to the July
13 24 incident?
14    A.   Hu Yang, Cui Lina, and myself
15 ,the three of us.
16        MS. MARSH:  Do you need a
17 break?
18        THE WITNESS:  Yes, a break.
19        MS. MARSH:  I think she wants a
20 break.
21        MR. FINI:  The only thing --
22 okay.  Just so you know because they said
23 5 o'clock, I would ask you to just tell
24 her if she needs a break to say it, but if
25 you prompt it and we keep taking breaks it

24 (Pages 90 - 93)

Veritext Legal Solutions

**EXHIBIT 3 – DEPOSITION OF LINA CUI**

```
                                              Page 1

 1

 2   UNITED STATES DISTRICT COURT

 3   EASTERN DISTRICT OF NEW YORK

 4   INDEX NO. 15-CV-1046

 5   ------------------------------------x

 6   ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

 7   ZHANG Cuiping, WEI Min, LO Kitsuen, LI

 8   Xiurong, CAO Lijun, HU Yang, GAO Jinying,

 9   CUI Lina, XU Ting, and BIAN Hexiang,

10                     Plaintiffs,

11        - against -

12   Chinese Anti-Cult World Alliance (CACWA),

13   Michael CHU, LI Huahong,

14   WAN Hongjuan, ZHU Zirou, and DOES

15   1-5 Inclusive,

16                     Defendants.

17   ----------------------------------------x

18                     October 5, 2016

19                     9:52 a.m.

20        VIDEOTAPE DEPOSITION of CUI LINA,

21   taken by the Defendants, pursuant to

22   notice, held at the offices of Veritext

23   Legal Solutions, 1250 Broadway, New York,

24   New York, before Debbie Zaromatidis, a

25   Notary Public of the State of New York.
```

Page 2

```
 1
 2 A P P E A R A N C E S:
 3
 4 HUMAN RIGHTS LAW FOUNDATION
 5 Attorneys for Plaintiffs
 6     1615 L Street, NW, Suite 1100
 7     Washington, D.C. 20036
 8 BY: TERRI MARSH, ESQ.
 9
10 CATAFAGO FINI, LLP
11     Attorneys for Defendants Chinese
12     Anti-Cult World Alliance, Michael Chu,
13     and Zhu Zirou
14         The Empire State Building
15         350 Fifth Avenue, Suite 7412
16         New York, New York 10118
17     BY:  THOMAS M. FINI, ESQ.
18
19 ALSO PRESENT:
20         JAMES LING, Interpreter
21         DEVERELL WRITE, VIDEOGRAPHER
22         DANA CHAN
23
24
25
```

Page 3

```
 1
 2     S T I P U L A T I O N S
 3
 4         IT IS HEREBY STIPULATED AND
 5 AGREED by and between the Attorneys for
 6 the respective parties hereto that filing
 7 and sealing be and the same are hereby
 8 waived.
 9         IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13         IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25
```

Page 4

```
 1
 2         THE VIDEOGRAPHER:  We are on
 3 the record.  Please note that the
 4 microphones are sensitive and may pick up
 5 whispering and private conversations.  My
 6 name is Deverell Write representing
 7 Veritext Legal Solutions.  Today's date
 8 is October 5, 2016.  The time on the
 9 video monitor is approximately 9:52 a.m.
10 This deposition is being held at the
11 office of Veritext Legal Solutions located
12 at 1250 Broadway, New York, New York, and
13 it's being taken by counsel for defendant.
14 The caption of this case is Zhang, et al.
15 versus Chinese Anticult World Alliance, et
16 al.  This case is filed in the U.S.
17 District for the Eastern District of New
18 York, Case No. 15-CV-1046.  The name of
19 the witness is Lina Chui.
20         At this time will counsel please
21 state their appearances for the record
22 after which our court reporter, Debbie
23 Zaromatidis, will swear in the witness.
24         MR. FINI:  Tom Fini for
25 defendants other than Li Huanhong.
```

Page 5

```
 1         LINA
 2     MS. MARSH:  Terri Marsh for the
 3 plaintiffs.
 4     THE VIDEOGRAPHER:  Will the
 5 court report please swear in the
 6 interpreter and the witness.
 7 J A M E S   L I N G, sworn as the
 8 Mandarin interpreter.
 9 C U I   L I N A,
10 having first been duly sworn by a Notary
11 Public of the State of New York, was
12 examined and testified as follows:
13 EXAMINATION BY MR. FINI:
14     Q.   Good morning.
15     A.   Good morning.
16     Q.   First I wanted to ask have you
17 ever been deposed before?
18     A.   No.
19     Q.   Do you understand that although
20 we are not in a courtroom, this is a legal
21 proceeding and can be used in court?
22     A.   Yes.
23     Q.   Do you understand that you are
24 obligated to testify truthfully under
25 penalty of perjury?
```

2 (Pages 2 - 5)

Page 22

```
 1          LINA
 2 Ms. Marsh said, but I am going to move on.
 3    Q.   Do you volunteer to be at the
 4 tables that are in Flushing on or around
 5 Main Street?
 6    A.   Yes.
 7    Q.   Okay.  How often do you come
 8 and go to the spiritual center which is
 9 across from the library on Main Street?
10    A.   In general, I would go there two
11 or three times a week.
12    Q.   Do you come and go to the
13 spiritual center whenever you choose? Are
14 you free to come and go whenever you
15 choose?
16    A.   It is my choice.
17    Q.   Has anybody, any person ever
18 stopped you from coming and going whenever
19 you choose to the spiritual center?
20       MS. MARSH:  Objection.
21    A.   The spiritual center has not
22 found anybody who tried to prevent anybody
23 from going in and out of the building.
24    Q.   Okay.  Are you happy that in the
25 United States you have this freedom to
```

Page 23

```
 1          LINA
 2 wake up and walk where ever you want
 3 including Falun Gong -- to practice Falun
 4 Gong?  Are you happy with that freedom?
 5       MS. MARSH:  Objection.
 6    A.   Yes, I am quite happy about it.
 7    Q.   Are you also happy when there is
 8 a dispute like we have in this case we can
 9 just sit down like we are now and try to
10 figure out the facts without any yelling?
11       MS. MARSH:  Objection.  I want
12 to be able to say objection before she
13 answers.  I didn't mean to interrupt.
14       MR. FINI:  Okay. That's fine.
15    A.   Your question, I really don't
16 understand the question.
17    Q.   That's fine.  I'll withdraw the
18 question.
19       When you -- how often do you go
20 to the tables on Main Street? How often
21 are you actually at the tables doing
22 volunteer work?
23    A.   I go to spiritual table two or
24 three times a week.
25    Q.   And how many hours during the
```

Page 24

```
 1          LINA
 2 days when you go there are you at the
 3 tables?
 4    A.   I would spend three-ish hours.
 5    Q.   Okay.  And when you are at the
 6 tables -- let me ask this.
 7       MR. FINI:  Strike that.
 8    Q.   Is it true that there are five
 9 Falun Gong tables in the Flushing Main
10 Street area?
11    A.   Yes, it is.
12    Q.   Okay.  So Falun Gong -- am I
13 correct Falun Gong chooses -- it's the
14 choice of Falun Gong to have placed -- in
15 addition to having their spiritual center
16 in the Taiwanese center, Falun Gong has
17 chosen to place five tables right on the
18 public streets of Main Street, Flushing;
19 is that correct?
20       MS. MARSH:  Objection.
21    A.   Yes.
22    Q.   Okay.  So what is the purpose
23 of being at the tables in the middle of
24 the public street? Is it to try to convert
25 people on Main Street to Falun Gong?
```

Page 25

```
 1          LINA
 2       MS. MARSH:  Objection.
 3       MR. FINI:  You should translate
 4 that and then let her continue.  Tell her
 5 that she could continue, but you have to
 6 translate this first.
 7       THE INTERPRETER:  Right.
 8    A.   Actually the purpose of setting
 9 the table we try to introduce --
10       THE INTERPRETER:  I just told
11 the witness that I --
12       MR. FINI:  Okay.  Tell the
13 witness that she can give the longest
14 answer she wants, but when you raise your
15 hand she has to allow you to translate
16 what happened so far, and then she can
17 talk for as long as she wants.
18    A.   As a matter of fact, the purpose
19 of setting our table in the public area is
20 we are trying to introduce --
21       MR. FINI:  Okay.  So tell the
22 witness that this is very hard because
23 it's -- there is a translator, but there
24 is a rule, and the rule is if the
25 translator is translating she can't talk
```

7 (Pages 22 - 25)

Page 58

```
1              LINA
2       MS. MARSH:  Objection.
3   Q.   So I am going to ask you again
4 because this is going to go to a jury --
5       MS. MARSH:  Objection.
6   Q.   -- in federal court and all over
7 the newspapers.
8       MS. MARSH:  Objection.
9   Q.   And I am going to ask you on the
10 stand under oath, and I am going to get --
11      MS. MARSH:  Objection.
12  Q.   -- and I am going to get that
13 draft from Ms. Marsh, so we have two
14 plaintiffs now whose stories are
15 different.  I am going to give you an
16 opportunity to clarify your testimony
17 because I want to know the truth.
18      When you read that draft, did it
19 say that there were two instances where
20 you were the victim or did it say three?
21  A.   In the Chinese -- in the Chinese
22 version of the complaint it seems like it
23 was twice.  However --
24      MR. FINI:  Two.  It seems like
25 two instances.  Go ahead.
```

Page 59

```
1              LINA
2   A.   However, I actually was
3 victimized three times.
4   Q.   Okay.  But in this lawsuit --
5 in this lawsuit we have a document that
6 tells the story.
7       MR. FINI:  Translate that.
8   A.   Yes.
9   Q.   And, as I understand it, when
10 you read and approved of the translation
11 you saw two instances, correct?
12  A.   In any event, it's actually --
13 the actual number it happened three times.
14  Q.   But in the draft that you read
15 that was translated is it correct that you
16 saw only two instances listed?  Is that
17 correct?
18      MS. MARSH:  There is three in
19 the complaint.
20  A.   When I read it, I believe it is
21 three times in there.
22  Q.   Okay.
23  A.   It was three times there.
24  Q.   So let's talk about the earliest
25 event, the earliest of the three
```

Page 60

```
1              LINA
2 incidents.  Which date is that?
3   A.   Because I don't recall the exact
4 date now, so I wrote it was between
5 December 2012 to January 2013
6 that -- because I don't recall the date.
7   Q.   Okay.  What happened?
8   A.   On that day I was at the
9 spiritual table.  I was passing out the
10 fliers, the material about the Falun Gong,
11 the truth about Falun Gong, the truth
12 about how the Chinese communists harvest
13 organs.  At that time Li Huahong passed
14 because this is a regular -- regular route
15 she pass every day.  She needed to go to
16 Sheng Jin restaurant --
17      THE INTERPRETER: S-H-E-N-G J-I-N
18 restaurant.
19  A.   -- because in front of the Sheng
20 Jin restaurant they have their own table,
21 so she goes there every day.
22  A.   When she pass by me, when she
23 pass by me she said Falun Gong is a xie
24 jiao, and she said I took pictures of you.
25 The Chinese consulate office has your
```

Page 61

```
1              LINA
2 names already, and once -- you will be
3 arrested once you return back to your
4 country.
5   Q.   Back to -- what did she mean
6 back to the country, back to China?
7   A.   Yes, back to China.
8   Q.   Okay.  Did she say anything
9 else?
10  A.   No, she walk way without saying
11 anything else.
12  Q.   Okay.  How many of -- how many of
13 you were at the table?
14  A.   Two.
15  Q.   Did she say it as she was
16 walking by while she was moving?
17  A.   No, she said it to me and while
18 she was standing there.
19  Q.   Okay.  And did she touch you?
20  A.   No, she did not.  Just like
21 pass by, you know, walk by in front.
22  Q.   Okay.  So you practice Falun
23 Gong freely in America.  You walk back and
24 forth every day, and that incident that
25 you just described is worth of a federal
```

16 (Pages 58 - 61)

Page 62

```
1            LINA
2 lawsuit? Is that --
3        MS. MARSH:  Objection.
4    A.   Because this is a personal
5 safety issue.  I was horrified.
6    Q.   Okay.  And did you run to the
7 doctor because you were horrified? Did you
8 run to the doctor?
9    A.   No.
10   Q.   You never went to the doctor,
11 right?
12   A.   No, I did not.
13   Q.   Okay.  How long did that
14 incident last, about five, ten seconds?
15   A.   She left after that, after she
16 dropped that sentence.
17   Q.   So I am asking to clarify it
18 sounds like that took about five or ten
19 seconds; is that correct?
20   A.   That I don't know.  You know, I
21 never, you know, timed that.
22   Q.   I know you didn't take out a
23 stop watch, right?  You didn't time it,
24 right?
25   A.   That's right.
```

Page 63

```
1            LINA
2    Q.   And of course you knew that I
3 knew that.  What I am asking when I put
4 this on for the jury, because I am a
5 lawyer, and this is my craft, I want to
6 know did it last about five or ten
7 seconds?
8    A.   Well, because I -- I did not
9 time when the incident happened.  So I
10 wasn't -- I am not able to now tell you
11 how many seconds.
12   Q.   You are not -- it is impossible
13 for you to estimate it, right? It is
14 humanly impossible?
15   A.   That's right.
16   Q.   Physically impossible.
17 That's -- that's your testimony under
18 oath.  That's fine.  You are locked in
19 on that testimony.  That's good.  Okay.
20        So if Li says it took her only
21 five seconds to walk by, if she testifies
22 to that, you have no basis to disagree
23 with her because you said it is impossible
24 for you to know, correct?
25   A.   That's right.  I cannot tell
```

Page 64

```
1            LINA
2 the time.
3    Q.   And were there any videos of
4 her? Do you have any videos with her
5 saying this to you?
6    A.   No, I don't have a video.
7    Q.   Any witnesses to this?
8    A.   The witness is the person who
9 did the volunteer work with me Lao Zhou.
10       THE INTERPRETER:  L-A-O,
11 Z-H-O-U.  Again, that is phonetic
12 spelling.
13   Q.   Is she a plaintiff -- is she one
14 of the plaintiffs?
15   A.   No, he or she is not a plaintiff
16 on my case.
17   Q.   Is it a man or a woman?
18   A.   A man.
19   Q.   Is it Gao Jinying?
20   A.   No, his name is not -- -- his
21 name is not Gao Jinying.  His last name is
22 Zhou.
23       THE INTERPRETER:  Z-H-O-U.
24   Q.   Okay.  Are there any photos of
25 this incident?
```

Page 65

```
1            LINA
2    A.   There is no photo.
3    Q.   What did you say back to the
4 defendant Li?
5    A.   I didn't say anything back to
6 her.  I didn't say anything back to her.
7 I did not say anything back to her.
8    Q.   Okay.  Before that day you knew
9 who she was? Did you know who that woman
10 was before that date?
11   A.   Yes, I did.
12   Q.   Had you ever spoken to her
13 before?
14   A.   Quite often when she passed by
15 there she said Falun Gong is a xie jiao.
16   Q.   And that really bothered you,
17 correct?
18   A.   The term she used.  The term of
19 xie jiao she used.  Right.
20   Q.   You testified that
21 before -- before this incident she had
22 walked by many times and said xie jiao.
23 You testified that, and I asked you
24 whether that really bothered you?
25   A.   I was horrified.
```

17 (Pages 62 - 65)

Page 70

```
 1          LINA
 2    A.   I am not done yet.
 3    Q.   Well, I asked you about whether
 4 Michael Chu said anything to you, and I
 5 want to know the truth because it is all
 6 about the truth.
 7        MS. MARSH:  Objection.
 8    Q.   I want to know if Michael Chu
 9 said anything to you.  That was my
10 question.  I didn't ask you if he wore a
11 red vest.  I didn't ask if he wore a vest.
12 I asked you if he said anything to you.
13 That was my question.
14        MS. MARSH:  Let the record
15 reflect that the attorney is harassing my
16 client.
17    A.   Very often he chanted Falun Gong
18 is a xie jiao while in front of table.
19    Q.   Okay.  So my question to you is
20 you testified that Li said something to
21 you in December of 2012, she actually
22 looked at you and said something to you,
23 correct?
24    A.   Uh-huh.
25    Q.   Correct?
```

Page 71

```
 1          LINA
 2    A.   That's right.
 3    Q.   And I am not asking that because
 4 I want the record to be very clear because
 5 this is a very big case, so the record has
 6 to be clear.  We are going -- we are
 7 going to trial.
 8        MS. MARSH:  Objection.
 9    Q.   So for this trial I have to be
10 ready, and I need the truth, and I want to
11 know if Michael Chu in the same way that
12 Li looked at you and said something to you
13 did he ever look at you and say something
14 directly to you?  Yes or no.
15        MS. MARSH:  Objection.
16    A.   Yes.
17    Q.   And when he looked at you, I
18 want to know what did he say to you when
19 he looked in your eyes?  What did he say to
20 you?
21    A.   What happened was he led a group
22 of students.  When he walked by our
23 table, he chanted slogan PK Falun Gong,
24 and then again he said Falun Gong is a xie
25 jiao.
```

Page 72

```
 1          LINA
 2    Q.   Okay.  And did you just testify
 3 he was walking by your table with
 4 students, correct?
 5    A.   He chanted slogan when he walk
 6 by our table -- when he walked by the
 7 table.
 8    Q.   Right.
 9    A.   And he chanted slogan PK Falun
10 Gong.  Falun Gong is a xie jiao.
11    Q.   And your table is right in the
12 middle of the street where people walk.
13 That's where you put your table, correct?
14        MS. MARSH:  Objection.
15    A.   Our table was placed along the
16 wall of the New World Mall.  We did not
17 block the sidewalk.
18    Q.   I didn't say block.  I said you
19 are right on the public sidewalk, correct?
20 The table is on the public sidewalk on
21 Main Street, correct?
22    A.   We did not block any
23 pedestrians.  The table was set next to
24 the wall of the building.
25    Q.   Right.  And I didn't ask
```

Page 73

```
 1          LINA
 2 you -- I didn't say you blocked the
 3 pedestrians.  I asked you yes or no is
 4 the table yes or no on the public sidewalk
 5 on Main Street.  Yes or no.  Is it on the
 6 public sidewalk?
 7    A.   Well, I can give you an answer
 8 like this.  You know, it was next to the
 9 pedestrian sidewalk.  It is not on the
10 pedestrian sidewalk.
11    Q.   Well, what is separating the
12 pedestrian sidewalk and the table? What
13 thing is separating it or is it connected?
14        MS. MARSH:  Objection.
15    Q.   Is it connected or --
16        MS. MARSH:  Counsel is raising
17 his voice and harassing my client,
18 disrespecting my client.
19    A.   This is the building.  This is
20 the New Mall wall building.  We placed
21 our table right next -- along the wall.
22    Q.   Right.  And what are you
23 standing on? Are you standing on a
24 sidewalk or are you standing on grass?
25        MS. MARSH:  Objection.
```

19 (Pages 70 - 73)

Page 78

```
1           LINA
2     A F T E R N O O N   S E S S I O N
3          1:40 p.m.
4 C U I  L I N A,
5 having been previously duly sworn,
6 testified further as follows:
7 CONTINUED EXAMINATION
8 BY MR. FINI:
9        THE VIDEOGRAPHER:  We are back
10 on the record.  The time on video monitor
11 is 1:38 p.m.
12    Q.   Okay.  I just want to clarify
13 something for the record.
14        As you sit here, what do you
15 understand you as a plaintiff individually
16 what incidents are you asserting on your
17 own behalf in this complaint? How many
18 incidents?
19    A.   Are you asking me as a person
20 how many indents happened to me as an
21 individual in the complaint?
22    Q.   Yes.
23    A.   Three.
24    Q.   Three.  And just to be clear
25 the first one you said was December 2012
```

Page 79

```
1           LINA
2 or January 2013, correct?
3    A.   That's correct.
4    Q.   And who were the
5 defendants -- which defendant was involved
6 as the wrongdoer in that incident?
7    A.   I don't understand your
8 question.
9    Q.   Which defendant or defendants,
10 and there are four and then the entity.
11 There are Michael Chu, Li, Wan, the guy in
12 the wheelchair Zhu, those four and CACWA.
13 Which defendant was involved in that
14 incident?
15    A.   That incident was Huahong Li
16 directly done to me.
17    Q.   Okay.  Then let's talk about
18 the next incident.  What is the next --
19 the second incident?
20    A.   All right.
21    Q.   Please identify the date and who
22 was involved.
23    A.   The second instance took place
24 outside the subway.
25    Q.   I need the date and who was
```

Page 80

```
1           LINA
2 involved.
3    A.   It was on July 21, 2014.  It was
4 Wan, Wan Hongjuan.
5    Q.   You're sure it was July 21, not
6 July 24; is that correct?
7    A.   The incident happened on both
8 July 21 and July 24, but I am not -- right
9 now I am talking about the incident on
10 July 21.
11    Q.   On July 21, please describe
12 exactly what happened.
13    A.   On July 21, Wan Hongjuan was
14 walking from the New World Mall over three
15 times.
16    Q.   Please describe what happened.
17    A.   Every time for each three
18 occasions each she harassed us.
19    Q.   Was she with anyone else or was
20 she by herself?
21    A.   She was by herself.
22    Q.   Please describe exactly what she
23 did that you claim harassed you?
24    A.   She walked by there in the past
25 almost every day, not just on that
```

Page 81

```
1           LINA
2 particular day.  She walked by there
3 every day.
4    Q.   Okay.  So my question is you're
5 suing her regarding an incident that
6 occurred on July 21, correct?
7    A.   Yes.
8    Q.   So I need you to explain minute
9 by minute exactly what happened please on
10 July 21.
11    A.   On July 21 when she came over
12 she harassed us.
13    Q.   Okay.  So I want to know
14 exactly what she said.  I want you to
15 describe what she did and said.  Walk us
16 through it like it's a movie.  Like it's a
17 movie.  We are watching a movie, so we
18 can picture the movie.
19        Do you understand the question.
20    A.   All right.  I got it now.
21        MR. FINI:  And remind her raise
22 your hand, but she can tell the whole
23 story in pieces.
24    A.   When she walked over she scolded
25 us, and she said you are worse than dog.
```

21 (Pages 78 - 81)

Page 82

```
 1          LINA
 2   Q.   Okay.  So just so the record is
 3 clear, are you testifying that the July
 4 21, 2014 incident began with Wan walking
 5 by you and saying you are worse than dogs;
 6 is that correct?
 7   A.   That's right.  You want me to
 8 continue?
 9   Q.   Yes.
10   A.   After she said you are worse
11 than a dog, she said we are going to choke
12 you to death.
13   Q.   And continue.
14   A.   After she said I am going to
15 take out your heart, your liver, your
16 lung, and I am going to destroy you.
17   Q.   And then what else happened?
18   A.   After that she said somebody
19 will be here -- somebody will come to kill
20 you.
21   Q.   Did she say anything else?
22   A.   She did not say anything else.
23   Q.   Okay.  Do you have any video
24 recording or audio recording of her saying
25 this?
```

Page 83

```
 1          LINA
 2   A.   We don't have it either.  Hu
 3 Yang --
 4        THE INTERPRETER: H-U Y-A-N-G.
 5   A.   -- tried to record with a cell
 6 phone, but she grabbed the cell phone from
 7 her.
 8   Q.   Go ahead.
 9   A.   She kick Hu Yang, and also I
10 witnessed that she assault Hu Yang, took
11 cell phone from Hu Yang.
12   Q.   When she said the things she was
13 saying that you described -- you described
14 things she was saying.  Was she saying it
15 out loud to a group of people or was she
16 saying it to the man she kicked?
17   A.   On that day she walked back and
18 forth three times.  SometimeA she say
19 that to me when she faced me.  Sometimes
20 she said that when she was facing Hu Yang.
21 She said to everybody.
22   Q.   What is the specific words she
23 said when she was looking directly at you?
24   A.   When she was facing me there was
25 the words I described earlier.
```

Page 84

```
 1          LINA
 2   Q.   All of those words or were some
 3 of them to you and some of those words
 4 were to someone else?
 5   A.   The statement she made it was
 6 direct target RO me, but she also say
 7 something similar to Gao --
 8        THE INTERPRETER: G-A-O.
 9   A.   -- and Hu Yang.
10   Q.   How many people were there who
11 were Falun Gong?  Was it three people?
12   A.   Yes, it was --
13   Q.   It was you, the man she kicked
14 and who else?
15   A.   Jinying Gao.
16        THE INTERPRETER:  J-I-N Y-I-N-G
17 G-A-O.
18   Q.   And who is that?
19 That's -- that's the person who witnessed
20 it who was not kicked; is that correct?
21   A.   I wasn't kicked by her.
22   Q.   No, but Gao Jinying, G-A-O
23 J-I-N-Y-I-N-G, was Gao Jinying kicked?
24   A.   I believe Gao Jinying was
25 harassed, but I don't remember Gao Jinying
```

Page 85

```
 1          LINA
 2 was kicked or not.  I am not sure.
 3   Q.   Were you there when it happened?
 4   A.   I was there.
 5   Q.   So if you were there, wouldn't
 6 you remember if you saw someone kicked?
 7        MS. MARSH:  Objection.
 8   A.   I saw the kick.
 9   Q.   Well, who was hit by the kick?
10   A.   I mentioned earlier Hu Yang was
11 kicked.  I say that earlier.
12   Q.   Yes, but now you are saying you
13 don't know whether Gao was kicked.
14   A.   I recall who was kicked, but
15 when I turned around I could not see.  I
16 don't remember -- I don't remember I saw
17 Gao was kicked or not because she was on
18 the left side.  I was on the right side.
19   Q.   So you couldn't see very
20 clearly; is that correct?
21   A.   I see very clearly about Hu
22 Yang, but I did not see clearly about Gao.
23   Q.   How do you know the exact date
24 of the incident for certain? How do you
25 know -- how are you so sure that the
```

22 (Pages 82 - 85)

Page 106

```
1          LINA
2    A.  No, I did not.
3    Q.  Do you -- when you spoke with
4 her, did she answer you?  When you just
5 described the conversation you had with
6 her, did she respond to you?
7    A.  In that particular occasion she
8 did not respond to me because the whole
9 thing it was so short that it happened so
10 quickly.
11   Q.  I asked you whether she
12 responded to you.  It is yes or no.  I
13 guess the answer is no, but again you gave
14 a long answer.  You're doing that all the
15 time.  I am just letting you know that
16 the deposition takes longer when you do
17 that.
18          I asked you after you spoke with
19 her did she respond.  Yes or no.  Is the
20 answer no?
21   A.  She did not respond.
22   Q.  Did you ever notice -- did you
23 ever notice anything about Wan that makes
24 you think that maybe she has somewhat of a
25 mental issue like that she might be
```

Page 107

```
1          LINA
2 somewhat mentally ill?
3    A.  She does not have a problem.
4    Q.  What is that?
5    A.  She does not have a problem.
6       MR. FINI:  So we can take this
7 break for the videographer.
8       THE VIDEOGRAPHER:  The time on
9 the video monitor is 2:42 p.m.  We are
10 off the record.  This ends media 2.
11      THE VIDEOGRAPHER:  We are back
12 on the record.  The time on the video
13 monitor is 2:50 p.m.  This starts media
14 three.
15   Q.  And now let's talk about the
16 third incident that involves you in this
17 complaint.
18   A.  All right.
19   Q.  Please give me the date of the
20 third incident and describe the incident
21 to me?
22   A.  On that day this incident --
23   Q.  What day?
24   A.  It was July 24, 2014.  When Wan
25 came over from the left side from New
```

Page 108

```
1          LINA
2 World building, which is the left side of
3 our spiritual table, again she harassed
4 us.
5    Q.  What did she do specifically?
6    A.  She came from New World
7 building.  First in the beginning she
8 came to me right to my face.  She scold
9 me, intimidate me.  She said again you
10 are worse than a dog, and I will take out
11 your heart, your liver, and your lungs.
12 I will choke you to death.  We will
13 destroy you.  We will destroy everyone,
14 all of you.  Somebody will be here to
15 kill you.
16   A.  After that she turned her face
17 to Gao Jinying and Hu Yang and harassed
18 them.
19      MS. MARSH:  And what?
20      THE INTERPRETER:  Harassed them.
21      MS. MARSH:  Harassed.
22   Q.  And --
23   A.  I'm not done yet.  I am sorry.
24   Q.  Okay.
25   A.  After that she turned back to me
```

Page 109

```
1          LINA
2 again.  At the time she she scold, insult
3 and harass me, and that time Hu Yang start
4 taking the pictures.  And after that she
5 said again -- she quote Jiang Zemin.
6 Jiang Zemin said that we will destroy
7 Falun Gong within three months.  She
8 quote that.
9    Q.  Who was she quoting?
10   A.  Jiang Zemin.  She quote Jiang
11 Zemin on 7/20.  This is the words Jiang
12 Zemin said.
13   Q.  Who is that individual you're
14 describing?  Jiang Zemin, who is that?
15   A.  She was at that time -- she was
16 the Chinese communist national chairman.
17   Q.  Man or woman?
18   A.  He is a man.
19   Q.  So on July 24 are you done
20 explaining what Wan did?
21   A.  About the portion against
22 myself, I am done with that, but what she
23 said to Hu Yang, that portion I don't
24 remember now.
25   Q.  Okay.  Did she touch you?
```

28 (Pages 106 - 109)

Page 170

```
1           LINA
2   Q.   You read about this?
3   A.   Yes.
4   Q.   Where did you read this?
5       MR. FINI:  Objection.
6   A.   I saw that on the TV news time
7 that she assault, struck, one of the
8 practitioner.
9   Q.   Okay.  So let me just be clear.
10 So are you saying that -- is it your
11 testimony that you worry, you're concerned
12 that Wan Hongjuan might threaten you again
13 in the future?
14      MR. FINI:  Objection.
15  Q.   I am not asking why.  I am just
16 asking yes or no.
17  A.   I cannot guarantee it is not
18 going to happen.
19  Q.   Okay.  And yet you go to the --
20 the spiritual tables --
21      MR. FINI:  Wait one second.
22 She is distracted.
23      THE VIDEOGRAPHER:  I'm sorry.
24      MS. MARSH:  She is going out to
25 answer the phone.  No one gives a damn if
```

Page 171

```
1           LINA
2 I get to the trans station or not.
3      THE VIDEOGRAPHER:  I'm sorry.
4 The time on the video monitor is 5:35 p.m.
5 We are off the record.
6      (Discussion held off the
7 record.)
8      THE VIDEOGRAPHER:  We are back
9 on the record.  The time on the video
10 monitor is 5:35 p.m.
11  Q.   Yet you also said that you go to
12 the spiritual tables three times a week.
13 Why?
14      MR. FINI:  Objection.
15  A.   Because I am the person with
16 faith.
17  Q.   What?
18  A.   I am a person with faith.
19      MR. FINI:  Faith.
20      MS. MARSH:  I thought he said
21 face.
22      MR. FINI:  That happened earlier
23 by the way.  It is faith.  You got that
24 right.
25      MS. MARSH:  I didn't.
```

Page 172

```
1           LINA
2   A.   I have the wisdom and I have the
3 courage to handle that.
4   Q.   Okay.  And yet you also --
5   A.   I am not done yet.
6   Q.   That is because the Chinese
7 communist government is still persecuting
8 Falun Gong practitioners.
9   Q.   I didn't ask why -- I did ask
10 why.  Never mind.
11  A.   Because the Chinese communist
12 government still harvest organs.  I
13 cannot hide myself at home because of my
14 concern.
15  Q.   Okay.  Thank you.
16  A.   Because my husband persecuted to
17 death because of his Falun Gong belief.
18 I was detained.  I myself was detained,
19 and my daughter was also persecuted
20 because we believe in Falun Gong.  That is
21 why I need step out for my comfort zone.
22 I need to step out.  I need to step out
23 from my house to tell people to stop the
24 persecution as soon as possible because
25 the Dafa practitioner around me they have
```

Page 173

```
1           LINA
2 belief.  They have -- they believe in
3 Falun Gong.  They were persecuted.  A
4 Falun Gong practitioner in China that I
5 know who had a child only two or three
6 years old because of his or her faith in
7 Falun Gong he was persecuted to death, And
8 also Mashan Jian Shang City --
9      THE INTERPRETER: M-A-S-H-A-N
10 J-I-J-I-A-N.
11      MS. MARSH:  I know how to spell
12 it.
13      THE INTERPRETER:  I know,
14 ma'am.  Everybody is tired at this time
15 of the day, but I am doing this for the
16 court reporter.
17      MS. MARSH:  Fine.  S-H-A-N-G
18 City.
19  A.   That is well known, well known
20 around the world.  It's a very notorious
21 labor camp.  The Chinese communist regime
22 put 18 female Falun Gong --
23      MS. MARSH:  Let me just
24 interrupt for a second because we don't
25 have -- I'm sorry.  Just tell her we don't
```

44 (Pages 170 - 173)

**EXHIBIT 4 – DEPOSITION OF JINGRONG ZHANG**

Page 1

1

2   UNITED STATES DISTRICT COURT

    EASTERN DISTRICT OF NEW YORK

3   INDEX NO. 15-CV-1046

4   -------------------------------------x

5   ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

6   ZHANG Cuiping, WEI Min, LO Kitsuen, LI

7   Xiurong, CAO Lijun, HU Yang, GAO Jinying,

8   CUI Lina, XU Ting, and BIAN Hexiang,

9                        Plaintiffs,

10          - against -

11  Chinese Anti-Cult World Alliance (CACWA),

12  Michael CHU, LI Huahong,

13  WAN Hongjuan, ZHU Zirou, and DOES

14  1-5 Inclusive,

15                       Defendants.

16  -----------------------------------------x

17                       October 19, 2016

18                       9:23 a.m.

19          VIDEOTAPE DEPOSITION of JING

20  RONG ZHANG, taken by the Defendants,

21  pursuant to notice, held at the offices of

22  Veritext Legal Solutions, 1250 Broadway,

23  New York, New York, before Debbie

24  Zaromatidis, a Notary Public of the State

25  of New York.

Page 2

```
1
2  A P P E A R A N C E S:
3
4  HUMAN RIGHTS LAW FOUNDATION
5  Attorneys for Plaintiffs
6      1875 K Street, NW
7      Washington, D.C. 20036
8  BY: TERRI MARSH, ESQ.
9
10 CATAFAGO FINI, LLP
11 Attorneys for Defendants Chinese
12 Anti-Cult World Alliance, Michael Chu,
13 and Zhu Zirou
14     The Empire State Building
15     350 Fifth Avenue, Suite 7412
16     New York, New York 10118
17 BY: THOMAS M. FINI, ESQ.
18
19 ALSO PRESENT:
20     ANNIE LEE, Interpreter
21     RON MARRAZZO, VIDEOGRAPHER
22     DANA CHAN
23
24
25
```

Page 3

```
1
2       S T I P U L A T I O N S
3
4       IT IS HEREBY STIPULATED AND
5  AGREED by and between the Attorneys for
6  the respective parties hereto that filing
7  and sealing be and the same are hereby
8  waived.
9       IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13      IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25
```

Page 4

```
1
2       THE VIDEOGRAPHER:   We are now
3  on the record.   Please note that the
4  microphones are sensitive and may pick up
5  whispering and private conversations.
6  Please turn off all cell phones or place
7  them away from the microphones as they can
8  interfere with the deposition audio.
9  Recording will continue until all parties
10 agree to go off the record.   My name is
11 Ron Marrazzo representing Veritext Legal
12 Solutions.
13      The date today is October 19,
14 2016.   The time is approximately
15 a.m.   This deposition is being held at
16 Veritext located in New York City, 1250
17 Broadway.   The caption in this case is
18 Zhang, et al. versus Chinese Anti-Cult
19 World Alliance, et al.   The case is being
20 held in the U.S. District Court, Eastern
21 District.   The case number is 15-CV-1046.
22 The name of the witness is Zhang Rong
23 Jing.
24      At this time the attorneys
25 present in the room and everyone attending
```

Page 5

```
1
2  remotely will identify themselves and the
3  parties they represent.
4       MR. FINI:   Tom Fini for the
5  defendants other than Defendant Wan.
6       MS. MARSH:   Terri Marsh for
7  plaintiffs.
8       THE VIDEOGRAPHER:   Our court
9  reporter Debbie Zaromatidis representing
10 Veritext Legal Solutions can swear in the
11 witness, and we can proceed.
12      MR. FINI:   Just make -- I have
13 no objection to Ms. Marsh having a
14 colleague who translates for her for
15 private, privileged conversations.  I
16 just -- I have no objection to her
17 attending.  She has been attending.
18 She's been very polite, so I just want her
19 name for the record.
20
21      MS. CHAN:  Dana Chan.
22 A N N I E   L E E, sworn as the Mandarin
23 interpreter.
24 J I N G   R O N G   Z H A N G,
25 having first been duly sworn by a Notary
```

2 (Pages 2 - 5)

Page 10

```
1              ZHANG
2  long I could stay I really don't know, but
3  I have a Green Card.
4      Q.   Are you planning on or taking
5  any steps to become an American -- United
6  States citizen?
7      A.   In order to get U.S. citizenship
8  I need to take an exam in English, but I
9  don't know English.
10     Q.   Okay.  Are you a Falun Gong
11 practitioner?
12     A.   Yes.  Yes.
13     Q.   And when did you first become
14 exposed to Falun Gong?
15     A.   1997.
16     Q.   And is it your observation and
17 experience that you are much freer to
18 practice Falun Gong in the United States
19 compared to in China?
20     A.   Yes, freedom.  Yes.
21     Q.   Am I correct that you are free
22 here in the States to do anything you want
23 with respect to your practice of Falun
24 Gong?
25     A.   Yes.  However, I receive a lot
```

Page 11

```
1              ZHANG
2  of interference from people, people now in
3  this lawsuit.  They are defendants.
4      Q.   Okay.  So let's talk about your
5  involvement with Falun Gong.
6          MR. FINI:  Could you translate
7  that.
8      Q.   What places do you go to to
9  engage in Falun Gong activities of any
10 kind?
11     A.   Are you asking about in U.S.,
12 right?
13     Q.   Yes.  Currently week to week in
14 the past year I would like you to describe
15 generally the places you go to to engage
16 in any type of Falun Gong activity.
17     A.   Most time I spend the time to go
18 to the spiritual center, and then also
19 sometimes I also go to Taiwan Community
20 Center on Northern Boulevard.  Over
21 there, I practice Falun Gong with other
22 people together, and also I also go to
23 spiritual center to learn the Fa --
24         THE INTERPRETER:  F-A.
25     A.   -- and then to practice.  And
```

Page 12

```
1              ZHANG
2  also we attend some sort of protests, some
3  sort of protests because of Chinese
4  communist party opposition, suppression,
5  and also parade.
6      Q.   Okay.  So after you came to the
7  United States in 2006, what year did you
8  start to engage in all of the activities
9  that you just described?
10     A.   2008 I started.
11     Q.   Okay.  So am I correct that
12 starting in 2008 --
13     A.   Wait.  I want to -- so in
14 20 -- 2008 I attended more activities
15 because those activities were in Flushing
16 area.  However, in the year of 2006 when
17 I first came to America, I went to my
18 daughter's home in New Jersey.  So in New
19 Jersey there was fewer activities, but in
20 the year 2008 when I was in Flushing they
21 have a lot of -- a lot of activities.
22     Q.   Okay.  And I want to thank you
23 for being very clear.  You are very
24 clearly answering my questions, and I
25 appreciate that.
```

Page 13

```
1              ZHANG
2      A.   Thank you.
3      Q.   That helps me understand why
4  2008 was a change, and in 2008 where did
5  you move to in Flushing?
6      A.   I lived in Flushing.  I lived
7  in Flushing.
8      Q.   What was the address?
9      A.   So it is close to Main Street.
10 The address is 39-27 34th Avenue, second
11 floor.
12     Q.   And do you still live in
13 Flushing?
14     A.   Yes, I still live there.  I
15 never moved.  Still there.
16     Q.   So since 2008 you have been at
17 that location?
18     A.   Yes.  Yes.  I am a very steady
19 person.
20     Q.   Okay.
21     A.   Steady.
22     Q.   And am I -- is it correct that
23 starting in 2008 because you moved to
24 Flushing you began on a regular basis to
25 engage and travel to the Falun Gong events
```

4 (Pages 10 - 13)

**EXHIBIT 5 – DEPOSITION OF YANHUA ZHOU**

```
                                              Page 1

 1

 2    UNITED STATES DISTRICT COURT

 3    EASTERN DISTRICT OF NEW YORK

 4    INDEX NO. 15 CV 1046

 5    -----------------------------------x

 6    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

 7    ZHANG Cuiping, WEI Min, LO Kitsuen, LI

 8    Xiurong, CAO Lijun, HU Yang, GAO Jinying,

 9    CUI Lina, XU Ting, and BIAN Hexiang,

10                           Plaintiffs,

11          - against -

12    Chinese Anti-Cult World Alliance (CACWA),

13    Michael CHU, LI Huahong,

14    WAN Hongjuan, ZHU Zirou, and DOES

15    1-5 Inclusive,

16                           Defendants.

17    ----------------------------------------x

18                    October 13, 2016

19                    9:50 a.m.

20          VIDEOTAPE DEPOSITION of ZHOU

21    Yanhua, taken by the Defendants, pursuant

22    to notice, held at the offices of Veritext

23    Legal Solutions, LLP before

24    Debbie Zaromatidis, a Notary Public of the

25    State of New York.
```

Page 2

```
1
2  A P P E A R A N C E S :
3
4  HUMAN RIGHTS LAW FOUNDATION
5  Attorneys for Plaintiffs
6      1615 L Street, NW, Suite 1100
7      Washington, D.C. 20036
8  BY: TERRI MARSH, ESQ.
9
10 CATAFAGO FINI LLP
11 Attorneys for Defendants Chinese
12 Anti-Cult World Alliance, Michael Chu,
13 and Zhu Zirou
14     The Empire State Building
15     350 Fifth Avenue, Suite 7412
16     New York, New York 10118
17 BY: THOMAS M. FINI, ESQ.
18
19
20 ALSO PRESENT:
21     KEVIN GALLAGHER, Videographer
22     ANNIE LEE, Videographer
23     HUA DU
24
25
```

Page 3

```
1
2      S T I P U L A T I O N S
3
4      IT IS HEREBY STIPULATED AND
5  AGREED by and between the Attorneys for
6  the respective parties hereto that filing
7  and sealing be and the same are hereby
8  waived.
9      IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13     IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25
```

Page 4

```
1
2      THE VIDEOGRAPHER:   We are now
3  going on the record at approximately 10:
4  16 a.m.   This is the beginning of file
5  number one.   My name is Kevin Gallagher
6  representing Veritext New York.   The date
7  today is October 13, 2016.   This
8  deposition is being held at Veritext New
9  York located at 1250 Broadway in New York,
10 New York.   The caption of this case is
11 Jingrong Zhang.   This case is filed in
12 the U.S. District Court for the Eastern
13 District of New York.   The case number is
14 15-CV-1046.   The name of our witness this
15 morning is Zhou Yanhua.
16      At this time will the attorneys
17 present in the room introduce themselves.
18      MR. FINI:   Tom Fini for
19 defendants other than Wan.
20      MS. MARSH:   Terri Marsh for the
21 plaintiffs.
22      THE VIDEOGRAPHER:   Our court
23 reporter Debbie Zaromatidis also with
24 Veritext will swear in the witness and the
25 and we will proceed.
```

Page 5

```
1              ZHOU
2  A N N I E   L E E, sworn as the Mandarin
3  interpreter.
4  Y A N H U A   Z H O U,
5  having first been duly sworn by a Notary
6  Public of the State of New York, was
7  examined and testified as follows:
8      MR. FINI:   Terri, could you
9  please have the woman to your right
10 identify herself.
11     MS. DU:  My name is Hua Du, and
12 I am Terri's translator.
13     MS. MARSH:   Does she need a
14 microphone? Did you catch that?
15     THE VIDEOGRAPHER:  I caught it.
16     MR. FINI:   Am I correct in
17 assuming that she is not a witness?
18     MS. MARSH:  No.
19 EXAMINATION BY MR. FINI:
20     Q.   Good morning.
21     Q.   I want to make sure that I
22 address you with a name that is -- that
23 treat you with respect.  So --
24     MR. FINI:  By the way, I am
25 getting some kind of feedback.  What is
```

2 (Pages 2 - 5)

Page 66

```
1           ZHOU
2    A.  2011?
3    Q.  I am -- I want you to just
4  listen to me for a second.  I am telling
5  you that your name appears in an Epoch
6  Times article dated October 18, 2011.  So
7  I am just telling you that that is the
8  case.  The author of the article is a
9  Katherine Yang, and Katherine Yang leads
10 the reader to believe -- maybe
11 it's -- maybe she is lying, but she is
12 leading the reader to believe that she has
13 interviewed you around the time of this
14 article.
15       Now, I can try to subpoena her
16 and ask her if she is lying.  I could try,
17 but first I am going to ask you for the
18 truth.   Falun Gong believes in the truth,
19 right?
20   A.  Yes.
21   Q.  Yes.  You are supposed to tell
22 the truth, right?
23   A.  Yes, that's what is our
24 philosophy, our practice.
25   Q.  Right.  So around October of
```

Page 67

```
1           ZHOU
2  2011, did an Epoch Times reporter ask you
3  questions about your experience in China?
4    A.  Well, because you're talking
5  about the year 2011.  This year is 2016.
6  So my memory was very weak, vague, too
7  vague.  I don't have any memory about
8  that.
9    Q.  Well, does my talking about this
10 stir up a memory now that you were
11 interviewed about your experience in
12 China?
13       MS. MARSH:  Objection.
14   A.  Well, I don't have memory about
15 that.  However, you can tell me the
16 content, what is mentioned in the article.
17   Q.  Well, the article says that Zhou
18 Yanhua, a Falun Gong practitioner, was a
19 teacher in China and said he was
20 imprisoned in 2006.
21   A.  2006?
22   Q.  Yes, that is what the article
23 says.
24   A.  Yes, but she mentioned in the
25 year 2006?
```

Page 68

```
1           ZHOU
2    Q.  Yes, that is what the article
3  says.
4    A.  I don't have very good memory
5  about this.
6    Q.  You don't have a very good
7  memory about what?
8    A.  About this interview.
9    Q.  Do you remember that there was
10 an interview?
11   A.  Well, because it happened a long
12 time ago, my memory is blurred.
13   Q.  Is it possible that you were
14 detained in China in 2006 instead of 2004?
15   A.  2004.
16   Q.  So my question is:  Is it
17 possible that you got the year wrong and
18 it was 2006?  I'm just asking you is it
19 possible that the year you were actually
20 arrested in China was 2006 instead of
21 2004?
22   A.  No.  No, 2004.
23   Q.  And it says you were imprisoned
24 in 2006 for giving a student a flyer about
25 Falun Gong.
```

Page 69

```
1           ZHOU
2       Did you tell someone from the
3  Epoch Times that you were imprisoned for
4  giving a student a flyer about Falun Gong?
5       MS. MARSH:  Objection.
6    A.  Well, there should be some sort
7  of deviation, you know, in the report of,
8  you know -- you know, not so true to the
9  fact.
10   Q.  Did you tell -- I want you to
11 listen to my question.
12       Did you tell a reporter or
13 someone from the Epoch Times that you gave
14 a flyer to a student, and that's why you
15 got arrested?
16   A.  No, a booklet.
17   Q.  So you told the reporter that
18 you gave a booklet to a student; is that
19 correct?
20       MS. MARSH:  Objection.
21   A.  Three students all together, but
22 I only gave one booklet to one student.
23   Q.  Okay.  That's what you told the
24 reporter, correct?
25       MS. MARSH:  Objection.
```

18 (Pages 66 - 69)

Page 190

```
 1            ZHOU
 2    A.   Well, we do not care about what
 3 he think.   However, because he always
 4 claim that Falun Gong is an evil religion,
 5 that he is encouraging people to douzheng
 6 Falun Gong or PK Falun Gong, this is the
 7 focus of this lawsuit.
 8    Q.   There are three incidents that
 9 you're suing over in this lawsuit.  Am I
10 correct reading the complaint that there
11 are three incidents?
12    A.   Yes.
13    Q.   And is it correct that the
14 earliest incident was April 2011?
15    A.   Correct.
16    Q.   And did it involve Plaintiff Zhu
17 Zirou?  I mean did it involve --
18       MR. FINI:   Strike that.
19    Q.   In April 2011, did it involve
20 Defendant Li Huahong?
21    A.   Yes.
22    Q.   And because I'd like to finish
23 this deposition as soon as possible, can
24 you just summarize what that incident was,
25 what she did?
```

Page 191

```
 1            ZHOU
 2    A.   So at that time I was -- I was
 3 located on Main Street opposite to the
 4 Golden Shopping Mall.  I was at the desk
 5 trying to distribute the information.
 6 Then, at that time Li Huahong came from my
 7 back.  Then I look to my back, and I saw
 8 her.  She said -- she pointed at us and
 9 said that you are American --
10       THE INTERPRETER:   By
11 pronunciation H-A-R-P-A dogs.
12    A.   -- harpa dogs.  She said you
13 dare to go back to China?  You go back to
14 China, they would execute you by shooting.
15 You already photoed -- I mean pictured by
16 us.  Also you guys already listed in the
17 blacklist in the China ambassador.
18    Q.   Anything else?  Did she say
19 anything else?
20    A.   And then she walk close to our
21 desk and then just get everything,
22 publication on our desk off to the ground.
23    Q.   The complaint doesn't say that
24 she threw anything to the ground.  Is
25 there a reason why you left that out when
```

Page 192

```
 1            ZHOU
 2 you were -- when you were filing your
 3 complaint?
 4    A.   We did, right?
 5    Q.   No.  The complaint just says
 6 that she said things to you, threatened
 7 you with the blacklist, but it does not
 8 say that she touched the pamphlets or
 9 threw them to the ground.  It doesn't say
10 that.
11       MS. MARSH:   Objection.
12    A.   But in my complaint, I did make
13 that -- that saying.
14    Q.   Well, the complaint does say
15 that in January of 2015, defendant Wan
16 knocked materials off.  It does say that?
17    A.   Yes, Wan did that and also Li
18 did that.
19    Q.   The complaint says Wan did it,
20 but in April -- in the April 2011 sentence
21 it does not say that about Li Huahong?
22    A.   But in my memory I remember that
23 she actually knocked down the material.
24    Q.   Is it possible that you're
25 switching the two incidents because the
```

Page 193

```
 1            ZHOU
 2 2011 was six years ago?  Is it possible
 3 you are putting the recollection of Wan
 4 hitting the material and having a mistake
 5 in memory about the materials going back
 6 to 2011?
 7       MS. MARSH:   Objection.
 8    A.   No, I remember that because I
 9 was in fear at that time.
10    Q.   Okay.  All right.  So other
11 than the statement she made about knocking
12 the materials off, is there anything else
13 that happened with Li in April 2011?
14    A.   No.
15    Q.   Did she touch you?
16    A.   No.  No.
17    Q.   Okay.  Am I correct that the
18 incident before -- all right.  Am I
19 correct that the incident after that was
20 September 2011?
21    A.   Yes.
22    Q.   And which defendant was involved
23 in that incident?
24    A.   Zhu Zirou.
25    Q.   And do you know whether or not
```

49 (Pages 190 - 193)

Page 194

ZHOU

1
2 Zhu Zirou is a member of CACWA?
3    A.  I heard from Li Huahong.  She
4 said that Zhu Zirou is her leader.
5    Q.  What kind of leader did she say
6 he is?
7    A.  I just know leader.  That's all.
8    Q.  When did she tell you that?
9    A.  It was one time Li Huahong --
10 there was a member who wanted to stand
11 next to the tree right next to one of the
12 desks, and then Li Huahong -- Li Huahong
13 went over and talked to that person and
14 said our leader would like to have a talk
15 with you.  Then Zhu Zirou came
16 immediately.
17    Q.  So she didn't say that to you.
18 She said it to somebody else; is that
19 correct?
20    A.  Yes, but I heard the
21 conversation.
22    Q.  Okay.  How far away were you?
23    A.  Like here to the glass, and then
24 there was a tree next to it.
25    Q.  What year was it?

Page 195

ZHOU

1
2    A.  I don't remember.
3    Q.  And in September of 2011, what
4 did Zhu Zirou do?
5    A.  He was in a wheelchair.
6    Q.  What did he do?
7    A.  He came with another man, the
8 name Fu Ni.
9        THE INTERPRETER: F-U last name,
10 first name N-I By pronunciation.
11    A.  Fu Ni is a person who in
12 the -- in the incident that happened in
13 the year 2008 that he physically injured
14 members of our group.  It was severe
15 injury with bloody head.  Afterwards Fu Ni
16 was actually sentenced and imprisoned for
17 fifteen years by U.S. government.
18        These two people was talking to
19 each other at a distance like from here to
20 over there (indicating), and Zhu Zirou
21 yelled and said you, a person from
22 village, you only know how to say two
23 sentences well.  He just said two
24 sentences.  You villager.
25    Q.  That is what Zhu Zirou said in

Page 196

ZHOU

1
2 September 2011, he insulted you by calling
3 you a villager who only knew two
4 sentences, right?
5    A.  Correct.
6    Q.  And did he do anything else?
7    A.  So this is the desk.  I was
8 here, and Zhu Zirou was over there.  Then
9 he drove his car around to the other area.
10        MR. FINI:  Wheelchair.
11    A.  Yes.  He was very quick using
12 his wheelchair and then turned around to
13 the end of the table.  Then he physically
14 tore the -- the publication that
15 was -- the kind of notice that we put
16 there.
17    Q.  So he tore what publication?
18    A.  The display -- --
19    A.  It's a -- well, it's a kind of
20 display.  We call a display board.
21 However, it is made of plastic, and it is
22 connected with some sort of wheel.
23    Q.  And what did he do to the
24 display board?
25    A.  So the -- well, that display

Page 197

ZHOU

1
2 board was placed upright, and then
3 he -- after he moved over there he just
4 used his hand and did the action like that
5 (indicating).
6    Q.  And it was plastic?
7        THE INTERPRETER:  He did the
8 action by interpreter.
9    A.  I think so.  Some sort of
10 plastic.
11    Q.  So what did he do with the
12 plastic with his hands?
13    A.  Because that board was comprised
14 with several layers, different type of
15 plastic layer maybe because, you know, it
16 had been under the sun for some period of
17 time, so that plastic already become very
18 hard.  So once he touch it, it is so easy
19 to make it apart from each -- from each
20 layer.
21    Q.  So he touched the display board
22 and did what to it in the end?
23    A.  So I would not let him tear this
24 board up, so I went over and tried to stop
25 him from doing that.

50 (Pages 194 - 197)

Page 202

```
        ZHOU
1
2   A.   Bai Qin Zhang.
3   Q.   Is that person a plaintiff?
4   A.   No.
5        THE INTERPRETER:  Let me get the
6  spelling for you.
7        THE INTERPRETER:  So the
8  spelling is first name B-A-I, second word
9  Q-I-N, last name Z-H-A-N-G.
10  Q.   So you've seen pictures of
11 what -- of this event to -- have you seen
12 pictures of this event? Did you take
13 pictures?
14  A.   No.  Eventually no photo was
15 taken because you know that old person Bai
16 Qin Zhang his cell phone was not good in
17 the photo-taking feature.
18  Q.   But it did have a photo-taking
19 feature?
20  A.   Well, I think there was a camera
21 inside that cell phone.  However, he did
22 not know how to use it, the feature.  He
23 didn't know how to use it, so -- because
24 he is old, so eventually he didn't take
25 picture.  Well, then when Hongjuan said
```

Page 203

```
        ZHOU
1
2  something like that you can tell police;
3  however, we have people working in the
4  police station.  So even though you try to
5  tell them, it is a waste of time.
6   Q.   Did you call the police?
7   A.   And she said that within three
8  months we will try to kill all of you.
9   Q.   Anything else?
10  A.   That and then we did not call
11 the police.
12  Q.   Did you call the police in any
13 of the three incidents we talked about
14 today?
15  A.   No.
16  Q.   Why not?
17  A.   So for three reasons.  The
18 first reason is because Wan said that they
19 have people working in the police station.
20 The second thing is that I saw the
21 picture, which I -- which I told you that
22 a police stick out the middle fingers of
23 both hands, and then the third reason was
24 that there was a saying in the video that
25 the police say that we are neutral.
```

Page 204

```
        ZHOU
1
2   Q.   But if the police are neutral,
3  that means they don't take one side over
4  the other, correct?
5   A.   Actually the police station also
6  communicate with our spiritual center, and
7  we were told that unless serious injury,
8  for example, bone fractures; otherwise, do
9  not contact the police station.
10  Q.   Did you hear the police say that
11 to the spiritual center or someone from
12 the spiritual center told you that?
13  A.   I was told by people at the
14 spiritual center.
15  Q.   Who told you because I want to
16 depose that guy? I want to take his
17 deposition, him or her.  Who from the
18 spiritual center told you that because I
19 have to take that deposition?
20  A.   I don't know the name, but I was
21 told about this happening.
22  Q.   But you don't know the name?
23  A.   There were too many people
24 inside the spiritual center.  I really
25 don't remember who.
```

Page 205

```
        ZHOU
1
2   Q.   You really don't remember.
3  It's like the guy who died in the car
4  accident is the only witness.  This guy's
5  name you don't remember.  It's very
6  interesting, right?
7        MS. MARSH:  Objection. I have
8  the name of the person.
9   A.   No, I gave you the names
10 already.
11  Q.   Okay.  So you don't remember
12 the name of the guy in the spiritual
13 center who told you that the police said
14 there has to be a broken bone to call the
15 police?
16  A.   Yes, but, you know, fracture is
17 one example of serious injury.  It could
18 happen anything.
19  Q.   So you understood from someone
20 from the spiritual center, who you don't
21 remember the name, that you couldn't call
22 the police unless there is a serious
23 injury; is that correct?
24  A.   Yes.
25  Q.   And so you didn't call the
```

52 (Pages 202 - 205)

**EXHIBIT 6 – DEPOSITION OF PENG ZHANG**

```
                                          Page 1

 1

 2    UNITED STATES DISTRICT COURT

 3    EASTERN DISTRICT OF NEW YORK

 4    -------------------------------------X

 5    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

 6    ZHANG Cuiping, WEI Min, LO Kitsuen, CAO

 7    Lijun, HU Yang, GUO Xiaofang, GAO Jinying,

 8    CUI Lina, XU Ting, BIAN Hexiang,

 9                        Plaintiffs,

10         - against-  15 CV 1046 (SLT)(VMS)

11    Chinese Anti-Cult World Alliance (CACWA),

12    Michael CHU, LI Huahong, WAN Hongjuan,

13    ZHU Zirou, and DOES 1-5 Inclusive,

14                        Defendants.

15    -------------------------------------X

16                    May 13, 2016

17                    10:26 a.m.

18

19          Videotaped deposition of Plaintiff

20      Peng Zhang, held at the offices of Catafago

21      Fini LLP, The Empire State Building, 350

22      Fifth Avenue, New York, New York, pursuant

23      to Notice, before NANCY SORENSEN, a Notary

24      Public of the State of New York.

25
```

Page 2

```
 1
 2  A P P E A R A N C E S:
 3
 4      HUMAN RIGHTS LAW FOUNDATION
 5      Attorneys for Plaintiffs
 6          1615 L Street, NW, Ste. 1100
 7          Washington, D.C.  20036
 8      BY:  TERRI MARSH, ESQ.
 9          - and -
10      LAW OFFICES OF DAVID CLEVELAND, ESQ.
11          1234 Mass Avenue, N.W.
12          #1019
13          Washington, D.C.  20005
14
15      CATAFAGO FINI LLP
16      Attorneys for Defendants Chinese Anti-Cult
17      World Alliance, Michael Chu, Li Huahong and
18      Zhu Zirou
19          The Empire State Building
20          350 Fifth Avenue, Suite 7412
21          New York, New York  10118
22      BY:  TOM M. FINI, ESQ.
23
24
25
```

Page 4

```
 1
 2      IT IS HEREBY STIPULATED AND AGREED,
 3  by and between the attorneys for the respective
 4  parties herein, that filing and sealing be and
 5  the same are hereby waived.
 6      IT IS FURTHER STIPULATED AND AGREED
 7  that all objections, except as to the form
 8  of the question, shall be reserved to the
 9  time of the trial.
10      IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be sworn to
12  and signed before any officer authorized to
13  administer an oath, with the same force and
14  effect as if signed and sworn to before the
15  Court.
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2  A P P E A R A N C E S:  (Cont'd)
 3
 4
 5  ALSO PRESENT:
 6      JIM ROBERTS, VIDEOGRAPHER
 7      JARON LIU, INTERPRETER
 8      SOPHIA XIE, PREP INTERPRETER
 9      PATRICK FENG, INTERPRETER
10      (P.M. ONLY)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2      THE VIDEOGRAPHER:  Good morning.
 3  We're now on record.  Please note that the
 4  microphones are sensitive and may pick up
 5  whispering and private conversation.
 6      Please turn off all cell phones or
 7  place them away from the microphones as they
 8  can interfere with the deposition audio.
 9  Recording will continue until all parties
10  agree to go off the record.
11      My name is Jim Roberts representing
12  Veritext with offices in New York City,
13  New York.  Today's date is May 13, 2016.
14  The time is approximately 10:26 a.m.
15      The deposition is being held at
16  Catafago Fini located at 350 Fifth Avenue,
17  New York City, New York and is being taken
18  by counsel for defendants.
19      The caption of the case is Zhang,
20  Jinrong, et al., versus Chinese Anti-Cult
21  World Alliance, et al.  The case is held in
22  the U.S. District Court, Eastern District of
23  New York, Case Number 15-CV-1046.  The name
24  of the witness is Peng Zhang.
25      Counsel will please state their
```

2 (Pages 2 - 5)

Page 26

1           P. Zhang
2  jail were you in?
3      A.   It's Henyang City.
4      Q.   How do you spell that?
5      A.   H-E-N-G-Y-A-N-G City Jail.  No,
6  actually there was a temporary detention place.
7      Q.   And what -- describe the detention
8  place, what -- where you would live and sleep,
9  describe it?
10     A.   The address of that, it's in -- it's
11 called Jiangdong District, J-I-A-N-G-D-O-N-G,
12 which is -- there's a river right next to it, so
13 this called River -- East River and also West
14 Riverside, and that's near where I went to high
15 school at.  So that's the area where they held
16 me detention at.
17     Q.   Does it have beds in that detention
18 center?
19     A.   Yeah, like a wooden plank to sleep.
20     Q.   Did you have your own room?
21     A.   No, they put a lot of people together
22 at the detention place.
23     Q.   Were you allowed to have visitors?
24     A.   Yeah, they allow relatives to visit.
25     Q.   Did any relatives visit you?

Page 27

1           P. Zhang
2      A.   Yes, my parents came.
3      Q.   Did your sister come?
4      A.   No, because my sister was quite young
5  at the time.
6      Q.   The three times you were held for 15
7  days were at the same location that you just
8  described?
9      A.   Yes, the same detention center but
10 different rooms.
11     Q.   If I get the documents from China
12 that the -- from the police, if I get the
13 documents, what will the documents show you were
14 charged with, the crime that you were charged
15 with?
16     A.   The first time when they held me in
17 detention, I think the reason was that I was
18 causing harm to the citizens or something like
19 that.
20          MS. MARSH:  Speak up.
21          MR. FINI:  "Causing harm to the
22     citizens."
23     Q.   And in what way were you causing harm
24 to the citizens?
25          MS. MARSH:  Objection.

Page 28

1           P. Zhang
2      Q.   According to the government?
3          MR. FINI:  It's going to be too long.
4      Q.   Let me give you some instruction here
5  because you're requiring a translator, if you
6  want to speak in English, that's fine, but if
7  you're going to require a translator, you're
8  going to have to reasonably stop, let him
9  translate, then continue.
10          Because then otherwise, we're going
11 to lose some of what you're saying.
12          So I am -- my question, if you know,
13 is what was the government's position, what did
14 they allege in terms of your causing harm to
15 citizens?  Try to break it up, otherwise he
16 won't be able to do it.
17     A.   Because I was going to report them,
18 so that's why I was incarcerated in detention.
19     Q.   The government put you in detention
20 because you were going to report them?
21          I don't understand.  Ask him, I don't
22 understand that?
23          THE INTERPRETER:  (Translates.)
24     A.   So in Beijing, they have this place
25 that I could report any -- any injustice.  I was

Page 29

1           P. Zhang
2  planning to go there because I thought --
3      Q.   You were -- he said, "I was planning
4  to go there"?
5          THE INTERPRETER:  Yes.
6          MR. FINI:  Try to talk slower.
7      A.   Because I was a believer of Falun
8  Gong, I want to report them of the injustice.
9      Q.   The first time you were arrested, if
10 they arrested you or detained you because they
11 -- are you saying that the first time you were
12 detained is because they thought you were going
13 to report them, that's the reason for the first
14 time you were detained?
15          MS. MARSH:  Objection.
16     A.   Yes.
17     Q.   How do you know that?
18     A.   The police told me.
19     Q.   What did they tell you?
20     A.   They asked me why are you going to
21 Beijing to report -- report us.
22     Q.   And what did you tell them?
23     A.   I told them that this is the way that
24 they treated Falun Gong, the damages that they
25 cause us when we practice.  Falun Gong teaches

8 (Pages 26 - 29)

Page 30

```
 1          P. Zhang
 2 people to be peaceful and righteous, but they
 3 harm us.
 4     Q.   How did they find out you were going
 5 to go to Beijing?
 6     A.   I was at Beijing.
 7     Q.   How did they find out you were
 8 planning to report them?
 9     MS. MARSH:  Objection.  Asked and
10     answered.
11     Q.   Go ahead.
12     A.   At that time, I was at Tiananmen
13 Square and the police asked me why are you here.
14         And I told them that I'm a Falun Gong
15 believer and I'm here to practice my belief.  So
16 they put me in a detention center in Tiananmen
17 Square.
18     Q.   When was that?
19     A.   October 1999.
20     Q.   So is that one of the three instances
21 of detention that he listed earlier?
22     A.   Yes.  Yes, that was the first time
23 that I was in detention.
24     Q.   Then what was the reason for the
25 second time you were in detention?  What was the
```

Page 31

```
 1          P. Zhang
 2 reason the government gave --
 3     MR. FINI:  It's going to be too long.
 4 What you have to do, if it's starting to get
 5 too long, you have to raise your hand.
 6         Is it too long?  I mean you have to
 7 raise your hand and do it; all right?
 8 Because it just seemed to be a lot.
 9         So are you okay with that, that if he
10 -- I would like you not to talk too -- try
11 to break it up, and if you know that you can
12 no longer now get it all, then raise your
13 hand, translate it, and then he'll pick up;
14 okay?
15     Q.   So what was the reason for the second
16 -- what is the reason that the government gave
17 for the second time you were detained?
18     A.   The second time they didn't really
19 have any proof of documents of what -- what was
20 the reasoning behind.
21         After the first incident happened, I
22 went back to my university, and there's a
23 communist university that they have these, what
24 you call, security personnels.
25         Those security personnels came to me
```

Page 32

```
 1          P. Zhang
 2 and asked me to give up my religion, to give up
 3 practicing Falun Gong and, but I refused.
 4         So later on then they put me in
 5 detention again.
 6     Q.   And did they give a purported reason,
 7 did they at least try to come up with some
 8 reason to detain you that you're aware of?
 9     A.   No, nothing.
10     Q.   And then in between the first and the
11 second detention, where were you living?
12     A.   The South China University.
13     Q.   Is housing?  In other words, the
14 university has housing; is that correct?
15     A.   Yes, they have this building
16 specialized for all the workers, and inside that
17 building, they have security guards that belong
18 to the university.
19     Q.   And does -- did the university pay
20 for your housing and food?
21     A.   No, I pay on my own from my salary.
22     Q.   Then after the second arrest --
23 second detention, did you go back to the
24 university living facility?
25     A.   No, I went back home to my parent's
```

Page 33

```
 1          P. Zhang
 2 home, but it's very close to the university.
 3     Q.   And then ask him if he -- he's with
 4 his parents at his parent's home, how does the
 5 third detention happen?
 6     A.   I was at home at the time doing
 7 housework in my father's home, and at that time
 8 my mom was present, and their security guard
 9 from the university came and asked me to drop by
10 to the office, they will have a discussion with
11 me.
12         And so I went with them, and I got
13 into the car, but they sent me to the detention
14 center.
15     Q.   And after that third time in the
16 detention center, which was 15 days, after you
17 left, where did you go then?
18     A.   I went to G-U-A-N-G-Z-H-O-U.
19     Q.   Can you spell that for me, G?
20     THE INTERPRETER:  G-U-A-N-G-Z-H-O-U
21     A.   And because I went to school there, I
22 have some friends and some relatives, so I was
23 trying to find, find work there.
24     Q.   What kind of work were you looking
25 for?
```

9 (Pages 30 - 33)

Page 62

P. Zhang

1
2 in 1999. It's called communist 610. They
3 handle all those Falun Gong Centers.
4    Q.    Was there a hearing where he appeared
5 and someone listened to his version of what
6 happened, and someone from the government
7 represented what happened, and then a
8 decision-maker listened and decided his fate?
9    A.    Yes, they had that.
10    Q.    Were any friends or family able to
11 attend?
12    A.    The first time, there was only the
13 judge and the people arrested me, and they
14 sentenced me and I appeared.
15        So the second time, they contacted my
16 parents, they came and -- to my -- to the
17 hearing.
18    Q.    What is the time that passed between
19 what you call the first time and the second
20 time?
21    A.    Within three months.
22    Q.    And after you were sentenced, where
23 were you brought?
24    A.    They sent me straight to jail.
25    Q.    Where was the jail?

Page 63

P. Zhang

1
2    A.    They sent me to Hunan Province,
3 Cishan Jailhouse --
4        THE WITNESS:  Prison.
5        THE INTERPRETER:  -- Prison.
6 C-I-S-H-A-N, Prison.
7    Q.    What month and year were you brought
8 there?
9    A.    2002, let me think.  In February
10 2002.  So you're asking me about the time I was
11 sent to prison, right, yeah.
12    Q.    What was the month and year that you
13 left the law firm?
14    A.    In June of 2000.
15    Q.    If you left the law firm in June of
16 2000 and then were detained six months later,
17 which would be late 2000 and the beginning of
18 2001, what's the gap between that and February
19 2002?  There's some gap I have in my notes.
20        MS. MARSH:  Objection.
21    A.    During that, the year gap, I was in
22 middle of getting sentence -- initially, they
23 sentenced me, and then -- but I put in an
24 appeal, and then I went to a higher court or
25 what's called a middle court.  And then after

Page 64

P. Zhang

1
2 that, I got sentenced.
3    Q.    When was the first time you were
4 detained, after you were practicing for six
5 months after you left the law firm, when was the
6 month and year you were detained?
7    A.    It was during the year 2001, either
8 in January or February.  I forgot the exact
9 date.  Within that time period because a lot of
10 things were going on.  I was busy doing my
11 thing.
12    Q.    So it sounds like if you left -- so
13 it sounds like you were --
14        MR. FINI:  Strike that.
15    Q.    If you were detained in January or
16 February of 2001 and then you sentenced in
17 February 2002, what happened for that year, from
18 the time you were first detained in the
19 beginning of 2001 to February 2002 when you said
20 you were sentenced, what happened during that
21 11-month to 1-year period?
22        MS. MARSH:  Objection.  Asked and
23        answered.
24    A.    I was in the detention center.  I was
25 in the detention center.  It's different from

Page 65

P. Zhang

1
2 the jail, so I was waiting to be sentenced.
3    Q.    Were you able to leave the detention
4 center at any time?
5    A.    No.
6    Q.    Were you visited during that year by
7 your parents?
8    A.    Yes.
9    Q.    After you -- so that one year, during
10 that one year, how did you occupy your time?
11    A.    This detention center is like a
12 holding area for other people waiting to be
13 sentenced.  It's part of the police precinct.
14 So during that period of time in the detention
15 center, we have to do labor.
16    Q.    After you were sentenced in February
17 2002, how long were you in that Hunan prison
18 before you got out?
19        And I'm talking about consecutive,
20 how much consecutive time, without interruption,
21 did you spend in that prison?
22    A.    In the detention center?
23    Q.    Listen.  In February 2002, he goes to
24 the Hunan prison.  How long were you in the
25 Hunan prison consecutively, did the consecutive

17 (Pages 62 - 65)

Page 102

P. Zhang

1
2    Q.   What's the -- did he talk to Falun
3    Gong members about filing a lawsuit before he
4    spoke to any lawyers?
5    A.   Yes.
6    Q.   Who?
7    A.   I spoke to quite a few.  Michael Yu
8    that I mentioned earlier.
9    Q.   What did you discuss with Michael Yu?
10   A.   They assaulted us, so I talked to him
11   about that maybe we can bring suit and let the
12   law punish them.
13        MR. FINI:  I'm going to mark an
14   exhibit.
15        (Defendant's Exhibit 1, the
16        complaint, marked for identification, as of
17        this date.)
18   Q.   I am marking the complaint in this
19   action as Exhibit 1.  I'd like you to take a
20   look at it and let me know if you have seen this
21   document?
22   A.   (The witness complies with request.)
23        MR. FINI:  Can I just see the back.
24   I may have added a document.  No,
25   actually -- let me see, actually it looks

Page 103

P. Zhang

1
2    like it's -- yeah, Terri, you may have a
3    notice of motion on yours by accident, but
4    this exhibit number is correct.
5        Is there a last page, a last page of
6    the complaint, Terri, I just want to make
7    sure.
8        MS. MARSH:  The last page is -- says
9    March.  I don't think that's the complaint.
10   I don't think so.
11        MR. FINI:  If the last page is signed
12   by you, then that's correct.  That's
13   correct.  On my copy, I had something added.
14   A.   Yes, I saw this before.
15   Q.   Okay, so you've seen Exhibit 1
16   before?
17   A.   Um-hmm.
18   Q.   You see at the top it's dated March
19   3rd, 2015?
20   A.   Um-hmm.
21   Q.   Did you see the complaint and did you
22   read the complaint before it was filed on March
23   3rd?
24        MS. MARSH:  Objection, privileged.
25   A.   Before this date?  No.

Page 104

P. Zhang

1
2    Q.   When is the first time you saw this
3    complaint, what date approximately?
4    A.   This, I don't remember which date
5    from last year.  I don't recall.
6    Q.   But your -- did you receive a
7    translated version of this complaint?
8    A.   I have a fellow believer that
9    translated for me, but I -- I only saw the
10   English complaint, not the Chinese one.
11   Q.   What's the name of the fellow
12   believer?
13   A.   I think the name is Shen S-H-E-N.
14   Q.   And what is the date that you were
15   allegedly assaulted?
16   A.   In 2014, July 19th.
17   Q.   And were you living in Flushing at
18   that time?
19   A.   Yes.
20   Q.   And at that time, how often did you,
21   in July, how often were you going to Falun Gong
22   locations, how often, would you go every day?
23        MS. MARSH:  Objection.
24   A.   At least three to four times a week.
25   Q.   And where would you go three to four

Page 105

P. Zhang

1
2    times a week?
3    A.   What I mentioned to you before at the
4    Main Street, both at the office and also at the
5    Taiwanese Association where we learned together.
6    Q.   And when did you move to Middletown?
7    A.   In January of 2015.
8    Q.   And until January 2015, in other
9    words, through the end of 2014, is it fair to
10   say that you went to Falun Gong locations in
11   Flushing three or four times a week?
12   A.   Yeah, pretty much.
13   Q.   And are there five Falun Gong tables
14   in Flushing, Queens?
15   A.   Yeah, I know we have five.
16   Q.   And did you -- would you go to more
17   than one of those tables during the week?
18   A.   Yes, I went to different tables.
19   Q.   Can you describe what exactly
20   happened on July 19, 2014 that you called the
21   assault?
22   A.   On that day, July 19th, approximately
23   late in the afternoon, 6 p.m. I was at the Main
24   Street and Roosevelt Street booth.  I was
25   handing out flyers to people coming, passing by.

27 (Pages 102 - 105)

Page 106

P. Zhang

1
2    MR. FINI: Make sure you break it up.
3    I want you to give your full answer, but I
4    want to make sure we don't lose anything, so
5    let's get this much.
6    A.    So this individual named
7    Wan Hongjuan, female individual, came by and
8    said our booth was blocking her way.
9    Q.    Go ahead?
10    A.    And then she started to tear off the
11    things from our booth. I told her that these
12    are our properties. You can't touch them.
13        She told me that it's blocking her
14    way. She has to take it away. While she was --
15    while she was telling me, she was tearing the
16    booth apart at the same time, one by one.
17        And as after she tore apart our
18    stuff, she threw them to the ground and she step
19    on it.
20        And after she tore away two or three
21    pieces, she had another piece in her hand. I
22    was trying to grab onto that piece that she was
23    trying to tear.
24        And then she shove my hands away and
25    then she took a piece and threw it. And I felt

Page 107

P. Zhang

1
2    that she was really aggressive, and so I was
3    afraid of her.
4        So at that time, I had no choice and
5    I told her that I would call the police. But
6    she didn't stop. She was continuing to doing
7    all the tearing and all that, so I walked to the
8    side and I called the police.
9    Q.    Walked inside where? Walked inside
10    where?
11        THE INTERPRETER: Walked aside.
12        MR. FINI: Walked --
13        THE INTERPRETER: Walked aside.
14    Aside.
15    Q.    Walked inside, inside a building?
16        THE INTERPRETER: Aside.
17        MR. FINI: Ask him, did he walk
18    inside somewhere or walk aside? Ask him to
19    clarify that.
20        THE INTERPRETER: (Translating.)
21    A.    I actually just took a couple steps
22    away from the booth while she was still tearing,
23    so I make a call at the time.
24    Q.    Did he dial 911?
25    A.    I called 311.

Page 108

P. Zhang

1
2    Q.    311?
3    A.    Yes.
4    Q.    What did you say?
5    A.    I told them that somebody was
6    assaulting us and tearing our materials.
7    Q.    Now --
8    A.    And person pick up on the phone, a
9    female voice, asked me what was my location at
10    and what kind of person assaulted me, and they
11    asked me to describe about what time of clothing
12    he or she was wearing, and what does the person
13    look like.
14    Q.    Okay, go ahead?
15    A.    And after I finished my call shortly,
16    Wan Hongjuan left. And then a few minutes later
17    after I called, the police arrived and a male
18    officer came out, which happens to speak
19    Chinese, and I told him that what happened.
20    Q.    And anything else happen?
21    A.    So this police officer asked me where
22    was the individual, and I told him that she
23    already left.
24        And then the officer told me next
25    time this happens, make sure when you put the

Page 109

P. Zhang

1
2    booth up with these boards and flyers, you need
3    to have police personnel present too, and call
4    the police if something like this happens.
5    Yeah, pretty much like that.
6    Q.    Now if we were to get a copy of the
7    311 call, would we find that you spoke to
8    someone and then were connected to the police or
9    you only spoke to the 311 person?
10    A.    No, I'm not really sure.
11    Q.    You don't remember?
12    A.    Are you asking me did I call 311 or
13    something else?
14    Q.    When you called 311, were you -- did
15    you only speak to one person or did they put you
16    on hold and transfer you to a second person?
17    A.    I don't recall if they transfer or
18    not. I don't recall.
19    Q.    Why did you call 311 instead of 911?
20    A.    Because at that time, I came to the
21    country shortly. I remembered there was the 311
22    number. I don't really know the difference
23    between 311 and 911 or I which one I should
24    call.
25    Q.    Okay, and when you got on the phone,

28 (Pages 106 - 109)

**EXHIBIT 7 – DEPOSITION OF MIN WEI**

```
                                            Page 1

 1
 2     UNITED STATES DISTRICT COURT
 3     EASTERN DISTRICT OF NEW YORK
 4     - - - - - - - - - - - - - - - - - - -x
 5     ZHANG Jingrong, ZHOU Yanhua, ZHANG
       Peng, ZHANG Cuiping, WEI Min, LO
 6     Kitsuen, CAO Lijin, HU Yang, GUO
       Xiaofang, GAO Jinying, CUI Lina,
 7     XU Ting, BIAN Xexiang,
 8                          Plaintiffs,
 9          -against-
10     CHINESE ANTI-CULT WORLD ALLIANCE
       (CACWA) , Michael CHU, Li Xiurong,
11     Bian Hexiang, ZHU Ziroi, and DOES 1-5
       Inclusive,
12
                            Defendants.
13
       - - - - - - - - - - - - - - - - - - -x
14
       15 CV 1046 (SLT) (VMS)
15
                    1250 Broadway
16                  New York, New York
17                  June 3, 2016
                    9:25 A.M.
18
19
20
21
22
23
24
25
```

Page 2

```
1
2       DEPOSITION of MIN WEI, one of the
3   Plaintiffs in the above-entitled action,
4   held at the above time and place, taken
5   before Gretchen A. Milton, a Shorthand
6   Reporter and Notary Public of the State of
7   New York, pursuant to the Federal Rules of
8   Civil Procedure, Notice and stipulations
9   between Counsel.
10          *   *   *
11
12  APPEARANCES:
13
        HUMAN RIGHTS LAW FOUNDATION
14          Attorneys for Plaintiffs
            1615 L Street, NW, Suite 1100
15          Washington, D.C. 20036
16  BY:  TERRI ELLEN MARSH, ESQ.
17
18  CATAFAGO FINI, LLP
            Attorney for Defendants
19          Chinese Anti-Cult World Alliance
            Michael Chu
20          Li Xiurong
            Zhu Zirou
21          The Empire State Building
            350 Fifth Avenue, Suite 7412
22          New York, New York 10118
23  BY:  TOM M. FINI, ESQ.
24
25
```

Page 3

```
1
2
3   APPEARANCES:
      (Continuing)
4
      ALSO PRESENT:
5       ARTHUR KWOK,
        Mandarin Language Interpreter
6       (Official Interpreter for this
        Deposition)
7       EIBER TRANSLATION, INC.
8
        DEVERELL WRITE,
9       Videographer,
        VERITEXT LEGAL SOLUTIONS
10
11    JANET CHIU,
        Mandarin Language Interpreter
12      HUMAN RIGHTS LAW FOUNDATION
13      YI YANG XIA
        (A.M. Session Only)
14          *   *   *
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1
2       STIPULATIONS
3     IT IS HEREBY STIPULATED AND AGREED, by
4   and among counsel for the respective
5   parties hereto, that the filing, sealing
6   and certification of the within deposition
7   shall be and the same are hereby waived;
8     IT IS FURTHER STIPULATED AND AGREED
9   that all objections, except as to form of
10  the question, shall be reserved to the
11  time of the trial;
12    IT IS FURTHER STIPULATED AND AGREED
13  that the within deposition may be signed
14  before any Notary Public with the same
15  force and effect as if signed and sworn to
16  before the Court.
17          *   *   *
18
19
20
21
22
23
24
25
```

Page 5

```
1
2       THE VIDEOGRAPHER:  We are now on
3   the record.  Please note that the
4   microphones and sensitive may pick up
5   whispering and private conversations.
6       My name is Deverell Write,
7   representing Veritext Legal Solutions.
8   Today's date is June 3rd, 2016.  The
9   time on the video monitor is
10  approximately 9:25 A.M.  This
11  deposition is being held at the
12  offices of Veritext Legal Solutions
13  located at 1250 Broadway, New York,
14  New York.
15      The caption of this case is Zhang
16  Jingrong, et al., versus Chinese
17  Anti-Cult World Alliance, et al.  This
18  case is filed in the U.S District
19  Court, Eastern District of New York,
20  Case No. 15 CV 1046.  The name of the
21  witness is Min Wei.
22      At this time, will counsel
23  identify themselves, please.
24      MR. FINI:  Tom Fini of Catafago
25  Fini, for Defendants, Chinese
```

2 (Pages 2 - 5)

Page 158

MIN WEI

1     A. A lawsuit is a lawsuit. I'm not
2 sure I'm not sure what special meaning it
3 has.
4     Q. Okay. In China if two people
5 have a disagreement, are they able to go
6 to a court to resolve the disagreement in
7 China?
8     A. I think so. I think that's
9 possible.
10     Q. Do you think that's possible in
11 the United States; that if two people have
12 a dispute, the person who feels that they
13 have been wronged can start a lawsuit? Do
14 you think that's possible?
15     A. Possibly, yes. Possibly, yes.
16 Should be yes.
17     Q. Well, do you know? Do you
18 actually know that in reality we are in a
19 lawsuit. You're in a lawsuit. Do you
20 understand that?
21     A. Yes. We are in this lawsuit. I
22 am the complainant.
23     Q. You are the complainant?
24     A. Yes.

Page 159

MIN WEI

1     Q. So, did you authorize Ms. Marsh
2 to bring this lawsuit for you? Did you
3 authorize her to bring this lawsuit?
4     MS. MARSH: Objection.
5     A. What does that mean?
6     Q. Okay. For, for your name to be
7 put as a complainant in a lawsuit, there
8 is one person in the world who can decide
9 to do that. And that's you.
10     A. In fact. In fact, yeah. I do
11 want to start a lawsuit.
12     Q. Okay. That's what I asked you.
13 I asked you: Did you authorize -- did you
14 give permission -- to Ms. Marsh to file
15 this lawsuit for you? That's what I asked
16 you.
17     MS. MARSH: Objection. He
18     doesn't understand.
19     A. What does that mean, "authorize"
20 a lawsuit?
21     Q. Okay. If you own property, and I
22 asked you to borrow the property, and you
23 give me permission, you're authorizing it.
24 You're approving it? Ask him if he

Page 160

MIN WEI

1 understands that concept.
2     A. Possibly. I have never been
3 involved in real estate, however.
4     Q. I'm using that as an example.
5 Tell him it's an example.
6     A. However, I can't be sure whether
7 your example is same as his.
8     Q. Okay. The idea is that giving
9 approval, or permission, or consent. Use
10 some of those words. The idea of consent.
11     A. I don't really understand. What
12 I understand is that I was persecuted. I
13 was attacked. I authorized Attorney Terri
14 to help me.
15     Q. And what do you want from this
16 lawsuit? What do you want?
17     A. Well, people who attacked me
18 quite often slander Falun Gong as a cult.
19 As a cult.
20     Q. So, what do you want? What do
21 you want?
22     A. On their website, they publish a
23 lot of materials of the Communist Party
24 attacking Falun Gong members, and using

Page 161

MIN WEI

1 lots of vocabulary such as struggling;
2 such as struggling or fighting with Falun
3 Gong. Quoting... quoting.
4     MS. CHIU: Converting.
5     THE INTERPRETER: Thank you.
6     A. (Continuing) Converting of Falun
7 Gong. Converting. Struggling. With a
8 cult, with Falun Gong. Since I live in
9 China, and in the language that they use
10 in China, it could raise people's hatred
11 of Falun Gong. And make people feel that
12 could use violence to attack Falun Gong.
13 And freely insult and completely destroy
14 the Falun Gong.
15     And not only are they
16 disseminating all these materials, they
17 also attack me personally. And
18 disseminate a lot of these materials in
19 Chinese, in Flushing, in a large Asian or
20 Chinese area. Including displaying of big
21 boards, including the words or vocabulary
22 that I used before. That I provided
23 before.
24     The material that they

41 (Pages 158 - 161)

Page 174

MIN WEI

1
2     MS. MARSH:  Objection.
3     A.   That's up to him.
4     Q.   What about if he says:  "I think
5  you're a cult"?
6     A.   Are you saying in Chinese?
7     Q.   Yeah.  What about if he says:  "I
8  think you're a cult"?  Can he say that?
9        MS. MARSH:  Objection.
10    A.   Well, in China, the, the, the
11  wording "cult," if you label a group with
12  that label, that wording, it symbolizes
13  they want to label you as subhuman or
14  lower than regular person; that you can
15  freely insult -- someone that you can
16  complete destroy.  A target.
17       So, if Michael Chu, under those
18  circumstances, is still using the wording
19  "cult," all the Chinese know the meaning
20  of that word.
21    Q.   What about if he said:  "Falun
22  Gong is ridiculous, absolutely ridiculous.
23  Your beliefs are absolutely ridiculous and
24  stupid"?
25    A.   I'm not an attorney.  I can't

Page 175

MIN WEI

1
2  really comment on that.
3     Q.   I'm not asking you as an
4  attorney.  I am asking you if he says to
5  you, or if he says in public:  "I think
6  Falun Gong has ridiculous, dangerous,
7  stupid beliefs" do you think that's okay
8  for him to be able to say in America?
9        MS. MARSH:  Objection.
10    A.   And what -- what happens if he
11  says that?
12    Q.   I am asking you:  Are you okay
13  with that?
14    A.   I disagree.
15    Q.   You disagree.  But are you okay
16  with him being able to say it?
17       MS. MARSH:  Objection.
18    A.   I don't know -- what was the --
19  I'm not an expert in law in that.  But all
20  I know is that if he uses the word "cult,"
21  that incites violence.  Struggling,
22  conversion all would raise violence.  And
23  in terms of the other wording, I don't
24  know really know.
25    Q.   What -- did you say that you

Page 176

MIN WEI

1
2  actually suffered from some incident, a
3  physical incident?  Was there a physical
4  incident?
5     A.   Yes.  Yes.  Two of them.
6  Violently attacked me.
7     Q.   Okay.  Let's take the first
8  incident in time, the incident that
9  happened first.
10       MR. FINI:  Translate that.
11    A.   Okay.
12    Q.   I want you to tell me the date,
13  and I want to walk me through what
14  happened.  Walk us through exactly what
15  happened.
16    A.   June 28, 2014.  At the time one
17  of our spiritual points, or stations --
18  sites, sites; all right?  At one of our
19  spiritual sites, okay, Bian Hexiang pushed
20  over our table.
21       Okay.  I didn't actually witness
22  it happening.  I saw the result.  The
23  table was overturned.  Material all over
24  the floor.  Bian Hexiang and a woman was
25  arguing.

Page 177

MIN WEI

1
2        I brought a camera.  I had it on
3  my neck.  And I took pictures of the
4  situation, the site.  Okay.  And at the
5  time, Li Xiurong appeared.  I took some
6  pictures.  I took some pictures.  And
7  pointed his finger at me.
8     Q.   He or she?
9     A.   Female.  Female.  Okay.  So, she
10  pointed her finger at me and told me to
11  stop.  Rushed me.  Rushed me.  In front of
12  me and grabbed the lanyard around my neck.
13    Q.   The camera?
14    A.   The camera and lanyard.
15    Q.   What's a lanyard?
16    A.   Strap.
17       THE INTERPRETER:  Strap, yes.
18    A.   And pulled on it forcefully.
19    Q.   Okay.
20    A.   And caused pain in my neck.
21    Q.   Continue.
22    A.   Even though she couldn't pull it
23  off, even though police was right at the
24  scene, she let go and went to the police.
25  She came back with the police.  The police

45 (Pages 174 - 177)

Page 190

MIN WEI

1
2 right?
3    A.   Think so.
4    Q.   You think so what?
5    A.   That I'm only able to say and
6 provide the name of my wife who saw -- who
7 actually saw -- the pulling-of-the-strap
8 incident.
9    Q.   And what exactly did -- I want to
10 know all the words that Li said to you.
11 To the best of your recollection, from the
12 whole incident I want to know all the
13 words she said.
14    A.   Who is Li?
15    Q.   Li Xiurong.
16    A.   What do you mean?  Do you -- are
17 you asking me how she described it to me?
18    Q.   I am asking you to tell me every
19 word she spoke toward you.
20    A.   I don't remember those exact
21 words.  But in general she said:  You have
22 to delete.  You have to delete the
23 pictures that you took up.  You have to
24 delete the pictures that you took.
25    Q.   Anything else?  Did she say

Page 191

MIN WEI

1
2 anything else?
3    A.   I don't recall.
4    Q.   Did you ever go -- did you talk
5 to the police about the incident?  Did you
6 complain about the incident to the police?
7    A.   Did not.
8    Q.   Why not?
9    A.   Due to lack of English and...
10 and in terms of Li Xiurong, the police was
11 at the scene right there already.
12       I didn't understand what was
13 going on.  I was little taken aback by the
14 fact that she was able to treat me when
15 the police were right there, so I did not
16 report it.
17    Q.   Aren't some of the police in
18 Flushing are Chinese speaking?
19    A.   At the time, I don't really know.
20    Q.   You don't know because you didn't
21 try to talk to them; right?
22    A.   Well, the reason is because, even
23 with the presence of the police,
24 Li Xiurong was bold enough to do what she
25 did.  And the police was talking in

Page 192

MIN WEI

1
2 English.  And I didn't quite understand
3 what was being said.  So, at the time, I
4 didn't know what else I could do.  So, at
5 the time I let it -- I let it go for the
6 moment.
7    Q.   Are you saying that Li was
8 speaking English?
9    A.   Yeah, well, Li was speaking to me
10 in Chinese.
11    Q.   No.  But you said that you didn't
12 understand what was being said to the
13 police by Li; right?
14    A.   I couldn't hear them clearly.
15 Because she walked over to where the
16 police were.
17    Q.   Why didn't you walk over to where
18 the police were?
19    A.   I became very nervous by the
20 action of Li.  Of Li.  So I did not react
21 in time.  The reason is because, even with
22 the presence of the police, she was still
23 able to do what she did.  And she walked
24 over to the police and tried to tell the
25 police what happened.  So I didn't know

Page 193

MIN WEI

1
2 what to do.
3    Q.   So the police are there.  How
4 many police were there?
5    A.   Two or three.  I don't know how
6 many exactly.
7    Q.   There were two or three police?
8    A.   Maybe two.  I don't know
9 specifically.
10    Q.   Maybe three?
11    A.   Possibly.
12    Q.   And Li goes to the police, and
13 you don't go to the police?
14    A.   Because I was shocked, afraid, by
15 Li's actions.  And she didn't seem like
16 she was scared, afraid of the police,
17 going up to did what she did.  Bold enough
18 to treat me the way she did.  In the
19 presence of police, pulling at my lanyard,
20 I mean --
21    Q.   Strap?
22    A.   -- strap.
23    Q.   So, what was your theory; that
24 the police are -- that she's got a
25 connection with the police?  Is that your

49 (Pages 190 - 193)

Page 198

MIN WEI

1           MIN WEI
2  were standing still?
3    A.  Yes.
4    Q.  So you approached them; correct?
5    A.  I can't say that way.  If I
6  walked -- they were -- okay.  They were on
7  the edge of the road.
8      THE COURT REPORTER:  "Of the
9  road"?
10      THE INTERPRETER:  "Of the road."
11    A.  (Continuing) But if I walked by,
12  I have to pass them by --
13    Q.  Right but --
14    A.  -- pass by them.
15    Q.  Right.  I understand that.  But
16  they were standing still, and you were
17  walking by them; correct?
18    A.  Yes.  I passed by.  But I didn't
19  really notice.  Until I passed by, then I
20  noticed.
21    Q.  And you had a camera?
22    A.  Cellphone.
23    Q.  Cellphone?
24    A.  Yes.
25    Q.  You had a cellphone?

Page 199

1           MIN WEI
2    A.  Yes.
3    Q.  And you started to take pictures
4  of them?
5    A.  And I discovered they're
6  disseminating materials regarding Falun
7  Gong, in terms of calling them a cult,
8  conversion, struggle.
9    Q.  Right.  But you're the one who
10  stopped; right?
11    A.  I stopped a little bit.
12    Q.  Yes.  So you could have kept
13  walking by, as they spoke; right?
14    A.  What do you mean?
15    Q.  You could have kept walking by,
16  while they spoke their words; right?
17    A.  However, I noticed they were
18  disseminating hateful --
19    Q.  That is not my question.  I asked
20  you:  You could have kept walking right by
21  them; correct?  Yes?  Right?
22    A.  I don't understand what you are
23  saying.  But let me explain.  I just
24  wanted to take a picture.
25    Q.  I know you want to take a

Page 200

1           MIN WEI
2  picture.
3      MS. MARSH:  Counsel is raising
4  his voice.
5    Q.  But what I'm you is:  Were they
6  blocking you?
7    A.  No.
8    Q.  No.  So, you stopped while they
9  were speaking, and you started to take
10  their picture; right?
11    A.  Yes.
12    Q.  Did you ever think that maybe one
13  solution to this problem is you keep
14  walking and let them speak?
15      MS. MARSH:  Objection.
16    A.  There were many other occasions
17  where they were displaying their boards
18  and I passed by.
19    Q.  Okay.  So, when you started to
20  take their picture, were you this close to
21  them?
22      (Indicating).
23    A.  No, no.
24    Q.  Were you this close?
25      (Indicating).

Page 201

1           MIN WEI
2    A.  No.
3    Q.  Where were you?  How far?  Over
4  here?
5      (Indicating).
6    A.  Where the window is.
7    Q.  Over here?
8      (Indicating).
9    A.  Little bit further.
10    Q.  Further?  Okay.  And you were
11  taking their picture; right?
12    A.  From here.  Possibly from here to
13  there.
14      (Indicating).
15    Q.  Okay.  Did you say -- did you say
16  anything to them?
17    A.  No.
18    Q.  Did they say anything to you?
19    A.  When I started take pictures,
20  they said:  "Don't take pictures.  You are
21  forbidden to take pictures."
22    Q.  Okay.  What else did they say?
23    A.  And then they rushed towards me
24  from where they were standing.  And I
25  don't really know exactly what they say.

51 (Pages 198 - 201)

Page 198

```
 1          MIN WEI
 2 were standing still?
 3    A.  Yes.
 4    Q.  So you approached them; correct?
 5    A.  I can't say that way.  If I
 6 walked -- they were -- okay.  They were on
 7 the edge of the road.
 8        THE COURT REPORTER:  "Of the
 9 road"?
10        THE INTERPRETER:  "Of the road."
11    A.  (Continuing) But if I walked by,
12 I have to pass them by --
13    Q.  Right but --
14    A.  -- pass by them.
15    Q.  Right.  I understand that.  But
16 they were standing still, and you were
17 walking by them; correct?
18    A.  Yes.  I passed by.  But I didn't
19 really notice.  Until I passed by, then I
20 noticed.
21    Q.  And you had a camera?
22    A.  Cellphone.
23    Q.  Cellphone?
24    A.  Yes.
25    Q.  You had a cellphone?
```

Page 199

```
 1          MIN WEI
 2    A.  Yes.
 3    Q.  And you started to take pictures
 4 of them?
 5    A.  And I discovered they're
 6 disseminating materials regarding Falun
 7 Gong, in terms of calling them a cult,
 8 conversion, struggle.
 9    Q.  Right.  But you're the one who
10 stopped; right?
11    A.  I stopped a little bit.
12    Q.  Yes.  So you could have kept
13 walking by, as they spoke; right?
14    A.  What do you mean?
15    Q.  You could have kept walking by,
16 while they spoke their words; right?
17    A.  However, I noticed they were
18 disseminating hateful --
19    Q.  That is not my question.  I asked
20 you:  You could have kept walking right by
21 them; correct?  Yes?  Right?
22    A.  I don't understand what you are
23 saying.  But let me explain.  I just
24 wanted to take a picture.
25    Q.  I know you want to take a
```

Page 200

```
 1          MIN WEI
 2 picture.
 3        MS. MARSH:  Counsel is raising
 4    his voice.
 5    Q.  But what I'm you is:  Were they
 6 blocking you?
 7    A.  No.
 8    Q.  No.  So, you stopped while they
 9 were speaking, and you started to take
10 their picture; right?
11    A.  Yes.
12    Q.  Did you ever think that maybe one
13 solution to this problem is you keep
14 walking and let them speak?
15        MS. MARSH:  Objection.
16    A.  There were many other occasions
17 where they were displaying their boards
18 and I passed by.
19    Q.  Okay.  So, when you started to
20 take their picture, were you this close to
21 them?
22        (Indicating).
23    A.  No, no.
24    Q.  Were you this close?
25        (Indicating).
```

Page 201

```
 1          MIN WEI
 2    A.  No.
 3    Q.  Where were you?  How far?  Over
 4 here?
 5        (Indicating).
 6    A.  Where the window is.
 7    Q.  Over here?
 8        (Indicating).
 9    A.  Little bit further.
10    Q.  Further?  Okay.  And you were
11 taking their picture; right?
12    A.  From here.  Possibly from here to
13 there.
14        (Indicating).
15    Q.  Okay.  Did you say -- did you say
16 anything to them?
17    A.  No.
18    Q.  Did they say anything to you?
19    A.  When I started take pictures,
20 they said:  "Don't take pictures.  You are
21 forbidden to take pictures."
22    Q.  Okay.  What else did they say?
23    A.  And then they rushed towards me
24 from where they were standing.  And I
25 don't really know exactly what they say.
```

51 (Pages 198 - 201)

Page 202

MIN WEI

1
2 Possibly, stop taking pictures.
3       And then struck my face.  And
4 then used their hands and grabbed my
5 camera.  Took my camera.  Grabbed my
6 camera away.
7    Q.  So, which -- so, there were two
8 women?
9    A.  Yes.
10   Q.  And you knew the name of one of
11 them, but not the other one; is that
12 right?
13   A.  Correct.  I only know the person
14 who attacked me whose name is Bian
15 Hexiang.
16   Q.  So, she walked up to you?  She
17 walked up to you?
18   A.  Yes.
19   Q.  And what exactly did she do to
20 you?
21   A.  And struck using her hand.
22   Q.  Show me how.
23   A.  Struck my left face.
24   Q.  How was her hand held?  Show me
25 how her hand was held.  How was her hand

Page 203

MIN WEI

1
2 held?
3    A.  I don't remember how she held her
4 hand.  Like that maybe.
5       (Indicating).
6       Maybe the other way.
7    Q.  Maybe open, maybe closed; right?
8    A.  The reason is because it happened
9 suddenly, I didn't get a good look.
10   Q.  Right.  Right.  But at first you
11 made a closed fist on the video.  And then
12 later you said maybe it was open; right?
13      MS. MARSH:  Objection.
14   A.  I don't know.  I can only say I'm
15 not sure.  I can't tell you exactly how
16 she held her hand.
17   Q.  Right.  You don't know.
18      So, show us, on the table, how
19 hard the force was.  To the best of your
20 recollection, show us the hand movement,
21 how hard it was.  Just move your hand or
22 touch your body.  Show us how hard it was.
23   A.  (Indicating).
24      Like that.  I don't know whether
25 her hand was closed or open.  But I can

Page 204

MIN WEI

1
2 really, I can basically tell you the
3 force --
4    Q.  Okay.  And were there witnesses?
5       THE COURT REPORTER:  I'm sorry.
6 The force of the?
7    A.  -- the force of the strike.
8       THE COURT REPORTER:  Were there
9 any witnesses.
10   Q.  And were there any witnesses?
11   A.  Nobody that I know.
12   Q.  No witnesses, again?
13   A.  No.
14      MS. MARSH:  Objection.
15   Q.  No witnesses.  So it was one
16 strike on the neck?
17   A.  Yes.  The area, the area between
18 neck and face --
19   Q.  Okay.
20   A.  -- that's what I can remember --
21   Q.  Okay.  And --
22      THE COURT REPORTER:  I'm sorry.
23 Based on?
24   A.  -- based on my memory.
25   Q.  And it was -- and that was the

Page 205

MIN WEI

1
2 only physical touching of your body that
3 she made; is that correct?
4    A.  What about the fact that she
5 grabbed my camera and also she grabbed my
6 hand?  I don't know if that counts.
7    Q.  Well, that's why I'm asking you.
8 We have the touching by the contact that
9 you described by your neck.  That's one.
10 Then the second thing you're describing is
11 the grabbing the phone.
12      What kind of phone was it?
13   A.  A camera, all right, a phone that
14 took pictures.
15   Q.  No, I'm asking what phone was it?
16 What phone?  I have an iPhone.  This is my
17 phone.  If you asked me what phone, I have
18 an iPhone.  I am asking you:  What phone
19 it was?
20   A.  You want the model of the phone?
21   Q.  Yes.  I want to know which
22 company made it.
23   A.  Google, Google Nexus.
24   Q.  Google made the phone?
25      THE WITNESS:  (In English)

52 (Pages 202 - 205)

**EXHIBIT 8 – DEPOSITION OF KITSUEN LO**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

INDEX NO. 15 CV 1046

-------------------------------------x

ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

ZHANG Cuiping, WEI Min, LO Kitsuen, LI

Xiurong, CAO Lijun, HU Yang, GAO Jinying,

CUI Lina, XU Ting, and BIAN Hexiang,

                    Plaintiffs,

      - against -

Chinese Anti-Cult World Alliance (CACWA),

Michael CHU, LI Huahong,

WAN Hongjuan, ZHU Zirou, and DOES

1-5 Inclusive,

                    Defendants.

-----------------------------------------x

                 September 16, 2016

                 9:50 a.m.

        VIDEOTAPE DEPOSITION of LO

KITSUEN, taken by the Defendants, pursuant

to notice, held at the offices of Beldock

Levine Hoffman & Goodman, LLP before

Debbie Zaromatidis, a Notary Public of the

State of New York.

Page 2

```
 1
 2 A P P E A R A N C E S :
 3
 4 HUMAN RIGHTS LAW FOUNDATION
 5 Attorneys for Plaintiffs
 6    1615 L Street, NW, Suite 1100
 7    Washington, D.C. 20036
 8 BY: TERRI MARSH, ESQ.
 9    - and -
10 BELDOCK LEVINE & HOFFMAN, LLP
11    99 Park Avenue
12    New York, New York 10016
13 BY: KEITH SZCZEPANSKI, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2     S T I P U L A T I O N S
 3
 4      IT IS HEREBY STIPULATED AND
 5 AGREED by and between the Attorneys for
 6 the respective parties hereto that filing
 7 and sealing be and the same are hereby
 8 waived.
 9      IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13      IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25
```

Page 3

```
 1
 2 A P P E A R A N C E S :  (CONTINUED)
 3
 4 CATAFAGO FINI LLP
 5 Attorneys for Defendants Chinese
 6 Anti-Cult World Alliance, Michael Chu,
 7 and Zhu Zirou
 8    The Empire State Building
 9    350 Fifth Avenue, Suite 7412
10    New York, New York 10118
11 BY: THOMAS M. FINI, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2      THE VIDEOGRAPHER:   We are now
 3 on the record.  Please note that the
 4 microphones are sensitive and may pick up
 5 whispering and private conversations.
 6 Please turn off all cell phones or place
 7 them away from the microphones as they can
 8 interfere with the deposition audio.
 9 Recording will continue until all parties
10 agree to go off the record.
11      My name is Lee Bowry
12 representing Veritext New York.   The date
13 today is September 16, 2016, and the time
14 is approximately 9:49 a.m.   This
15 deposition is being held at Beldock Levine
16 & Hoffman, LLP located at 99 Park Avenue,
17 New York, New York and is being taken by
18 counsel for the defendants.
19      The caption of this case is
20 Zhang Jingrong, et al. versus Chinese
21 World Anti-Cult Alliance, et al.   This
22 case is being held in the United States
23 District Court, Eastern District of New
24 York, Case No.  15-CV-1046.   The name of
25 the witness is Kitsuen Lo.
```

2 (Pages 2 - 5)

Page 110

LO

1
2 up.  So I was back and forth giving out
3 fliers, sometimes standing, sometimes
4 sitting.  And at that point a female, who
5 was wearing a red jacket, was putting up
6 posters on to the wall behind me, and when
7 she finishing -- finished placing those
8 billboards or boards along the wall she
9 asked me to leave, to move.
10      I refuse.  I said this is -- I
11 am here every day, besides it is
12 completely legal.  We applied for it.
13 If I don't stand here, where am I going to
14 go, and when she realized she can't kick
15 me -- chase me away she started making a
16 phone call and after a period of time Li
17 Huahong showed up from phone call made by
18 the female to ask Li Huahong to come, so
19 she came.
20      And when Li Huahong -- okay.
21 When she arrived, she started talking to
22 Li Huahong and spoke with the woman in the
23 red jacket, and then Li Huahong turned
24 around and walked -- walked towards me.
25 She said I got -- you got to move. I then

Page 111

LO

1
2 said I cannot move.  I am -- I have always
3 been in this spot.  When she realized she
4 is unable to kick me away, she used her
5 shoulder to impact me, to hit me.  She
6 continued to do this, and I did not detect
7 a sense that she is going to stop any time
8 soon, and besides she was cursing at the
9 same time.
10      It didn't look like she was
11 going to stop at all.  So I asked the
12 other people to take a picture of the fact
13 that she was -- tried to hit people with
14 her shoulder.  And when she -- okay.
15 When she realized somebody was taking
16 pictures or about to take pictures, she
17 stopped at that point, so that was what
18 happened.
19 Q.   Okay.  How many times did her
20 shoulder touch you?
21 A.   I did not count.
22 Q.   Was it definitely more than
23 once?
24 A.   Yes, of course.
25 Q.   She continued to do that to hit

Page 112

LO

1
2 me for a minute or two, at least a minute.
3 One minute.
4 Q.   And where was her shoulder
5 touching your body?
6 A.   This area in general, this
7 general area.
8 Q.   Okay.  Did it knock you -- did
9 it knock you down?
10 A.   No.
11 Q.   Did you go to a doctor after the
12 incident about --
13 A.   No.
14 Q.   Why not?
15 A.   I reported the incident to the
16 spiritual center.  I didn't do the other
17 thing.
18 Q.   But why didn't you go to the
19 doctor about it?
20 A.   Anything like that happen we are
21 supposed to report back to spiritual
22 center.  They then will instruct us on
23 what to do.
24 Q.   Well, wait a minute.  If you
25 felt you needed to go to the doctor, you

Page 113

LO

1
2 don't need the spiritual center's
3 permission for that, right?
4 A.   That's true, but I chose -- I
5 chose to tell the spiritual center first.
6 Q.   Right, but did you choose to go
7 to the doctor?
8 A.   I did not.
9 Q.   Why not?
10 A.   Because I informed the spiritual
11 center.  They in turn would tell me what
12 to do.
13 Q.   Yes, but I just asked you a
14 second ago whether if you wanted to go to
15 the doctor you could go regardless of the
16 spiritual center what it said?
17 A.   Of course.  However, the
18 spiritual center are very experienced in
19 handling situation like that.
20 Q.   They're doctors?
21      MR. SZCZEPANSKI:  Objection.
22 A.   To inform them of it is
23 necessary.  It is a must.  You have to
24 tell them, and then they tell us what to
25 do, whether to go to the hospital or not.

29 (Pages 110 - 113)

**EXHIBIT 9 – DEPOSITION OF CUIPING ZHANG**

```
                                              Page 1

 1

 2    UNITED STATES DISTRICT COURT

 3    EASTERN DISTRICT OF NEW YORK

 4    INDEX NO. 15 CV 1046

 5    -------------------------------------x

 6    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

 7    ZHANG Cuiping, WEI Min, LO Kitsuen, LI

 8    Xiurong, CAO Lijun, HU Yang, GAO Jinying,

 9    CUI Lina, XU Ting, and BIAN Hexiang,

10                          Plaintiffs,

11         - against -

12    Chinese Anti-Cult World Alliance (CACWA),

13    Michael CHU, LI Huahong,

14    WAN Hongjuan, ZHU Zirou, and DOES

15    1-5 Inclusive,

16                          Defendants.

17    -----------------------------------------x

18                    October 24, 2016

                      1:27 p.m.

19

20           VIDEOTAPE DEPOSITION of CUIPING

21    ZHANG, taken by the Defendants, pursuant

22    to notice, held at the offices of Veritext

23    Legal Solutions, LLP before

24    Debbie Zaromatidis, a Notary Public of the

25    State of New York.
```

Page 2

```
 1
 2 A P P E A R A N C E S:
 3
 4 HUMAN RIGHTS LAW FOUNDATION
 5 Attorneys for Plaintiffs
 6    1875 K Street, NW, Suite 400
 7    Washington, D.C. 20036
 8 BY: TERRI MARSH, ESQ.
 9
10 CATAFAGO FINI LLP
11 Attorneys for Defendants Chinese
12 Anti-Cult World Alliance, Michael Chu,
13 and Zhu Zirou
14    The Empire State Building
15    350 Fifth Avenue, Suite 7412
16    New York, New York 10118
17 BY: THOMAS M. FINI, ESQ.
18
19
20 ALSO PRESENT:
21    THOMAS DEVINE, Videographer
22    ANNIE LEE, Videographer
23
24
25
```

Page 3

```
 1
 2      S T I P U L A T I O N S
 3
 4      IT IS HEREBY STIPULATED AND
 5 AGREED by and between the Attorneys for
 6 the respective parties hereto that filing
 7 and sealing be and the same are hereby
 8 waived.
 9      IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13      IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25
```

Page 4

```
 1
 2      THE VIDEOGRAPHER:  Good
 3 afternoon.  We are now on the record.
 4 Please note that the microphones are
 5 sensitive and may pick up whispering and
 6 private conversations.  Please turn off
 7 all cell phones and place away from the
 8 microphones as they can interfere with the
 9 deposition audio.  Recording will
10 continue until all parties agree to go off
11 the record.
12      My name is Thomas Devine
13 representing Veritext Legal Solutions.
14 The date today is October 24, 2016, and
15 the time is approximately 1:37 p.m.  This
16 deposition is being held at the offices of
17 Veritext Legal Solutions located at 1250
18 Broadway, New York and is being taken by
19 counsel for the defense.  The caption of
20 this case is Zhang, et al. versus Chinese
21 Anti-Cult World Alliance, et al.  This
22 case is being held before the U.S.
23 District Court, Eastern District of New
24 York, Civil Action No.  15-CV-1046, and
25 the name of the witness is Cuiping Zhang.
```

Page 5

```
 1      CUIPING ZHANG
 2      At this time the attorneys
 3 present in the room will please identify
 4 themselves and the parties they represent
 5 after which our court reporter Debbie
 6 Zaromatidis, representing Veritext Legal
 7 Solutions, will swear in the witness, and
 8 we can proceed.
 9      MR. FINI:  Tom Fini for
10 defendants other than Defendant Wan.
11      MS. MARSH:  Terri Marsh for the
12 plaintiffs.
13 A N N I E   L E E, sworn as the Mandarin
14 interpreter.
15 C U I P I N G   Z H A N G,
16 having first been duly sworn by a Notary
17 Public of the State of New York, was
18 examined and testified as follows:
19 EXAMINATION BY MR. FINI:
20    Q.  Good afternoon.  I want to make
21 sure that I am addressing you with respect
22 in terms of your proper name.  So is it
23 okay if I call you Ms. Zhang?
24    A.  Yes.  Yes, you can call me by
25 that or by name as well.
```

2 (Pages 2 - 5)

Page 6

1          CUIPING ZHANG
2    Q.  Okay.  Where were you born?
3    A.  China, in the province of
4 Jiangsu.
5    Q.  Okay.  And what year were you
6 born?
7    A.  March 5, 1963.
8    Q.  And growing up, did you have a
9 religion that you practiced with your
10 family?
11    A.  Well, not before marriage.
12 After marriage I went to Shanghai where my
13 husband's families are, and they are
14 Buddhists, and special holidays or when
15 grandparents are gone we burn some paper,
16 burn some incense.  That is basically it.
17    Q.  Do you understand that you are a
18 plaintiff in this lawsuit, meaning you and
19 other plaintiffs started this lawsuit?
20    A.  Yes, I am aware.
21    Q.  And other than your lawyer,
22 because I don't want to hear discussions
23 between you and your lawyer; those are
24 private, and I'm not allowed to ask about
25 them, and I don't want to know about those

Page 7

1          CUIPING ZHANG
2 conversations, other than conversations
3 with your lawyer who is the first person
4 who you spoke with about bringing this
5 lawsuit?
6    A.  Someone named David.
7    Q.  And who is David?
8    A.  Well, he said I know in China
9 there is no law, but in the States we have
10 law here.  You have to use the law to
11 protect yourself.  David is someone that
12 I didn't know before, and he is an
13 American, so that's what he said to me.
14    A.  Because I was assaulted by Wan
15 Hongjuan and also broken this camera or
16 phone or camera of mine and on many
17 occasions use violent language
18 to -- against me.  Violence, Threaten me
19 that if he doesn't kill me someone kill me
20 on many occasions he said that.
21    Q.  Now, Wan is a woman?
22    A.  Yes, but she is scary.
23    Q.  So when was the last time that
24 Wan said or did something to you that you
25 think was wrong?

Page 8

1          CUIPING ZHANG
2    A.  She said she will not be the one
3 that is going to kill me, but someone
4 will.
5    A.  And also you said to me that you
6 will not know how you're going to die.
7 You won't even know how you die.
8    Q.  So there is a rule today that we
9 are going to follow to make it go a little
10 easier.  When -- when I ask you a
11 question, you're -- and you start to
12 answer, Arthur will start to lift his hand
13 when he has enough information that he
14 can't digest any more.  So he will lift
15 his hand that will enable you to know to
16 stop, but then if you're not done yet when
17 he puts his hands down you can continue,
18 so the intention is not to cut you off.
19 The intention is to simply make sure that
20 he doesn't get overloaded.
21    Q.  Now, you testified that Wan did
22 things that were wrong, and I asked you
23 when was the last time, like a day that
24 she did something wrong to you, and in
25 response to me you did not answer me.  You

Page 9

1          CUIPING ZHANG
2 started to talk about the types of things
3 she does, and today if you don't answer my
4 question because of my training I will
5 just keep asking my question until you
6 answer it because I will -- I am
7 relentless.
8      So I want you to understand
9 before I repeat the question that I am
10 asking about a date.  I'm not asking you
11 to repeat the types of things she is
12 doing.  So now I am going to try it
13 again, and we will see if you want to
14 cooperate.
15      MR. FINI:  Translate that.
16    Q.  When is the last time that Wan
17 said or did something to you that was
18 wrong? When?
19    A.  Possibly January 5, 2015, but
20 she disappeared these days.  Recently she
21 disappeared.
22    Q.  Okay.  So again now we are trying
23 to keep this deposition short, so the
24 answer to my question was the first part
25 where you gave an approximate date.  The

3 (Pages 6 - 9)

Page 22
```
1        CUIPING ZHANG
2     MS. MARSH:  Objection.
3   Q.   -- at trial.
4     MS. MARSH:  Objection.
5   Q.   But what I am asking you is I am
6 asking specific questions, and I want to
7 know on January 5 -- I want you to
8 describe the event, so the jury could
9 picture the event. I didn't ask for
10 background or your history and why you are
11 on Main Street.  I didn't ask you that
12 quite frankly.
13   A.   Well, I was protesting against
14 their forced demolition of my house, and
15 that directly relates to why I was in
16 Flushing that day.
17   Q.   Okay.
18   A.   I am trying to answer
19 you -- your question regarding January 5.
20   Q.   Well, you're not doing a good
21 job.
22     MS. MARSH:  Objection.
23   Q.   Let's start with January 5 in
24 the morning.  The sun rises.  Not 2002.
25 In 2015 on January 5, the sun comes up.
```

Page 23
```
1        CUIPING ZHANG
2     MS. MARSH:  Objection.
3   Q.   If you want to talk about 2002
4 with Ms. March, you can do that all you
5 want.  I get to talk and I get to ask you
6 questions.  I want to talk about after
7 the sun came up and you had an issue with
8 Wan, I want you to describe what happened.
9   A.   So I was protesting against the
10 Chinese government of the forceable
11 demolition of my house right next to the
12 Golden Mall and -- in the morning, and
13 then in the afternoon and around noon time
14 I went across the street to the Ou Jiang
15 Supermarket intending to buy some
16 groceries, and then I noticed Wan Hongjuan
17 there with a table publicizing anti-cult,
18 anti-Falun Gong, anti xie jiao, and
19 subsequently I picked up my camera
20 intending to take a futures.
21   Q.   Okay.  Now, where was Wan in
22 relation to the table that you're talking
23 about?
24   A.   She was right by Ou Jiang
25 Supermarket, right next to the front of
```

Page 24
```
1        CUIPING ZHANG
2 the Ou Jiang Supermarket.
3   Q.   Okay.  And was she -- was she
4 walking along?
5   A.   No, she was standing there
6 giving out anti xie jiao fliers.
7   Q.   Okay.  So she had fliers.  Did
8 you get a copy of the flyer?
9   A.   I did not.
10   Q.   Did you ever read the flyer?
11   A.   No.
12   Q.   How big was the print in the
13 flyer? Were you able to read the print?
14   A.   The heading of the anti xie jiao
15 was quite big.
16   Q.   Was the pamphlet the size of
17 this piece of paper?
18   A.   Some are similar in size.  Some
19 are possibly bigger.
20   Q.   Right, but I am holding
21 up -- let the record --
22     MR. FINI:  Go ahead.  What did
23 she say?
24   A.   She is got several types and a
25 big poster.  Big posters.
```

Page 25
```
1        CUIPING ZHANG
2     MR. FINI:  So let the record
3 reflect that I am holding up a piece of
4 paper from a typical pad, and it is a
5 letter-sized pad.
6   Q.   So I am asking the witness the
7 pamphlets the day that you saw her that
8 day was -- were the pamphlets the size of
9 this letter-sized piece of paper?
10   A.   Some bigger, some smaller.
11   Q.   Okay.  So --
12   A.   With posters.
13   Q.   Okay.  So she was standing on
14 the sidewalk; is that correct?
15   A.   She was standing on the edge of
16 the sidewalk underneath the staircase to
17 the Long Island Railroad station.
18   Q.   Okay.  And how many hands did
19 she have pamphlets in, one hand or both
20 hands?
21   A.   Both hands.  Sometimes one
22 hand, sometimes two hands.
23   Q.   No, I'm not talking -- I am
24 talking about that day, that encounter.  I
25 am not asking about sometimes.  I am
```

7 (Pages 22 - 25)

Page 46

```
 1        CUIPING ZHANG
 2   A.   Quite often.
 3   Q.   And when you would see her walk
 4  passed the Falun Gong tables, were you
 5  close enough to be able to hear if she was
 6  saying anything?
 7        THE INTERPRETER:  Sorry.  I
 8  missed the --
 9        MR. FINI:  Okay.  I am just
10  going to repeat it.
11   Q.   When you would see her walking
12  by the Falun Gong tables, were you close
13  enough to hear what she was saying if she
14  said anything?
15   A.   She said that -- she said that
16  she was sent by Jesus pointing at us,
17  pointing at Falun Gong table, and said
18  that all -- all of them are evil.
19   Q.   Okay.  I thought, and maybe it
20  was a translation issue, I thought before
21  like a minute ago you said that you had
22  seen her walk by the Falun Gong tables and
23  not say they are evil.  Did you say that?
24  I am just trying to clarify what you had
25  said.
```

Page 47

```
 1        CUIPING ZHANG
 2   A.   She did.  When she passed by
 3  Falun Gong, she also said all these are
 4  fake, all these are evil, but Zhu
 5  Lichuang's table she never said anything
 6  at Zhu Lichiang's table, so it is really
 7  strange.  I felt that maybe somebody is
 8  controlling her from behind, and that is
 9  the reason I went ahead and recorded it.
10   Q.   Okay.  So before January 5,
11  2015, you testified that you had taken
12  photos and videos of Wan before that date;
13  is that correct?
14   A.   Yes.
15   Q.   And do you have those photos and
16  videos in your home?
17   A.   I don't really know.  Some of
18  them I might have erased, but I publish in
19  my diary every day on the Internet.  I
20  don't know if it is still there.  Some of
21  the material may be, maybe not.  I don't
22  really know.
23   Q.   What is the website?
24   A.   Abore bow ashin.
25   Q.   If I wanted to visit the website
```

Page 48

```
 1        CUIPING ZHANG
 2  you are talking about, what do I type in,
 3  WWW what?
 4   A.   I don't know.  It is called
 5  Boxun.
 6   Q.   How do you spell that?
 7   A.   B-O-X-U-N.
 8   Q.   Dot com?
 9   A.   I don't know.  I always write
10  or type in Chinese.
11   Q.   Okay.  So when you were going to
12  the store and you saw her, did you decide
13  you wanted to take pictures and videos?
14   A.   No.
15   Q.   What did you decide you wanted
16  to do?
17   A.   The reason I wanted to take
18  images of her is because I wanted to find
19  out if she in fact is a crazy person or
20  normal person.  I still don't know today.
21  I want America -- I want them to
22  scientifically gauge whether she's
23  got -- she has mental issues or not.
24   Q.   Okay.  Can she ask for you to
25  be scientifically gauged to see if you
```

Page 49

```
 1        CUIPING ZHANG
 2  have mental issues? Can she do that for
 3  you, too?
 4   A.   I did not violate any law.  She
 5  violated my rights.  Right?  Right?
 6  Correct? She assaulted me and threatened
 7  me with violence.  I feel very scared.
 8   Q.   Okay.  So when you were going
 9  to the store and you saw her, in your mind
10  I just want you to describe in your mind
11  did you decide you wanted to take
12  pictures, videos or both?
13   A.   I might take video.  I would
14  take video.  I might.  I should.
15   A.   Because I want to really find
16  out whether -- whether she is in fact not
17  right in her mind.  I want to make a
18  comparison.
19   Q.   Okay.  And did you in fact take
20  video?
21   A.   It intend on taking images.  She
22  refuse.  She hit me.
23   Q.   Okay.  I didn't have enough time
24  to take a picture.  She hit me, and I
25  left.
```

13 (Pages 46 - 49)

Page 54

CUIPING ZHANG

1
2 live a good life, to be a good person, to
3 make money the regular way like me. I
4 take care of elderly people, and I make my
5 own money now. I feel that in America it
6 is a law abiding society, not like China,
7 and one minute you are this, one minute
8 you are crazy, one minute that you are
9 that. I feel that someone should be more
10 practical, follow the rules, follow the
11 law.
12     Q.   So how was taking a photo or a
13 video of her handing out pamphlets going
14 to help you? I am just trying to
15 understand what was in your mind? How was
16 that going to help you analyze her? What
17 were you going to do with those photos or
18 videos?
19     A.   I wrote these things to let
20 Chinese people to know about it and -- and
21 also because she is too obvious, too
22 obvious. That strange and weird situation
23 appear in Flushing really confuse people.
24 People don't understand. Not only would
25 I talk, but I also write them down. That

Page 55

CUIPING ZHANG

1
2 is why I have a habit everything that I
3 meet -- that I encounter I write them down
4 in a diary I publish. I want people to
5 know.
6     Q.   So were you intending to use the
7 videos or the photos to put on the
8 Internet?
9     A.   Yes. Who is behind her, who let
10 her do these things. I want to write and
11 let people know my encounters. So yes.
12 I feel that one should be honest and live
13 an honest life. That is the basic, and
14 she believes in Jesus, right? She believes
15 in Jesus.
16         On the one hand you pretend to
17 be crazy. On the other hand you are doing
18 something bad and you are at the same time
19 believing -- believe in Jesus.
20     Q.   Okay. So is it correct that you
21 were intending to take photos or videos of
22 her, so that you could put those photos or
23 videos on the Internet and write about
24 her; is that correct?
25     A.   Yes. Yes.

Page 56

CUIPING ZHANG

1
2     Q.   And did you testify that she is
3 too obvious?
4     A.   What do you mean obvious?
5     Q.   I thought when Arthur translated
6 an answer you gave you said something like
7 she is too obvious. Now, I don't know
8 what word you were intending, but that's
9 what came out, but I am curious what you
10 meant. So if it is close to what you
11 said, I would like you to describe in
12 detail what you meant by she was too
13 obvious.
14     A.   I forgot. I forgot what I said
15 was obvious.
16     Q.   Okay. I forgot what was said
17 before that or after that. I forgot.
18     Q.   That's okay. No problem.
19     A.   Right now, out of context, I
20 just don't remember.
21     Q.   That's no problem. I
22 understand.
23         So after you went to go take her
24 picture -- picture or video, I want you to
25 describe in detail everything that she did

Page 57

CUIPING ZHANG

1
2 and she said and everything you did and
3 you said. Just in order so we can picture
4 exactly what happened?
5     A.   Yes. Okay. When I was going to
6 take pictures of her she refuse. She hit
7 me. She refused to let me take picture.
8 I then return. I went back. I did not
9 take picture.
10     Q.   But I want you to describe in
11 exact detail about exactly what she did.
12 So when you said she hit you, that's too
13 vague. I want you to describe it, so we
14 can know exactly what she did in detail in
15 terms of the body parts she touched and so
16 on.
17     A.   Like this, she hit me. She hit
18 my arm, refuse to let me take picture.
19     Q.   Okay.
20     A.   And then I stopped it, and then
21 I also did not continue to shop. I
22 returned to my table, and I figure at that
23 point to go shop after I pack up the
24 table. So then I returned to my table
25 where I was having my own protest. Then

15 (Pages 54 - 57)

|  |
| --- |

**Page 58**

CUIPING ZHANG

1
2 I was back for about five minutes or so
3 when Wan Hongjuan rushed to where I was,
4 where my table was.  And when she got
5 there, she cursed at me and asked that I
6 erase the picture I took of her.
7      At that point, she said you
8 won't even know how you die if you die.
9 I'm not going to kill you, but someone
10 will kill you.  And let me tell you you
11 won't even know how you die and with a
12 very mean demeanor when she said that and
13 really scary, mean way of speaking.  The
14 way she speaks is really scary.  I had my
15 camera in my hand when I saw the
16 situation, and I was really, really
17 scared, and I wanted to take
18 additional -- I wanted to take pictures
19 again, and at that point we were fighting
20 over the camera.  I had my camera in my
21 hand like this.  Look it is all broken by
22 the struggle, by the pull, and then she
23 took my camera and threw it on the ground
24 and broke it and also said that no one can
25 -- there is no one that can control me.

**Page 59**

CUIPING ZHANG

1
2 No one, and I broke your camera, and if
3 you bring another camera I'll break that
4 one, too.
5    Q.  How much was that camera?
6    A.  Possibly 500.  Possibly 500.
7    Q.  $500?
8    A.  Should be, yes.
9      MR. FINI:  If
10 videographer -- explain to her that the
11 videographer needs to change the tape, so
12 this is a good time for a bathroom break.
13    A.  Okay.
14      MR. FINI:  Thank you.
15      THE VIDEOGRAPHER:  Thank you.
16 The time now is approximately 3:23 p.m. We
17 are going off the record.  This is the
18 end of media one.
19      (Recess taken.)
20      THE VIDEOGRAPHER:  The time now
21 is approximately 3:45 p.m.  We are back
22 on the record.  This is the beginning of
23 media number 2.
24    Q.  So I just want to go back and
25 clarify when you were going to the store

**Page 60**

CUIPING ZHANG

1
2 and then you started to raise your camera
3 to take pictures of Wan I would like you
4 to go back to that moment and remind me
5 exactly what Wan did and said to you at
6 the moment you raised the camera?
7    A.  She asked -- she pushed me, hit
8 me, and she asked me not to take pictures.
9    Q.  Now, how exactly did she hit you
10 and where?
11    A.  She hit me here.  Here, here.
12 Like this.
13    Q.  Now, how long ago was this
14 event? Was it -- it was a year -- it was a
15 year and eight months ago approximately?
16    A.  It should be.  It is in 2015.
17    Q.  Right.  So it is approximately
18 -- since we are in October and it was in
19 January, it was approximately a year and
20 maybe nine months ago; is that correct?
21    A.  Yes.
22    Q.  And sitting here today under
23 oath obligated to tell the truth, do you
24 remember for sure whether when she touched
25 you whether her hand was open or did she

**Page 61**

CUIPING ZHANG

1
2 have a fist? Do you recall either way?
3    A.  It should be something like
4 this, with a fist like this.
5    Q.  And so how many times -- do you
6 remember exactly how many times she
7 touched you or you do not remember
8 exactly?
9    A.  I don't remember.  I don't
10 remember exactly.
11    Q.  Okay.  And did -- how would you
12 describe when she touched you? Was it
13 relatively soft, medium, hard, extremely
14 hard? How would you describe it?
15    A.  Fairly heavy.
16    Q.  And did it leave any bruising?
17    A.  I did not look.  I did not pay
18 attention later.  I did not.
19    Q.  So you never took any pictures
20 of your arms or any area she touched with
21 any bruising, correct? There are no
22 pictures of any bruising or anything like
23 that?
24    A.  No, I did not.
25    Q.  And did you go to the doctor

16 (Pages 58 - 61)

Page 62

1        CUIPING ZHANG
2  after that incident?
3        THE VIDEOGRAPHER:   The Mike
4  missed --
5     Q.   Did you go to the doctor after
6  the incident?
7     A.   I did not.
8     Q.   Why not?
9     A.   But I want to add that
10  eventually I did go to the doctor.  About
11  two, three or four days later I did go to
12  the doctor because of her threats I felt
13  dizzy.  I felt scared.  And the doctor
14  had records of my blood pressure being
15  high because I was scared. I am so scared
16  that I pulled the blinds down and put
17  paper over it --
18     Q.   Okay.
19     A.   -- now that someone was going to
20  kill me.
21     Q.   Okay.  The doctor that you said
22  you went to see, what is that doctor's
23  name?
24     A.   I forgot because I have two
25  family doctors.  One is Hua, the other

Page 63

1        CUIPING ZHANG
2  one is Dr. Li.  One is Dr. Hua.  One is
3  Dr. Li.  I don't remember which one.  In
4  any event the person have records of my
5  blood pressure that day.
6     Q.   Okay.  And when did you make
7  the appointment to see that doctor? Was
8  that a regular checkup? Was that some
9  appointment that you had to deal with some
10  medical issue you had? I'm just trying to
11  get an idea of when that appointment was
12  made?
13     A.   Well, when I was threatened in
14  China, I had that condition, high blood
15  pressure, but I was -- after the incident
16  I felt dizziness, so I went to the
17  hospital to check it out to find out what
18  happened, whether I had high blood
19  pressure or not.  When I came to the
20  States ultimately I recovered from that
21  condition, but I just want to go see, go
22  check because I felt dizziness.
23     Q.   All right.  So when you just
24  mentioned the hospital, when did you go to
25  the hospital?

Page 64

1        CUIPING ZHANG
2     A.   A few days after I was
3  threatened.  I don't remember exactly
4  when that was.  The doctor should have
5  records.
6     Q.   Now, I thought you said you went
7  to see one of your family doctors.
8     A.   Yes, I was scared.  I was
9  dizzy.  So I was afraid I might have high
10  blood pressure.
11     Q.   Right.  So the two family
12  doctors, are those two doctors that you've
13  seen through the years, both of them?
14     A.   Yes.
15     Q.   And are you married?
16     A.   Married.
17     Q.   And does your husband also use
18  the same doctors or they are just your
19  doctors?
20     A.   Same.
21     Q.   Your husband sees both those
22  doctors, correct?
23     A.   Correct, because it is just the
24  two of them, the two doctors in this
25  hospital.

Page 65

1        CUIPING ZHANG
2     Q.   Now, is this hospital in -- in
3  English a hospital is this building where
4  there is an emergency room typically, and
5  it is pretty large, and it has a lot of
6  machines to do all sorts of different
7  emergency operations, and this is in
8  contrast to a hospital is a medical
9  office, and typically the medical office
10  is not geared to do everything.  It is a
11  doctor who focuses on an area like feet or
12  nose or whatever, and it is smaller, and
13  they are really not for emergencies.
14        I am trying to picture your two
15  family doctors and the type of building
16  that they practice in if you could
17  describe the buildings and their practices
18  for me?
19        MS. MARSH:   Objection.
20     A.   Actually clinics. Clinics.
21     Q.   Okay.  So is the word hospital
22  not really the right word?
23     A.   Yes.  Yes.
24     Q.   Hospital is not the word.
25  Clinic is the correct word, correct?

Page 66

1        CUIPING ZHANG
2    A.   Yes.
3    Q.   Okay.  So how often on average
4  in 2015 -- 2014 and 2015 would you see
5  these doctors, once a month, once a week,
6  once every two months? I'm trying to get
7  an idea of how often you would see them?
8    A.   No.  I wouldn't go if I don't
9  have -- if I don't feel sick.
10   Q.   What about for an annual
11 checkup?
12   A.   Normally I don't go -- don't go
13 for months at a stretch.  As a matter of
14 fact, they notify me of the annual exam.
15 They have to notify me a few times before
16 I even go.
17   Q.   So am I correct that in 2014,
18 '15, maybe you would go once a year or
19 when you didn't feel well, correct?
20   A.   Yes.  Correct.  Maybe two, three
21 times a year.  In any event only when I
22 am sick would I go.
23   Q.   So to the best of your
24 recollection in 2014 because we will get
25 the records in 2014 to the best of your

Page 67

1        CUIPING ZHANG
2  recollection how many times all together
3  for both doctors if you add up all the
4  visits, if you had to guess to the best of
5  your recollection, how many times did you
6  go to those two doctors in total in 2014?
7    A.   I don't know.  I don't know.
8  I feel that this has nothing do with the
9  case.
10   Q.   Well, I -- again, I have to tell
11 you that it really doesn't matter what you
12 think has to do with the case, and now
13 that you've brought up that you went to
14 the doctor you can see because -- that it
15 obviously does have something to do with
16 the case.
17        So anyway I am not going to
18 debate it with you, but you understand you
19 brought up the doctor, so now we are going
20 to get into it, and it does have to do
21 with the case.
22        MS. MARSH:  Objection.
23   A.   What I am saying is that I
24 became scared, and after the threats from
25 Wan Hongjuan and as a result my blood

Page 68

1        CUIPING ZHANG
2  pressure went up.
3    Q.   Yes, I know you said that, and
4  now I am going to spend a significant
5  amount of time cross-examining you on that
6  assertion.  That is how the game works.
7  That is just how it works.  That is how
8  it works. When you make a claim like that,
9  I get paid to dig down into it to get to
10 the truth, and you're obligated to tell
11 the truth, and there is a video of your
12 testimony.  So when I ask you these
13 questions, I want to know the truth.
14        MS. MARSH:  Objection.
15   A.   I understand.
16   Q.   So now --
17   A.   I understand.  This is
18 equivalent to the court.  I understand.
19   Q.   Okay.  So in 2014 to the best
20 of your recollection and we will get the
21 records, approximately how many times all
22 together did you go to the two doctors
23 that you mentioned? You mean 2015?
24   Q.   No.  2014.
25   A.   I don't remember.  I don't

Page 69

1        CUIPING ZHANG
2  know.
3    Q.   Could it have been a few times
4  that year, 2014?
5    A.   Maybe not.  Maybe not even a
6  few times.
7    Q.   Okay. And we are going to get
8  your medical records, so I want to know in
9  the past five years have you had -- have
10 you been diagnosed in the past five years,
11 not just 2015, in the past five years have
12 you been diagnosed from time to time with
13 high blood pressure?
14   A.   Now that I don't see Wan
15 Hongjuan any more, I became normal.  I
16 don't have that high blood pressure
17 condition any more.
18   Q.   That's not what I asked you.
19   A.   And I became nervous and scared
20 at that time.
21   Q.   Yes, I heard that.
22   A.   I could not get good sleep.
23   Q.   I heard that part.  So what I
24 am asking about is 2014, 2013, 2012, if we
25 go back let's say three years before 2015

18 (Pages 66 - 69)

**EXHIBIT 10 – DEPOSITION OF LIJUN CAO**

Page 1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    INDEX NO. 15-CV-1046

5    ------------------------------------x

6    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

7    ZHANG Cuiping, WEI Min, LO Kitsuen, LI

8    Xiurong, CAO Lijun, HU Yang, GAO Jinying,

9    CUI Lina, XU Ting, and BIAN Hexiang,

10                         Plaintiffs,

11          - against -

12    Chinese Anti-Cult World Alliance (CACWA),

13    Michael CHU, LI Huahong,

14    WAN Hongjuan, ZHU Zirou, and DOES

15    1-5 Inclusive,

16                         Defendants.

17    ------------------------------------x

18                         October 19, 2016

19                         3:15 p.m.

20          VIDEOTAPE DEPOSITION of LIJUN

21    CAO, taken by the Defendants, pursuant to

22    notice, held at the offices of Veritext

23    Legal Solutions, 1250 Broadway, New York,

24    New York, before Debbie Zaromatidis, a

25    Notary Public of the State of New York.

Page 2

```
 1
 2 A P P E A R A N C E S:
 3
 4 HUMAN RIGHTS LAW FOUNDATION
 5 Attorneys for Plaintiffs
 6    1875 K Street, NW
 7    Washington, D.C. 20036
 8 BY: TERRI MARSH, ESQ.
 9
10 CATAFAGO FINI, LLP
11 Attorneys for Defendants Chinese
12 Anti-Cult World Alliance, Michael Chu,
13 and Zhu Zirou
14    The Empire State Building
15    350 Fifth Avenue, Suite 7412
16    New York, New York 10118
17 BY: THOMAS M. FINI, ESQ.
18
19 ALSO PRESENT:
20      JAMES LING, Interpreter
21      DEVERELL WRITE, VIDEOGRAPHER
22      DANA CHAN
23
24
25
```

Page 3

```
 1
 2    S T I P U L A T I O N S
 3
 4      IT IS HEREBY STIPULATED AND
 5 AGREED by and between the Attorneys for
 6 the respective parties hereto that filing
 7 and sealing be and the same are hereby
 8 waived.
 9      IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13      IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25
```

Page 4

```
 1
 2      THE VIDEOGRAPHER:  We are now on
 3 record.  Please note that the microphones
 4 are sensitive and may pick up whispering
 5 and private conversations.  Please turn
 6 off all cell phones or place them away
 7 from the microphones as they can interfere
 8 with the deposition audio.  Recording
 9 will continue until all parties agree to
10 go off the record.
11      My name is Ron Marrazzo
12 representing Veritext Legal Solutions.
13 The date today is October 19, 2016, and
14 the time is approximately 3:24 p.m.  This
15 deposition is being held at Veritext in
16 New York City.  The address is 1250
17 Broadway, New York.  The caption of this
18 case reads Zhang, et al. versus Chinese
19 World Anti-Cult Alliance, et al.  This
20 case is being held in the U.S. District
21 Court, Eastern District.  The case number
22 is 15-CV-1406.  The name of the witness
23 Lijun Cao.
24      At this time the attorneys
25 present in the room and everyone attending
```

Page 5

```
 1            CAO
 2 remotely will identify themselves and the
 3 parties they represent.
 4      MR. FINI:  Tom Fini
 5 representing the defendants other than
 6 Defendant Wan.
 7      MS. MARSH:  Terri Marsh
 8 representing the plaintiffs.  Dana Chan
 9 is here to assist me in translation, if I
10 need it.
11      THE VIDEOGRAPHER:  Very good.
12 Our court center is Debbie Zaromatidis
13 representing Veritext Legal Solutions will
14 swear in the witness and we can proceed.
15 A N N I E  L E E, sworn as the Mandarin
16 interpreter.
17 L I J U N  C A O,
18 having first been duly sworn by a Notary
19 Public of the State of New York, was
20 examined and testified as follows:
21 EXAMINATION BY MR. FINI:
22    Q.  I want to make sure I am
23 addressing you appropriately when I speak
24 with you.  Is your family name Cao?
25    A.  Yes.
```

2 (Pages 2 - 5)

Page 34

CAO

1
2 has anyone stopped you from practicing
3 that thing that you call a religion?
4    A.   Well, in U.S. there is freedom.
5 Well, in U.S. freedom of religion no one
6 stop us from practicing our religion,
7 however, except the disturbances from
8 people like Li Huahong.
9    Q.   Okay.  And what disturbance did
10 you yourself individually experience that
11 you're talking about?
12    A.   That type of disturbance is
13 threats.
14    Q.   Okay.  And I want to know and I
15 want to remind you -- first of all --
16       MR. FINI:   Strike that.
17    Q.   I want to remind you that you
18 are under oath and that you are obligated
19 to tell only the truth.  Okay.  And I
20 want to be very clear about my question:
21 I want to know with precision exactly what
22 you yourself experienced in terms of the
23 threats that you're talking about.
24    A.   Well, personally I tell you what
25 had happened on that day -- this is

Page 35

CAO

1
2 actually the reason for this lawsuit, too.
3    Q.   Okay.
4    A.   I was on my way back pushing a
5 cart, and Li Huahong with her people over
6 ten to 20 people in the group attack us
7 with physical violence.
8       MS. MARSH:   I couldn't follow
9 you.
10       MR. FINI:   She said ten to 20
11 people attacked us.
12    Q.   Go ahead.
13       THE INTERPRETER: I finished.
14    Q.   Okay.  So is it correct, and I
15 am going to ask you more detail about that
16 incident, but is it correct that you
17 personally, the threat that you were
18 referring to, you are referring to one
19 incident when it comes to you personally.
20 Am I correct that there is one incident?
21    A.   Yes.
22    Q.   And that incident occurred on
23 what day?
24    A.   July, very hot.
25    Q.   July what year?

Page 36

CAO

1
2    A.   2011.  2011.  2011.
3    Q.   And we will get into the details
4 of that incident, but despite that
5 incident is it correct that that incident
6 did not stop you from traveling to or from
7 any Falun Gong events that you wanted to
8 go to after the incident occurred; is that
9 correct?
10    A.   Yes.  Yes, but afterwards
11 that -- I have other thing to continue.
12 So correct.  However, after this incident
13 the two days that I go to the table every
14 week I have different feeling.  I started
15 worrying, worrying each time when I went
16 to spiritual table.  Why, because I don't
17 know when will that attack happen, what
18 would happen.
19    Q.   Okay.  And am I correct that
20 since 2011 it's now five years later.  Am
21 I correct that there has been no other
22 incident involving you specifically; is
23 that correct?
24    A.   Well, after this incident, I
25 would try to avoid to be close to

Page 37

CAO

1
2 the -- to that table.  So our table are
3 about 700 -- 70 to 80 meters away from
4 each other.  After this incident I no
5 longer walk on that street.  I would go
6 around and walk -- and walk in different
7 directions.  Instead of walking north, I
8 first walk to the west and then to the
9 east and then to the north, and then when
10 we have to bring those materials.  Then we
11 have to first go to the west, walk around
12 and then go to our place.
13    Q.   So is it your --
14    A.   Oh, I did not finish yet.
15    Q.   Okay.
16    A.   So even now, right, I would try
17 to walk my way avoiding -- avoiding her
18 because every time when she noticed that I
19 was present she would say something and
20 curse on me, and when I went home -- when
21 I go home, I would always turn my back to
22 look whether or not I was being followed
23 just to make sure that no one was behind
24 me.
25    Q.   Okay.

10 (Pages 34 - 37)

Page 38

```
 1              CAO
 2    A.   Also -- and also I worry that
 3 when I go back to China something may
 4 happen to me.  Also -- I did not finish.
 5 Can I continue now? Can I continue?
 6    Q.   Go ahead.
 7    A.   Okay.  So I want to tell you
 8 something.  That my father, my mother, and
 9 my elder brother they died of cancer
10 at -- before they died they ask, requested
11 me to go back to look at them for the last
12 time, but because of the threat I dare not
13 go back to China.  After she gave me the
14 threat, I cannot do anything.  I cannot
15 hit her.  I cannot curse her.  I have
16 tolerated her, but for nine years I dare
17 not go back to China all because of her
18 threat.
19    Q.   Okay.  But am I correct that
20 other than you saying you haven't gone
21 back to China -- all right.  Let's wait
22 -- let's hold on a second.  Okay.
23         Other than you not going back to
24 China, is it correct that after the one
25 incident cited in the complaint you still
```

Page 39

```
 1              CAO
 2 go back and forth to the tables on Main
 3 Street just as you did before?
 4    A.   Yes.
 5    Q.   And is it your testimony that
 6 the one difference is that when you go to
 7 one of the tables you walk a little bit
 8 out of the way to avoid walking passed Li
 9 Huahong; is that correct?
10    MS. MARSH:   Objection.
11    A.   Yes, even though when I -- even
12 though on my regular walking I would try
13 to avoid that road too because every time
14 she saw me she would say something like
15 yellow hair, black hair, white hair.
16 Something like that.
17    Q.   Okay.  And how many extra
18 seconds or minutes does trying to avoid
19 her table cost you when you are going to
20 the Falun Gong table and from the Falun
21 Gong table and you're taking the slight
22 detour?  How much extra time in seconds or
23 minutes approximately does it add to your
24 trip -- --
25         MR. FINI:   Wait.  Hold on.
```

Page 40

```
 1              CAO
 2 Hold on.   Tell her that I have one
 3 question, and then she can go to the
 4 bathroom, that she is not allowed in a
 5 deposition to get up when she wants to get
 6 up.  That's not how it works.
 7    A.   Okay.
 8    Q.   Okay.  So my question is how
 9 much extra time does the slight detour
10 when she tries to avoid Li Huahong, how
11 much extra time in seconds or minutes
12 approximately does that add when she is
13 going to and from the Falun Gong tables
14 that she is going to?
15    A.   Three or two minutes or maybe
16 five minutes.
17    Q.   Okay, but it could be as little
18 as two minutes, correct?
19    A.   No, I would say three to five
20 minutes.  It all depends on the traffic.
21    Q.   Right.  And that is -- is the
22 reason for that because all of these
23 locations are very close to each other, so
24 by avoiding her table you are really not
25 having to walk very far; is that correct?
```

Page 41

```
 1              CAO
 2    A.   Well, it all depends.  It is
 3 somewhere between three to five minutes;
 4 however, if I need to spend the time for
 5 the traffic lights, you know, to cross the
 6 road, well then we add up more time up to
 7 ten minutes.
 8    Q.   Okay.  But you still go -- you
 9 still get to your destination, your Falun
10 Gong table, and you get back to the
11 Spiritual Center, right?  You still go back
12 and forth, right.
13    A.   Yes.
14         MR. FINI:   Okay. We can take a
15 break.
16         THE VIDEOGRAPHER:  It is
17 approximately 4:35 p.m. We are going off
18 the record.
19         THE VIDEOGRAPHER:  It is
20 approximately 4:47 p.m.  We are back on
21 the record.
22    Q.   So it's very important that I
23 get the truth and only the truth about
24 what you remember regarding the July 2011
25 incident.
```

11 (Pages 38 - 41)

Page 42

```
1              CAO
2    A.   Yes.
3    Q.   So I would like you to walk us
4  through like a movie but only what you
5  remember, specifically remember.  Walk us
6  through what you remember from beginning
7  to the end of that incident as best you
8  can.
9    A.   Well, what I have personal
10 experience of course I would remember.  I
11 would remember it for the rest of my life.
12   Q.   So what I want you to please do
13 is from the beginning to the end of the
14 incident just walk us through the
15 incident?
16   A.   Yes.  So on that day I don't
17 recall which day exactly, but in July 2011
18 I volunteer at that time usually on
19 Saturday and Sunday.  On my way back
20 we -- we normally put away our table at 4
21 p.m. or 5 plus and minus.
22        So after we pack up, put away
23 the table, we put the table on our push
24 cart.  It is a very small push cart, and
25 then we just pack up with everything and
```

Page 43

```
1              CAO
2  put it on the cart, and then we walked,
3  and then besides Main Street there was
4  some sort of smaller side street, and for
5  Li Huahong's table, the table is not too
6  far away from us.  It is only about a
7  block and about 70 to 80 meters away.
8        So we place the table
9  horizontally instead of vertical over the
10 truck.  It is a folding table, and I was
11 in pair with another person called Li
12 Xiurong.  Li Xiuron is older than me.
13        THE INTERPRETER:  L-I X-I-U-
14 R-O-N-G.
15   A.   Li Xiurong, this person I pair
16 up with her, and she is more older.  So
17 because, you know, the table was folded
18 and placed on top of the cart, the table
19 is a little bit wider than the dimension
20 of the cart.  So it is placed on top of
21 it, and then Xiurong Li was in front of
22 me, in front of the cart, and then I was
23 behind the cart.  I was the one that
24 pushed the cart.  She used her hand to
25 help -- to hold the folding table to make
```

Page 44

```
1              CAO
2  it in position on top of the cart, so we
3  were walking, and all of a sudden Li
4  Huahong, we don't know -- we didn't know
5  when she came up, but anyway when we
6  walked we passed by her table.  So while I
7  was pulling the cart and then once we
8  passed by the table, and the cart, the
9  front of the cart reached the middle of
10 her table.  I personally did not reach the
11 middle of the table yet because my body
12 and the front of the cart was like there
13 is a little distance, and then Li Huahong
14 was sitting next to the table, and there
15 was another person.  She was sitting next
16 to the table.  The name is called -- I am
17 still talking about that person Xiurong
18 Li.  She different from Li Huahong, and
19 that person was by the side of the table.
20   A.   Okay.  So at that time her
21 table was facing three different stores.
22 One is a restaurant.  One is a flower
23 store, the other one some sort of store.
24 We did not know where she come from.  All
25 of a sudden she came out, and then she
```

Page 45

```
1              CAO
2  walked to our cart.  She pushed the cart,
3  and of course the cart we have that -- the
4  folded table moved from the cart and hit
5  her table, and then all of a sudden she
6  went around.  She used her right hand and
7  grabbed my left hand hard seriously, and
8  then she yelled Falun Gong people hit
9  others.
10   Q.   She grabbed your hand or she
11 grabbed her own hand?
12   A.   Her hand grabbed the hand like
13 this and then -- and then red color.
14   Q.   Okay.  Are you saying that Li
15 Huahong grabbed her own hand and twisted
16 it? Just listen to my question.  Yes or
17 no.  Are you saying that Li Huahong
18 grabbed her own hand and twisted it?  Yes
19 or no.
20   A.   Yes, I swear to God.
21   Q.   Did she grab your hand? Yes or
22 no.
23   A.   You listen to me.
24   Q.   No, you listen to
25 me -- did -- listen to me.  You listen to
```

12 (Pages 42 - 45)

Page 50

CAO

2 the rules.
3        THE VIDEOGRAPHER: It is
4 p.m. We are going off the record.
5        (Recess taken.)
6        THE VIDEOGRAPHER: It's
7 approximately 5:13 p.m. We are back on
8 the record.
9        MR. FINI: Okay.
10    Q.   So the reason we took a break is
11 because I -- in a number of instances you
12 have started to talk over the interpreter
13 before she has finished my question, and
14 the problem with that is that the
15 transcript is showing a question in
16 English, and you -- and for this
17 transcript to work everyone in the room
18 has to know that you've heard that
19 question in Chinese.
20        Then when the question is done
21 you answer the question, and then the
22 interpreter translates it into English, so
23 that the -- in the end there is a
24 transcript with an English question and an
25 English answer.

Page 51

CAO

2        So each time you interrupt the
3 question on video a jury or a judge is
4 going to know that that question and
5 answer has been ruined. It has become
6 useless. So when you do that, it forces
7 me to ask the question again to make sure
8 that the judge, and the jury could see
9 that my question was translated, and that
10 you then answered it.
11        Now, when it is your turn, you
12 can say whatever you want. You can add
13 information. You can agree, disagree.
14 You can speak and say what you want, but
15 you first have to hear the full question
16 and let the interpreter stop, and then you
17 go. Okay.
18        So is it your testimony that you
19 and another Falun Gong member were pushing
20 your cart with the table and
21 board -- boards on top of it passed Li
22 Huahong's table? Is that correct?
23    A.   Yes.
24    Q.   And is it your testimony that at
25 some point Li Huahong appeared at the

Page 52

CAO

2 scene from one of the stores near her
3 table; is that correct?
4    A.   Yes.
5    Q.   And is it your testimony that
6 somehow -- I'm not talking about the
7 cause. I'm just saying somehow the table
8 on your cart and the boards started to
9 come into contact with Li Huahong's table;
10 is that correct?
11        MS. MARSH: Objection.
12    A.   Yes.
13    Q.   Okay. And then is it your
14 testimony that after there was contact
15 between the table and the boards on your
16 cart and her table, Li Huahong did not
17 grab your hand but grabbed her own hand
18 and twisted the skin on it to make it look
19 like one of the Falun Gong members hurt
20 her? Is that your testimony?
21    A.   Can I say something?
22    Q.   Yes.
23    A.   So I want to say something that,
24 you know, the table did not overturn by
25 itself. That is because she all of a

Page 53

CAO

2 sudden came out, and then she grabbed the
3 cart, and then it turned over, and then
4 the distance between our cart and her
5 table is about 50 to 60 centimeters away.
6    Q.   Okay. And was there a little
7 bit of an incline like a slope, so that
8 your table when you were walking passed
9 her table looked like it was sloping a
10 little bit towards her table; is that
11 correct?
12    A.   Well, actually in United States
13 a lot of roads they were not -- they are
14 not even. So if the road is not even does
15 it mean that a driver can hit a -- someone
16 on the street. Well, at that time I was
17 pushing the cart, and the other person was
18 holding in front of the cart. So in that
19 way, how would us -- how would us be able
20 to push our cart and hit their table? It
21 is not possible. And I want to continue?
22    Q.   Okay.
23    A.   And if you talk about that road
24 right, it's like my hand, you see this is
25 my hand. Every day we travel like that.

14 (Pages 50 - 53)

Page 54

CAO

1
2    Q.   Okay.  So first I want to just
3 tell the witness that this -- the way she
4 is waiting is good because we are -- at
5 least we can go forward, so she should
6 keep doing this with waiting until I
7 finish.
8    A.   Yes.  Yes.
9    Q.   Okay.  So where we are in the
10 story that you are telling is that Li
11 Huahong grabbed her own hand and twisted
12 the skin to make it look like a Falun Gong
13 member grabbed her; is that correct?
14    A.   So I can say it, right?  I dare
15 not to say.
16        So after she came out, all of a
17 sudden then our board was thrown -- was
18 thrown off from the cart, she walked
19 around her table facing the sidewalk,
20 facing the stores.  She grabbed her own
21 hand, seriously she twisted, and then she
22 raise her hand and yelled Falun Gong
23 people hit people.  Falun Gong hit
24 people.
25    Q.   Okay.  And up until that moment,

Page 55

CAO

1
2 am I correct that she did not touch or hit
3 you?
4    A.   No.  No.
5    Q.   So then what happened next?
6    A.   So once she yelled Falun Gong
7 hit people, people from the restaurant,
8 that restaurant name is called Sheng
9 Jin --
10       THE INTERPRETER:  S-H-E-N-G
11 second word J-I-N by pronunciation.
12    A.   -- from that particular
13 restaurant over ten male came out.  At
14 that time we are only two old ladies.
15 These men, they stood around us, and there
16 were other people who came out from the
17 store.
18    Q.   Okay.
19    A.   So we were so scared, and we
20 were so shocked because of these people.
21 They all stood around us, and then I
22 notice that someone use a cell phone to
23 place a call.  I did not know who this
24 person called, and at the same time I saw
25 Zhu Zirou was by the side of the table,

Page 56

CAO

1
2 and at that time Li Xiurong -- Xiurong Li,
3 she had a bag that hang on her shoulder
4 across the chest, and Zhu Zirou all a
5 sudden grabbed her bag.  Xiurong Li asked
6 him to let go, but he did not let go.
7    Q.   Keep telling the story.
8    A.   So as I mentioned to you that,
9 you know, once she yelled Falun Gong hit
10 people, right, there are so many people
11 that came out that stood around us at that
12 time.  I was shocked.  I was afraid, and
13 for one minute I want to go.  Then, just
14 at that moment, Li Huahong she held my
15 right shoulder like that (indicating).
16    Q.   Okay.  Keep telling the story.
17    A.   So right after she grabbed my
18 right shoulder.  Then I said why, why you
19 grab me.  She said you cannot go, and then
20 that was the summertime.  I wear the
21 summer outfit, so I move -- I push my arm
22 like that (indicating), and then I ran.
23 Even though they stood around me I choose
24 an area, a very narrow space.  I just ran
25 away from that narrow space.

Page 57

CAO

1
2    Q.   Keep telling the story.
3    A.   So I kept running, and then I
4 heard Li Huahong kept yelling beat her to
5 death, make her to die.  So I was so
6 scared I just keep running, keep running.
7 I just don't know how I could run any
8 faster, and eventually I got to the
9 Spiritual Center.  Also I want to
10 continue.  So I also heard the voices
11 from the man, someone said grab her, beat
12 her to die and kill her.  I heard these
13 noises, and these are men.  I have was so
14 scared.  I have problem with my legs.
15    Q.   Okay.  Did -- did you receive a
16 translation in Chinese of the complaint in
17 this action?
18    A.   Yes, I received one in April,
19 this year.
20    Q.   Okay.  Did you read the
21 description of the events that occurred in
22 20 -- July of 2011 in the translation that
23 you received?
24    A.   Yes.
25    Q.   Was the description in the

15 (Pages 54 - 57)

Page 58

```
 1          CAO
 2 translation you received accurate?
 3     A.   Well, I actually did not read
 4 that in detail because I work nights, so
 5 however if you ask me question about this
 6 event, right, I would be able to tell you.
 7     Q.   Okay.  So is it your testimony
 8 that you received a translation of a
 9 complaint that was filed on your behalf in
10 court accusing people of wrongdoing, and
11 you didn't carefully read it? Is that your
12 testimony?
13        MS. MARSH:  Objection.
14     A.   Well, I did not read that paper
15 in detail.  However, because everything
16 was out of my experience, so no matter
17 what was being translated I can personally
18 tell you what happened.  I still have
19 memory of that.
20     Q.   Okay.  And are you aware that
21 this action was filed in March of 2015,
22 March of last year?
23     A.   I don't recall.  How am I able
24 to remember?
25     Q.   Well, did -- if you file a
```

Page 59

```
 1          CAO
 2 federal lawsuit against four human beings
 3 with thirteen plaintiffs and you take up
 4 court time, attorney time, there are a lot
 5 of people who would think that that is a
 6 big event that you might remember.
 7        So I am asking you.  I want you
 8 to think hard, and we are in 2016.  That
 9 is this year.  Do you have any
10 recollection in 2015 of getting a
11 translation of the events that you were
12 suing the defendants over?
13        MS. MARSH:  Objection.
14     A.   Yes, I received that.
15     Q.   You received it last year in
16 2015?
17     A.   I think this year, April.
18     Q.   Right.  So did --
19     A.   Because I don't know English, so
20 I received a copy in Chinese, but I think
21 this year in April.
22     Q.   Okay.  So to the best of your
23 recollection, you believe that the first
24 time you received a Chinese translation of
25 the events that you were involved in in
```

Page 60

```
 1          CAO
 2 this lawsuit was in this year and not in
 3 2015; is that correct?
 4        MS. MARSH:  Objection.
 5     A.   Yes.
 6        MS. MARSH:  I have a right to
 7 say objection.  I'm sorry.
 8     Q.   And is it your testimony that
 9 whenever you received the translation,
10 which ever year it was you did not read it
11 carefully because you were busy? Is that
12 your testimony?
13     A.   Yes.
14     Q.   And if I told you that in the
15 complaint it says that you were surrounded
16 and threatened by an angry, anti-Falun
17 Gong mob, but it does not say that Li
18 Huahong grabbed your shoulder; it does not
19 say that, if I told you that, does that
20 lead you to think that it's possible that
21 maybe someone else grabbed your shoulder
22 and not Li Huahong?
23     A.   So you think I don't know Li
24 Huahong?  We were face to face.  If I did
25 not know that person, why that person
```

Page 61

```
 1          CAO
 2 would grab me.
 3     Q.   Okay.  You're -- you're bigger
 4 than Li Huahong, correct?
 5     A.   Well, let me ask you did you see
 6 Li Huahong before.
 7     Q.   Yes, I have, but I am not
 8 answering your questions.  I am going to
 9 ask my question again.
10        So here is my question.  Are you
11 taller than Li -- wait.  I have -- here
12 is my question.  Are you taller than Li
13 Huahong?
14     A.   Okay.  Li Huahong, I am tell
15 taller than Li Huahong; however, I have to
16 tell you I believe in truthfulness,
17 compassion, forbearance.  I would not hit
18 her.  I want to continue.
19     Q.   But wait.  Hold on a second.
20        Didn't you make a gesture that
21 you went like this, that you smashed your
22 elbow to break free from her touch? Didn't
23 you show that on the video a couple of
24 minutes ago?
25     A.   Is it my turn? Because she
```

16 (Pages 58 - 61)

Page 78

```
1              CAO
2 once in all of those three years did she
3 grab your cart or touch you; is that
4 correct?
5    A.  No.
6    Q.  Okay.  And since 2011 -- since
7 the 2011 incident, you are still
8 relatively close to Li Huahong;
9 isn't -- isn't that true? Her table is
10 relatively close to yours?
11    A.  So what do you -- what do you
12 mean by close because we never change
13 location? Her table was still there.  My
14 table was still there.  The same distance
15 we are talking about.
16    Q.  Is it about a half a block?
17    A.  Seventy to eighty meters.
18    Q.  And since the 2011 incident, has
19 Li Huahong ever grabbed your cart or
20 touched you in the five years between 2011
21 and today?
22    A.  No.
23    Q.  Okay.  And do you know who
24 Michael Chu, Defendant Michael Chu?
25    A.  Michael Chu?
```

Page 79

```
1              CAO
2    Q.  Yes.  What is the name that they
3 call him? Zhu Lichuang?
4    A.  Zhu Lichuang --
5         MR. FINI:  Does she know who
6 Defendant Michael Chu or Zhu Lichuang is?
7    A.  I know.  Can I get some more
8 water?
9         MR. FINI:  Is it -- do you mind
10 if Dana goes outside and gets you water,
11 so we can keep going, so I can finish?
12    A.  Yes.
13    Q.  Okay.  So has Michael Chu -- if
14 I say the name Michael Chu, do you
15 understand who -- which defendant that is?
16    A.  So Michael Chu is the same
17 person as Zhu Lichuang, right?
18    Q.  That -- yes.
19         MR. FINI:  If I -- if I use the
20 name Michael Chu, does she understand
21 which defendant that is?
22    A.  Zhu Lichuang.
23    Q.  Okay.  Do you understand -- do
24 you understand that there are four
25 defendants, there is two male defendants?
```

Page 80

```
1              CAO
2 One is in the chair, Zhu Zirou, and there
3 is the other male defendant Zhu Lichuang
4 or Michael Chu.  Do you understand that?
5    A.  Michael Chu.  Yes.  Yes.
6    Q.  Okay.  And has Michael Chu ever
7 said anything to you?
8    A.  No.
9    Q.  And Michael Chu said that
10 sometimes when it is hot he feels bad for
11 the women who work volunteering for Falun
12 Gong.  He feels bad for them being hot,
13 and he hands them bottles of water
14 sometimes.
15         Have you ever seen Michael Chu
16 hand women Falun Gong practitioners water?
17    A.  What type of water that Michael
18 Chu gave us?
19    Q.  What he said was that sometimes
20 on a hot day if he noticed the women
21 volunteers at Falun Gong were standing in
22 the sun, he would sometimes just hand them
23 waters.
24         Did you ever notice him handing
25 women volunteering to for the Falun Gong
```

Page 81

```
1              CAO
2 some water?
3    A.  Would he give us water? Maybe he
4 drink it himself.  Oh my God.
5    Q.  Okay.  Michael -- did Michael
6 Chu ever touch you?
7    A.  Why he touch me?
8    Q.  No, I am asking a yes or no
9 question.  Did Michael Chu ever touch
10 you? Yes or no.
11    A.  But can I ask you a question
12 then.
13    Q.  No, I am asking you a yes or no
14 question.  Did Michael --
15    A.  No.  No.  Michael Chu, no.
16    Q.  Okay.  Did Zhu Zirou, defendant
17 Zhu Zirou, the man in the while chair ever
18 touch you?
19    A.  No.
20    Q.  Did Zhu Zirou in the wheelchair
21 ever say anything to you?
22    A.  No.
23    Q.  After 2011, the incident in
24 2011, did Li Huahong ever say anything to
25 you?
```

21 (Pages 78 - 81)

Page 82

```
1              CAO
2     A.   No.  She did not talk to me.
3  However, each time when she saw me she
4  curse at me.  She said -- she would say
5  if you go back to China we will make you
6  die.  So that's why during these years I
7  never go back to China.
8     Q.   Okay.  And in the complaint do
9  you -- are you suing Li Huahong? Do you
10 identify any incident against her, any
11 specific incident against her other than
12 the July 2011 incident?
13    A.   No.
14    Q.   And why if she said that to you
15 after 2011, why don't we see that in the
16 complaint?
17    A.   Well, because at that time I was
18 only being asked about this incident, but
19 even now if she doesn't know you and you
20 could stand by you can notice that if I
21 was present -- if I am present in front of
22 her she would curse at me or give me
23 threat.  I try to avoid her.  Even in
24 supermarket, I would try to avoid her.
25    Q.   What kind of cursing are you
```

Page 83

```
1              CAO
2  talking about specifically?
3     A.   You want me to tell you about
4  that?
5     Q.   What cursing specifically does
6  she say to you?
7     A.   But it is not good to hear that.
8     Q.   I want to hear it.
9     A.   Okay.  I tell you.  You listen
10 carefully.  At the beginning I died my
11 hair into yellow color.
12    A.   Okay.
13    A.   At the beginning because I died
14 my hair into yellow, so, you know, on my
15 head you could see black hair, white hair,
16 yellow hair, at that time they would name
17 me wild chick, mountain chick, bitch
18 and --
19       MR. FINI:  Bitch.
20       THE INTERPRETER:  B-I-T-C-H.
21    A.   After I stopped dying my hair,
22 they would call me white hair, and then at
23 the time when I volunteer at a table she
24 pass by my table she usually may stop for
25 two, three minutes, stare at me, and I
```

Page 84

```
1              CAO
2  already tried to avoid her.  I did not
3  look at her.
4     Q.   When did she start making fun of
5  your hair?  Was it before 2011 or after
6  2011? Before the July 2011 incident or
7  after the July 2011 incident?
8     A.   After.
9     Q.   Okay.  And when is the last
10 time that she made fun of your hair?
11    A.   I don't remember.  However,
12 whenever they saw me or she saw me, it
13 would happen, but recently I tried to
14 avoid her.  I -- I do not see her
15 recently.
16    Q.   Okay.  So I want you to try
17 your best to tell me when is the last time
18 she bothered you about your hair?
19    A.   Well, I would try to avoid her
20 by walking around the block.  When I was
21 close to an intersection, I would check to
22 see whether or not her table was there.
23 If I noticed that she was present, I would
24 walk around to avoid her.
25    Q.   Right, but that doesn't answer
```

Page 85

```
1              CAO
2  my question.  I want you to try your best
3  to tell me when was the last time she
4  bothered you about your hair?
5     A.   The year before last year.  If
6  you don't believe me, you could ask the
7  people from the store.  You know, there
8  was a store that sold flowers at a time
9  when she make fun of me.  There were
10 people around.  People heard about that.
11    Q.   The last time she bothered you
12 about your hair, do you know the names of
13 any witnesses to that?
14    A.   I did not even stop and stand
15 there.  I don't want to have any argument
16 with her.
17    Q.   Right.  So is the answer to my
18 question no, you don't know the names of
19 any witnesses who saw her making fun of
20 your hair the last time it happened?
21    A.   No, I don't have.
22    Q.   Okay.  Am I -- I want to go back
23 to your arrival to the United States.  You
24 arrived in the United States you said
25 because your husband was here; is that
```

22 (Pages 82 - 85)

**EXHIBIT 11 – DEPOSITION OF XIURONG LI**

Page 1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    INDEX NO. 15 CV 1046

5    ------------------------------------x

6    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

7    ZHANG Cuiping, WEI Min, LO Kitsuen, LI

8    Xiurong, CAO Lijun, HU Yang, GAO Jinying,

9    CUI Lina, XU Ting, and BIAN Hexiang,

10                        Plaintiffs,

11          - against -

12    Chinese Anti-Cult World Alliance (CACWA),

13    Michael CHU, LI Huahong,

14    WAN Hongjuan, ZHU Zirou, and DOES

15    1-5 Inclusive,

16                        Defendants.

17    ------------------------------------x

18                        August 19, 2016

19                        9:50 a.m.

20

21          VIDEOTAPE DEPOSITION of the LI

22    XIURONG, held at the offices of Beldock

23    Levine Hoffman & Goodman, LLP, pursuant to

24    Notice, before Debbie Zaromatidis, a

25    Notary Public of the State of New York.

Page 2

```
1
2 A P P E A R A N C E S :
3
4 HUMAN RIGHTS LAW FOUNDATION
5 Attorneys for Plaintiffs
6      1615 L Street, NW, Suite 1100
7      Washington, D.C. 20036
8 BY: TERRI MARSH, ESQ.
9      - and -
10     BELDOCK LEVINE & HOFFMAN, LLP
11        99 Park Avenue
12        New York, New York
13     BY:  JOSHUA MOSKOVITZ, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2 A P P E A R A N C E S :  (CONTINUED)
3
4    CATAFAGO FINI LLP
5    Attorneys for Defendants Chinese
6    Anti-Cult World Alliance, Michael Chu,
7    and Zhu Zirou
8        The Empire State Building
9        350 Fifth Avenue, Suite 7412
10       New York, New York 10118
11    BY:  TOM M. FINI, ESQ.
12
13
14
15
16 ALSO PRESENT:
17 PATRICK FENG, MANDARIN INTERPRETER
18 ARTHUR KWOK, Mandarin Interpreter
19 DANA CHENG, MANDARIN INTERPRETER
20 JONATHAN POPHAM, Videographer
21
22
23
24
25
```

Page 4

```
1
2      S T I P U L A T I O N S
3
4       IT IS HEREBY STIPULATED AND
5 AGREED by and between the Attorneys for
6 the respective parties hereto that filing
7 and sealing be and the same are hereby
8 waived.
9       IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13       IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25
```

Page 5

```
1
2       THE VIDEOGRAPHER:  We are now
3 on the record.  Please note that the
4 microphones are sensitive and may pick up
5 whispering or private conversations.
6 Please turn off all cell phones and place
7 them away from the microphones as it can
8 interfere with the deposition audio.
9 Recording will continue until all parties
10 agree to go off the record.  My name is
11 representing Veritext.
12       The date today is August 19,
13 2015. The time is 9:49 a.m.  This
14 deposition is being held at Beldock Levine
15 & Hoffman located at 99 Park Avenue, New
16 York, New York and is being taken by
17 counsel for the defendant.  The caption
18 of this case is Zhang Jingrong, et al.
19 versus Chinese Anticult Alliance, et al.
20 This case is being held in the United
21 States District Court for the Eastern
22 District of New York civil action No. CV
23 151046.  The name of the witness is Li
24 Xiurong.  At this time will attorneys
25 present in the room and everyone attending
```

2 (Pages 2 - 5)

Page 34

```
1              LI
2 have time to study.
3    Q.   No, but I mean they have had
4 years now to read the book if they wanted
5 to read the book, correct?
6         MR. MOSKOVITZ:  Objection.
7 Argumentative.
8    A.   Later on they believed in
9 Christianity.  They became Christians.
10   Q.   Have they expressed to you that
11 they doubt that the book in itself could
12 somehow heal your heart?
13        MR. MOSKOVITZ:  Objection.
14   A.   They saw my condition getting
15 better.
16   Q.   Right.  But have you had a
17 discussion with them about the idea that
18 if it helped you, why don't they read it
19 and become Falun Gong practitioners to
20 make themselves better?
21        MR. MOSKOVITZ:  Objection.
22   A.   They did not read the book.
23 They did not have time.  They had to
24 study.
25   Q.   Right.  I understand that they
```

Page 35

```
1              LI
2 have to study, but what I am trying to get
3 at is that from the time that you got
4 introduced to Falun Gong to today it has
5 been -- hold on a second.  It has
6 been -- is it 20 years?
7         MR. MOSKOVITZ:  Objection.
8    Q.   Is it 20 years -- approximately
9 20 years ago that you got introduced to
10 Falun Gong?
11   A.   Correct.
12   Q.   So in those 20 years, the people
13 who are closest to you, your children,
14 what I am asking you is why haven't they
15 read the book in the last 20 years? I am
16 not asking about studying it in a
17 particular time.  I am asking over a
18 20-year period.
19        MS. MARSH:  Objection.
20        MR. MOSKOVITZ:  Objection.
21   A.   They later believed in
22 Christianity.
23   Q.   But what would stop them from
24 reading a book?
25        MS. MARSH:  Objection.
```

Page 36

```
1              LI
2    Q.   Even though they are Christian,
3 what would stop them from reading a book?
4         MR. MOSKOVITZ:  Objection.
5 Asked and answered, argumentative.
6    A.   My children said that they only
7 believed in Christianality.  They only
8 believed in Jesus Christ.
9    Q.   Okay.  So have you ever taken
10 your children to any Falun Gong events?
11   A.   No.
12   Q.   After you got introduced to
13 Falun Gong that first day, what happened
14 next in terms of your studying or
15 practicing Falun Gong?
16   A.   Subsequently I practiced it
17 every single day.
18   Q.   So from December 26, 1997
19 through today you have done something
20 involving Falun Gong every single day,
21 correct?
22   A.   I very often do it.
23   Q.   Okay.  So what -- after
24 December 26, 1997, what did you start to
25 do?
```

Page 37

```
1              LI
2         MR. MOSKOVITZ:  Objection.
3    A.   I read books.  I practiced
4 Gong, and I participated in Falun Gong's
5 memorial events.
6    Q.   You participated in events in
7 China?
8    A.   In China I did not participate.
9 I only read books and practiced Falun
10 Gong.
11   Q.   Okay.  How many books about
12 Falun Gong did you read in China?
13   A.   At the time I only read one
14 book.
15   Q.   So you had that book for three
16 days?
17        MR. MOSKOVITZ:  Objection.
18   A.   It was my friend's book, and she
19 could only lend me the book for three
20 days.
21   Q.   And after -- so you gave that
22 book to her?
23   A.   I returned the book to her, and
24 I purchased another book myself.
25   Q.   Was it the same book?
```

10 (Pages 34 - 37)

Page 54

```
1              LI
2     A.   At that time when I practiced
3  Falun Gong in China, I was also free to
4  practice.  It was -- it was free.  Right
5  now it is not free.  It was very severely
6  persecuted.
7     Q.   Was it persecuted after you
8  left?
9     A.   After I left on July 20, 1999
10 they received severe persecution.
11    Q.   It seems your -- it is a little
12 bit emotional for you to talk about this,
13 so I would like to take a break, and it is
14 a good time to take a break anyway.
15 Thank you.
16        THE VIDEOGRAPHER:  We are going
17 off the record at 11:14 a.m.  This marks
18 the end of media 1.
19        (Recess taken.)
20        THE VIDEOGRAPHER:  We are back
21 on the record at 11:38 a.m.  This marks
22 the beginning of media 2.
23    Q.   I believe you testified that at
24 a certain point in time after you left
25 China there was persecution of Falun Gong,
```

Page 55

```
1              LI
2  correct?
3     A.   Yes.
4     Q.   Okay.  And your understanding
5  of the persecution of Falun Gong I am
6  assuming is based on what other Falun Gong
7  practitioners from China have told you.
8        MR. MOSKOVITS:  Objection.
9     Q.   Is that correct?
10       MR. MOSKOVITZ:  Objection.
11    A.   Yes.
12    Q.   And based on your understanding
13 of what has gone on in China since you
14 left China, is it your understanding that
15 there is much more freedom in the United
16 States to practice Falun Gong than in
17 China?
18       MR. MOSKOVITZ:  Objection.
19    A.   Yes.
20    Q.   Is it true that from 2001 to
21 2011 while you lived --
22       MR. FINI:  Strike that.
23    Q.   Is it true from 2001 to 2013
24 when you were living in Flushing that you
25 were essentially doing whatever you wanted
```

Page 56

```
1              LI
2  to do regarding Falun Gong practice?
3        MR. MOSKOVITZ:  Objection.
4     A.   Yes.
5     Q.   Were you able from 2001 to 2013
6  to go to the tables that are on Main
7  Street, Flushing, the Falun Gong tables?
8     A.   The tables I could go there.
9     Q.   From 2001 to 2013 you testified
10 that you would go once a week to the
11 Taiwanese Cultural Center.
12       Do you remember that testimony?
13    A.   Yes.
14    Q.   Would you also during the week
15 typically go to some of the five tables
16 where Falun Gong publically discusses
17 Falun Gong?
18    A.   They distributed the pamphlets
19 about Falun Gong at the tables.
20    Q.   And at those tables do they have
21 Falun Gong practitioners running those
22 tables?
23    A.   Yes.
24    Q.   And did you know some of the
25 Falun Gong practitioners at those tables?
```

Page 57

```
1              LI
2     A.   Yes.
3     Q.   During the week would you
4  sometimes go to those tables and have
5  discussions with those Falun Gong
6  practitioners?
7     A.   No.
8     Q.   Did you ever volunteer to run
9  the tables or distribute pamphlets at the
10 tables?
11    A.   No.
12    Q.   Do you find that Falun Gong
13 meditation makes you calm?
14    A.   Yes.
15    Q.   Does Falun Gong medication give
16 you inner piece?
17    A.   Very peaceful.
18    Q.   So from 2001 to 2013 did you
19 engage in Falun Gong meditation?
20    A.   Yes.
21    Q.   And from 2001 to 2013 did that
22 meditation give you a daily inner piece?
23    A.   I became a little bit afraid in
24 2011.
25    Q.   Okay.  Prior to 2011 -- from
```

15 (Pages 54 - 57)

Page 58

LI

1
2 2001 to 2011, did you have inner piece
3 from your practice of Falun Gong
4 meditation?
5    A.   Prior to that that was very
6 good.
7    Q.   Okay.  Now, today you live in
8 Flushing, correct?
9    A.   I live in Flushing.
10    Q.   Okay.  And do you -- if I
11 -- let's talk about the last year, the
12 last twelve months.
13    Q.   During the last 12 months do you
14 go to the -- typically to the Taiwanese
15 Cultural Center once a week?
16    A.   Yes.
17    Q.   And do you practice Falun Gong
18 there at the Taiwanese Cultural Center?
19    A.   Yes, and also study Fa and study
20 the book.
21    Q.   Okay.  And are you free --
22 during the past twelve months in the
23 United States have you been free to go to
24 any of the Falun Gong events you choose to
25 go to?

Page 59

LI

1
2    A.   I would go -- it was free.  It
3 was permitted by the U.S.  government.
4    Q.   And do you -- in the past twelve
5 months, have you gone to any Falun Gong
6 events that you choose to go to?
7    A.   I don't understand you.
8    Q.   Okay.  During the last twelve
9 months, have you gone to all of the Falun
10 Gong events that you choose to go to?
11    A.   What do you mean by in the past
12 twelve months? I don't understand.
13    Q.   So I mean in the past year if
14 you looked at August 2015 to August 2016,
15 in that year have you gone to any and all
16 Falun Gong events that you choose to go
17 to?
18    A.   It was in D.C. I participated,
19 yes.
20    Q.   Are there any Falun Gong events
21 you heard about that you haven't gone to
22 in the last twelve months?
23    A.   There were one or two occasions
24 that I did not go.
25    Q.   And why didn't you go to those?

Page 60

LI

1
2    A.   My daughter became sick
3 seriously.  Two years ago she tried to
4 committe suicide with the chemical liquid.
5    Q.   Okay.  I'm really sorry about
6 that, and I don't want to talk about that
7 because I know it is upsetting.  Would
8 you like to take a break? Let's take a
9 two-minute break.  I'm sorry.  I didn't
10 know this.
11        THE VIDEOGRAPHER:  Okay.  We
12 are going off the record at 11:49 a.m.
13        (Recess taken.)
14        THE VIDEOGRAPHER:  We are back
15 on the record at 11:57 a.m.
16        THE INTERPRETER:  Excuse me.
17 The last part chemical --
18        MR. FINI:  I don't want to talk
19 about that.
20        THE INTERPRETER:  It is --
21        MR. FINI: I don't want to talk
22 about it.  We can talk about it when she
23 is not here because I don't want to upset
24 her.
25        THE INTERPRETER:  Okay.

Page 61

LI

1
2    Q.   Is it correct that in this
3 lawsuit you are suing about one incident
4 that occurred in July 2011?
5        MR. MOSKOVITZ:  Objection.
6    A.   Yes.
7    Q.   Okay.  Now, as a lawyer I
8 respect you, and I don't want to upset
9 you.  I truly want to end this deposition
10 as quickly as possible because some of the
11 topics are upsetting to you.  It is just
12 my job to get the facts about what
13 happened, so I will -- I am just going to
14 ask about what happened, but if it gets
15 too upsetting for you you can just take a
16 break.  I'm not trying to upset you at
17 all.  If you need to take a break now,
18 that's fine.
19        My next question is going to be
20 whenever you are okay to describe it I
21 just would like you to describe the event
22 from July 2011.
23    A.   One day in the afternoon in July
24 of 2011 at 4 o'clock my co Falun Gong
25 practitioner Lijun Cao --

16 (Pages 58 - 61)

Page 62

LI

1
2          THE INTERPRETER:  L-I-J-U-N,
3    last name C-A-O.
4      A.  -- we were together at the Falun
5    Gong table, and as we were
6    finishing -- after we finished those
7    photos and -- we placed those photos in
8    our small hand truck --
9          MS. MARSH:  Hand cart, is that
10   what you call it.
11     A.  She was pushing the cart, and I
12   was following her behind.  We had to push
13   the cart and placed it at the table, and
14   after we finished displaying we supposed
15   to push the cart and the photos back to
16   our Falun Gong practice center.  We were
17   walking in the middle of the roadway.  As
18   we were walking in the middle of the
19   roadway and pass by 41st Street where the
20   Chinese Anticult Alliance reserves a table
21   there, as we were walking by in the middle
22   of the roadway with approximately 50 to 60
23   centimeters away from the table, and Li
24   Huahong I did not see where he came from.
25   He pulled our cart away to where his table

Page 63

LI

1
2    was.
3      Q.  To clarify this person Li is a
4    man or a woman?
5      A.  Female.
6          THE INTERPRETER:  Sorry.
7      Q.  Okay.  Continue the story.
8      A.  She pulled our cart to her table
9    and then knocked her table down herself.
10   At that time there was a person sitting in
11   a wheelchair next to the table.  The
12   person's name is Zhu Zirou.
13         THE INTERPRETER:  Z-H-U
14   Z-I-R-O-U.
15     A.  I was carrying a a briefcase on
16   my shoulder, and Zhu Zirou grabbed my back
17   from where he was sitting in the
18   wheelchair.  He tried to pull -- he was
19   grabbing my bag and -- with a lot of
20   strength, and I used both my hands to hold
21   my bag and turn my body like this.  As I
22   turned to my side I saw Li Huahong to
23   pinch her left hand with a lot of
24   strength.  After she pinched her hand and
25   she was pointing at me and saying that

Page 64

LI

1
2    Falun Gong hit me.  Falun Gong hit me.
3      Q.  So just to clarify that last
4    statement, are you saying that Ms. Li
5    pinched her own hand?
6      A.  Correct, and it became red.
7      Q.  She pinched her own hand.  It
8    became red, and then she said Falun Gong
9    did this; is that correct?
10     A.  She said I hit her.
11     Q.  She said it to whom?
12     A.  She yelled out.  There were a
13   lot of pedestrians at that time, and then
14   I saw her making a phone call using her
15   cellular phone.
16     A.  From across the table, from the
17   store across the table there are 10 to 20
18   people came out -- 10 to 20 people.
19   After those people came out, they yelled
20   out grab -- catch her, catch her, and beat
21   her to death.
22     Q.  Who yelled that?
23     A.  Those few -- several people who
24   came out from the store, not together.
25   Somebody said that.  Someone said that

Page 65

LI

1
2    catch her, catch her and then beat her to
3    death.  Kill her.  Kill her.
4      Q.  These were -- these statements
5    were made by people who came out of the
6    store?
7      A.  Yes.  After Li Huahong made the
8    phone call using her cellular phone, those
9    people came out from the store.
10     Q.  Okay.  And you -- you didn't
11   see when they were in the store whether
12   they were actually the people she called,
13   correct?
14     A.  I -- I speculated that that was
15   the case because after she made the phone
16   call, those people immediately came out.
17     Q.  Okay.
18     Q.  Do you know who those people
19   are?
20     A.  Some of those faces were
21   familiar, but I could not tell you their
22   names.
23     Q.  Were they men or women?
24     A.  They were all men.
25     Q.  How old were they?

17 (Pages 62 - 65)

Page 66

```
1            LI
2    A.   They are middle-aged people and
3 30, 40, 50 years old.
4    Q.   What store did they come out of?
5    A.   I did not see exactly which
6 store they came out from.  There was a
7 florist on one side, and there was another
8 grocery store who sell dry mushrooms, and
9 I couldn't see which store they came out
10 from.
11    Q.   Did you say florist selling
12 flowers?
13    A.   Yes, there was a florist.  The
14 other one was a grocery store.
15    Q.   Okay.  And how many people came
16 out that were actually saying something to
17 you?
18    A.   I saw more than ten people and
19 maybe from 10 to 20 and among them a few
20 people said that catch her, catch her.
21    Q.   Now, were you standing on the
22 sidewalk while this was happening?
23    A.   Before that happening, I was
24 walking on the sidewalk at the time Zhu
25 Zirou grabbed my back, and by that time I
```

Page 67

```
1            LI
2 was next to their table.
3       MR. FINI:  Okay.  I am going to
4 mark this blank piece of paper as Exhibit
5 1.
6       (Defendants' Exhibit 1 marked
7 for identification.)
8    Q.   And I am going to ask you to
9 take this pen and draw a diagram of where
10 you started out walking and show -- show
11 where you started out walking, where you
12 walked to and then where the people came
13 out and where you were when they were
14 saying those things to you, and I will
15 stipulate that this is an offhand drawing
16 based on memory, and that the plaintiffs
17 can respond and clarify because this is
18 off the cuff.  It is just, so I get a
19 general idea of the scenario.
20       MR. MOSKOVITZ:  Can you ask her
21 please if she thinks she can do what she
22 is being asked to do?
23       THE WITNESS:  I can do it, but I
24 am not good at drawing.
25    Q.   And I understand that.  Just to
```

Page 68

```
1            LI
2 the best of your ability, just so I
3 roughly can see -- physically I can
4 imagine the scenario.
5    A.   Let me try.
6    Q.   Okay.
7       (Pause.)
8    A.   I cannot draw it very good.
9 This is Lijun Cao who was pushing the
10 cart, and this is Li Huahong following
11 her.
12    Q.   Is this the anticult table?
13    A.   Yes.  Yes, that is the table.
14    Q.   That is the anticult table,
15 correct?
16    A.   Yes.
17    Q.   Where -- did you say you were
18 coming from one of your tables, the Falun
19 Gong tables?
20    A.   I came from the other side.
21    Q.   Did you say that you were coming
22 from one of the Falun Gong tables?
23    A.   Yes.
24    Q.   Where was the table?
25    A.   It looks like this is First
```

Page 69

```
1            LI
2 Avenue, and we were at 46th and 40th
3 Avenue.
4    Q.   Is it on Main Street?
5    A.   Main Street, yes.
6    Q.   And is the anticult table also
7 on Main Street?
8    A.   Yes.
9    Q.   And where were you -- where were
10 you walking to?
11    A.   We are heading to the spiritual
12 belief center.
13    Q.   Is that the Taiwanese center
14 that we talked about today or something
15 else?
16    A.   No.  It was the office just
17 across the library.  It was one of our
18 centers --
19    Q.   What is the address --
20    A.   -- of our practice.
21    Q.   What is the address of that
22 center?
23    A.   I do not recall the address.
24 This is the library.  Slightly across the
25 library.
```

18 (Pages 66 - 69)

Page 90

LI

1
2 given that this is in different language
3 it's totally fine that it takes a little
4 bit of a back and forth to get to
5 clarification. There is nothing wrong
6 with your answers.
7        Just to clarify from January
8 2011 to July 2011 when the incident in the
9 complaint occurred, is it correct that
10 other than the verbal, the oral statements
11 there was no touching of you or your bag
12 at all; is that correct?
13    A.  Well, yes, it happened often,
14 but it was not Chu or -- Chu Lichuang.
15 Rather it was Li Huahong.
16    Q.  So before July 2011 when you say
17 it was Li Huahong, what did she do before
18 July 2011?
19    A.  When she sees me she always
20 pointed her finger at my noe and yell and
21 curse at me.
22    Q.  How close was she when she would
23 point at your nose?
24    A.  Like this (indicating). Almost
25 touching my nose. Something like this.

Page 91

LI

1
2    Q.  So was she standing at the
3 anticult table?
4        MR. MOSKOVITZ: Objection.
5    A.  No. Sometimes when I am at the
6 library -- by the library when she pass by
7 she would point at me and yell and curse
8 at me. She did once. One time she
9 touched my stomach and said I want to see
10 if your Falun wheel is turning in there or
11 not.
12    Q.  When was this?
13    A.  Before the July 2011 incident,
14 before that they acted against me quite
15 often. They took action against me quite
16 often.
17    Q.  The incident that you described
18 with your stomach, when -- what year did
19 that happen in?
20    A.  I don't remember. I don't
21 remember exactly when, but it happened
22 twice -- once or twice. It was before the
23 July 2011 incident however.
24    Q.  And then after the July 2011
25 incident, did you say that --

Page 92

LI

1
2        MR. FINI: Strike that.
3    Q.  After the July 2011 incident
4 that's in the complaint, did Li Huahong
5 ever touch you again?
6    A.  I became afraid. I would take
7 alternative route.
8    Q.  What was the --
9    A.  -- to avoid them.
10    Q.  Okay. After the July 2011
11 incident, did you continue to go once a
12 week to the 40-46 table?
13    A.  Yes. I told them that I can no
14 longer pass by or do this, and they asked
15 me to sit there for a few more weeks, and
16 that was all. It ended after that.
17    Q.  What ended after that?
18    A.  After that I became very afraid,
19 so I no longer walked that path where I
20 passed them. I took an alternative
21 route.
22    Q.  I understand. So my question
23 is using the alternative path, did you --
24 after the July 2011 incident did you
25 continue to still help at the 40-46 table?

Page 93

LI

1
2    A.  I did continue for a few more
3 times, and then ultimately I became
4 fearful, afraid.
5    Q.  And so after the July 2011
6 incident how many more weeks did you work
7 at the 40-46 table?
8    A.  I don't remember exactly, but I
9 would say no more than ten times because
10 it was only just once a week as well.
11    Q.  Okay. So ten times means
12 that -- is it your recollection you may
13 have been working -- helping at this table
14 at least another three months after July
15 2011?
16    A.  Less than that. Less than ten
17 times. It was only once a week.
18    Q.  Okay. And after the ten times,
19 did you continue to work -- to help -- did
20 you continue to help at other Falun Gong
21 tables?
22        MR. MOSKOVITZ: Objection.
23    A.  Yes. Yes. Mostly I am at the
24 station across from the faith worship
25 address or station.

24 (Pages 90 - 93)

Page 94

```
1              LI
2    Q.   Is that the one near the
3  library?
4    A.   That was the station, yes.
5    Q.   Any other station?
6    A.   No.
7    Q.   Okay.  How many times a week
8  would you go to the station near the
9  library?
10   A.   Five times a week.
11   Q.   Okay.  So after the July
12  11 -- July 2011 incident is it correct
13  that you continued to help at Falun Gong
14  tables five times a week in 2011?
15   A.   Yes.  Yes.
16   Q.   And after the July 2011
17  incident, did you continue to go to the
18  Taiwanese Cultural Center for Falun Gong
19  events?
20   A.   Yes.
21   Q.   If I depose other Falun Gong
22  people who work at this 40-46 table, if I
23  depose them, are they going to tell me
24  that you never went to that table after
25  July 2011?
```

Page 95

```
1              LI
2         MR. MOSKOVITZ:  Objection.
3    A.   I am telling you the truth.  I
4  mean as long as they are there they know
5  that I was there, but they change people
6  all the time as well.
7    Q.   Why do they change people all
8  the time?
9    A.   Because they have young people
10  there who need to work.  They need to
11  make a living, to eat, not like me.
12   Q.   Do the people who work at the
13  tables get paid?
14   A.   No one gave us a dime.  We are
15  all volunteers.
16   Q.   So when you said they were young
17  and they needed to get paid, what do you
18  mean by that?
19   A.   They have to go to work.  They
20  have to make a living.  They have to pay
21  their rent.  They have to make money for
22  food.
23   Q.   Right.  So what is it about
24  young people who have to work?  What is
25  the -- I am having trouble with the
```

Page 96

```
1              LI
2  translation in terms of what are you
3  saying about young people and the tables?
4         MR. MOSKOVITZ:  Objection.
5    A.   What I mean is to survive in
6  America they have to -- as young person
7  they have to work to make a living for
8  themselves.
9    Q.   Right.  So does that mean
10  that -- okay.  I understand that, but I
11  am trying to understand how that affects
12  the tables.
13         Are you saying that it is more
14  retired people who volunteer at the
15  tables?  I am not following the point.
16         MR. MOSKOVITZ:  Objection.
17   A.   What I meant to say is that
18  people like me have more time, more stable
19  schedule, but younger people they can't
20  stay for a long time.  They have to go
21  and work.
22   Q.   Right.  And so in light of that
23  point, is it your testimony that there are
24  more retired people who are volunteering
25  at these Falun Gong tables?
```

Page 97

```
1              LI
2         MR. MOSKOVITZ:  Objection.
3    A.   Yes.
4    Q.   And when is the last time you
5  were at the table at 40-46 on Main Street?
6    A.   After I -- I have not gone there
7  recently.  After I returned from D.C. to
8  New York I am no longer stationed there or
9  I no longer go there.
10   Q.   So in 20 -- after 2011 and
11  before you went to Maryland -- so after
12  2011 and before you went to Maryland how
13  many times did you visit the table at
14  40-46?
15         MR. MOSKOVITZ:  Objection.
16   A.   Once a week.  Once a week.
17   Q.   For how long?
18   A.   Less than three months.  Ten
19  plus times or so.
20   Q.   Okay.  And then after that you
21  started -- is it your testimony that you
22  started to stay mostly at the table near
23  the library; is that correct?
24         MR. MOSKOVITZ:  Objection.
25   A.   Yes.
```

25 (Pages 94 - 97)

Page 102

```
1              LI
2    A.   No.
3    Q.   As a result of your meditation
4  with -- Falun Gong meditation, do you
5  sleep well at night?
6    A.   Very good.
7    Q.   Are you -- it's okay.
8         MR. FINI:  Please tell her that
9  I will ask one or two more questions, and
10 then the videographer needs to change
11 tape.
12   Q.   Would you agree that Arthur is a
13 very nice guy?
14        MR. FINI:  Translate it.
15   A.   Very good.  Very good.
16        MR. FINI:  Let's take a break.
17 Let's take a break.
18        THE VIDEOGRAPHER:  Okay.  We
19 are going off the record at 2:33 p.m.
20 This marks the end of media 2.
21        (Recess taken.)
22        THE VIDEOGRAPHER:  We are back
23 on the record at 2:40 p.m.  This marks
24 the beginning of media 3.
25   Q.   So you testified earlier that
```

Page 103

```
1              LI
2  Ms. Li made a phone call, and then people
3  came out of the store, correct?
4         MR. MOSKOVITZ:  Objection.
5    A.   Yes.
6    Q.   And you testified that one or
7  more of the men who came out of store said
8  get her, kill her.  Is that what you
9  testified?
10   A.   Yes.
11   Q.   And who else was with you at
12 that point?
13   A.   Cao Lijun.
14   Q.   Any other witnesses to this
15 event other than the plaintiff Chu Lijun?
16        MR. MOSKOVITZ:  Objection.
17   A.   Wan Wenyi.
18   Q.   Okay.
19        MR. FINI:  I would like to mark
20 this as an exhibit.
21        (Defendants' Exhibit 2 marked
22 for identification.)
23   Q.   Could you please turn the pages
24 of this document and circle and say out
25 loud the names of any witnesses to the
```

Page 104

```
1              LI
2  July 2011 event?
3         MR. MOSKOVITZ:  This is in
4  English?
5         THE INTERPRETER:  She said she
6  didn't read English.
7         MR. FINI:  We will see
8  sometimes -- we will see.  Maybe she
9  can -- she may or may not.
10   A.   I don't read English.
11   Q.   Okay.  So list -- can
12 you -- let me start with this.  How many
13 people who you know who are -- who you
14 know and who are not defendants witnessed
15 the July 2011 incident?
16        MR. MOSKOVITZ:  Objection.
17   A.   Well, the first one would be Cao
18 Lijun.
19   Q.   Could you please spell it?
20   A.   Not really.  I can't.  I -- I
21 can't really do it well.
22   Q.   Is that person a plaintiff?
23   A.   One of the plaintiffs, yes.
24 It's --
25   Q.   Okay.  Any other witnesses?
```

Page 105

```
1              LI
2    A.   Wan Wenyi.
3    Q.   Is that a man or a woman?
4    A.   Woman.
5    Q.   Where does she live?
6    A.   I don't know as of now.  At the
7  time at the faith center.
8    Q.   Did she witness the whole
9  incident? Was she with you at your table
10 walking passed the anticult table?
11   A.   No.  The person that walked
12 with me is Cao Lijun.
13   Q.   The plaintiff?
14   A.   The plaintiff.
15   Q.   The other person started to
16 witness it from what point?
17   A.   When I was being attacked, Cao
18 Lijun escaped the scene.  She went to the
19 faith center looking for help, and at that
20 point I asked Wan Wenyi to come over at
21 that point.
22   Q.   And after the people came out of
23 the store and were saying things to you,
24 what happened after that?
25   A.   They cursed at me, yelled at me
```

27 (Pages 102 - 105)

Page 106

```
1              LI
2  nonstop.  Yell at me and threaten me
3  nonstop.
4     Q.   When you say them, is it the
5  men?
6     A.   Men.
7     Q.   Okay.  And was anybody touching
8  you?
9     A.   Zhu Zirou was grabbing at my bag
10 and would not let go.  He was
11 grabbing -- yes, he was grabbing at my bag
12 and would not let go.
13    Q.   How long after the incident
14 began did your friend escape?
15    A.   Less than a few minutes from the
16 beginning of the incident.
17    Q.   Okay.
18    A.   My friend was able to escape and
19 ran away.
20    Q.   Okay.  And the -- what is the
21 reason why you didn't run away?
22    A.   She was grabbing at my bag and
23 would not let go with all her force.
24    Q.   You mean the man in the
25 wheelchair?
```

Page 107

```
1              LI
2     A.   Yes.  Yes.
3     Q.   He was holding the bag?
4     A.   Yes, and would not let go.  The
5  whole incident took place between about 4
6  to 4:30.
7     Q.   So this is on Main Street,
8  Flushing, correct?
9     A.   Correct, yes.
10    Q.   So did -- so there were many
11 nonanticult Chinese Americans walking back
12 and forth in the street, correct?
13    A.   Yes.
14    Q.   Did you shout out for help, say
15 help me; this guy is grabbing my bag?
16    A.   No.  Li Huahong said that I hit
17 him, but I said no.  No.  No.
18    Q.   So does that mean you were
19 talking to passers-by about what was going
20 on?
21    A.   No, I just pointed at myself and
22 no, no like that.
23    Q.   No, what I am -- what I am
24 asking is if the guy was holding your bag
25 and there are Chinese Americans walking
```

Page 108

```
1              LI
2  back and forth on the street, couldn't you
3  in Chinese ask a noncult man, for example,
4  help me; this guy is grabbing my bag?
5  Couldn't you just shout out for help to
6  the public?
7         MR. MOSKOVITZ:  Objection.
8     A.   He claimed I hit him, but I was
9  busy defending myself and saying no.
10 Besides I don't know who exactly
11 are -- anticult or not.  A lot of people
12 were around.
13    Q.   Right.  So did you -- this is
14 just yes or no.  Did you shout out to
15 passer's by for help?  Yes or no.
16         MS. MARSH:  Objection.
17    A.   I don't remember exactly whether
18 I called out for help or not, but I
19 remember that I was trying to defend
20 myself by saying no.  No meaning I did not
21 hit him after he accused me of hitting
22 him.
23    Q.   Did your friend who escaped call
24 the police?
25    A.   No.
```

Page 109

```
1              LI
2     Q.   Why not?
3     A.   She doesn't know English.
4     Q.   If you needed the police right
5  now, what would you dial?
6         MR. MOSKOVITZ:  Objection.
7     A.   I don't know.  I don't know.
8     Q.   In 2011 did you have a cell
9  phone?
10    A.   Yes.  Yes, small one.
11    Q.   Did your friend have a cell
12 phone?
13    A.   Probably, yes.  Yes.
14    Q.   So why didn't she call the
15 police?
16         MR. MOSKOVITZ:  Objection.
17 Asked and answered.
18         MS. MARSH:  Objection.
19    A.   The language barrier.  She is
20 not able to speak English and because
21 people at the faith center also informed
22 me that because I was not injured,
23 therefore, I cannot report to the police.
24 That's why I cannot report to the police.
25    Q.   Have you ever called the police?
```

28 (Pages 106 - 109)

Page 110

```
1            LI
2    A.   No.
3    Q.   Do you know 911?
4        THE INTERPRETER:  I'm sorry.
5 I am going to ask her to repeat.
6    A.   I did not know back then, but
7 last year -- last -- two years ago
8 actually around November my daughter was
9 attempting suicide.  She has some mental
10 issues, and then I ran out, and then at
11 that point my neighbor told me to call
12 911.  That's when I knew about that.
13   Q.   So you have called the police?
14       MR. MOSKOVITZ:  Objection.
15   A.   Actually my neighbor called the
16 police.
17   Q.   Okay.  So did you call
18 the -- just to be clear, before you said
19 that your neighbor told you about 911, and
20 you called.  Now you said your neighbor
21 called.  Which one was it?
22       MR. MOSKOVITZ:  Objection.
23       MS. MARSH:  Objection.
24       MR. MOSKOVITZ:  That wasn't her
25 testimony.
```

Page 111

```
1            LI
2        MR. FINI:  Yes, it was.
3        MR. MOSKOVITZ:  You are
4 mischaracterizing her testimony.
5    A.   Well, what happened was my
6 daughter was taking acid, attempting
7 suicide. I went to my neighbor.  My
8 neighbor happened to be home.  The
9 neighbor said hurry up.  Call 911.  I
10 said I -- I said I don't know how.  I
11 don't know how to speak it.  So he -- he
12 or she called made the call.
13   Q.   So have you ever dialed 911,
14 you?
15   A.   No.  No, never.
16   Q.   Do you know that New York City
17 if you dial 911 will try to get someone
18 that speaks your language on the phone to
19 help you? Do you know that?
20       MR. MOSKOVITZ:  Objection.
21   A.   No.  I did not know.  I
22 don't -- I do not know.
23   Q.   Have you spoken to any Falun
24 Gong people who have ever called the
25 police?
```

Page 112

```
1            LI
2    A.   I am not sure I understand the
3 question.  With whom again?
4    Q.   Okay.
5        MR. FINI:  Tell her I am going
6 to ask a different question.
7    Q.   So your friend goes to thhe
8 Falun Gong center for help, correct?
9    A.   For help, yes.
10   Q.   And does she come back?
11   A.   Yes, and brought Wan Wenyi
12 along.
13   Q.   How much time passed from the
14 time she escaped and came back?
15   A.   About fifteen minutes or so, a
16 little bit over fifteen minutes.
17   Q.   And in those fifteen minutes
18 what was happening?
19   A.   The crowd of men who surrounded
20 me continued to yell hit her, kill her,
21 and he continued to grab and held on to my
22 bag.
23   Q.   And it was the men who were
24 speaking, correct?
25   A.   Yes.
```

Page 113

```
1            LI
2    Q.   And none of those men were
3 Michael Chu, correct?
4    A.   Maybe he was not there.  Maybe
5 the guy that was giving out fliers was not
6 there, but I was scared.
7    Q.   No, I understand, and I
8 appreciate you're being straightforward.
9 I understand what you are saying.
10       Ms. Li, Li Huahong, she
11 was -- am I correct that she was there,
12 but it was the men who were talking about
13 killing, correct?
14   A.   Not they were saying kill me.
15 They didn't say kill her.
16   Q.   Right.  Okay.
17       What I am -- it was the men, not
18 Li Huahong who were make the verbal
19 statements about killing you, correct?
20   A.   Well, Li Huahong was acting like
21 that (indicting0.  Acting like that
22 (indicating).
23   Q.   Right.  She was acting hurt,
24 correct?
25   A.   Yes.  Yes, her hand was hurt,
```

29 (Pages 110 - 113)

**EXHIBIT 12 – DEPOSITION OF HEXIANG BIAN**

```
                                              Page 1

 1

 2                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
 3
     ZHANG Jingrong, ZHOU Yanhua, ZHANG )
 4   Peng, ZHANG Cuiping, WEI Min, LO   )
     Kitsuen, CAO Lijun, HU Yang, GUO   )
 5   Xiaofang, GAO Jinying, CUI Lina,   )
     XU Ting, BIAN Hexiang,             )     INDEX NO.
 6                                      )     15 CV 1046
                     Plaintiffs,        )     (SLT)(VMS)
 7                                      )
          -  against  -                 )
 8                                      )
     Chinese Anti-Cult World Alliance   )
 9   (CACWA), Michael CHU, LI Huahong,  )
     WAN Hongjuan, ZHU Zirou, and DOES  )
10   1-5 Inclusive,                     )
                                        )
11                   Defendants.        )
                     _____)
12
13
14                                   1250 Broadway
                                     New York, New York
15
                                     June 23, 2016
16                                   9:30 a.m.
17
18          Videotaped deposition of the Plaintiff
19     HEXIANG BIAN, held at the offices of VERITEXT
20     LEGAL SOLUTIONS, pursuant to Notice, before
21     LINDA DEVECKA, a Notary Public of the State of
22     New York.
23
24
25
```

Page 2

1
2 A P P E A R A N C E S:
β
4    HUMAN RIGHTS LAW FOUNDATION
5    Attorneys for Plaintiffs
6        1615 L Street, NW, Suite 1100
7        Washington, D.C.  20036
8    BY:  TERRI MARSH, ESQ.
9
10
11   CATAFAGO FINI LLP
12   Attorneys for Defendants Chinese Anti-Cult World
13   Alliance, Michael Chu, Li Huahong and Zhu Zirou
14       The Empire State Building
15       350 Fifth Avenue, Suite 7412
16       New York, New York  10118
17   BY:  TOM M. FINI, ESQ.
18
19
20 ALSO PRESENT:
21   ANN CHI HO, MANDARIN INTERPRETER
22   GEORGE LIBBARES, VIDEOGRAPHER
23   DANA CHENG, MANDARIN INTERPRETER
24
25            - o0o -

Page 3

1
2        IT IS HEREBY STIPULATED AND AGREED, by
3    and among counsel for the respective
4    parties hereto, that the filing, sealing and
5    certification of the within deposition shall be
6    and the same are hereby waived;
7        IT IS FURTHER STIPULATED AND AGREED
8    that all objections, except as to the form of
9    the question, shall be reserved to the time
10   of the trial;
11       IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be signed
13   before any Notary Public with the same
14   force and effect as if signed and sworn to
15   before the Court.
16
17            - o0o -
18
19
20
21
22
23
24
25

Page 4

1
2        THE VIDEOGRAPHER:  We are now recording
3    and on the record.  My name is George Libbares.
4    Our court reporter is Linda Devecka.  We are
5    here representing Veritext New York.  The date
6    today is June 23rd, 2016, and the time is 9:30
7    a.m.  This deposition is being held at Veritext
8    located at 1250 Broadway, New York, New York and
9    is being taken by counsel for the defendants.
10   The caption of this case is Zhang Jingrong, et
11   al. versus the Chinese Anti-Cult World Alliance,
12   et al.  This case is filed in the U.S. District
13   Court, Eastern District of New York.  Case No.
14   15 CV 1046 (SLT)(VMS).  The name of the witness
15   is Bian Hexiang.
16       At this time the court reporter will swear
17   in the witness and the interpreter, Ann Chi Ho,
18   and counsel will state their appearances.
19       MR. FINI:  Tom Fini for the defendants.
20       MS. MARSH:  Terri Marsh for plaintiff
21   witness.
22       MR. FINI:  Just for the record, Terri,
23   could you just have the person who you have with
24   you identify herself, please.
25       MS. CHENG:  Dana Cheng.

Page 5

1
2        MR. FINI:  She is here to assist you in
3    terms of interpreting?
4        MS. MARSH:  Only if we need to have a
5    private conversation.  She was here for Chu.
6    Thank you.
7 A N N  C H I  H O , an interpreter,
8    having been duly sworn by a Notary Public,
9    translated as follows:
10 H E X I A N G  B I A N , called as a witness,
11   having been duly sworn through the interpreter
12   by a Notary Public, was examined and testified
13   as follows:
14 EXAMINATION BY
15 MR. FINI:
16   Q.   Mr. Bian, I want to make sure I am
17 addressing you properly today.
18       Is Mr. Bian okay?
19   A.   Yes.  That's fine.  Yes, that's right.
20   Q.   Mr. Bian, do you speak English?
21   A.   No.
22   Q.   Do you understand any English?
23   A.   No.
24   Q.   Have you been deposed before?
25   A.   No.

2 (Pages 2 - 5)

Page 2

1
2 A P P E A R A N C E S :
β
4    HUMAN RIGHTS LAW FOUNDATION
5    Attorneys for Plaintiffs
6        1615 L Street, NW, Suite 1100
7        Washington, D.C.  20036
8    BY:  TERRI MARSH, ESQ.
9
10
11   CATAFAGO FINI LLP
12   Attorneys for Defendants Chinese Anti-Cult World
13   Alliance, Michael Chu, Li Huahong and Zhu Zirou
14       The Empire State Building
15       350 Fifth Avenue, Suite 7412
16       New York, New York  10118
17   BY:  TOM M. FINI, ESQ.
18
19
20 ALSO PRESENT:
21     ANN CHI HO, MANDARIN INTERPRETER
22     GEORGE LIBBARES, VIDEOGRAPHER
23     DANA CHENG, MANDARIN INTERPRETER
24
25          - o0o -

Page 3

1
2        IT IS HEREBY STIPULATED AND AGREED, by
3  and among counsel for the respective
4  parties hereto, that the filing, sealing and
5  certification of the within deposition shall be
6  and the same are hereby waived;
7        IT IS FURTHER STIPULATED AND AGREED
8  that all objections, except as to the form of
9  the question, shall be reserved to the time
10 of the trial;
11       IT IS FURTHER STIPULATED AND AGREED
12 that the within deposition may be signed
13 before any Notary Public with the same
14 force and effect as if signed and sworn to
15 before the Court.
16
17          - o0o -
18
19
20
21
22
23
24
25

Page 4

1
2        THE VIDEOGRAPHER:  We are now recording
3  and on the record.  My name is George Libbares.
4  Our court reporter is Linda Devecka.  We are
5  here representing Veritext New York.  The date
6  today is June 23rd, 2016, and the time is 9:30
7  a.m.  This deposition is being held at Veritext
8  located at 1250 Broadway, New York, New York and
9  is being taken by counsel for the defendants.
10 The caption of this case is Zhang Jingrong, et
11 al. versus the Chinese Anti-Cult World Alliance,
12 et al.  This case is filed in the U.S. District
13 Court, Eastern District of New York.  Case No.
14 15 CV 1046 (SLT)(VMS).  The name of the witness
15 is Bian Hexiang.
16       At this time the court reporter will swear
17 in the witness and the interpreter, Ann Chi Ho,
18 and counsel will state their appearances.
19       MR. FINI:  Tom Fini for the defendants.
20       MS. MARSH:  Terri Marsh for plaintiff
21 witness.
22       MR. FINI:  Just for the record, Terri,
23 could you just have the person who you have with
24 you identify herself, please.
25       MS. CHENG:  Dana Cheng.

Page 5

1
2        MR. FINI:  She is here to assist you in
3  terms of interpreting?
4        MS. MARSH:  Only if we need to have a
5  private conversation.  She was here for Chu.
6  Thank you.
7  A N N   C H I   H O , an interpreter,
8        having been duly sworn by a Notary Public,
9        translated as follows:
10 H E X I A N G   B I A N , called as a witness,
11       having been duly sworn through the interpreter
12       by a Notary Public, was examined and testified
13       as follows:
14 EXAMINATION BY
15 MR. FINI:
16   Q.   Mr. Bian, I want to make sure I am
17 addressing you properly today.
18       Is Mr. Bian okay?
19   A.   Yes.  That's fine.  Yes, that's right.
20   Q.   Mr. Bian, do you speak English?
21   A.   No.
22   Q.   Do you understand any English?
23   A.   No.
24   Q.   Have you been deposed before?
25   A.   No.

2 (Pages 2 - 5)

Page 22

Bian

1
2 Sometimes people call him Michael. That's his
3 English name, but I really don't know his English
4 name. His Chinese name is Zhu Lichuang.
5    Q.   Is that the person who is part of the
6 Chinese Anti-Cult World Alliance, that entity listed
7 here on the caption?
8    A.   Yes.
9    Q.   Do you have a problem with him using that
10 word?
11         MR. FINI:  And how did you pronounce that
12 worth, Interpreter.
13         THE INTERPRETER:  Douzheng.
14    Q.   Do you have a problem with him using that
15 word?
16    A.   Of course I took an issue with that
17 because when he say douzheng, douzheng, he implied
18 the action of following douzheng. If he had only
19 said douzheng, douzheng in his words, I did not have
20 any problem with him. I would think he was a crazy
21 person. But what he did was that when he said
22 douzheng, then he grabbed on to you. He was trying
23 to act violently, and that's where I had an issue
24 with him. When he say douzheng, douzheng, actually
25 it already implied violence.

Page 23

Bian

1
2    Q.   Did you say he grabbed you?
3    A.   On March 9th, not only did they grab me,
4 they hit me and they spit on me. It was more than
5 grabbing on to me.
6    Q.   March 9th, what year?
7    A.   2009.
8    Q.   We are in 2016. As we sit here we are in
9 2016, correct?
10    A.   Yes.
11    Q.   You are describing something from seven
12 years ago, correct?
13    A.   Yes.
14    Q.   Is it your testimony under oath that seven
15 years ago Michael Chu grabbed you?
16    A.   Not only he did, but also Li Huahong and
17 Zhu Zirou.
18    Q.   Is it your testimony under oath that seven
19 years ago three people grabbed you?
20    A.   Not only three. Altogether 20 or 30
21 people showed up. 20 or 30-some people grabbed me,
22 pushed me, hit me, spit on me. But they were
23 summoned because Li Huahong called him to show up
24 there.
25    Q.   I want to make sure that the record is

Page 24

Bian

1
2 clear because this happened seven years ago.
3         Are you absolutely one hundred percent
4 certain that Michael Chu -- I'm not talking about any
5 other defendant right now -- that Michael Chu grabbed
6 you?
7         THE WITNESS:  Is he asking me if only one
8 person did this or is he asking me to describe
9 what happened back then? But if he is asking me
10 whether only one person did it, I would say that
11 it was not only one person who did it. There
12 were other people who did the same.
13         MR. FINI:  I want to be very clear. I
14 already know that you said and I understand that
15 you said more than one person grabbed you. I
16 understand that. I am not asking that.
17         First tell him that.
18    Q.   What I am asking is, and I understand
19 there's more than one person, what I am asking is:
20 Are you one hundred percent certain that one of the
21 people who grabbed you in fact was Michael Chu?
22    A.   Yes.
23    Q.   When is the first time you spoke to
24 Ms. Marsh? When is the first time you spoke to her?
25 I am not asking about the content.

Page 25

Bian

1
2         MR. FINI:  Tell him I don't want the
3 content.
4    Q.   I just want to know when is the first time
5 you spoke with her.
6    A.   Are you talking about my attorney?
7    Q.   Yes. Ms. Marsh.
8    A.   Before the Complaint was filed I had
9 contact with her already.
10    Q.   Did you get a draft of the Complaint to
11 make sure it was accurate?
12    A.   Because she doesn't speak Chinese, so the
13 only way I can communicate with her is through a
14 Chinese interpreter. What happened was that I told
15 the Chinese interpreter what happened in Mandarin,
16 and then the Chinese interpreter told her in English.
17    Q.   I am going to show you the Complaint in a
18 minute, but let me tell you that the Complaint says
19 over and over and over again that it was Li and Zhu
20 who attacked you, not Michael Chu.
21         Can you explain the discrepancy between
22 what the Complaint says and what you are describing?
23    A.   In the Complaint it listed all the
24 defendants on the first page, is that right?
25         MR. FINI:  Let's mark the Complaint.

7 (Pages 22 - 25)

Page 38

Bian

1
2  referring to those two people because those two
3  people have the same last name.
4      Q.   In the translation that you were looking
5  at, is it your testimony it only had a last name, it
6  didn't have first names?
7      A.   At the beginning there were first names
8  listed, but later there were only last names written
9  here.
10     Q.   Did you read the translation to mean that
11 three people were being identified?
12     A.   Three people were identified.
13     Q.   From the very beginning of the incident
14 that happened on March 9th, 2009, could you walk me
15 through step-by-step what happened.
16         And to make this easier, I am going to ask
17 the translator to also translate this. The
18 translator probably will have to raise her hand at
19 certain points to let you know that she needs to
20 translate what has been said so far because your
21 story will take a few minutes.
22     A.   In the morning of March 9th, 2009, I went
23 to Cathay Pacific Bank located between Main Street
24 and Sanford Street. I was there for my own personal
25 matter. When I was approaching Li Huahong's

Page 39

Bian

1
2  anti-cult stand, but I was not in front of his stand,
3  I still had a distance away from his stand, from me
4  here to the videographer there, Li Huahong came out
5  from the stand and started shouting, saying that the
6  leader of Falun Gong, the traitor of the country is
7  here right now. But I paid him or her no attention.
8  I continued walking on.
9      Q.   Hold on. Was it a woman? Li Huahong is a
10 woman, so let's get this clear.
11         Was it a woman?
12     A.   Yes.
13         So I continued on with my business, but
14 she continued screaming "The leader of the cult. The
15 traitor of the nation is here. Hexiang Bian is
16 here."
17         At that time I was not a member of Falun
18 Gong and I was no way to be a leader of the group.
19 At that time I happened to have a lot of friends who
20 were Falun Gong members. Because on TV and newspaper
21 I spoke out on Falun Gong, so therefore it was very
22 easy to recognize my face.
23         I continued my way. I passed her. At
24 that point I heard her on the phone saying something
25 to the effect "You guys come here soon, and tell as

Page 40

Bian

1
2  many people as possible to show up here. Bian
3  Hexiang is here. I will follow him and make sure
4  that he will not leave."
5      Q.   When she was saying this, you said that
6  she was the distance between you and the
7  videographer, about?
8      A.   So when I was there (indicating), she was
9  screaming, saying I was a traitor. It attracted a
10 lot of attention. As I was walking slowly
11 approaching her, I heard she was on the phone.
12     Q.   So you were walking towards her?
13     A.   Because I have to go on my way to do my
14 things, and I have to pass her. So at that point I
15 passed her.
16         MR. FINI: I am handing you a sheet of
17 paper and a pen, and I would like you to draw
18 where you were, to the best you can, where you
19 were --
20     Q.   Was it on Main Street, sir?
21     A.   Main Street.
22         MR. FINI: I would like you to draw where
23 you started out and where you were going and
24 where she was on the diagram so I can understand
25 and visualize it.

Page 41

Bian

1
2         (Witness drew diagram.)
3         THE WITNESS: This (indicating) is
4  Sanford, this (indicating) is Main Street. The
5  bank is right here (indicating) in the
6  intersection of Sanford and Main Street. Li
7  Huahong's stand is here (indicating) not far
8  away from the bank.
9         When I had not yet approached her to her
10 stand she was already screaming and yelling.
11 She was trying to attract attention to her own
12 people inside the stand because this stand
13 belonged to her group.
14     Q.   Is this (indicating) the bank?
15     A.   Yes.
16     Q.   What is this (indicating)?
17     A.   Li Huahong's stand.
18     Q.   This is the Anti-Cult Alliance stand?
19     A.   Yes.
20     Q.   And you were down here (indicating)?
21     A.   I was walking from that (indicating)
22 direction on Main Street.
23     Q.   Where were you coming from?
24     A.   From my home.
25     Q.   You were going to the bank?

11 (Pages 38 - 41)

Page 42

Bian

1
2    A.    Yes.
3    Q.    When you first spotted Li, was she by the
4    bank?
5    A.    No.  She was at her stand.  Before I had
6    even arrived near her stand, she was already
7    screaming and yelling.
8    Q.    How many people were with her by the
9    stand?
10    A.    Two or three.
11    Q.    Were they standing behind the table?
12    A.    Yeah, they were standing next to the
13    table.
14    Q.    Were they standing in the street or behind
15    the table?
16    A.    The stand was on the street, and they were
17    standing on the sidewalk.  They were not standing in
18    front of the store because the stand was actually
19    closer to the street side.
20    Q.    So when you were walking and getting
21    closer, which specific people did you recognize?
22    A.    Li Huahong.  I only recognized Li Huahong.
23    Q.    Exactly what words did you hear her say?
24        MS. MARSH:  Objection.
25    A.    She said that "Everybody, look, here comes

Page 43

Bian

1
2    the big leader of Falun Gong, traitor of our nation,
3    Michael Chu.  The dog of Americans."
4    Q.    As she was saying this, you were walking
5    closer to the table?
6    A.    Yes, because I have to go to do my
7    business.
8    Q.    There came a point where you approached
9    the table, and did you continue walking past the
10    table?
11    A.    Yes.  I passed her table.
12    Q.    And you walked toward the bank, did you
13    say?
14    A.    Yes.
15    Q.    Did you get to the bank?
16    A.    At that point I heard her say that "Get
17    people here.  Don't let him leave.  Now I am
18    following him."
19    Q.    Did you keep walking to the bank?
20    A.    Yes, I was walking.
21    Q.    Did you open the door to the bank?
22    A.    Then she continued following me.
23    Q.    And you continued walking to the bank?
24    A.    Yes, yes.
25    Q.    How far behind you was she?

Page 44

Bian

1
2    A.    Right next to me.  There (indicating).
3    Q.    And you were close to the bank, correct?
4    A.    I entered the bank.
5    Q.    What did you do in the bank?
6    A.    I was asking for some information I needed
7    in the bank.
8    Q.    What information were you asking for?
9    A.    To open an account.
10    Q.    Did you open an account?
11    A.    No.
12    Q.    Why not?
13    A.    At that point I saw 20 or 30 people right
14    outside the bank, and they were making a lot of
15    noises, and the bank people told me today we better
16    not do this because these people will come into the
17    bank to make trouble.
18    Q.    How long was it from the time you walked
19    in the bank to the time when you saw 20 or 30 people?
20    A.    Around 15 minutes.
21    Q.    What were you doing for those 15 minutes?
22    A.    I was asking for information.  As more and
23    more people gathered and making more and more noises,
24    the bank people asked me whether they were looking
25    for me.

Page 45

Bian

1
2    Q.    Did you sit down at the bank?
3    A.    Yes.  They were making a lot of noises.
4    They were cursing.  The bank people were asking me
5    what is going on.  Are they looking for you?
6    Q.    Were you sitting down at the bank?
7        MS. MARSH:  Objection.
8    A.    Yes.  At that time I was trying to get
9    some information.  They asked me to sit down.
10    Q.    Did you speak to a man or a woman?
11    A.    A man.
12    Q.    Any day after that did you end up opening
13    an account?
14    A.    No.
15    Q.    Why not?
16    A.    Because in order to get to the bank I
17    would have to go through that stand again, and to go
18    through that stand again could have caused another
19    incident, which I was trying to avoid.
20    Q.    How far from your house were you when you
21    were at the bank?  How far from where you live?
22    A.    Not very far.
23    Q.    How far?
24    A.    Ten minutes by walking.
25    Q.    Is that the address you gave earlier

12 (Pages 42 - 45)

Page 46

```
1           Bian
2  today?
3     A.   Yes.
4     Q.   What was the name of this bank?
5     A.   The Chinese is Guotai, G-u-o-t-a-i.
6  English, Cathay Pacific.
7     Q.   Cathay, C-a-t-h-a-y?
8     A.   I don't know the English name.
9        THE INTERPRETER:  The interpreter would
10 like to go to the bathroom.
11       MR. FINI:  Okay.  Let's take a quick
12 break.  I want to finish the incident.  Can
13 you --
14       THE INTERPRETER:  I need to go to the
15 bathroom.
16       MR. FINI:  That's fine.  We will go off
17 the record.
18       THE VIDEOGRAPHER:  The time is 11:18 a.m.
19 This is the end of video 1.  We are off the
20 record.
21       (Recess.)
22       THE VIDEOGRAPHER:  The time is 11:30 a.m.
23 This is video 2.  We are back on the record.
24 BY MR. FINI:
25    Q.   I think where we were before we took a
```

Page 47

```
1           Bian
2  break, you were describing the incident and you said
3  you were in the bank and you saw 20 or 30 people,
4  correct?
5     A.   Yes.
6     Q.   What happened next?
7     A.   The bank people asked me what was going
8  on.  And they said that those people might come in to
9  make trouble for the bank.  It would be better for me
10 not to do my business that day there.
11       I told them that the reason was because
12 they thought I was a member of Falun Gong and was
13 not.  So I left the bank.  I went outside the bank,
14 and when I walked out of the bank, all these people
15 surrounded me.  Once I stepped outside the bank, I
16 was surrounded by 20 or 30 people.  They blocked my
17 way.  They spit on me, they grabbed me, they pushed
18 me, and I didn't fight back.  I was trying to run
19 away from them.  I was running straight, and they
20 continued following me.  At this point I recognized
21 Li Huahong and Zhu Lichang.  I did not recognize
22 other people.
23    Q.   When you walked out of the bank, what
24 specific people did you recognize?
25    A.   At the beginning I recognized Li Huahong
```

Page 48

```
1           Bian
2  and Zhu Lichang.
3        MR. FINI:  Please explain to the witness
4  that I apologize because I wasn't there and it
5  is difficult for me.  Please say that to him.
6        (Interpreter translated.)
7        MR. FINI:  Explain I apologize.  I am not
8  in any way intending to be disrespectful when I
9  ask the specifics.  I am really just trying to
10 get exactly what happened.
11       Please, if he can bear with me.  I know
12 it's detailed, but I want to make sure I am
13 getting the story right.
14       THE WITNESS:  Okay.
15    Q.   Going back, when you were walking toward
16 the bank, I think you testified you only recognized
17 one person, and that was Li.  We are going to call
18 her Li.
19    A.   Yes, yes.
20    Q.   Were you by yourself?
21    A.   Yes.
22    Q.   Then you testified that when you were
23 leaving the bank, you saw 20 or 30 people.
24    A.   They were right outside the bank doors.
25 As soon as I stepped outside of the bank, they
```

Page 49

```
1           Bian
2  immediately surrounded me.
3     Q.   Before you left the bank, you saw them
4  gathering, I think you testified?
5     A.   Yes, because the doors were glass through
6  which I could see them clearly.
7     Q.   When you were looking out the glass, did
8  you recognize anybody?
9     A.   At that point I saw a group of people
10 there.  I only saw Li Huahong was cursing, pointing
11 at me, saying if you have guts, step outside, and
12 cursing at me, humiliating me with her curses.
13    Q.   What kind of curses?
14    A.   She just repeated what she had said
15 before.  Traitor, shameless person, American dog.  I
16 am going to teach you a lesson today.  For Chinese,
17 the way we understand lessons, it means that you are
18 going to get it.  You are going to be beat up.  You
19 are going to have your head cracked open, bleed,
20 something like that.
21    Q.   But to be clear, she didn't say I am going
22 to crack your head open, correct?
23    A.   She only said "I am going to teach you a
24 lesson."  But if you can ask any Chinese, when they
25 hear the sentence, "Teach you a lesson," what do they
```

13 (Pages 46 - 49)

Page 54

Bian

2  A.  Yes.
3  Q.  What I am trying to understand is, what is
4  your opinion about the attitude of the majority of
5  Chinese Americans in Flushing; their attitude
6  generally?
7  A.  Chinese, as a group of immigrants, is a
8  very different race from other races.  Even to
9  compare with immigrants from other Asian countries,
10  Chinese are uniquely different.  For instance,
11  immigrants from Vietnam are firmly against Communist,
12  but not Chinese Americans.  Even if they became a
13  U.S. citizen, some of them are still doing things
14  against America interests.
15      For instance, when you read newspapers,
16  English newspapers, there were a lot of reports how
17  Chinese scientists, Chinese business executives, tech
18  companies' executives sell out U.S. interests, and
19  that's the reason I set up an organization called
20  Protection of U.S. Interest Alliance to target those
21  people who are selling out American interests.
22  Q.  Did the bank people actually order you out
23  of the bank, like yelled at you to tell you to leave
24  the bank or their body language was sort of making
25  you feel like they wanted you to leave?

Page 55

Bian

2  A.  They did not order me.  They only said
3  that today you are not going to accomplish anything
4  here.  Please leave here as soon as possible,
5  otherwise those people will bring trouble inside.
6  Q.  At that moment, am I right that if you
7  were truly afraid for your life, like if you saw
8  someone with a knife or gun, am I right that you
9  would have stayed in the bank and insisted they call
10  the police?
11      MS. MARSH:  Objection.
12  A.  I wanted to call the police.  Because of
13  language difficulty I was unable to do so.  But if
14  the bank had ordered me to get out of there, with the
15  kind of character and personality I have, I would not
16  have kneeled down to the bank people to beg for my
17  life just to stay inside.
18  Q.  When you were leaving the bank, would you
19  describe --
20      MR. FINI:  And I want to ask the
21  interpreter if these words are -- if there are
22  Chinese words to describe these differences.
23  This makes the case interesting -- I have never
24  done this before -- is the Chinese language.  I
25  did it once before, but some words are

Page 56

Bian

2  different.  I want you to help me if you are
3  able to do this.  I am going to be asking him
4  the difference between feeling concerned, like
5  concerned, a little worried, that's one type of
6  feeling.  And then there's truly thinking he was
7  walking into death.
8      On a scale from 1 to 10, when he was
9  walking out, did he think maybe I will get into
10  a little shouting match, did he think that
11  someone was going to actually kill him.  How did
12  he feel.  I want to know what he felt in his
13  mind, keeping in mind that he could have
14  insisted that the cops be called.
15      (Interpreter translated.)
16      THE WITNESS:  Let me answer you this way.
17  In broad daylight, it would not be possible for
18  them to take out a knife to kill me in front of
19  all these people.  Communist parties and their
20  trained dogs are not stupid.  They still have to
21  think about the consequences of their actions.
22  So when you ask me whether my life was
23  threatened, I would say no.  But, whether at
24  that point I thought I would be humiliated,
25  insulted, attacked, my answer to you would be

Page 57

Bian

2  one hundred percent yes.  Then again, with the
3  kind of character that I have, the kind of
4  personality I have, knowing that I would face
5  humiliation and insults, I would not bow down to
6  pressure not to go out to face it because of
7  fear.  I would bear whatever consequences as
8  they come.
9  Q.  You referred to the group of people you
10  saw outside as trained dogs, is that correct?
11      MS. MARSH:  Objection.
12  A.  Yes.  This organization they belong to
13  actually is supported financially by pro-Communist
14  group.
15  Q.  Do you have personal knowledge --
16      THE INTERPRETER:  The interpreter would
17  like to add something.  By pro-Communist
18  immigrant group.
19  Q.  The organization you are referring to, are
20  you referring to Lichang's Anti-Cult group?
21  A.  Yes.
22  Q.  Who did you say financially supports the
23  Anti-Cult group?
24  A.  Communist Party in China or Chinese
25  Communist Party.

15 (Pages 54 - 57)

Page 62

Bian

1
2    language when she lifts her hand.
3        THE WITNESS:  Okay.
4        MR. FINI:  I am going to ask the question
5    again.
6    Q.   I understand that Li has said a lot of
7    different things on different days.  But on March
8    9th -- I only want to talk about March 9th -- you
9    testified under oath that the statement that was made
10   in terms of a threat was "We are going to teach you a
11   lesson," is that correct?
12   A.   I was only giving you a portion of what
13   she said that day because the whole incident lasted
14   more than 30 minutes.  She had never stopped talking.
15   Had I only said that she said "I want to teach you a
16   lesson," that would mean that for the rest of the
17   incident she was silent, she was a mute.  That would
18   not be possible.
19   Q.   Earlier you had testified that she did not
20   say I am going to crack your head open, for example,
21   correct?
22   A.   She said that she will teach me a lesson
23   that day, but I did not say that that was all she
24   said that day.
25   Q.   Did she say she was going to shoot you

Page 63

Bian

1
2    that day?
3    A.   Yes, she said that.  She said right now
4    you are on the Communist blacklist.  If you dare to
5    go back to China you will be arrested and be shot
6    right away.
7    Q.   But she didn't threaten to shoot you in
8    Flushing?
9    A.   Of course not.
10   Q.   Why of course not?
11   A.   Had she said that she was going to shoot
12   me in Flushing, she would have to produce a gun right
13   away.  That's laughable.  As I have told you, she was
14   a trained dog by the Communist Party.  She was
15   threatening me that way by saying that I was on the
16   blacklist.
17   Q.   So you didn't feel that she was actually
18   going to kill you that day in Flushing?
19       MS. MARSH:  Objection.
20   A.   No, I did not feel that way, and I don't
21   think she was that stupid.  Had she wanted to kill me
22   that day, I don't think she would have told me
23   either.
24   Q.   When you walked out and the people were
25   bothering you, what you felt was that you were going

Page 64

Bian

1
2    to be harassed but you didn't feel in fear of your
3    life, correct?
4        MS. MARSH:  Objection.
5    A.   Yes, I thought that they would hit me,
6    they would hurt me, but I did not think that they
7    dared to kill me.
8    Q.   What about today, as you live your life
9    now, am I correct that your only real concern is that
10   if you went back to China you would be physically in
11   danger of your life, is that correct?
12       MS. MARSH:  Objection.
13   A.   Yes.  As a matter of fact, what Li said
14   turned out to be true.  Right now I am on the arrest
15   warrant by the Communist Party.  Earlier this year
16   when my mother died, China Security Department
17   personnel came and talked to my relatives and asked
18   them whether I would go back for my mother's funeral.
19   And my relatives told them that I would not go back
20   because when my mother was alive, my mother told me
21   to be sure not to go back to China again.
22   Q.   Am I correct you don't think that the
23   defendants in this case are going to actually -- you
24   are not worried that they are going to actually kill
25   you here in the United States?

Page 65

Bian

1
2    A.   Yes.  But I'm not talking about the
3    defendants.  I am worrying that someone sent by the
4    Chinese Communist Party will assassinate me one of
5    these days.
6        MR. FINI:  Can you tell the witness that
7        obviously I just want him to know that I am
8        sorry that he has that fear and that my clients
9        have nothing to do with anything like that.
10       (Interpreter translated.)
11       MR. FINI:  I want him to know that my
12       client Lichang is from Taiwan and has testified
13       in this case under oath that he absolutely is
14       against violence.  And I just want him to know I
15       wouldn't represent these clients if there was
16       any indication that they advocated violence.  I
17       wouldn't get involved with this case, tell him.
18       (Interpreter translated.)
19       MS. MARSH:  Objection.
20       MR. FINI:  And Michael Chu is willing to
21       settle this case by saying in public that
22       Mr. Bian has a right to his freedom and safety
23       and no violence to anybody.
24       MS. MARSH:  Objection.
25       (Interpreter translated.)

17 (Pages 62 - 65)

**EXHIBIT 13 – DECLARATION OF YANG HU**

胡洋的声明（本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫胡洋。

2. 我是中华人民共和国公民，居住在20 Kennedy Terrace Middletown NY 10940。

3. 2014年7月21日，我在法轮功精神信仰中心附近的大街来回走，我和法轮功学员郭晓芳，高金英一起发放法轮功宗教信仰材料。在我走路的时候，万红娟走过来，把我抓住，踢了我，还扭住我的胳膊。除了跑道繁忙的车道上，我无法脱身。我是在街道的边缘，我很害怕万会严重伤害或杀死我，或让人杀害我。在整个袭击过程中，她多次提到把法轮功从法拉盛赶出去。

4. 几天后的2014年7月24日，当我和法轮功学员郭晓芳、崔丽娜、高金英在同一地点来回走动散发法轮功的材料时，万很明确的讲明了她的攻击的目的（大概是这样的话）："我要把你们包围，在三个月内把你们都灭掉。我把你们都掐死。"再一次，我受到惊吓，无法派发法轮功的材料，几乎肯定万会严重伤害甚至杀死我。

5. 这些事件让我很担心，如果我在法拉盛法轮功精神信仰中心和精神信仰中心附近的任何地方旅行，我担心会遭受进一步的攻击、暴力、死亡威胁（或更糟）。由于我的恐惧，我不在走去精神信仰中心，而改乘公共汽车。

6. 尽管我有恐惧，但由于我对法轮功宗教信仰的坚信，法轮功鼓励宣传我们的信仰（洪法），我仍然继续在同一个精神信仰点发放法轮功宗教资料。我也出于同样的原因前往参加其它法轮功活动。但是，如上所述，我没有能真正"自由地"旅行。

7. 为躲避被告只，只要有可能，我会采用另外的替代路线或和其他人一起旅行。

8. 我可以在美国修炼我的宗教信仰，而在中国我不能从事或到法轮功的活动中去。

根据美国的法律，我宣布上述内容是真实无误的。

2018年 1月3日

**EXHIBIT 13 – DECLARATION OF YANG HU**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,        No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF HU YANG IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this
Declaration. The evidence set out in the enclosed Declaration is based on my personal
knowledge.

1. My name is Hu Yang.
2. I am a citizen of the People's Republic of China and reside in Flushing, New York.
3. On July 21, 2014, I was walking up and down Main Street in front of, behind and
   around the Falun Gong Spiritual site where I was stationed distributing Falun Gong
   religious materials with my fellow Falun Gong believers Guo Xiaofang and Gao
   Jinying. As I was walking, Wan Hongjuan approached and held me captive by
   jostling and kicking me and yanking on my arms. I could not escape from her grip
   without running into traffic on the street. I was on the very edge of the street. I
   became very afraid that Wan would seriously injure or kill me or order me to be

**EXHIBIT 13 – DECLARATION OF YANG HU**

killed.  Throughout the attack, she repeatedly she spoke of driving Falun Gong out of Flushing.

4. A few days later on July 24, 2014 while I was traveling up and down the walkway to distribute Falun Gong materials at the same location with my fellow Falun Gong believers, Guo Xiaofang, Cui Lina and Gao Jinying, Wan made the purpose of her attacks clear when she said to (in words like these) "I'm going to round you all up and exterminate all of you within three months. I'll strangle all of you to death." Again, I was frightened, unable to move from place to place to hand deliver the Falun Gong materials, almost certain Wan would seriously injure or even kill me.

5. These incidents caused me to be seriously afraid that I would be subjected to further assaults, violence, death threats (or worse) if I were to travel anywhere near the Falun Gong Spiritual Center and spiritual center sites in Flushing. As a result of my fear, I stopped walking to the Spiritual sites and took the bus instead.

6. In spite of my fear, I did continue to handout Falun Gong religious materials at the same spiritual site due to my deeply held religious belief in the practice of the Falun Gong religion which encourages proselytizing.  I also traveled to other Falun Gong events for the same reason. However, I did not travel "freely," as explained above.

7. Whenever possible, I did take alternate routes or travel in groups to avoid Defendant Wan.

8. I am able to practice my religion in the United States, whereas in China I could not engage in or travel to Falun Gong events and activities.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January ____ 2018, in _____.         _____

                                                    HU YANG

## EXHIBIT 14 – DECLARATION OF LINA CUI

崔丽娜的声明（本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫崔丽娜。

2. 我是中华人民共和国公民，我住在纽约的法拉盛。

3. 2012年12月下旬或2013年1月初，我在法轮功精神信仰点附近的人行道上发法轮功传单。当李华红走过来时，她对我说法轮功是"邪教"，她还说她拍了我的照片，中国驻我们的领事馆知道我的名字，我回到中国后会被捕。我吓坏了，据我所知，中国总领事馆确实有法轮功的黑名单。直到李离开之后，我才继续在人行道上走来走去，继续宣传我的信仰。

4. 2014年7月21日，我在罗斯福大街附近的缅街上，和法轮功学员胡洋，高进英一起走着散发法轮功资料。

5. 我听到一个声音，转过身来，看到万打着胡洋并试图抢夺他的手机。

6. 我来到信仰点是由于我坚信法轮功宗教信仰，这个信仰鼓励我们宣传（洪法）。所以我离开后，尽管我害怕，我还是继续发放法轮功的宗教材料。

7. 2014年7月24日，我和胡洋，高进英一起来到法轮功指定地点。当我在地点附近的街道来回走动发放法轮功材料时，万过来了。在她张开口之前，我的心开始急跳。她再次威胁说："你比狗还糟糕，我要把你的心肝肺都挖出来。我要掐死你。我们会消灭你们每个人，所有人。有人会来这里杀了你们。"然后，她威胁要"在三个月内消灭我们所有人"。她是一个块头较大的女人，这是她的第二个死亡威胁。在这次遭遇中，我无法来回行走发放法轮功的材料。遭遇后，我想我应该离开这个地方，以保护我自己不受她伤害。然而，由于我坚信法轮功，我决定在这天余下的时间继续发放法轮功的材料。

8. 被告的袭击使我非常担心和担心会遭受进一步的暴力袭击，死亡威胁甚至更糟。由于我的恐惧，第二天我不想回到那个地方。但是，尽管我很恐惧，由于我坚信法轮功宗教信仰，我还是回到了我的那个地方。

9. 每当我在法拉盛走，特别是在精神信仰中心和信仰点附近时，我都处于恐惧和顾虑的状态。只要有可能，我采取不同的替代路线，或与他人一起行走，以避免将来的伤害。

根据美国的法律，我宣布上述内容是真实无误的。

崔丽娜 CUi Li NA

**EXHIBIT 14 – DECLARATION OF LINA CUI**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF CUI LINA IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

     I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Cui Lina.

2. I am a citizen of the People's Republic of China, and I reside in Flushing, New York.

3. On or around late December 2012 or early January 2013, I walked up and down the sidewalk handing out Falun Gong materials in the vicinity of the Falun Gong spiritual site where I was stationed. When Li Huahong walked by, she told me that Falun Gong is a "xie jiao." She also said she'd taken pictures of me and that the Chinese Consulate Office, which has our names will enable our arrest when we return to China. I was frightened by her threat as I had heard that Chinese Consulate Offices did indeed have Falun Gong blacklists. It was only after Li left that I continued to walk up and down the sidewalk to continue to proselytize.

**EXHIBIT 14 – DECLARATION OF LINA CUI**

4. On July 21, 2014, I was walking up and down Main Street near Roosevelt Avenue distributing Falun Gong materials with my fellow Falun Gong believers Hu Yang and Gao Jinying.

5. I heard a sound and turned around, and saw Wan hitting and kicking Hu Yang trying to grab his phone.

6. I was only at the same spiritual site due to my deeply held religious belief in the practice of the Falun Gong religion, which encourages proselytizing. After she had left and in spite of my fear, I continued to handout Falun Gong religious materials

7. On July 24, 2014, I was stationed at the same Falun Gong designated site with Hu Yang and Gao Jinying. As I was walking up and down the walkways near the site to hand out Falun Gong materials, Wan approached. My heart began to pound before she opened her mouth. Again, she threatened saying "you are worse than a dog, and I will take out your heart, your liver, and your lungs. I will choke you to death. We will destroy you. We will destroy everyone, all of you. Somebody will be here to kill you." Then, she threatened to "exterminate all of us within three months." She is a large lady and this was her second death threat. I was unable to move from place to place to hand out the Falun Gong materials during the encounter. After the encounter, I thought I should leave the site to protect myself from her. However, I decided instead to continue to hand out the Falun Gong materials for the rest of the day due to my belief in the practice of Falun Gong.

8. Defendants' attacks have cause me enormous apprehension and fear of further violent attacks, death threats, or even worse. I did not want to return to the site the next day due to my fear. But I returned to my post in spite of my fear and degradation due to my deeply held religious beliefs.

9. Whenever I travel in Flushing and especially near the Spiritual Center and Sites, I do so in a state of fear and apprehension. Whenever possible, I take alternative routes and/or traveled with others to avoid future harm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**EXHIBIT 14 – DECLARATION OF LINA CUI**

Executed on January _____, 2018, in _____.        _____

                                                                        CUI LINA

## EXHIBIT 15 – DECLARATION OF YANHUA ZHOU

周延华的声明 （ 本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫周延华。

2. 我是中华人民共和国公民，居纽约州纽约市，持有绿卡。

3. 2015 年 1 月 16 日，当我走路在缅街上散发法轮功宗教和抗议材料时，我听到传单掉在地上，转身看到万洪娟把我留守的缅街 41-28 号法轮功桌子上的材料掀到在地上。 我听到她对我和其他法轮功学员大声叫喊说： "你可以报警。我已经把警察局那边都安排好了。我会在三个月内消灭你们所有的人。"在万的威胁过程中，我无法自由步行地旅行。

4. 我清醒地知道，万过去有过暴力行为，威胁要把法轮功赶出法拉盛。我很害怕，如果我不放弃我的摊位，她会严重伤害我。尽管我很害怕，但是由于我相信法轮功宗教信仰，而且法轮功鼓励传播信仰（洪法），我恢复了在事件发生之前所做的一切。

5. 2011 年 9 月，当我在大街上散发宗教信仰材料时，被告人朱自柔接近我，开始诅咒我，撕毁位于大街 41-28 号的法轮功展板。当我试图保护法轮功展板的时候，朱某多次打了我的胳膊。尽管我不镇定而且恐惧，但是我很快恢复了，继续去分发法轮功的材料。

6. 2011 年 4 月，当我在我留守的精神信仰中心桌子附近来回走动，散发法轮功宗教信仰材料给附近的人时，李华红走过法轮功桌子对我说： "你们都是美国的走狗。你敢回中国吗？ 如果你回去，我们会把你枪毙。中国大使馆把你列入了黑名单。"李把法轮功传单从桌面上打下。由于这种行为，我觉得李有任何能力，无法控制她的言论或行为。我非常害怕李可能伤害甚至杀死我。我发现很难继续做在被告人李到来之前我所进行的事情。但是我还是这样做了，尽管我担心她会回来和同伙严重的伤害我，甚至杀死我。

7. 我继续把法轮功的材料散发给在我所在的精神信仰中心站点附近，和在其它路径上行走的路人。尽管我害怕进一步的人身攻击，死亡威胁和恐吓，我仍然这样做。在可能的情况下，我尽量采取迂回的路线避免与被告人接触，并与他人一起旅行来保护自己。

8. 我提起这起诉讼，以防止被告使用人身暴力，死亡威胁和其他形式的恐吓来惩罚我们在 CACWA 桌子附近、CACWA 标语和海报附近、以及 CACWA 被告附近进行传教（洪法）。

**根据美国的法律，我宣布上述内容是真实无误的。**

周延华    1/3/2018

**EXHIBIT 15 – DECLARATION OF YANHUA ZHOU**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF ZHOU YANHUA IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Zhou Yanhua.

2. I am a citizen of the People's Republic of China and reside in New York City, New York, as a green card holder.

3. On January 16, 2015, while I was traveling by foot on Main Street passing out Falun Gong religious and protest materials, I heard flyers falling onto the ground, turned around and saw Falun Gong materials had been knocked off the Falun Gong table I staffed at 41-28 Main Street by Wan Hongjuan. I heard her say loudly to me and other Falun Gong believers in the area: "You can call the police. I already arranged everything in the police station. I am going to eradicate all of you within three months." I was not able to travel by foot during Wan's threats.

**EXHIBIT 15 – DECLARATION OF YANHUA ZHOU**

4.  I was acutely aware that Wan had committed violent acts in the past while threatening to eliminate Falun Gong from Flushing. I was very afraid that she would seriously harm me if I did not abandon my post. In spite of my fear, I resumed what I had been doing prior to the incident due to my faith in the Falun Gong religion which encourages proselytizing.

5.  In September 2011, while I was traveling by foot on Main Street distributing religious materials, Defendant Zhu Zirou approached me, began to curse at me, and tore down the Falun Gong display boards located at 41-28 Main Street. When I attempted to protect the Falun Gong display boards, Zhu struck me several times on my arms. I did resume my travel to distribute the Falun Gong materials shortly thereafter in spite of my lack of composure and fear.

6.  In April 2011, while I was walking to hand deliver Falun Gong religious materials to individuals passing in the vicinity of the spiritual table where I was stationed, Li Huahong walked past the Falun Gong table and said to me: "You are all lapdogs of the United States. Do you dare to return to China? If you go back, we'll shoot you to death. The Chinese embassy has you on a blacklist." Li then knocked Falun Gong flyers off the table. Because of this behavior, I thought Li was capable of anything and could not control her speech or her acts. I became very fearful that Li might harm or even kill me. It was hard for me to resume what I had been doing prior to Defendant Li's arrival.  But I did so, in spite of my fear that she'd return with backup to seriously harm or even kill me.

7.  I continue to hand deliver Falun Gong materials to individuals as they walk at various paces and in different pathways near and in the vicinity of the Spiritual Center sites where I am stationed.  I do so in spite of my fear of further physical attacks, death threats and intimidation. To the extent possible, I take circuitous routes to avoid contact with the Defendants and attempt to travel with others to protect myself.

**EXHIBIT 15 – DECLARATION OF YANHUA ZHOU**

8. I filed this lawsuit to prevent Defendants from using physical violence, death threats and other forms of intimidation to punish us for proselytizing in close proximity to the CACWA table, CACWA banners and posters and the CACWA defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this ____ day of _____ 2018, in _____.


_____

Zhou Yanhua

**EXHIBIT 16 – DECLARATION OF PENG ZHANG**

|  |  |
|---|---|
| PLAINTIFFS,<br><br>ZHANG Jingrong, ZHOU Yanhua,<br><br>ZHANG Peng, ZHANG Cuiping, MIN,<br><br>Wei, LO Kitsuen, LI Xiurong, CAO Lijun,<br><br>HU Yang, GAO Jinying, CUI Lina, XU<br><br>Ting, and BIAN Hexiang<br><br>V.<br><br>Chinese Anti-Cult World Alliance, Michael<br><br>CHU, LI Huahong, WAN Hongjuan,<br><br>ZHU Zirou, & DOES 1-5 Inclusive<br><br>Defendants | No. 15-CV-1046 (SLT) (VMS) |

DECLARATION OF ZHENG PENG IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Zhang Peng.

2. I am a citizen of the People's Republic of China.

3. I reside in Middletown, New York.

4. Prior to my arrival in the United States, I worked as an Instructor of engineering at Central South Institute of Technology (now University of South China) in Hengyang City, China, and practiced law until I was detained because of my practice of the religion of Falun Gong.

5. During my unlawful detention in China, in March and April 2012, I was forced to watch an anti-Falun Gong propaganda brainwashing video depicting acts of violence perpetrated against Falun Gong believers in Flushing in May 2008. The video,

1

## EXHIBIT 16 – DECLARATION OF PENG ZHANG

entitled "The Flushing Incident," was shown to me to convince me that Falun Gong is persecuted everywhere, even in the United States. I still suffer from the mental torture I was forced to endure.

6. This video was authored and produced by the Kaiwind website. This is the website that serves as a major source for Defendants' CACWA newsletters calling for the violent suppression and eradication of Falun Gong.

7. On July 19, 2014, I was stationed at the Main and Roosevelt Street spiritual site. As I was walking up and down Main Street near the Falun Gong designated site, Wan approached me and told me that the Falun Gong poster boards at the site were blocking her way and that she intended to remove the boards. She then seized a display board and tore it up, threw it on the ground, and stepped on it. As she did the same with three other Falun Gong display boards, I attempted to hold the boards to prevent her from destroying them. She acted very aggressively. My heart was pounding as Wan then shoved me while violently grabbing the boards from my grip. I was unable to move about the walkway to hand out the Falun Gong materials while under attack. I called the police in the hope they'd arrive soon to protect our property and my person.

8. I told Wan that I was going to call the police, then when I was on phone to police she left.

9. During and following this incident, I was very afraid that Wan would seriously hurt me, especially because I was aware that Wan had engaged in violence in the past and because Wan appeared to have lost self-control and seemed capable of anything.

10. Like many other Falun Gong subjected to arrest and torture, I was not able to practice or travel to practice my religion in China freely. At any moment, any one of us might be picked up, unlawfully detained and tortured based solely on our religious practice. I am able to practice and travel to practice my religion in public in the United States without retaliatory arrest, unlawful detention and torture.

11. However, even in the environs of Flushing, Queens, I travel in a state of fear due to the Defendants perpetration of physical attacks, threats and intimidation against

2

**EXHIBIT 16 – DECLARATION OF PENG ZHANG**

Falun Gong believers who volunteer in close proximity to the CACWA table, CACWA banners and posters and/or CACWA Defendants.

12. Prior to my move to Middletown New York, I continued to practice my religion by staffing the Falun Gong spiritual site and attending other Falun Gong religious events in Flushing because these are an important part of my faith-based practice. After Wan attacked me and as I continued to learn that the Defendants had perpetrated a series of attacks against other Falun Gong believers, to the extent possible, I traveled with others and/or via alternate routes aware and afraid of another, more violent, attack.

13. I filed this lawsuit to prevent Defendants from using physical violence, death threats and other forms of intimidation to punish us for proselytizing in close proximity to the CACWA table, CACWA banners and posters and the CACWA defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January __, 2018, in Middletown NY.

_____

Zhang Peng

3

**EXHIBIT 17 – DECLARATION OF MIN WEI**

衛民的聲明 （本聲明是原告反對被告提交的的部分決定性判決的備忘錄）

我年滿十八歲，精神健全，有能力作出這個聲明。所附聲明所列舉的證據是基於我個人的知識。

1. 我叫衛民

2. 我是中華人民共和國公民，居住在紐約法拉盛，是合法居民。

3. 2014 年 6 月 28 日，我在法拉盛大街 41-70 號的法輪功展示攤位上拍攝了萬洪娟掀倒展板等物品的照片。我這樣做是為了保護她的襲擊的證據。

4. 當我走動拍照時，李華紅走近現場，威脅要偷走我的相機。李抓住我的相機，拿著我的相機帶勒住了我的脖子，她要求我刪除我拍的照片，刪除我的相機的證據。因為我在法拉盛附近從事和法輪功相關的活動，她憤怒、生氣、對我發作。在她的攻擊期間，我無法自由的移動和拍照。

5. 同年 8 月，當我走過法拉盛大街 CACWA 展台時，我看到萬洪娟站在附近的 CACWA 海報旁，要求從法拉盛消滅法輪功。我認出來萬是六月份掀翻法輪功桌子的人。我也意識到，她在同年七月曾經在口頭和身體上攻擊過一些法輪功學員。

6. 我開始拍攝萬和 CACWA 的資料，主要是作為證據，以防其他被告進一步攻擊我或其他法輪功信仰者。萬威脅要竊取我的手機，她打了我的臉，報復我 CACWA 的"地點"附近從事與法輪功有關的活動。

7. 在這些事件之中和之後，我很害怕萬和李或他們的一個同夥會嚴重傷害我。當我在這些地方時，我仍然害怕遭到襲擊。

8. 儘管我有對被告實施暴力的恐懼，但是我還是旅行參加了法輪功的活動。不過，我很謹慎。只要有可能，我採取替代路線和其他人一起旅行。簡而言之，我不是無拘無束地旅行，沒有恐懼，妨礙或乾涉。

9. 我也不再拍照以保護自己的人身安全。

10. 我提起這起訴訟，是為了防止被告利用人身暴力、死亡威脅和其他形式的恐嚇來懲罰我們在 CACWA 桌子，CACWA 標語和海報旁以及 CACWA 的被告附近進行傳教（洪法）。

根據美國的法律，我宣布上述內容是真實無誤的。

Monllei
1 / 3 / 2018

1

**EXHIBIT 17 – DECLARATION OF MIN WEI**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF WEI MIN IN SUPPORT OF PLAINTIFFS`MEMORANDUM OF
LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this
Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Wei Min.

2. I am a citizen of the People's Republic of China and reside in Flushing, New York, as a legal
   resident.

3. On June 28, 2014, I took pictures of Wan Hongjuan overturning property at the Falun Gong
   displays located at 41-70 Main Street in Flushing. I did so to preserve the evidence of her
   attack.

4. As I moved about to take photographs, Li Huahong approached the site and threatened to
   steal my camera. Li then grabbed me by taking hold of my camera, which was held by a strap
   around my neck, and demanded that I remove the evidence from my camera by deleting the
   photos that I took. She was angry and vindictive as she lashed out against me for carrying

2

**EXHIBIT 17 – DECLARATION OF MIN WEI**

out Falun Gong related activities in Flushing, Queens, in the vicinity of the Falun Gong spiritual sites and the CACWA designated "spots." I was unable to move about and take the photographs during her attack.

5. In August of the same year, as I was walking past the CACWA booth on Main Street in Flushing, I noticed Wan Hongjuan standing nearby CACWA posters calling for the elimination of Falun Gong from Flushing. I recognized Wan as the person who overturned the Falun Gong table in June. I was also aware that she had verbally and physically attacked some Falun Gong believers in July of the same year.

6. I began to take pictures of Wan and the CACWA materials largely to preserve as evidence, in case she or another Defendants carried out further attacks against me or against other Falun Gong believers. Wan threatened to steal my cell phone and struck my face to retaliate against me for conducting Falun Gong related activities in a CACWA designated "spot."

7. During and after these incidents, I was very afraid that Wan, Li, or one of their associates would severely injure me. I continue to be afraid of being attacked when I am at these locations.

8. I do travel to Falun Gong events in spite of my fear of violence at the hands of the Defendants due to my strong religious convictions. However, I am very cautious. Whenever possible, I take alternate routes and travel in groups. In short, I do not travel freely, without fear, hindrances or interference.

9. I have also stopped taking pictures of them to protect my own personal safety.

10. I filed this lawsuit to prevent Defendants from using physical violence, death threats and other forms of intimidation to punish us for proselytizing in close proximity to the CACWA table, CACWA banners and posters and the CACWA defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January ____, 2018, in _____.          _____

                                                    WEI MIN

## EXHIBIT 18 – DECLARATION OF JINYING GAO

高進英的声明（本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫高進英

2. 我是中华人民共和国公民，居住在纽约皇后区。

3. 2011 年 4 月，当我在法轮功精神信仰中心附近的缅街人行道上走时，李华红走近我，告诉我：“你们都是美国的宠物，美国的小狗。连美国也无法保护你。我们可以让你在美国消失。中国大使馆有你们所有人的黑名单。如果你回到中国，他们会开枪的。”

4. 2014 年 7 月 21 日，我在法轮功精神信仰点前的缅街人行道上走，我和法轮功学员郭晓芳，胡杨一起走过。万红娟开始踩我们的宣传板。胡洋拍了照片，万转身攻击他。她抓注胡杨的电话，试图把电话从他手里抢走，然后万抓住他，开始推搡他，踢他，还拿着一本书打他。一位旁观者开始报警。万的袭击过程中，我不能自由的在精神信仰中心桌子附近的街区来回走动。

5. 当万（终于）离开后，我很恐惧。尽管我很害怕，但我还是继续做她暴力袭击之前所做的一切。这是由于我对法轮功宗教信仰的深信，法轮功是鼓励与他人分享和平、友善的宗教信仰。

6. 2014 年 7 月 24 日，当我和法轮功学员郭晓芳、胡洋、崔丽娜的同一地点来回走动发放法轮功资料时，万红娟威胁说：“你们连狗都不如。我要包围你们，在三个月内消灭你们所有人。我会勒死你所有的人。”她接着说：“我会干掉你的，我会挖出你的心，肝、肺。有人会杀了你的。”这些威胁让我非常害怕万会严重伤害或杀死我，尤其是因为我明白她的话是指中国在摘除被关押的法轮功信徒器官的惯例。我也很害怕，她可能会当场掐死我们。在被告万要威胁杀死我们的时候，我无法来回走动发放法轮功材料。

7. 事件发生后，我很怕留在法轮功给我的指定地点。尽管害怕，我还是恢复去做事情发生之前我所做的一切。

8. 在这些事件发生后，我还是能够在美国修炼我的宗教信仰，而不必担心遭到报复性逮捕、拘留和酷刑。由于担心被告的进一步殴打、殴打，死亡威胁和暴力，我无法在法拉盛的周边地区自由行走，参加法轮功的宗教信仰活动。为了保护自己，在可能的情况下，我会和其他人一起行走，或采用其他（更安全）的路线。

根据美国的法律，我宣布上述内容是真实无误的。

高進英 1月3号

1

**EXHIBIT 18 – DECLARATION OF JINYING GAO**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,    No. 15-CV-1046 (SLV) (VMS)

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF GAO JINYING IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Gao Jinying

2. I am a citizen of the People's Republic of China and reside in Queens, New York.

3. In April 2011, while I was walking on Main Street near the Falun Gong Spiritual Center, Li Huahong approached me and told me: "You are all pets of the United States, lapdogs of America. Even the United States cannot protect you. We can make you disappear in the United States. The Chinese Embassy has a blacklist of all of you. If you go back to China, they'll shoot you."

4. On July 21, 2014, while I was walking on Main Street in front of the Falun Gong Spiritual site where I was stationed with my fellow Falun Gong believers Guo Xiaofang and Hu Yang. Wan Hongjuan began stomping on our posters, and when Hu Yang photographed her, she turned and attacked him. She grabbed his phone,

2

**EXHIBIT 18 – DECLARATION OF JINYING GAO**

attempting to wrest it from him, then, gripping him, began jostling and kicking him, as well as hitting him with a book she had.  A bystander began calling out for the police. I was not able to walk up and down the block near the Spiritual Center table during Wan's attack.

5. After Wan left (finally), I was quite terrified. In spite of my fear, I resumed what I had been doing prior to her violent attack. This was due to my deeply held religious belief in the practice of the Falun Gong religion which encourages the sharing of peaceful and kind nature of the religion with others.

6. On July 24, 2014, while I was walking up and down the block distributing Falun Gong materials at the same location with my fellow Falun Gong believers Guo Xiaofang, Hu Yang, and Cui Lina, Wan Hongjuan threated, "You are even worse than dogs. I'm going to round you all up and exterminate all of you within three months. I'll strangle all of you to death."  She then said: "I'll finish you; I'll dig out your hearts, livers and lungs. Someone will kill you." These threats made me extremely afraid that Wan would seriously injure or kill me, especially because I understood that her words were referring to the common practice in China of harvesting the organs of detained Falun Gong believers. I was also terrified that she might strangle all of us right there on the spot. I was not able to walk up and down the block handing out the Falun Gong materials while Defendant Wan was threatening to kill us.

7. After this incident, I was afraid to remain at the Falun Gong designated site.  I resumed what I had been doing prior to the incident in spite of my fear due to my religious convictions.

8. After these incidents, while I was able to practice my religion within the United States without retaliatory arrests, detention and torture, I was not able to travel freely within the environs of Flushing to attend or participate in Falun Gong religious activities, i.e., without fear of further assaults, batteries, death threats and violence by Defendant Wan. To protect myself, when feasible, I traveled in groups or took alternate (safer) routes.

3

## EXHIBIT 18 – DECLARATION OF JINYING GAO

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January _____ 2018, in _____.     _____

GAO JINYING

## EXHIBIT 19 – DECLARATION OF JINGRONG ZHANG

张静荣的声明（ 本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫张静荣。

2. 我是中华人民共和国公民，居住在纽约市的绿卡持有者。

3. 2015 年 1 月 16 日，我和另一名法轮功信仰者张幼祥一起，来到位于大街 41-70 号的法轮功精神信仰中心桌。

4. 下午 1 点 10 分左右，张幼祥和我在精神信仰中心桌附近徒步散发"法轮功"宗教和抗议材料时，万红娟走到桌前，把在桌子上展示的十到二十本小册子推到地上。

5. 然后，她明确地表明了攻击的目的。她说："我会把你从美国赶出去，把你们都杀了。"然后，她从口袋里掏出一张纸，向我们挥手说："这是一个所有人的名字的名单，你们所有人的名字都在这里面。"当我告诉她我要给警察打电话时，她说："叫警察没有用的，根本没有用。"

6. 因为我知道万对法轮功的信仰者进行的其它言语和身体上的攻击，我害怕她会严重伤害我。我的心跳急剧。在她整个袭击期间，我无法到处散发法轮功材料。即使在她离开现场后，我仍然感到非常害怕而无法恢复我之前的活动。尽管我很害怕，但是我强迫自己在我被指定的的精神信仰中心（或桌子）附近来回走动，以散发法轮功的材料。

7. 正如我在我向被告律师在盘问中解释的："我仍然继续工作。我做我应该做的事情，因为这是我信仰的一部分。"（盘问 82-3）。

8. 尽管有对万在 2015 年 1 月 16 日发生袭击后造成的恐惧，和有其他被告人对其他法轮功原告犯下侵犯的恐惧，我仍继续在法轮功精神信仰地点自愿参加法轮功宗教活动，因为我信仰法轮功的宗教。但是，当我去法拉盛穿行参加的法轮功活动的时候，我还是害怕进一步的人身攻击和恐吓。所以我尽我所能与其他人一起旅行，或采用不同替代路线。

9. 我提起这起诉讼，来允许我在法拉盛和纽约布鲁克林附近地区旅行，不必持续担心进一步的人身攻击，恐吓和威胁。

**根据美国的法律，我宣布上述内容是真实无误的。**

2018／1／3

**EXHIBIT 19 – DECLARATION OF JINGRONG ZHANG**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,          No. 15-cv-1046 (SLT) (VMS)

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF ZHANG JINGRONG IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Zhang Jingrong.

2. I am a citizen of the People's Republic of China and a green card holder residing in New York City.

3. On January 16, 2015, I was stationed at the Falun Gong spiritual center table that is located at 41-70 Main Street with another Falun Gong believer, Zhang Yoxsiang.

4. At or around 1:10 PM, while Zhang Yoxsiang and I were traveling by foot distributing Falun Gong religious and protest materials in the vicinity of the Spiritual Center table, Wan Hongjuan approached the table and knocked down about ten to twenty brochures and booklets that were on display on our table.

2

**EXHIBIT 19 – DECLARATION OF JINGRONG ZHANG**

5. She then made the purpose of her attack clear: She said, "I will chase you out of America and kill you all." Then she took out a piece a paper from her pocket and waved it at us saying "here is a list of all the names, all your names are in here." After I informed her that I intended to call the police, she added, "[I]t is of no use for you to call the police, no use at all."

6. Because I was aware of the other verbal and physical attacks Wan had perpetrated against my fellow Falun Gong believers, I was terrified she would seriously injure me. My heart was racing. Throughout the duration of the attack, I was unable to move from place to place to distribute the Falun Gong materials. Even after Wan left the scene, I was afraid to resume what I had been doing after the incident. In spite of my fear, I forced myself to walk up and down in the vicinity of the Spiritual Center site (or table) where I was stationed to hand out Falun Gong materials.

7. As I explained to Defendants' lawyer at my deposition, " I still continue to work. I do what I supposed to do because this is part of my faith." (Deposition at 82-3).

8. In spite of the fear caused not only by Wan's January 16, 2015 attack, but those perpetrated by the Defendants against the other Plaintiffs, I also continue to volunteer at the Falun Gong spiritual site and travel to Falun Gong religious events because of my belief in the religion of Falun Gong. However, when I do travel to Falun Gong events in Flushing, I do so in fear of further physical attacks and intimidation, and for that reason, I do my best to travel with others, and by alternate routes.

9. I filed this lawsuit to allow me to travel within the environs of Flushing and Brooklyn New York without constant fear of further physical attacks, intimidations and threats.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January ___2018, in _____.    _____

ZHANG JINGRONG

**EXHIBIT 19 – DECLARATION OF JINGRONG ZHANG**

**EXHIBIT 20 – DECLARATION OF KITSUEN LO**

Lo Kitsuen 的声明 （本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫 Lo Kitsuen
2. 我住在纽约的法拉盛。
3. 2014 年 12 月 17 日，我在大街来回走，在指定给我的法轮功精神信仰中心桌子附近发放法轮功资料。一名穿红色马甲的女子开始在在法轮功看板旁边的地上放置一些反法轮功的看板。这位女士命令我离开。当我拒绝时，她打了个电话。过了一段时间，李华红到了。
4. 在与 CACWA 夹克女子交谈后，李华红转过身来向我走来。她说，你必须搬走。我说我不能离开我的地方。我一直在这里。李华红走近，攻击我的身体，还言辞上辱骂我几分钟，想强行将我赶出了这个地区。我意识到我不离开她就不会停止，我请另一个人帮忙拍照。当被告李意识到有人要拍照，她就走了。尽管我担心李还会来，因为我拒绝遵守她的命令而进一步伤害我，但我坚持住了，继续做我之前所做的一切，在我负责的精神信仰中心桌子附近，派发法轮功的宗教信仰材料。然而，在李对我的身体攻击和口头谩骂期间，我无法来回走动派发法轮功宗教信仰材料。
5. 2014 年 2 月 8 日，当我参加在大街上的一个新年游行时，CACWA 的支持者和其他人愤怒的暴徒举起拳头，用中文喊道："把他们当作邪教对待"。
6. 尽管李华红企图干涉我在法拉盛周边地区的旅行，尽管我很害怕，但我仍然继续在法拉盛走动。因为我相信法轮功信仰，而法轮功鼓励洪扬大法。但是，我这样做是心怀恐惧的。如果可能的话，我会和其他人一起旅行，或者采用其它的路线。

根据美国的法律，我宣布上述内容是真实无误的。

Kit Suen Lo          Jan - 3 - 2018

**EXHIBIT 20 – DECLARATION OF KITSUEN LO**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF LO KITSUEN IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Lo Kitsuen.

2. I reside in Flushing, New York.

3. On December 17, 2014, I was walking up and down Main Street to hand out Falun Gong materials near the Falun Gong spiritual table I staffed. A woman wearing a CACWA red vest began to put a series of anti-Falun Gong boards on the floor learning against the wall right next the designated Falun Gong table. The lady ordered me to leave my station. When I refused, she made a phone call.  After a period of time, Li Huahong arrived.

4. After speaking with the woman in the CACWA jacket, Li Huahong turned around and walked towards me. She said, you have to move away. I said I cannot leave my

**EXHIBIT 20 – DECLARATION OF KITSUEN LO**

station. I have always been stationed here. Li Huahong approached and physically attacked and verbally abused me for several minutes in order to eject me from the area by force. Realizing she would not stop until I left, I asked another person to take a picture. As soon as she realized someone was about to take her picture, Defendant Li left. In spite of my fear that Li would return to further injure me for my refusal to comply with her order, I held my ground and resumed what I'd been doing before she arrived on the scene, i.e., handing out Falun Gong religious material in the vicinity of the Spiritual Center table where I was stationed. However, during Li's physical attack and verbal abuse I was not able to move from place to place to hand deliver the Falun Gong religious materials.

5.  On February 8, 2014, while I was participating in a New Year's parade on Main Street when an angry mob of the CACWA supporters and others raised their fist and shouted in Chinese, "Treat them as if they are an evil cult."

6.  In spite of Li's attempts to interfere with my travel within the environs of Flushing, and in spite of my fear, I continue to move about in Flushing and participate in faith based Falun Gong practices due to my belief in the practice of Falun Gong, which encourages prosytelizing ("hong-fa"). However, I do so in fear and when possible I travel with others and/or via alternate routes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January _____, 2018, in _____.          _____

LO KITSUEN

## EXHIBIT 21 – DECLARATION OF XIURONG LI

李秀蓉的声明（本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫李秀蓉。

2. 我是美国公民，是纽约法拉盛的居民，直到 2013 年 3 月 6 日，我搬到马里兰州的埃利科特市。

3. 2011 年 7 月的一天下午 4 点左右，曹和我离开了位于大街 41-70 号的法轮功精神信仰中心站点。曹正在推着一个车，上有法轮功海报板，传单和一张折叠桌。我们走人行道的中间，以避免与附近的 CACWA 展台有任何接触。

4. 当我们走过 CACWA 展台时，李抓住了我。然后，她抓住我们的车，把它从我们身边拉开。

5. 然后，我看到她用一只手掐另一只手的背部，造成伤痕。她大声喊道："法轮功打我"（类似这样的话），然后她从附近的一群人那里叫来了"后援"，看来是早有准备。

6. 紧接着，包括朱至柔在内的二、三十人的暴徒抵达现场，包围了我们。朱先生抓起我的手和包，伤害我。人群中喊道："抓住她，抓住她"，我听到有人喊叫："杀了她"，"打死她"，我非常害怕我们会受严重伤害甚至被杀。

7. 被告和暴徒继续威胁伤害我们。

8. 曹设法脱身了。但是，我被限制自由三十多分钟，完全不能动弹，也没能按照计划将车推回到精神信仰中心。最后，警方赶来，命令朱某放我开。

9. 对我来说这是一个可怕的经历。我相信如果可能的话他们会杀了我们的。

10. 我要求被安排到另一张（精神信仰）桌，尽可能远离被告及其 CACWA 的桌子。在我被安排到另外一个点之前，由于我坚信我的宗教信仰，我确实回到过原来的（精神信仰）桌。但是我总是很害怕。

11. 最后，我被安排转移到距离 CACWA 表格更远的另一张桌子上。之后我从来没有回到位于 40-46 Main Street 的桌子。

12. 尽管我很害怕，但我还是去参加法轮功的活动，继续坚持修炼我的信仰。但是，只要有可能，我就采取不同的替代路线，和/或与他人一起旅行。

13. 我提起这起诉讼，是让我可以继续前往精神信仰中心的场地，和法轮功在法拉盛，皇后区和布鲁克林的活动，不用担心进一步的人身攻击，威胁和恐吓。

根据美国的法律，我宣布上述内容是真实无误的。

李秀蓉

01/03/2018

1

**EXHIBIT 21 – DECLARATION OF XIURONG LI**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO          No. 15-CV-1046 (SLV) (VMS)

Lijun, HU Yang, GAO Jinying, CUI

Lina, XU Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance,

Michael CHU, LI Huahong, WAN

Hongjuan,  ZHU Zirou, & DOES 1-5

Inclusive

Defendants

DECLARATION OF LI XIURONG IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Li Xiurong.

2. I am a citizen of the United States and a resident of Flushing, New York.

3. In July 2011, at about 4:00 p.m., Cao and I left our post at the Falun Gong spiritual center site located at 41-70 Main Street. Cao was wheeling a cart carrying Falun Gong poster boards, flyers, and a folding table. We walked in the middle of the road so that we would avoid any contact with the CACWA booth nearby.

2

## EXHIBIT 21 – DECLARATION OF XIURONG LI

4. As we walked past the CACWA booth, Li grabbed me. She then grabbed our cart and pulled it away from us.

5. I then saw her pinch the back of one of her hands with the other hand to create the appearance of an injury. She yelled loudly (in words like these), "Falun Gong is attacking me." Then, a mob of persons rushed out from Sheng Jin restaurant and a flower store nearby, surrounding me, shouting and screaming and looked like they were well prepared.

6. Immediately, a mob of twenty to thirty people, including Zhu Zhirou, arrived on the scene and surrounded us. Zhu grabbed my hand and bag, hurting me. Members of the crowd yelled out, "Grab her, hold her." I heard others yell, "Kill her," and "Beat her to death." I became extremely afraid that we would be seriously injured or even killed.

7. The Defendants and the mob continued to threaten to harm us.

8. Cao managed to get away. But, I was held captive for no less than thirty minutes, completely immobilized and unable to return the cart to the Spiritual Center as planned. Finally, the police arrived and ordered Zhu to let go of me.

9. It was a terrifying experience for me. I believed they would have killed us if they could have.

10. I asked to be stationed at another table, as far from the Defendants and their CACWA table as possible. Until I was transferred, I did return to staff the spiritual table, due to my religious beliefs. But I was always very afraid.

11. Finally, I was moved to a different table much further away from the CACWA table. I never returned to staff the table located at 40-46 Main Street.

12. In spite of my fear, I did travel to Falun Gong events in order to continue to practice my faith. However, whenever possible I took alternate routes and/or traveled with others.

13. I filed this lawsuit to make it possible for me to travel to the Spiritual Center sites and other Falun Gong events and activities in Flushing, Queens and Brooklyn without fear of further physical attacks, threats and intimidation.

3

**EXHIBIT 21 – DECLARATION OF XIURONG LI**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this ___ day of _____ 2018, in _____.

_____

Li Xiurong

4

**EXHIBIT 22 – DECLARATION OF HEXIANG BIAN**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO

Lijun, HU Yang, GAO Jinying, CUI

Lina, XU Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance,

Michael CHU, LI Huahong, WAN

Hongjuan,  ZHU Zirou, & DOES 1-5

Inclusive

Defendants

DECLARATION OF ZHOU YANHUA IN SUPPORT OF
PLAINTIFFS`MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this
Declaration. The evidence set out in the enclosed Declaration is based on my personal
knowledge.

1. My name is Bian Hexiang.

2. I am a citizen of the People's Republic of China and reside in Queens, New York.

3. I am not a Falun Gong believers although during the attack I describe below, the
   Defendants mistakenly characterized me as a "Falun Gong leader."

4. On March 9, 2009, while I was on my way to the Chatay bank to open an account,
   I passed the CACWA table where Li Huahong was situated.  I heard her make a
   series of phone calls stating that the leader of Falun Gong, the traitor is here right
   now.

**EXHIBIT 22 – DECLARATION OF HEXIANG BIAN**

5. I continued on my way. As I was walked past her, I heard her say something like "you guys come here soon, and tell as many people as possible to show up here. Bian Hexiang is here. I will follow him and make sure he will not leave."

6. Within ten to fifteen minutes, roughly twenty to thirty individuals gathered together, including Zhu Zhirou, who was using a wheelchair. As soon as I walked out of the bank, members of this group cursed me, grabbed me from behind, and pulled on me. Defendant Chu grabbed me for more than a few seconds. As I struggled, I managed to escape his grip. But then he or someone else would grab me from behind.

7. The specific scenario repeated itself several times, lasting for a full 15 minutes. The entire episode lasted for a full 30 minutes. I was extremely afraid that I would be seriously injured.

8. As I continued to break away from surrounding me, Zhu Zirou rolled over from his wheelchair and grabbed my thighs. During my captivity, others were hitting and spitting at me.

9. After a short tussle, I managed to escape from Zhu's grip. At that point, Li Huahong's associates begin to chant in unison, "Falun Gong is beating up a disabled person." Zhu immediately jumped out of his wheelchair, lay on the ground, and again grabbed me. I was unable to travel to my destination much less travel freely during the encounter.

10. One of the members of the group called the police, who then arrived at the scene. The police ignored my explanation of what happened and arrested me based on what they were told by Li Huahong and her associates.

11. At the 109th police precinct, I was asked by a police officer if I practiced Falun Gong. I do not practice Falun Gong and told the officer this. The police officer told me that the group attacked me because they thought that I practiced Falun Gong.

**EXHIBIT 22 – DECLARATION OF HEXIANG BIAN**

12. After this incident, I became aware that a picture of me in handcuffs was posted
    on a website called "Kaiwind." This severely humiliated me and caused me to
    experience severe emotional distress.

13. I continue to be afraid of further injury in the neighborhood where I reside as a
    result of this attack and my awareness that other incidents of violence and
    intimidation have occurred in the area.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Executed on this 5th day of January 2018.


_Hexiang Bian_

_____

Bian Hexiang

## EXHIBIT 23 – DECLARATION OF CUIPING ZHANG

张翠萍的声明（ 本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫张翠萍

2. 我是中华人民共和国公民，纽约州纽约市居民。

3. 2015 年 1 月 3 日，当我在缅街，长岛铁路隧道下面的大街行走，参加抗议活动时，万红娟冲到我身边，抓住我的相机，打了我的左臂。

4. 我退到了新世界购物中心入口附近的我的展板所在的地方。不久之后，我看到万正在气势汹汹的接近。在惊恐的状态下，我听到她说："今天你拍了我的照片。我警告你。不要拍我的照片。如果你继续这样做，我想告诉你，你将如何死亡。我不会杀你的，但别人会的。"

5. 我把相机拿出来，又开始拍一个视频。万又抓起相机，把它从我的手中扯下来，损坏了它，把它扔到地上。我拿起相机，万重复地说道："我不会杀你，但是别人会的。"

6. 万回到地下通道，我看到她打了个电话。这个电话之后不久，Michael 朱就到了现场。

7. 事件发生后，我在第 109 警察局正式报案。

8. 由于这些威胁，我非常害怕。我一回到家，就用报纸掩盖了我所有的窗户，以防有人看见我。我还访问了我的两位医生之一，他们诊断我的血压极高。

9. 被告人的盘问中，被告的律师反复问我为什么要拍照。正如我所解释的那样，我觉得她并不是疯了，不像有人说的那样，因为当我看到她在法拉盛附近做其他活动时，她显得很正常，而是李和朱在她背后支持她的行动。我想在网上张贴她的照片，以了解其他人是否有类似的想法。

10. 这件事以后，我继续抗议中共在中国非法夺取我的土地，但是我担心万及其同伙的进一步攻击。

根据美国的法律，我宣布上述内容是真实无误的。 Cuiping Zhang
1/3/2018

1

**EXHIBIT 23 – DECLARATION OF CUIPING ZHANG**

|  |  |
|---|---|
| PLAINTIFFS, <br><br> ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng, ZHANG Cuiping, MIN, Wei, LO Kitsuen, LI Xiurong, CAO Lijun, HU Yang, GAO Jinying, CUI Lina, XU Ting, and BIAN Hexiang <br><br> V. <br><br> Chinese Anti-Cult World Alliance, Michael CHU, LI Huahong, WAN Hongjuan,  ZHU Zirou, & DOES 1-5 Inclusive <br><br> Defendants | No. 15-CV-1046 (SLT) (VMS) |

### DECLARATION OF ZHANG CUIPING IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Zhang Cuiping.

2. I am a citizen of the People's Republic of China and a resident of New York City, New York.

3. On January 3, 2015, as I was walking along Main Street under the Long Island Railroad underpass engaged in protest activities, Wan Hongjuan rushed at me, grabbed my camera, and struck me on my left arm.

4. I retreated back to where my poster boards were located, near the entrance to New World Mall. Soon thereafter, I saw that Wan was approaching  in an aggressive manner. In a state of alarm, I heard her say, "Today you took a picture of me. I

2

**EXHIBIT 23 – DECLARATION OF CUIPING ZHANG**

warn you. Don't take a picture of me. If you continue to do this, I want to tell you how you will die. I won't kill you, but someone else will."

5.  I took my camera out and began to take a video again. Wan grabbed the camera again, ripping it out of my hands, damaging it and throwing it to the ground. I picked up my camera, and Wan repeated the words, "I won't kill you, but someone else will."

6.  Wan returned to the underpass and I saw her making a phone call. Michael Chu arrived at the scene shortly after this phone call.

7.  Following this incident, I filed a formal complaint at the 109th police precinct.

8.  I was very afraid because of the threats. As soon as I returned home, I used newspapers to cover up all of my windows to prevent anyone from seeing me. I also visited one of my two physicians, who diagnosed me with extremely high blood pressure.

9.  At my deposition, Defendants' lawyer asked me repeatedly why I took pictures of Wan. As I explained, I feel that she is not crazy, as some claim, because she appeared normal when I see her doing other activities around Flushing, and that Li and Chu are behind her actions. I wanted to post her picture on the Internet to learn if others had similar thoughts.

10. Since this incident, I have continued to protest the Chinese Communist Party's illegal seizure of my land in China; but I do so in fear of further attacks from Wan or her associates.


    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on this ___ day of _____ 2018, in _____.


                                    _____

                                    Zhang Cuiping

3