## EXHIBIT 24 – CACA BYLAWS

<u>ATTACHMENT ONE BYLAWS OF CACA IN CHINESE AND ENGLISH</u>

中国反邪教协会章程
Bylaws of the Chinese Anti Cult Association (CACA)

第一章  总  则

Chapter I General Principals

第一条  本协会中文名称为：中国反邪教协会
英文名称为：China Anti-Cult Association
缩写为：CACA
Article 1. This association's Chinese name is: 中国反邪教协会
The English name is: China Anti-Cult Association
The abbreviation is: CACA

第二条  本协会是由全国科学技术界、社会科学界、宗教界、法律界、新闻界等社会各界有志于反对邪教组织的人士自愿组成，并依法登记成立的公益性、非营利性法人社会团体。
Article 2. This association is composed of volunteers from scientific, technological, social, religious, legal, and journalistic circles from around the country who are against evil cults, and is a non-profit organization legally registered for public welfare.

第三条  本协会的宗旨：弘扬科学精神和人文精神，维护法律尊严，尊重宗教信仰自由，团结和联络科学技术界、社会科学界、宗教界、法律界、新闻界等社会各界人士，反对一切危害人民生命财产与安全、扰乱社会公共秩序、破坏法律实施和社会稳定的邪教组织，努力提高公众对邪教组织的警惕性、鉴别力和防范能力。
Article 3. This association's purpose objective: To raise awareness of the spirit of science and humanism; to protect the dignity of legality and respect freedom of belief in religions; to unite people in scientific, technological, social science, religious, legal, journalistic, and other circles; to oppose all evil cult organizations that endanger people's lives, properties and safety, disturb society's public order; destroy the implementation of laws and the stability of society; to make great efforts to warn the public so that they would be more vigilant against, be more able distinguish and be on guard against evil cult organizations.

第四条  本协会接受业务主管单位中国科学技术协会和社团登记管理机关国家民政部的业务指导和监督管理。
Article 4. This association accepts the instructions, monitoring and management of China's Association for Science and Technology and Civil Organization Registration Agency of the Ministry of Civil Affairs

第五条  本协会的住所：中国科学技术馆
Article 5. Address of this association: the Chinese Science and Technology Museum

**EXHIBIT 24 – CACA BYLAWS**

第二章 业务范围
Chapter II Scope of Business

第六条 本团体的业务范围是：
Article 6. This association's scope of business is:

一、团结和联系广大会员和社会各界人士，弘扬科学精神和人文精神，维护法律尊严，尊重宗教信仰自由，积极开展与邪教组织的斗争。
1) Unite and connect with numerous members and personages from different society circles; promote the awareness of the spirit of science and humanism; protect the dignity of legality; respect the freedom of the belief in religion; actively wage war against ("*douzhjeng*") evil cult organizations.

二、面向社会举办各种形式的研讨活动，研究和探讨各类邪教组织的活动现状与动向，剖析邪教组织的本质和危害。
2) Organize various types of forum targeting the society; study and investigate different forms of evil cult active present situation and the trend; analyze the cults organization's essence and the harm.

三、举办反邪教的报告、讲座、展览，出版反邪教的杂志和书籍，提高公众对邪教组织的警惕性、鉴别力和防范能力。
3) Conduct anti-cult lectures, forums, exhibits; publish anti-cult magazines and books; warn the public so that they would be more vigilant against, be more able to distinguish and be more on guard against evil cult organizations.

四、就社会上邪教活动情况及对策，向政府有关部门提出报告或建议。
4) According to the present activity of evil cults and the countermeasure, make reports or suggestions to the government department concerned.

五、加强与国外同类民间组织的联系与交往，积极开展各种形式的研讨与交流活动。
5) Strengthen relations with similar organizations overseas, actively launch all sorts of discussions and other forms of exchange.

六、承办有关团体和部门委托的工作和任务。
6) Undertake work and assignments entrusted by related associations and departments

第三章 会　员
Chapter III Members

第七条 本协会会员为个人会员。
Article 7. All members should be individuals.

**EXHIBIT 24 – CACA BYLAWS**

第八条　申请加入本协会的会员必须具备下列条件：

　　一、拥护本协会的章程。
　　二、有加入本协会的意愿。
　　三、中国境内的合法公民。

Article 8. All membership applicants should meet the following requirements:
1.　Advocate the CACA's By-Law
2.　Have the willingness to participate the CACA
3.　Legal Chinese citizens

第九条　会员入会的程序是：

　　一、提交入会申请书；
　　二、经本协会会员二人介绍；
　　三、经本协会常务理事会讨论通过；
　　四、由常务理事会的授权机构发给会员证。

Article 9. Procedure of being a member:
1.　Turning in an application
2.　With recommendations of two members of the CACA
3.　Being approved by the CACA Standing Council (CACASC)
4.　The CACASC will issue a membership ID

第十条　会员享有下列权利：

　　一、本协会的选举权、被选举权和表决权；
　　二、参加本协会的活动；
　　三、获得本协会服务的优先权；
　　四、对本协会工作的批评建议权和监督权；
　　五、入会自愿、退会自由。

Article 10. All members have the following rights:
1.　The right of elect others, being elected, and voting
2.　Participating the CACA activities
3.　The priority to use the CACA services
4.　The right to provide criticism and suggestions and monitor the CACA's work
5.　Joining in or withdrawing the membership are all voluntary

第十一条　会员履行下列义务：

　　一、执行本协会的决议；
　　二、维护本协会的合法权益；

EXHIBIT 24 – CACA BYLAWS

三、完成本协会托办的工作；

四、按规定交纳会费；

五、向本协会反映情况，提供有关资料。

Article 11. The responsibilities of the CACA members:

1. Carry out the CACA's decision
2. Maintain the CACA's legal rights and benefits
3. Carry out the CACA's assignments
4. Pay the membership dues
5. Provide the information and pertinent materials to the CACA

第十二条  会员退会应书面通知本会，并交回会员证。一年不交纳会费并不参加本会活动的会员，视为自动退会。

Article 12. A member should inform the CACA with a written statement if he/she wants to withdraw from the membership and turn in the membership ID. A member who does not pay the membership dues and does not participate the CACA activities for one year will be regarded as automatically withdrawing from the CACA.

第十三条  会员如有严重违反本协会章程的行为，经理事会或常务理事会表决通过，予以除名。

Article 13. If a member severely violated the CACA's By-Laws, the council or standing council could vote to dismiss him/her from CACA.

第四章  组织机构和负责人的产生、罢免

Chapter IV The Structure of the Association, the Appointment and Removal of the Association's Officials in Charge

第十四条  本协会最高权力机构为全国会员大会。当本协会会员人数发展较多，不便举行全国会员大会时，可按一定程序选出会员代表，由全国会员代表大会替代全国会员大会。全国会员大会或会员代表大会的职权是：

一、制定和修改章程；

二、选举和罢免理事；

三、审议理事会工作报告和财务报告；

四、提出并决定本协会终止事宜；

五、决定其他重大事宜。

Article 14. The CACA's highest authority is the National Membership Conference (NMC). When the membership has developed to the stage that it is too large to hold the NMC, certain procedure can be used to elect members' representatives and a National Member Representative Conference (NMRC) will be held instead of the NMC. The function of the NMC or the NMRC is:

1. Make and change the By-Laws
2. Elect and recall the CACA Council members
3. Discuss the Council's working report and financial report
4. Suggest and decide to end the CACA's projects
5. Decide on any important matters

EXHIBIT 24 – CACA BYLAWS

第十五条 全国会员大会或会员代表大会原则上需有 2/3 以上的会员或会员代表出席方能召开。全国会员大会或会员代表大会的决议，需经到会人员半数以上表决通过方能生效。

Article 15. The NMC or the NMRC usually need to have more than 2/3 members attendance in order to be hold. The resolutions made by the NMC or the NMRC should be passed by more than half of the votes by the attendees.

第十六条 全国会员大会或会员代表大会每届五年召开一次。因特殊情况需提前或延期召开全国会员大会或会员代表大会时，需由常务理事会表决通过，报业务主管单位审查并经社团登记管理机关批准同意。但延期召开全国会员大会或会员代表大会的时间最长不得超过一年。

Article No.16: National Member or Delegate Conference is to be held every 5 years. If there is a need to hold the meeting ahead of or behind schedule due to special circumstances, a vote in standing council must pass first, and then submit to China Association for Science and Technology and the Ministry of Civil Affairs for examination and approval, respectively. However, the postpone time cannot exceed 1 year.

第十七条 理事会是全国会员大会或会员代表大会的执行机构，在全国会员大会或会员代表大会闭会期间领导本协会开展日常工作，对全国会员大会或会员代表大会负责。

Article No.17: The council is the execution body of the National Member or Delegate Conference. It is responsible to the conference and runs day-to-day work of our association when the conference is not in session.

第十八条 理事会的职权是：

    一、执行全国会员大会或会员代表大会的决议；
    二、选举和罢免理事长、副理事长、秘书长；
    三、筹备召开全国会员大会或会员代表大会；
    四、向全国会员大会或会员代表大会报告工作和财务状况；
    五、决定会员的吸收或除名；
    六、决定设立办事机构；
    七、决定副秘书长的聘任；
    八、领导本协会各机构开展工作；
    九、制定本协会内部管理制度；
    十、决定其他重大事项。

Article No.18: Functions of the council include

1. Carry out resolution from National Member or Delegate Conference;
2. Elect and recall director, vice-director and secretary general;
3. Plan the National Member or Delegate Conference;
4. Report work and financial status to National Member or Delegate Conference;

EXHIBIT 24 – CACA BYLAWS

5. Decide on the approval or removal of a membership;
6. Decide on the setup of an administration office;
7. Decide on the appointment of vice secretary general;
8. Lead the work of all departments in our association;
9. Set up internal management system of our association;
10. Decide on other significant issues.

第十九条 理事会原则上需有 2/3 以上理事出席方能召开。理事会的决议需经到会理事 2/3 以上表决通过方能生效。

Article No. 19: In principle, the council meeting can only be held when 2/3 of council members are present. The council resolution is passed and becomes valid only after 2/3 of council members in the meeting approve.

第二十条 理事会每年至少召开一次会议，情况特殊时，可采取通讯形式召开。

Article No.20: The council holds at least one meeting every year. In special circumstances, conference call is allowed.

第二十一条 本协会设立常务理事会。常务理事会由理事会选举产生，常务理事的人数 不超过理事的 1/3。在理事会闭会期间，常务理事会行使第十八条第 1、3、5、6、7、8 、9 项理事会的职权，对理事会负责。

常务理事会决定聘请社会各界若干德高望重的人士为荣誉理事。荣誉理事接受常务理 事会委托的工作，必要时列席常务理事会有关会议。

Article No. 21: Standing Council is set up by our association and elected from the council. The number of members in Standing Council cannot exceed 1/3 of that in the council. When the council is not in session, the Standing Council takes the responsibility of the council mentioned in Article No.18, items 1, 3, 5, 6, 7, 8, 9.

The Standing Council decides on the invitation of social influential figures to be its honorary members. The honorary members accept work from the Standing Council and attend its meetings if necessary.

第二十二条 常务理事会须有 2/3 以上常务理事出席方能召开。常务理事会的决议须经 到会 2/3 以上常务理事表决通过方能生效。

Article No. 22: Standing Council meeting can only be held when 2/3 of its members are present. The Standing Council resolution is passed and becomes valid only after 2/3 of members in the meeting approve.

第二十三条 常务理事会每季度召开一次会议，情况特殊时也可采取通讯形式召开。
Article No. 23: Standing Council meeting is held every quarter. In special circumstances,

EXHIBIT 24 – CACA BYLAWS

conference call is also allowed.

第二十四条 本协会理事长、副理事长、秘书长必须具备下列条件：
　　一、坚持党的路线、方针、政策，政治素质好；
　　二、在科技界、社科界、法律界、新闻界、宗教界等社会各界有较高声望和较大影响；
　　三、身体健康、能坚持正常工作；
　　四、未受过剥夺政治权利的刑事处罚；
　　五、具有完全民事行为能力。

Article 24. The president, vice president, and secretary of the CACASC should meet the following requirements:

1. Persist in the Party's policies and have good political qualities
2. Have good esteems and influence in the societies of science, social science, law, media, or religions.
3. With good physical health to perform regular work.
4. Never been deprived of political rights for criminal punishments
5. Has the full civil right ability

第二十五条 本协会理事长、副理事长、秘书长每届任期五年，任期最长不超过两届。因特殊情况需要延长任期的，须经全国会员大会或会员代表大会表决通过，报业务主管单位审查并报社团登记机关批准同意后，方可任职。

Article 25. The terms of the Director, Vice Director of the CACA Council and Secretary of the CACA are five years and each of them could not serve more than two terms. Under special circumstances when someone need to serve more than two terms, the NMC or the NMRC should approve, then report to the agency for registration of the CACA and obtain permission.

第二十六条本协会秘书长为本协会法定代表人。本协会法定代表人不兼任其他团体的法定代表人。

Article 26. The Secretary of the CACA is the legal representative of the organization and could not legally represent other organizations.

第二十七条 本协会理事长行使下列职权：

　　一、召集和主持理事会和常务理事会；
　　二、检查全国会员大会或会员代表大会、理事会、常务理事会决议的落实情况；
　　三、代表本协会签署有关重要文件。
副理事长协助理事长工作，或经理事长委托行使上述职权。

Article 27. The duties of Director of CACA:

1. Hold the meeting of the Council and the Standing Council.
2. Inspect the work following the resolution of the NMC, the NMRC, the Council and the Standing Council.
3. Sign important documents for the CACA

第二十八条 本协会秘书长行使下列职权：

**EXHIBIT 24 – CACA BYLAWS**

　　一、主持办事机构开展日常工作，组织实施年度工作计划；
　　二、提名副秘书长，报请业务主管单位同意后，提交理事会或常务理事会决定；
　　三、决定办事机构专职工作人员的聘任；
　　四、处理其他日常事务。

Article 28. The duties of Secretary of CACA:

1. Hold the day-to-day office operations and organize the annual working plan.
2. Nominate the Vice Secretary who will be approved by the Council and the Standing Council.
3. Decide the hiring of the staff in the office
4. Handle the daily affair

第五章　资产管理、使用原则

第二十九条　本协会经费来源：

　　一、会费；
　　二、捐赠；
　　三、有关单位资助；
　　四、在核准的业务范围内开展活动或服务的收入；
　　五、利息；
　　六、其他合法收入。

Article 29. The CACA's source of fund:

1. Membership dues
2. Donations
3. Sponsorship of pertinent agencies
4. Income from permitted activities or services
5. Interests
6. Other legal income

(Article 30 to Article 44 are finance management related. We didn't translate them.)

第三十条　本协会按照国家有关规定收取会员费。

第三十一条　本协会经费必须用于本章程规定的业务范围和事业发展，不得在会员中分配。

第三十二条　本协会建立严格的财务管理制度，保证会计资料合法、真实、准确、完整。

第三十三条　本协会配备具有专业资格的会计人员。会计不得兼任出纳。会计人员必须进行会计核算，实行会计监督。会计人员调动工作或离职时，必须与接管人员办清交接手续。

第三十四条　本协会按照国家规定和财务管理制度，进行资产管理接受全国会员大会或

EXHIBIT 24 – CACA BYLAWS

会员代表大会和财政部门的监督。资产来源属于业务主管单位资助或社会捐赠、资助的，必须接受审计机关的监督，并将有关情况以适当方式向社会公布。

第三十五条 本协会换届或更换法定代表人之前，必须接受社团登记管理机关和业务主管单位组织的财务审计。

第三十六条 任何单位、个人不得侵占、私分和挪用本协会的资产。

第三十七条 本协会专职工作人员的工资和保险、福利待遇，参照国家对事业单位的有关规定执行。

第六章 章程的修改程序

第三十八条 本协会章程的修改，须经理事会表决通过后报全国会员大会或会员代表大会审议。

第三十九条 本协会修改的章程，须在全国会员大会或会员代表大会审议通过后15日内，经业务主管单位审查同意，并报社团登记管理机关核准后生效。

第七章 终止程序和终止财产处理

第四十条 本协会由于分立、合并等原因需要注销或自行解散时，由理事会或常务理事会提出终止动议。

第四十一条 本协会终止动议须经全国会员大会或会员代表大会表决通过，并报业务主管单位审查同意。

第四十二条 本协会终止前，须在业务主管单位及有关机关指导下，成立清算组织，清理债权债务，处理善后事宜。清算期间，不开展清算以外的活动。

第四十三条 本协会经社团登记管理机关办理注销登记手续后即为终止。

第四十四条 本协会终止后的剩余财产，在业务主管单位和社团登记管理机关的监督下，按照国家有关规定，用于发展与本协会宗旨相关的事业。

第八章 附 则

第四十五条 本协会章程经 2000 年 11 月 13 日全国会员大会表决通过。

第四十六条 本协会章程的解释权属本协会常务理事会。

第四十七条 本协会章程自社团登记机关核准之日起生效。

### EXHIBIT 24 – CACA BYLAWS

Chapter VIII. Appendix

Article 45. The By-Law was passed by the NMC on November 13, 2000.

Article 46. The By-Law could only be interpreted by the CACASC.

Article 47. The By-Law is effective since the day the registration as approved by the registration agency.

**EXHIBIT 24 – CACA BYLAWS**

|  |  |
|---|---|
| PLAINTIFFS, | No. 15-CV-1046 (SLV) (VMS) |
| ZHANG Jingrong, ZHOU Yanhua, | |
| ZHANG Peng, ZHANG Cuiping, MIN, | |
| Wei, LO Kitsuen, LI Xiurong, CAO Lijun, | |
| HU Yang, GAO Jinying, CUI Lina, XU | |
| Ting, and BIAN Hexiang | |
| V. | |
| Chinese Anti-Cult World Alliance, Michael | |
| CHU, LI Huahong, WAN Hongjuan, | |
| ZHU Zirou, & DOES 1-5 Inclusive | |
| Defendants | |

### DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the "Anti-Cult Work Handbook" (full reference: 中国反邪教协会 [China Anti-Cult Association]. 反邪教工作手册 [Anti-Cult Workbook] [Internet]. 庄逢甘 [Zhuang Fenggan], editor. 海南出版社 [Hainan Publishing House]; 2001. Available: https://books.google.nl/books?id=tKWQAAAACAAJ).
5. The "Anti-Cult Work Handbook" includes the CACA Bylaws.
6. Art. 6 of the CACA Bylaws says 第六条 本团体的业务范围是：
7. In English, this means: This association's scope of business is:
8. Art. 6 § 1 of the Bylaws states

**EXHIBIT 24 – CACA BYLAWS**

团结和联系广大会员和社会各界人士，弘扬科学精神和人文精神，维护法律尊严，尊重宗教信仰自由，积极开展与邪教组织的斗争。

In English, this means

Unite and connect with numerous members and personages from different society circles; promote the awareness of the spirit of science and humanism; protect the dignity of legality; respect the freedom of the belief in religion; actively wage war against ("*douzheng*") evil cult organizations.

9. Art. 6 § 3 states

、举办反邪教的报告、讲座、展览，出版反邪教的杂志和书籍，提高公众对邪教组织的警惕性、鉴别力和防范能力。

In English, this means

Conduct anti-cult lectures, forums, exhibits; publish anti-cult magazines and books; warn the public so that they would be more vigilant against, be more able to distinguish and be more on guard against evil cult organizations.

10. Art. 6 § 5 states

五、加强与国外同类民间组织的联系与交往，积极开展各种形式的研讨与交流活动。

In English, this means

 Strengthen relations with similar organizations overseas, actively launch all sorts of discussions and other forms of exchange.

11. A copy of the Bylaws in the original Chinese and in English are attached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
CAN SUN

**EXHIBIT 25 – EXCERPTS FROM CACA OVERSEAS ANTI-CULT WORK**

| | |
|---|---|
| PLAINTIFFS,<br><br>ZHANG Jingrong, ZHOU Yanhua,<br><br>ZHANG Peng, ZHANG Cuiping, MIN,<br><br>Wei, LO Kitsuen, LI Xiurong, CAO Lijun,<br><br>HU Yang, GAO Jinying, CUI Lina, XU<br><br>Ting, and BIAN Hexiang<br>V.<br><br>Chinese Anti-Cult World Alliance, Michael<br><br>CHU, LI Huahong, WAN Hongjuan,<br><br>ZHU Zirou, & DOES 1-5 Inclusive<br><br>Defendants | No. 15-CV-1046 (SLV) (VMS) |

## DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the document "Supporting Overseas Chinese to establish and develop grassroots anti-evil cult organizations is the best avenue to combat the overseas evil-cult" [支持境外侨胞建立和发展民间反邪教组织是境外反邪教斗争的最佳途径], authored by Chai Lijun (柴礼军) initially hosted on the website http://www.fxj.hunan.gov.cn/Article/UploadFiles/201112/2011120112130498.doc, an official website affiliated with the government of Hunan Province, and now available at http://www.doc88.com/p-292182140263.html and elsewhere.
5. The document "Supporting Overseas Chinese to establish and develop grassroots anti-evil cult organizations is the best avenue to combat the overseas evil-cult" includes the following statements:
6. Page 17 ¶ 5 says:

中国反邪教协会及其主管部门 也根据这种国家战略制定境外发展的规划。

In English, this means:

# EXHIBIT 25 – EXCERPTS FROM CACA OVERSEAS ANTI-CULT WORK

The China Anti-Cult Association and its leading departments will also develop plans for overseas expansion based on this national strategy.

7. Page 17 ¶ 7 says:

当务之急，是党和政府要能真正意识到支持境外华人华侨建立、发展此类民间组织的重要政治意 义，将社会组织的境外发展提升为一种国家战略。

In English, this means:

Currently, it is most important for the Chinese Communist Party (CCP) and the government to realize the political significance of supporting overseas Chinese to establish and develop non-governmental organizations, which should be treated as a national strategy.

8. Page 17 ¶ 9 says:

而在发展的战略布局上，可以可控性稍强的香港、澳门，以及在政治、法律环境姣好的法国等欧 洲国家首先试点，积累经验，再在"法轮功"邪教组织活动突出的美国等地组建。

In English, this means:

Our strategy should be to setup trial organizations in areas within our control, such as Hong Kong and Macao, and in countries with better political and legal environment, such as France. Once we have some experiences, we will establish anti-cult organizations in countries where Falun Gong is active, such as America.

9. Page 18 ¶ 1 says:

    四是政经共识，境外合作，获得长期可靠支持力量。显然，境外民间反邪教组织需要大量的支持，其中最关键的是资金支持，而目前国内"政府向民间反邪教组织"的资金输送的模式显然不适合境外的政治和社会，还会引发境外非议。这就需要触角在外的有关政治、经济组织达成共识和合作，而我国的企业早已经跨出国门，其中大部分是大型国有企业；都有维护海外利益的共同愿景和表达境外政治诉求的动因，比较容易达成共识，企业也具有能力经济上支持境外华人民间反邪教组织。即使是国内政府的支持，也需要通过中国反邪教协会等民间组织形式或企业来作为通道。

In English this means:

Fourth, establish cooperation between political and economic fields to obtain long term support.Obviously, overseas nongovernmental anti-cult organizations require large amounts of support, most important of which is funding. Currently, the direct government to overseas nongovernmental anti-cult organizations money transfer model is not appropriate under overseas political and social conditionsand will create controversies. This requires our

**EXHIBIT 25 – EXCERPTS FROM CACA OVERSEAS ANTI-CULT WORK**

political and economic organizations with overseas operations to cooperate and work together. Many state-owned enterprises have already set up operations overseas. With a common goal of protecting overseas interests and projecting political views overseas, it is easier to reach an agreement with state-owned enterprises. Corporations are also better equipped financially to support overseas nongovernmental anti-cult organizations. Even if the Chinese government was to support them, it would have to go through the CACA and other non-governmental organizations as the conduits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
        CAN SUN

## EXHIBIT 26 – EXCERPTS FROM H. CON. RES. 304

# CONGRESS.GOV

**H.Con.Res.304 - Expressing the sense of Congress regarding oppression by the Government of the People's Republic of China of Falun Gong in the United States and in China.**

108th Congress (2003-2004)

**Sponsor:**      Rep. Ros-Lehtinen, Ileana [R-FL-18] (Introduced 10/16/2003)

**Committees:**   House - International Relations; Judiciary

**Latest Action:** 10/05/2004 Received in the Senate. (All Actions)

**Tracker:**Introduced   **Passed House**

---

Summary (2)   **Text (3)**   Actions (12)   Titles (1)   Amendments (0)   Cosponsors (75)   Committees

**Shown Here:**
Received in Senate (10/05/2004)

```
[Congressional Bills 108th Congress]
[From the U.S. Government Printing Office]
[H. Con. Res. 304 Received in Senate (RDS)]

  2d Session
H. CON. RES. 304
```

---

```
                    IN THE SENATE OF THE UNITED STATES

                            October 5, 2004

                              Received
```

---

```
                         CONCURRENT RESOLUTION


 Expressing the sense of Congress regarding oppression by the Government
  of the People's Republic of China of Falun Gong in the United States
                            and in China.

Whereas Falun Gong is a peaceful spiritual movement that originated in the
        People's Republic of China but has grown in popularity worldwide
and is
        now accepted and practiced by thousands in the United States;
Whereas demonstrations by Falun Gong practitioners in the People's Republic
of
        China and the United States have been peaceful, meditative
sessions;
Whereas the Constitution of the People's Republic of China provides to the
        citizens of that country freedom of speech, assembly, association,
and
        religious belief;
Whereas members of the Falun Gong spiritual movement, members of Chinese
pro-
```

**EXHIBIT 26 – EXCERPTS FROM H. CON. RES. 304**

```
        practitioners to the Saratoga community, which prompted the Chinese
        Consulate in San Francisco to write to Mr. Bogosian urging him to
        retract his support for local Falun Gong activities;
Whereas many local and national media organizations have reported that
other
        local officials across the United States, including the mayors of
        several major cities, have been pressured by Chinese consular
officials
        to recant statements of support for the Falun Gong;
Whereas journalists have cited fear of hurting trade relationships as the
        motivation for some local United States officials to recant their
        support for Falun Gong after receiving pressure from Chinese
consular
        officials; and
Whereas the Constitution of the United States guarantees freedom of
religion,
        the right to assemble, and the right to speak freely, and the
people of
        the United States strongly value protecting the ability of all
people to
        live without fear and in accordance with their personal beliefs:
Now,
        therefore, be it
    Resolved by the House of Representatives (the Senate concurring),
That it is the sense of Congress that--
            (1) the Government of the People's Republic of China
        should--
                    (A) immediately stop interfering in the exercise of
                religious and political freedoms within the United
                States, such as the right to practice Falun Gong, that
                are guaranteed by the United States Constitution;
                    (B) cease using the diplomatic missions in the
                United States to spread falsehoods about the nature of
                Falun Gong;
                    (C) release from detention all prisoners of
                conscience, including practitioners of Falun Gong, who
                have been incarcerated in violation of their rights as
                expressed in the Constitution of the People's Republic
                of China;
                    (D) immediately end the harassment, detention,
                physical abuse, and imprisonment of individuals who are
                exercising their legitimate rights to freedom of
                religion, including the practices of Falun Gong,
                freedom of expression, and freedom of association as
                stated in the Constitution of the People's Republic of
                China; and
                    (E) demonstrate its willingness to abide by
                international standards of freedom of belief,
                expression, and association by ceasing to restrict
                those freedoms in the People's Republic of China;
            (2) the President should, in accordance with section
        401(a)(1)(B) of the International Religious Freedom Act of 1998
        (22 U.S.C. 6401(a)(1)(B)), and with the intention of dissuading
        the Chinese Government from attempting to stifle religious
        freedom in the People's Republic of China and the United
        States, take action such as--
                    (A) issuing an official public demarche, a formal
                protest, to the Chinese Foreign Ministry in response to
                the repeated violations by the Chinese Government of
                basic human rights protected in international covenants
                to which the People's Republic of China is a signatory;
                and
                    (B) working more closely with Chinese human rights
                activists to identify Chinese authorities who have been
                personally responsible for acts of violence and
```

EXHIBIT 27 - CERTIFICATE OF INCORPORATION OF CACWA

0809240000 404

2008 SEP 24  PM 12: 47

**FILED**

# CERTIFICATE OF INCORPORATION

## OF

## CHINESE ANTI-CULT WORLD ALLIANCE INC.

Under Section 402 of the Not-for-Profit Corporation Law

Filed by:
OLEN INC.
234 Hudson Ave #6566
Albany, NY 12210

September 18, 2008

DRDN
P-3
OLEN

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED

SEP 24  2008

TAX $ _____

BY: _____

2008 SEP 24  AM 9: 18
RECEIVED

LiLi Ma   Fax  201-357-2258   449

0809 24000 406

**State of New York**

**Certificate of Incorporation**
of

# CHINESE ANTI-CULT WORLD ALLIANCE INC.

Pursuant to Provisions of § 402 of the Not-For-Profit Corporation Law

It is hereby certified that:

1. The name of the corporation is:

### CHINESE ANTI-CULT WORLD ALLIANCE INC.

2. The corporation is a corporation as defined in subparagraph (a)(5) of section 102 of the Not-For-Profit Corporation Law.

3. The purposes for which the corporation is formed are:

To educate society about the dangers of the Falun gong cult and its anti-human and anti-society practices.

To warn the society about emerging anti-society cults and so-called "spiritual" practices that distort human psyche.

To promote the community harmony and concord, and perform community-oriented services for harmony, mutual understanding, and peace.

4. In addition to the foregoing corporate purposes the corporation shall have all of the general powers set forth in Section 202 of the Not-For-Profit Corporation Law together with the power to solicit and receive grants, bequests and contribution for the corporate purposes.

5. The corporation is Type B corporation as defined in Section 201 of the Not-For-Profit Corporation Law.

6. The office of the corporation shall be located in the County of Queens.

7. The names and residences of the initial directors until the first annual meeting are as follows:

Shihui Li          135-25 40th Rd 2F, Flushing, NY 11354
Mike Zhou          135-25 40th Rd 2F, Flushing, NY 11354
Steven Chen        135-25 40th Rd 2F, Flushing, NY 11354

8. The Secretary of State is hereby designated as agent to the corporation upon whom process against the corporation may be served. The post office address to which the Secretary of State shall mail a copy of any such process is:

135-25 40th Rd 2F, Flushing, NY 11354

9. Said Organization is organized exclusively for charitable, religious, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code.

No part of the net earnings of the organization shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the organization shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in the purpose clause hereof. No substantial part of the activities of the organization shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the organization shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of this document, the organization shall not carry on any other activities not permitted to be carried on (a) by an organization exempt from federal income tax under section 501 (c)(3) of the Internal Revenue Code, or corresponding section 170 (c)(2) of the Internal Revenue Code, or corresponding section of any future federal tax code.

No substantial part of the activities of the corporation shall be carrying on propaganda or otherwise attempting to influence legislation [except as otherwise provided by IRC Sec.501(h)] or participating in or intervening in (including the publication or distribution of statements), any candidates for public office.

In the event of dissolution, all of the remaining assets and property of the organization shall, after payment of necessary expenses thereof, be distributed to such organizations as shall qualify under section 501(c)3 of the Internal Revenue Code of 1986.

Upon the dissolution of the organization, assets shall be distributed for one or more exempt purposes within the meaning of section 501 (c) (3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not disposed of shall be disposed of by the Court of Common Pleas of the county in which the principal office of the organizations then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

Nothing herein shall authorize the corporation, directly or indirectly to engage in or include among its purposes any of the activities mentioned in Section 404(b) through 404(v) of the Not-For-Profit Corporation Law.

Not with standing any other provisions of these articles, the organization is organized exclusively for one or more of the purposes as specified in Section 501(c)(3) of the Revenue Act of 1986 and shall not carry on any activities not permitted to be carried on by an organization exempt from Federal income tax under IRC 501(c)(3) or corresponding provisions of any subsequent tax laws.

Nothing herein shall authorize or empower the corporation to perform or engage in any act or practice prohibited by the General Business Law Section 340 or other anti-monopoly statute of the State of New York.

**In witness whereof, this certificate has been subscribed this 18 day of September, 2008, by the undersigned, who affirms that the statements herein are true under the penalties of perjury.**

Dated: September 18, 2008

s/ Shihui Li
Incorporator
Shihui Li
135-25 40th Rd 2F
Flushing, NY 11354

**EXHIBIT 28 – CACWA MISSION STATEMENTS**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,
ZHANG Peng, ZHANG Cuiping, MIN,
Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)
HU Yang, GAO Jinying, CUI Lina, XU
Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael
CHU, LI Huahong, WAN Hongjuan,
ZHU Zirou, & DOES 1-5 Inclusive
Defendants

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this
Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation,
   media, and other professional purposes over a period of 12 years.
4. I have reviewed the website
   http://anticult.kaiwind.com/kfxx/201103/10/t20110310_862364.shtml, associated with the
   China Anti-Cult Association. (Nan Huaiyin. 纽约时报：一场在法拉盛街头争夺民心的
   战争 [New York Times: A Battle for Hearts on the Streets of Flushing]. Kaiwind. March 10,
   2011. Archive: https://archive.is/xwPYY)
5. Included in the content of the site is the following line in Chinese:

   另一支反法轮功组织—全球华人反邪教联盟自2008年起也一直驻守在这里，进行着
   针锋相对的斗争。2011年3月7日，《纽约时报》记者Corey Kilgannon在网站发表署
   名文章对此现象进行报道。

   In English this means:

Another anti-Falun Gong organization, the China Anti-Cult World Alliance (CACWA) has been stationed here in Flushing to wage war (douzheng) since 2008. On March 7, 2011, New York Times reporter Corey Kilgannon published an article reporting on this phenomenon.

6.  I have reviewed the website http://www.kaiwind.com/anticult/redian/pd2011/201112/07/t20111207_864028.htm (Wang Ruimin. 2011年，法轮功千疮百孔 [In 2011, Falun Gong Badly Injured]. Kaiwind. December 7, 2011. Archive: https://archive.is/neHFF)

7.  The website includes the content:

    法轮功在美国纽约皇后区法拉盛一带非常活跃，而与此同时，另一支反法轮功组织——全球华人反邪教联盟自2008年起也一直驻守在这里，进行着针锋相对的斗争

    In English this means:

    Falun Gong has been very active in Flushing, Queens, New York. In the meantime, another anti-Falun Gong organization called CACWA is also here since 2008. CACWA has been waging war (douzheng) against the Falun Gong organization.

8.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
        CAN SUN

**EXHIBIT 29 – PICTURES AND VIDEO OF DEFENDANTS
DISTRIBUTING CACWA MATERIALS**


VIDEO AND PICTURES ARE SUBMITTED SEPARATELY, INCLUDING:
Ex. 29 part 1:  Li Huahong at CACWA table Flushing distributing newsletters (20150502).pdf
Ex. 29 part 2: Michael Chu in CACWA vest distributing flyers.mov
Ex. 29 part 3: Video of Wan Hongjuan Distributing CACWA materials before hitting phone out
hand.mov

## **EXHIBIT A**

### **Affidavit of Can Sun**

My name is Can Sun.

I am fluent and competent to read, write and speak both the English and Chinese languages.  I have reviewed the documents and their translations attached hereto as <u>Attachment One</u> and I swear that it is an accurate and correct translation to the best of my knowledge and abilities.

Based on my review of the documents excerpted in <u>Attachment One</u>, a significant portion of the anti-Falun Gong rhetoric in the Shitou Newsletters distributed by the Chinese Anti-Cult World Alliance are from Kaiwind.

Sworn to under pains and penalties of perjury according to 28 USC § 1746.

_____
Can Sun

STATE OF Washington
COUNTY OF King

The foregoing instrument was acknowledged before me this 7 day of March, 2017, by Can Sun

_____  Kathleen J Meyer
Notary Public's Signature    Notary Name
Personally Known ✓ OR
Type of Identification Produced _____

**Attachment One**

| No. | Original Chinese | English Translation | Source | Status as a CCP controlled media entity |
|---|---|---|---|---|
| *Douzheng* | | | | |
| 1 | 法轮功在美国纽约后区法拉盛一带非常活跃，而与此同时，另一支反法轮功组织——全球华人反邪教联盟自 2008 年起也一直坚守在这里，进行着铲除风相对抗的**斗争**。 | Falun Gong is very active in the Flushing, Queens area of New York City, and at the same time, another, *anti*-Falun Gong organization, the Chinese Anti-Cult World Alliance, has since 2008 constantly guarded over this area, carrying out a spear-to-spear violent suppression [i.e., *douzheng*]. | CACWA "Shitou Newsletter" Issue 10<br><br>Original article published by Kaiwind:<br><br>http://anticult.kaiwind.com/kfxx/20 1103/10/t20110310_862364.shtml | |
| 2 | 法拉盛事件后，人人痛恨**邪教**，越来越多的群众愿意公开对着"法轮功"进行反制与**斗争**。在法拉盛街头每日有十数万华人走动反**邪教**势力已成为法拉盛社区反**邪教**群众互相打气加油的小征，足反**邪教**群众互相打气加油的小站,大大地压制**邪教**群众张狂器张气焰。 | After the Flushing incident, everyone hated the *xiejiao*, and more and more of the populace were willing to openly counter and violently suppress [i.e., *douzheng*] Falun Gong. On the streets of Flushing, every day there are hundreds of thousands of Chinese people walking around, and the [CACWA] anti-*xiejiao* booth has already become the spiritual symbol of the Flushing community's opposition to the *xiejiao*. It is the refueling and mutually-encouraging station for the anti-*xiejiao* populace, greatly suppressing the flames of the *xiejiao's* insane clamor. | Original article published on Kaiwind<br><br>http://anticult.kaiwind.com/zlk/hshg/dcflg/200711/15/t20071115_821942.shtml | |
| 3 | 我们杂志之所以在今年 6 月号上推出"**邪教**与法轮功"特辑,是因为我们通过深入调查采访·看清了"法轮功"的真面目,并决心全心与"法轮功"这一**邪教斗争**到底,唤醒民众抵制"法轮功",以确保社会的稳定和谐和国民生活的安定。 | The reason for our magazine's issuance of a special edition on '*xiejiao* and Falun Gong' in June of this year is because we, through in-depth investigation and interviews, have discovered the truth of 'Falun Gong's' real face, and [have become] determined to violently suppress [i.e., "*douzheng*"] this *xiejiao*, 'Falun Gong,' to the very end, awake the populace to resist it, in order to ensure social stability and the orderly life of citizens | CACWA "Shitou Newsletter" Issue 30 | |
| 4 | 法轮功"惊魂失措的丑态,正暴露了他们欺世盗名、见不得天日的虚骗、肮脏本质,也坚定了我与"法轮功"**邪** | The grotesquely frantic pose of 'Falun Gong' exposed its deceitful and larcenous nature, its infernal vulgarity and baseness, and its filthy essence, and added to my | CACWA "Shitou Newsletter" Issue 29 | |

| No. | Original Chinese | English Translation | Source | Status as a CCP controlled media entity |
|---|---|---|---|---|
| | 整组织**斗争**到底的决心和信心。<br><br>...<br><br>公道自在人心。在社会各界的鼓励下，我自发成立了加拿大反邪教协会，坚决与"法轮功"**斗争**到底。 | determination and confidence to violently suppress [i.e., "**douzheng**"] the 'Falun Gong' **xiejiao** to the very end."<br><br>...<br><br>"The right path is naturally within one's heart. Under the pressure of all corners of society, I voluntarily established the Canada Anti-Cult Association, determined to violently suppress [i.e., **douzheng**] until the end against 'Falun Gong. | Original article published on Kaiwind:<br><br>http://anticult.kaiwind.com/zlk/lshg/dcflg/200711/15/t20071115_821786.shtml | |
| **Zhuanhua** | | | | |
| 5 | 以智慧转化迷者 | Use wisdom to *Zhuanhua* the Confused [Falun Gong believers] | CACWA "Shitou Newsletter"<br><br>Issues 9 and 10 | |
| 6 | 我被捕后经过干警彻底认清法轮功的**恶劣**本质，我自觉的教育的**转化**了许多在押的法轮功残害信徒危害社会开展反对法轮功残害信徒危害社会的活动，教育**转化**了一批学员彻底摆脱法轮功的精神控制,使他们回归到正常社会。<br><br>...<br><br>我从事反对你和你的法轮功的活动已经多年,而且产生了较大影响,形成了支持我的粉丝群体。在我的影响和帮助下很多人自发加入到抵制法轮功和教育**转化**身边法轮功学员的行列之中。 | After being arrested [for my own former practice of Falun Gong] the police officers helped me thoroughly recognize the *xiejiao* essence of Falun Gong, and I voluntarily helped to educate and forcibly convert [i.e., "**zhuanhua**"] many other detained Falun Gong practitioners; after being released from prison I voluntarily expanded my activities to counter Falun Gong activities' damage to its believers, and harm to society, educating and forcibly converting [i.e., "**zhuanhua**"] a group of Falun Gong practitioners to completely separate themselves from Falun Gong's spiritual control and return to normal society."<br><br>...<br><br>"My undertaking of opposition to you and your Falun Gong's activities has already lasted many years, and has produced a relatively great impact, creating a group of fans who admire me. Under my local influence and leadership, many people have chosen to enter the ranks of those who resist Falun Gong and seek to educate and forcibly convert [i.e. "**zhuanhua**"] its practitioners. | CACWA "Shitou Newsletter"<br><br>Issue 15<br><br>Original published on 天鉴网 (www.tianjian.org) | |
| *Dehumanizing or Demonizing Language* | | | | |

3

| No. | Original Chinese | English Translation | Source | Status as a CCP controlled media entity |
|---|---|---|---|---|
| 7 | 法轮功是社会的寄生虫 | Falun Gong is a parasite of society | CACWA "Shitou Newsletter" | |
| | … | … | Issue 4 | |
| | 逮住其鳍窘狗苟贪求食嗫来之食的尾巴 | [We will] grab their tail, which wags shamelessly like a dog at the food people throw at them as a result of their hunting for food like flies | Original article published on Kaiwind: http://www.kaiwind.com/llyt/20080 6/t8139T.htm | |
| 8 | 反"邪教"反"人渣"专刊 看"大妓院"的文章标题有感 | Opposing "*xiejiao*" and "the scums of humanity," a special publication on feelings after reading articles from the "Great Brothel" | Flyer of the same title (Opposing the evil cult and the dregs of humanity) | |
| | … | … | Appears to be an original CACWA publication | |
| | 做"狗腿子"。。发报纸，举牌子 | Acting as "dog's legs" . . . they issue newspapers, hold up signs, etc. | | |
| 9 | 法轮功 邪教 卖国贼 | Falun Gong – *xiejiao* and a Traitor Who Sold Out Its Country | Flyer distributed by CACWA calling for donations | |

4

| No. | Original Chinese | English Translation | Source | Status as a CCP controlled media entity |
|---|---|---|---|---|
| 10 | 為民制法 打擊"邪教" 造福子孫 | Implement the law for the people -- Attack the *xiejiao* for the benefit of the future | Flyer handed out by CACWA. | |
| 11 | | Crush them [Falun Gong] with another foot | China Anti-Cult Association's "Hundred Poems and Hundred Pictures" campaign | |

| No. | Original Chinese | English Translation | Source | Status as a CCP controlled media entity |
|---|---|---|---|---|
| | | *Brags about Effective Persecution of Falun Gong in the United States* | | |
| 12 | 反邪教牌子早已成为法拉盛社区反邪教恶势力的精神象征,是反邪教群众互相打气加油的小站,大大地压制邪教疯狂器张气焰。 | The [CACWA] anti-*xiejiao* booth has already become the spiritual symbol of the Flushing community's opposition to the *xiejiao*. It is the refueling and mutually-encouraging station for the anti-*xiejiao* populace, greatly suppressing the flames of the *xiejiao*'s insane clamor | CACWA "Shitou Newsletter" Issue 10<br><br>Original article published by Kaiwind:<br><br>http://anticult.kaiwind.com/kfxx/201103/10/t20110310_862364.shtml | |
| 13 | 法轮功在华人社区成了过街老鼠,人人喊打 | In Chinese communities, Falun Gong have become rats scampering across the streets, such that anyone who sees them will want to beat them up. | CACWA "Shitou Newsletter"<br><br>Issue 3<br><br>Original article published on Kaiwind:<br><br>http://www.kaiwind.com/redian/falasheng/zuizong/200806/t81782.htm | |

6

**EXHIBIT 31 – 2008 CECC ANNUAL REPORT**

# CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA

# ANNUAL REPORT

# 2008

ONE HUNDRED TENTH CONGRESS

SECOND SESSION

OCTOBER 31, 2008

Printed for the use of the Congressional-Executive Commission on China



Available via the World Wide Web: http://www.cecc.gov

★

87

| Religious Prisoners—Continued |
|---|
| • Zhang Jianlin and Zhang Li, Catholic priests affiliated with an unregistered church in Hebei province whom authorities detained in May 2008 as they intended to travel to the Marian Shrine of Sheshan in Shanghai. As of July 2008, overseas organizations reported that the two remained in detention.<br>• Zhou Heng, a house church leader and bookstore manager in the XUAR detained on August 3, 2007, while he was picking up a shipment of books reported to be Bibles donated by overseas churches for free distribution in China. Zhou was charged with "illegal operation of a business." Procuratorate authorities returned the case to the public security bureau in November due to "insufficient evidence" but continued to hold Zhou Heng in custody until dropping the charges against him and releasing him on February 19, 2008. |

## SOCIAL WELFARE ACTIVITIES BY RELIGIOUS COMMUNITIES

The Chinese government permits, and in some cases, sponsors, the social welfare activities of recognized religious communities where such activities do not conflict with Party goals.[111] State-sanctioned religious groups took part in relief efforts for victims of the May 2008 Sichuan earthquake,[112] but authorities reportedly detained some members of non-registered religious communities to prevent them from providing aid.[113] In 2008, the government permitted a Taiwan-based Buddhist civil society organization to establish an office on the mainland, the first time authorities have allowed a group headed by a non-resident legal representative to operate in this capacity.[114]

### *Falun Gong*

On June 10, 1999, former President Jiang Zemin and Politburo member Luo Gan established an extrajudicial security apparatus called the "6–10 Office." [115] This entity was charged with the mission of enforcing a ban on Falun Gong and carrying out a crackdown against its practitioners, which commenced on July 22, 1999, when the government formally outlawed the movement.[116] Falun Gong practitioners describe it as a "traditional Chinese spiritual discipline that is Buddhist in nature," which consists of "moral teachings, a meditation, and four gentle exercises that resemble tai-chi and are known in Chinese culture as *'qigong.'* " [117] Tens of millions of Chinese citizens practiced Falun Gong in the 1990s and adherents to the spiritual movement inside of China are estimated to still number in the hundreds of thousands despite the government's ongoing crackdown.[118]

The central government intensified its nine-year campaign of persecution against Falun Gong practitioners in the months leading up to the 2008 Beijing Summer Olympic Games. Chinese security forces continued to detain and imprison Falun Gong practitioners and subjected some who refused to disavow the practice to torture and other forms of abuse in reeducation through labor (RTL) camps and other detention facilities.[119] In September 2007, Zhou Yongkang, then-Minister of Public Security and current member of

91

*Anti-Cult Associations*

Working in concert with the 6–10 Office to undermine Chinese citizens' right to believe in and practice Falun Gong and other banned religious sects is a national network of "anti-cult associations" (*fanxiejiao xiehui*).[158] Local anti-cult associations can be found at the provincial, county, municipal, and neighborhood level.[159] Such associations have emerged as a prominent information channel for the government's campaign against Falun Gong, as they widely disseminate anti-Falun Gong propaganda by holding study sessions and other community activities to raise "anti-cult awareness."[160] The Beijing-based China Anti-Cult Association was founded in November 2000 and claims to be a "non-profit, social welfare organization" that was "voluntarily formed" and "registered according to the law."[161] The government's hand, however, can be clearly discerned in the publications and activities of anti-cult associations. An anti-cult association in Guizhou province admitted in one report that it was founded "under the leadership of the Party and government."[162] Anti-cult association publications often expose connections with the 6–10 Office.[163] A May 2007 report from Changchun revealed that the Jilin Provincial Anti-Cult Association partnered with provincial and municipal 6–10 Offices to "jointly organize and launch" anti-cult activities at 87 middle schools throughout the provincial capital.[164]

DIRECTIVES AND MEASURES RELATED TO FALUN GONG AND THE OLYMPICS

In April 2008, the central government 6–10 Office issued an internal directive to local governments nationwide mandating propaganda activities to prevent Falun Gong from "interfering with or harming" the Olympics.[165] References to the directive appear on official Web sites in every province and at every level of government.[166] Most official reports focus on demonstrating that local authorities have stepped up security and fulfilled the requirement to "educate" target audiences on the directive's content.[167] Local authorities distributed the directive widely in an effort to raise public awareness. References can be found on various Web sites ranging from public entities with indirect relations with the state (state-run enterprises, public schools, universities, parks, TV stations, meteorological bureaus, etc.) to commercial and social entities with no obvious ties to the state.[168] Anti-cult associations also actively circulated and promoted the 6–10 Office's Olympic directive.[169]

Olympic and municipal officials in Shanghai and Beijing also issued directives pertaining to Falun Gong in the lead-up to the 2008 Olympic Games. The Shanghai Public Security Bureau sent a warning to Falun Gong practitioners and other dissidents in April 2008 demanding that they remain in the city during the Olympics and report to the public security office at least once a week until the end of October. The notice threatened to detain or punish anyone who violates the order.[170] In November 2007, Beijing Olympic organizers reminded visitors to the games that possession of Falun Gong writings is strictly forbidden and that no exceptions would be made for international visitors.[171] The Beijing Public Security Bureau issued a public notice offering a reward of up to 500,000 yuan (US$73,100) for informants who report Falun

92

Gong plans to "sabotage" the Olympics.[172] From January to June 2008, public security agents reportedly arrested at least 208 practitioners from all 18 districts and counties in Beijing municipality. Falun Gong sources have documented the names and other information for 141 of the 208 practitioners who were detained in Beijing, 30 of whom are now reportedly being held in reeducation through labor camps with sentences as long as two-and-a-half years.[173]

Chinese security officials made statements prior to the Olympics that sought to link Falun Gong with terrorist threats, but produced no evidence to substantiate these claims.[174] Tian Yixiang, the head of the Military Affairs Department of the Beijing Olympics Protection Group, listed Falun Gong among the groups that might "use various means, even extreme violence, to interfere with or harm the smooth execution of the Olympic Games."[175] Li Wei, Chairman of the Center for Counterterrorism Studies at the quasi-official China Institute of Contemporary International Relations, categorized Falun Gong as among the top five terrorist threats to the 2008 Olympic Games.[176]

DOMESTIC INSTITUTIONAL SOURCES OF ANTI-FALUN GONG ACTIVITY

The PRC Constitution stipulates that the state "protects the legitimate rights and interests of Chinese nationals residing abroad and protects the lawful rights and interests of returned Chinese and of the family members of Chinese nationals residing abroad."[177] The primary government institution to which the Constitution assigns this role is the State Council—the executive body at the pinnacle of state power and administration.[178] Within the State Council, the office responsible for implementing this mandate is the State Council's Overseas Chinese Affairs Office (OCAO).

In 2001, then OCAO director, Guo Dongpo, urged cadres to "wake up and see that the struggle with the 'Falun Gong' cult is a serious political struggle."[179] Guo called for marshalling OCAO resources to "unite all powers that can be united . . . make them understand and support the Chinese government's position and policy of handling the 'Falun Gong' problem according to the law." Guo also called for "striking against the overseas forces of the 'Falun Gong' cult, stop them from spreading, and eliminate their bad influence."[180] An official report on the January 2007 OCAO directors' meeting, in which OCAO provincial and municipal leaders gathered with the national leadership in Beijing, stated that the "OCAO also coordinates the launching of anti 'Falun Gong' struggles overseas by relevant departments."[181]

A 2005 OCAO report urges overseas Chinese and returned overseas Chinese to "firmly establish the concept of 'greater overseas Chinese affairs,'" and to "aggressively expand domestic Chinese and overseas Chinese friendship ties." Specifically, overseas Chinese should "aggressively expand the struggle with Taiwanese independence forces, the Falun Gong cult, ethnic separatism and other enemy forces in order to contribute to the defense of state security."[182] A similar provincial report published on the OCAO Web site devotes a section to "resolutely implementing and executing the Party line, the Party's guiding principles, and the Party's policies." Within this section, OCAO cadres are called to "attach a high

**EXHIBIT 32 – COEA BAIDU AND COEA SICHUAN**

|  |  |
|---|---|
| PLAINTIFFS,<br><br>ZHANG Jingrong, ZHOU Yanhua,<br><br>ZHANG Peng, ZHANG Cuiping, MIN,<br><br>Wei, LO Kitsuen, LI Xiurong, CAO Lijun,<br><br>HU Yang, GAO Jinying, CUI Lina, XU<br><br>Ting, and BIAN Hexiang<br><br>V.<br><br>Chinese Anti-Cult World Alliance, Michael<br><br>CHU, LI Huahong, WAN Hongjuan,<br><br>ZHU Zirou, & DOES 1-5 Inclusive<br><br>Defendants | No. 15-CV-1046 (SLV) (VMS) |

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this
Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation,
   media, and other professional purposes over a period of 12 years.
4. I have reviewed the website www.baike.baidu.com/view/566532.htm, the page of the China
   Overseas Exchange Association on China's officially-controlled online encyclopedia, Baidu
   Baike.
5. The website includes the text:

   中国海外交流协会成立于 1990 年 11 月 20 日 … 受国务院侨务办公室的业务指导

   In English this means:

   The China Overseas Exchange Association was established on November 20, 1990… It
   receives guidance on its operations from the Overseas Chinese Affairs Office of the State
   Council.
6. I have reviewed the website
   http://scwqb.gov.cn/ztzl/shwjlxh/201507/t20150717_5711.html, archived here:

**EXHIBIT 32 – COEA BAIDU AND COEA SICHUAN**

https://web.archive.org/web/20160531042345/http://scwqb.gov.cn/ztzl/shwjlxh/201507/t20150717_5711.html (June 17, 2015). The page is titled: Background to the Sichuan Province Overseas Exchange Association. It is affiliated with and hosted on the website of the Department of Foreign and Overseas Chinese Affairs, Sichuan Provincial People's Government.

7.  The website includes the text:

国务院侨办于 1990 年成立了中国海外交流协会，历届领导均由中组部任命，现任会长为全国政协副主席韩启德，国务院侨办主任裘援平任常务副会长，副主任谭天星等其他办领导任副会长。主要目的是便于在海外，尤其是在未建交国家和敏感地区开展工作。

In English, this means:

The Overseas Chinese Affairs Office of the State Council (OCAO) founded the Chinese Overseas Exchange Association (COEA) in 1990, and its (COEA) prior and current leaders have all been appointed by the Organization Department of the Communist Party of China Central Committee. Its current President is Han Qide, Deputy Chair of the Chinese People's Political Consultative Conference; Qiu Yuanping, Chief of the OCAO is the Vice President; and Deputy Chief of the OCAO Tan Tianqing and other OCAO leaders are its Vice-Presidents. Its main goal is to facilitate work outside of China, especially in countries without diplomatic relations with China as well as in sensitive regions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
            CAN SUN

**EXHIBIT 33 – CHINA DESCENT FOUNDATION DOCUMENT**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the document titled "倡议书 <<美国纽约华裔民权问题研究会>>" "Proposal - U.S. New York Chinese Descent Civil Rights Research Association."
5. One page 1 of the document, it states the following:

   自四月十六日由在美国注册的政治组织"法轮功"举办的"庆祝退出中共"集会所引发的一系列问题已经受到了全美乃至全世界的关注。

   。。。

   由于这一事件引发的持续效应，导致美国纽约华人社区法拉盛全面的社会恐慌和民众冲突，致使这一社区长期以来所拥有的和谐与繁荣局面遭到了严重的破坏。

   。。。

**EXHIBIT 33 – CHINA DESCENT FOUNDATION DOCUMENT**

有鉴于此，以研究华裔民权为宗旨的--<<华裔民权问题研究会>>向广大华裔民
众发出呼吁：

。。。

为了清洁社区,社会的环境。。。

In English, this means:

The series of problems brought about by the April 16 gathering of "Celebrating quitting
the CCP" held by the political "Falun Gong" organization, which is registered in
America, has already attracted the attention of the entire United States and the
world.  Due to the lasting effects of this incident, it has led to widespread societal panic
and public conflicts among the oversea Chinese community in Flushing, New York, thus
causing severe damage to the long-held harmony and prosperity of this community. […]
The Chinese Descent Civil Rights Research, whose mission is to study and research civil
rights of Chinese diaspora communities, is now calling upon the broad Chinese diaspora
community: […]to cleanse the community and societal environment [of Falun Gong
believers].

5. This document is enclosed in its original Mandarin, as attachment one.
6. An English translation of this document is also enclosed, as attachment two.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and
correct.

Executed on this 8th day of January 2018, in Seattle, Washington.


_____
        CAN SUN

**EXHIBIT 33 – CHINA DESCENT FOUNDATION DOCUMENT: ATTACHMENT ONE**

# 倡 议 书

## <<美国纽约华裔民权问题研究会>>

06/29/2008

自四月十六日由在美国注册的政治组织"法轮功"举办的"庆祝退出中共"集会所引发的一系列问题已经受到了全美乃至全世界的关注。

由于这一事件引发的持续效应，导致美国纽约华人社区法拉盛全面的社会恐慌和民众冲突，致使这一社区长期以来所拥有的和谐与繁荣局面遭到了严重的破坏。更有甚者，大量无辜的民众被法轮功组织当街强行洗脑，围攻，拍照，跟踪和政治恐吓。

导致这一严重局面的根本原因来自于某些执法部门的软弱，执法不利，不作为；某些执法人员以偏执的执法手段，对一些无辜民众肆意驱赶和无端逮捕，起到了纵容和协助"法轮功"组织的公开违法行为的作用。

同时，这一社区完全笼罩在一片政治恐怖的环境中——所有民众在街头自由行走和交谈的权利被受到执法部门偏袒的"法轮功"组织所剥夺。

有鉴于此，以研究华裔民权为宗旨的--<<华裔民权问题研究会>>向广大华裔民众发出呼吁：

为了维护美国宪法的尊严；为了维护美国法律所赋予我们每一个市民的基本人权；为了清洁社区，社会的环境；为了市民和商家有免于恐惧和骚扰的自由权力。大家拿起法律这个有力的武器和破坏我们社区安宁与和谐的个人及政治势力作坚决的抗争。

站在此一基点上，我们向广大华裔民众倡议：

**EXHIBIT 33 – CHINA DESCENT FOUNDATION DOCUMENT: ATTACHMENT ONE**

1) 所有被"法轮功"以非法手段（无端拍照，登载网站和报纸进行人身诬陷，恶意围攻，跟踪以及强行在街头进行政治洗脑或被执法部门不公平对待）侵犯人身权利的民众组织起来，向美国联邦以及地区检察官，法官提起上诉，要求司法部门公正，公平的查处这一事件给民众带来的伤害。

2) 对于"法轮功"组织所拥有的特殊的街头政治权利以及由于这一特权导致的社会冲突，我们希望全体社区民众参加由我们研究会组织并发起的公民签署运动，并希望华裔民选市、州参众两院的议员向有关联邦社会调查部门提交一认真严肃的调查并处理由于这一组织所拥有的政治特权对美国公民社会的和谐，安宁与公共安全所带来的危害。

3) 在这一公民签署行动中，我们希望纽约市，州参众两院的华裔民选议员能够给与我们大力的支持并协助此签名活动的工作人员及签署公民，民众在法律的人身保护。

"法拉盛事件"至今仍未平息。由于"法轮功"组织长期以来惯用极端的政治操作手法，我们为此深感忧虑。它所造成的社会影响是极其严重，恶劣的。不仅影响了民众安宁的生活，更对民众的身心造成巨大的伤害。为此，我们希望全体华裔民众，商家不分观点，立场的参加到这一正义行动中来。

同胞们，让我们团结起来，以联合国人权公约，联合国宪章为我们的行动宗旨；以美国宪法所赋予我们的基本权利为我们的行动准则，为了保证我们社区的和谐与繁荣；为了我们每一位民众都能够自由和快乐的生活；为了我们的兄弟姐妹，父母亲友；为了我们的孩子；为了我们的美好明天而一起努力。

## 大家行动起来！！

发起人： 美国纽约华裔民权研究会

1.唐小村 2.沈荣 3.孙玉权 4.李世德 5.石头 6.林依凯 7.朱至柔

**EXHIBIT 33 – CHINA DESCENT FOUNDATION DOCUMENT: ATTACHMENT TWO**

"Chinese Descent Civil Rights Research of New York, U.S.A., Corp."

06/29/2008

The series of problems brought about by the April 16 gathering of "Celebrating quitting the CCP" held by the political "Falun Gong" organization, which is registered in America, has already attracted the attention of the entire United States and the world.

Due to the lasting effects of this incident, it has led to widespread societal panic and public conflicts among the oversea Chinese community in Flushing, New York, thus causing severe damage to the long-held harmony and prosperity of this community. What is even worse is that a large amount of innocent people of the general public were brainwashed, surrounded, taken pictures of, followed and given political threats, on the streets, by Falun Gong organization.

The fundamental cause of such a severe situation is the weakness of a certain law-enforcement organization, which has not been able to enforce the law well, and has taken no actions: such law-enforcement organizations have used biased methods to enforce the law, and recklessly chased away innocent members of the general public or arrested them with no reason. [They have] thus had an effect of helping and encouraging the "Falun Gong" organization's overt law-violating actions.

Suddenly, the entire community is enveloped by an atmosphere of political terror: all of the rights of the general public in freely walking or free conversing on the streets were taken away by the "Falun Gong" organization, which such law-enforcing organization has demonstrated a bias for.

Based upon this, the Chinese Descent Civil Rights Research, whose mission is to study and research civil rights of Chinese diaspora communities, is now calling upon the broad Chinese diaspora community:

To uphold the dignity of the American Constitution, to uphold the basic human rights of every citizen endowed upon each of us by American law, to cleanse the community and societal environment, to uphold the free rights of citizens and businesses in avoiding fear and harassment, everyone shall take up the strong weapon of the law to resolutely fight against the individuals and political forces that are damaging the peace and harmony of our community.

On the basis of the above, we hereby propose to the broad Chinese diaspora community:

1. All those whose rights were unlawfully violated by "Falun Gong" (pictures taken without reason, published on websites or newspapers and framed or defamed, surrounded and attacked with vicious intent, being followed, forcibly brainwashed with politics on the streets, unfairly treated by the law-enforcement department), organize yourselves together. Bring lawsuits to the federal and local prosecutors and judges, and ask the

**EXHIBIT 33 – CHINA DESCENT FOUNDATION DOCUMENT: ATTACHMENT TWO**

justice departments to fairly and justly investigate and handle the harms that this incident has brought to the people.

2. With respect to the special political rights enjoyed by the "Falun Gong" organization on the streets as well as the societal conflicts brought about by such a special privilege, we hope that the entire general public of the community will participate in the public signature collection movement organized and initiated by our research association. We also hope that elected representatives and senators of Chinese descent of the city and state submit to the relevant federal investigation departments to ask for a serious investigation and deal with the danger towards the harmony, peace and public safety of the American public and society, caused by this organization's special political rights.

3. During the signature collection movement, we hope that elected representatives and senators of New York City and New York State who are of Chinese descent will give us strong support and assist the staff of this signature collection campaign as well as signing citizens in their personal protection by the law.

The Flushing Incident is still not over today. We are deeply worried by the extreme political manipulation long used by the "Falun Gong" organization. Its societal influences are extremely severe and vicious. Not only has it affected the peaceful lives of the public, it has also greatly damaged the body and heart of the people. For this, we call upon the entire body of overseas Chinese diaspora and businesses of all perspectives and viewpoints to participate in this righteous movement.

Fellow compatriots, let us unite together and use the United Nations Convention on Human Rights and the Charter of the United Nations as the guide for our actions; let us use the basic rights given to us by the U.S. Constitution as the principles of our actions, for the protection of the harmony and prosperity of our community, to allow every person in the community to live freely and happily, for our brothers and sisters, our parents, relatives and friends, for our children, and for our beautiful tomorrow, let us strive hard together.

Everyone take action now!

Initiator: Chinese Descent Civil Rights Research of New York, U.S.A.

1. Tang Xiaocun 2. Shen Rong 3. Sun Yuquan 4 Li Shide 5. Shitou [aka Li Huahong][1] 6. Lin Yikai 7. Zhu Zhirou

---

[1] See, file titled "Li Huahong/Shitou Screen shot", included in files produced herein.

EXHIBIT 34

Expert Report

My name is Ryan Mitchell. I have a B.A. in Social and Historical Inquiry from the New School, a J.D. from Harvard Law School, and am currently in the final stages of candidacy to receive my Ph.D. in Law from Yale University in 2017. I have been the recipient of several grants, fellowship awards, and other forms of recognition for my legal and academic research on Chinese law and politics, including the following: In 2011, I was awarded a Cravath International Fellowship to conduct research on Chinese socio-legal history. In the same year I organized a symposium at Harvard Law School on the political crackdown against human and civil rights lawyers in China. In 2012, I was awarded one of Harvard Law School's Irving R. Kaufman Public Interest Fellowships to engage in Chinese human rights litigation and research at the Human Rights Law Foundation, where I also worked as an attorney upon graduating law school that year. I am currently the recipient of a Mellon Foundation Humanities Fellowship to pursue my ongoing Ph.D. research at Yale, which focuses on the history and theory of international law and comparative legal and political thought, with a focus on China.

I have presented at various academic conferences in the United States, East Asia, and Europe, and my writing on Chinese law and politics has appeared or is forthcoming in the Harvard Human Rights Journal, the Yale Journal of Law and Technology, the Vanderbilt Journal of Transnational Law, George Washington University's International Affairs Review, The Diplomat, the Huffington Post, ChinaFile, the Los Angeles Review of Books, and elsewhere. These publications include:

"Book Review: Bloody Harvest, Harvard Human Rights Journal 24, 246 (2011)

"Surveillance State 2.0: Beta-Tested in China, Coming Soon to...?", Yale J.L. & Tech Online, (2013) (with Dr. Can Sun)

"Tiananmen and China's Philosophy of Struggle", The Huffington Post, May 30, 2014

"East Asia's Burning Constitutional Controversies", The Huffington Post, July 9, 2014

"China's Reforms: Law Without Rights or Law Without Substance?", The Huffington Post, November 12, 2014

"Is 'China's Machiavelli' Now Its Most Important Political Philosopher?", The Diplomat, January 16, 2015

"Is China Really Cracking Up?", ChinaFile Conversation (multiple authors), March, 2015

"Redefining Pragmatic Engagement: The 'New Model' of U.S.-China Relations and the Opportunity of Shared Consequences," International Affairs Review, May 2014;

1

"Should the U.S. Extradite Chinese Wanted by Beijing?," ChinaFile Conversation (multiple authors), August, 2015

"Clearing Up Some Misconceptions About Xi Jinping's 'China Dream,'" The Huffington Post, August 20, 2015

"Is There a China Model?," ChinaFile Conversation, October 19, 2015

"Lessons from the Xi Jinping Book Club," Los Angeles Review of Books, January 16, 2016

"Why Taiwan and China Agree on South China Sea Sovereignty," The Diplomat, March 29, 2016

"Individual Rights and Corporate Identity in Xi's China," University of Nottingham China Policy Institute: Analysis, August 5, 2016

"An International Commission of Inquiry for the South China Sea?: Defining the Law of Sovereignty to Determine the Chance for Peace," 49 Vanderbilt Journal of Transnational Law 749 (2016)

"Manchukuo's Contested Sovereignty: Legal Activism, Rights Consciousness, and Civil Resistance in a 'Puppet State,'" 3 Asian Journal of Law and Society 2 (2016)

"Sovereignty and Normative Conflict: Reframing International Legal Realism as a Theory of Uncertainty," 58 Harvard International Law Journal 2 (Forthcoming, 2017)

The opinions I express in my expert submission, and the basis for each, including the empirical evidence taken into consideration, are as follows:

1. The term douzheng, as used by the Chinese Communist Party and its representatives as well as its supporters or affiliates in China and abroad, within context of the Party's crackdown against Falun Gong, is a specialized political term of art. At minimum it signifies the Party's identification of the group or community denoted as the target of douzheng as a collective enemy of the Party and of all Chinese society.[1] In particular, given the Party's total dominance

---

[1] The use of douzheng in this context of identifying collective enemies is crucial to the political ideology and praxis of the Chinese Communist Party. In the Party's official ideology, enemies of the people, or of the Party that claims to represent the people, are considered the appropriate targets for the violent aggression denoted by the term douzheng. This was especially apparent during the Cultural Revolution period, but was also central to previous and subsequent official ideology. See, e.g. Xing Lu, Rhetoric of the Chinese Cultural Revolution: The Impact on Chinese Thought, Culture, and Communication, 48 (University of South Carolina Press, 2004) ("The most popular word in Communist terminology was douzheng 斗争, [literally] meaning 'to struggle, to fight,' or to 'make war.' This term is used in expressions such as ... jieji douzheng 阶级斗争

over the Chinese police and judiciary and its vast network of members and affiliated organizations, as well as the prevalent use of violence and discriminatory treatment against those it deems enemies or hostile elements, the term douzheng signifies the Party's identification of the targeted person or group as an existential threat against whom extreme or extralegal measures are appropriate.[2]

The Party has a decades-long history of launching "campaigns" or yundong against particular groups, followed by their systematic suppression and ostracism from society as well as subjection to various acts of Party-sponsored violence without due process of law.[3] The word douzheng has taken on a specialized meaning in connection with the carrying out of such campaigns against an identified target.[4] While the word is also used in non-persecutory

---

(class struggle) ... It evokes emotions of attack, combat, violent struggle, and bitter infighting."). Lu also refers to douzheng as the key example of a "rhetoric of agitation and hatred" used to incite "widespread cruelty and violence and caus[e] millions of deaths and suicides." Id.

[2] Specialized reference dictionaries of political terminology, as well as authoritative general dictionaries of Chinese, agree that the term douzheng clearly refers to an intense, war-like struggle by the Communist Party and its supporters against existentially-threatening "enemies." See, e.g. Li Gucheng, A Glossary of Political Terms of the People's Republic of China, 575 (Chinese University Press, 1995) ("After the proletariat gains political power, the objective of political struggle [zhengzhi douzheng] is to consolidate the proletarian dictatorship, suppress the rebels of the exploiting class, prevent capitalist restoration, resist foreign enemies' subversive activities and possible invasion, build up socialism, develop productivity, and work for the complete eradication of exploitation and classes and for the realization of communism."); see also Contemporary Chinese Dictionary [Xiandai Hanyu Cidian], 6th ed., 317 (Commercial Press [Shangwu Yinshuguan], 2012) (Providing three different definitions for douzheng, including the following two: "the mutual conflict among the two sides to a confrontation, in which one strives to defeat the other in battle"; and "the masses' use of ideological argument, exposure and criticism [jiefa], public accusation and other methods to attack hostile elements or evil people.") The latter refers to practices of targeting "enemies" of the masses (and of the Party which claims to represent the masses) for douzheng by various, often violent, means. For further support of this point see generally infra.

[3] See, e.g. Kenneth Lieberthal, Governing China, (W.W. Norton & Company, 1995) ("Campaigns, or yundong, were concentrated attacks on specific issues through the mass mobilization of the populace"). See also Michael Dutton, Policing Chinese Politics: A History, (Duke University Press, 2005) (Describing the violent campaigns of the Communist Party against those it deemed enemies).

[4] See, e.g., Dutton, supra note 3 at 140 (Describing how, even during otherwise moderate periods, "the only talk of 'struggle' took place in relation to [alleged] enemy agents and remnants. It was upon these ... that police attention would focus."). While douzheng has always been associated with the Communist Party's campaigns against targeted enemies, the term was as noted supra especially prevalent during the Cultural Revolution. See, e.g. Liang Zhang, Andrew J. Nathan, Perry Link, Orville Schell, The Tiananmen Papers, 140 (Public Affairs, 2008) ("In 'struggle' [douzheng], the victim was usually placed alone at the center of [an] animated

3

contexts, this semantic flexibility does not detract from its use for the purposes of political suppression campaigns as described above. As a parallel, simply because the word "offensive" can be used to characterize either a hurtful comment or a violent military operation does not mean that it is unclear which is meant in any given context. Similarly, the term douzheng has acquired a specific meaning in the context of China's established practice of crackdowns and political suppression campaigns against identified groups. That process is generally characterized by the following progression:

- The decision to target any specific group as an enemy is always made by the Party.[5] This practice extends from early suppression campaigns such as the Anti-Rightist campaign in 1957, which targeted at least 550,000 "rightists," through the Cultural Revolution of the 1960s and 1970s, the crackdown on "Spiritual Pollution" in the 1980s, the Tiananmen Square crackdown of 1989, and the targeting of Falun Gong and other religious groups from the 1990s through today, in addition to other examples.[6]
- Following such a decision, the group to be targeted is identified in official Party media and by Party affiliates with carefully crafted rhetorical language, branding the target as an enemy of both the Party and the "People," and as opposed to Party ideology as well as to social welfare in general.[7]

---

crowd who began with hostile questions and taunts; often proceeded to spitting, slapping, and beating; and sometimes went as far as causing serious injury or death.").

[5] With specific reference to Falun Gong, see, e.g. Ronald C. Keith and Zhiqiu Lin, "The 'Falun Gong Problem': Politics and the Struggle for the Rule of Law in China," 175 China Quarterly 623, 642 (2003) ("The CCP response to the 'FLG problem' points to the dangers of a resuscitated state instrumentalism in the ever deepening context of China's social and economic transition ... the Party is using law for the political purpose of leading a moral charge against heresy"); with reference to the more general practice of Party decisions to target such enemies see also, e.g. Flora Sapio, Sovereign Power and the Law in China, (Brill, 2010) (Describing how the Party leadership frequently decides to place certain targeted groups or actors in a "zone of exception" as enemies without normal due process rights or other forms of legal protection).

[6] See, e.g. 2001 speech by Politburo security head Luo Gan, as quoted and described in The Tiananmen Papers, supra note 4 at xix, ("'[O]ur struggle with enemy forces has entered a new era this year. Foreign enemy forces have stepped up strategies to Westernize us, to split us. At home, our struggle [douzheng] with the elements who stubbornly uphold bourgeois liberalization rises and falls.' ... [In his speech, Luo Gan] cited eight adverse trends as distinct yet linked elements of this complex struggle: the plot to incite efforts to reverse the verdict on June Fourth; the activities of Falun Gong...").

[7] See, e.g. "Consolidating and Expanding Results of the Struggle to Expose and Criticize 'Falun Gong,'" Consulate-General of the People's Republic of China in New York, October 20th, 2003, available at: http://www.nyconsulate.prchina.org/chn/xw/t29883.htm (Calling for "strengthening and improving ideological political work" to "obtain complete victory in this struggle [with Falun Gong].").

- The initiation of the crackdown is signaled and implemented through society via the use of escalating hostile language by the Party,[8] with the term "douzheng" being perhaps the most important such signal.[9]
- Other persecutory terms like "jiepi" (to expose and criticize) and "zhuanhua" (to ideologically "transform") are also commonplace phrases used by the Party to single out groups and their members for exceptional aggression and abuse.[10]
- Flagship media in China, such as the People's Daily newspaper and the China Central Television ("CCTV") evening news broadcast, and Party ideology journals, continually spread the word to ensure that the designated group is broadly known to be a Party enemy.[11]
- Special and general security forces are mobilized to identify, round up, arbitrarily detain, and physically and mentally abuse individual members of the "group." The ideal aim is to force so-called "enemies" to renounce their group identity and beliefs and "join forces" with the Party to attack other members of the targeted group, using the same methods.[12]

2. This final step is what is referred to as "zhuanhua" or "forced conversion" (literally to ideologically "transform"). Individuals refusing to be converted are subjected to ever increasing violence. At minimum the term zhuanhua as used in the context of the Party's attempts to suppress Falun Gong signifies the call for members of the targeted group to be "reeducated" via coercion of various forms that extend from intense psychological pressure to physical assault. While the conditions for usage of the term are different overseas from those in China, widespread familiarity with the use of torture and arbitrary detention, and total lack of due

---

[8] See, e.g. Juha Vuori, Critical Security and Chinese Politics: The Anti-Falungong Campaign, 64 (Routledge, 2014) ("words in China are not only political objects, but loyalty tests in a system defined by inter-factional struggle."); on the broader issue of the performative, instrumental character of political terms used by the Party, see generally Michael Schoenhals, Doing Things With Words in Chinese Politics, (Institute of East Asian Studies, University of California, 1992).

[9] See, e.g. Perry Link, An Anatomy of Chinese: Rhythm, Metaphor, Politics, 312 (Harvard University Press, 2013) ("The word douzheng originally means struggle ... [but] the intensity and variety of the cruelty involved went well beyond ordinary 'struggle.' It included ransacking homes, burning books, public humiliation, beatings, torture, eye-gougings, killings, demands that families pay for the bullets that killed their loved ones [etc.]"); Lu, supra note 1; .

[10] See, e.g. collected list of articles devoted to "Deeply Exposing and Criticizing Falun Gong" [Shenru Jiepi Falun Gong) published and promulgated on the website of the People's Daily, December 29, 2000, available at: http://www.people.com.cn/GB/channel1/topic1091/.

[11] See, e.g. id.

[12] See, e.g. Liu Yong, "The Situation and Countermeasures Fighting against 'Fa Lun Gong' [Tong 'Falun Gong' Douzheng de Xingshi ji Duice"], 14 Journal of Shandong Public Security College [Shandong Gongan Zhuanke Xuexiao Xuebao] 3, (2002). ("At present the anti-'Falun Gong' struggle [douzheng] faces grave difficulty, which is apparent in the obvious increase of organized activities, and that meetings and link-ups have continued despite repeated prohibition ... the difficulties of transforming [zhuanhua] 'Falun Gong' elements and other aspects must be countered with targeted countermeasures... we must establish a special organization and special troops to intensify the struggle [douzheng] against 'Falun Gong.'").

5

process protections against or legal checks on the Party's use of such methods, is clearly understood to be a key feature of Party-initiated attempts to "zhuanhua" targeted groups or individuals.[13]

3. Other terminology at issue in the present matter, such as the term "PK", may in some cases not have the same degree of widely recognized political valence and historical background as the above terms. However, the use of aggressive language such as this colloquial word, which originally refers to the killing of players in online video games but has since been expanded to generally mean thoroughly defeating anyone via an impressive display of competitive power, nonetheless still must be interpreted in light of the Party's violent campaign to suppress Falun Gong. For the Party and its supporters to thoroughly "defeat" Falun Gong, as the term "PK" implies,[14] would mean to successfully carry out the violent objectives called for in the descriptions above of the terms "douzheng" and "zhuanhua."

4. Finally, mere literal translations of any of the terms at issue are misleading because such translations ignore both their political and historical context and their practical, real-world impact. As specialized terms, and as terms uttered in the course of public attacks on a group already subject to a full-scale campaign of suppression by the Communist Party, these words cannot simply be reduced to one-word English equivalents without accounting for their practical function to mobilize specific, concrete kinds of conduct.[15] Importantly, each of these terms is a transitive verb: That is, a word describing how a subject acts upon an object. The correct question to ask in order to understand such a term is not "what is a commonly-given English equivalent for its main dictionary definition," but rather what specific actions is it describing, by whom, and against whom? The views stated above in 1 – 3 are intended to address this latter set of questions.

The evidence considered in the preparation of the above opinions and their submission in this matter consists of 1) historical precedent for the Party's conduct of such campaigns against targeted groups as reflected in Chinese and foreign historical accounts; 2) evidence of the Party's use of the phrases "douzheng" and "zhuanhua" in and as a signal for such campaigns, in both official Party documents and in the statements of affiliated groups or individuals; 3) the

---

[13] See, e.g. Congressional-Executive Commission on China, 2008 Annual Report ("The term "transformation through reeducation" (jiaoyu zhuanhua) describes a process of ideological re-programming whereby practitioners are subjected to various methods of physical and psychological coercion until they recant their belief in Falun Gong.").

[14] Yang Wenquan and Peng Xiao, "'PK' ji qi Xiangguan Ciyu de Yiyi yu Shengmingli" ["The Meaning and Vitality of 'PK' and Some Correlative Words"], 11 Yuyan Wenzi Yingyong [Applied Linguistics] 4, 68-69 (2006) (Defining PK to mean, inter alia, "to defeat in battle ... to eliminate [someone]" ["zhansheng ... gan diao"]).

[15] Cf. Vuori, supra note 8 at 95-96 (Analyzing various Communist Party "speech acts" in which the Party effectively called for "struggle" [douzheng] against Falun Gong, and describing this as instrumental to a process of "securitization" of the Party's treatment of Falun Gong and "cracking down" on its adherents).

specific use of the term in the conduct of the Party's campaign against Falun Gong, which was undertaken at the highest level of Party decision-making and has featured well-documented human rights abuses similar to those of past political campaigns against targeted groups; and 4) the analysis of the work of experts on Chinese politics, law, and society, who have addressed in their research the Party's campaigns of suppression against targeted groups.

I have not testified as an expert at trial or deposition in any other case during the past four years.

My compensation is as follows: $2500.00 for the enclosed report; $400.00 an hour for any testimony I provide; and such travel costs as I incur related directly to the study and testimony provided in this case.

By

/s/ Ryan Mitchell
Ryan Mitchell
Ph.D. Candidate in Law, Yale University (May 2017)
Mellon Foundation Humanities Fellow
Assistant Professor of Law,
Chinese University of Hong Kong (Pending Appointment, June 2017)


Appendix of Sources Cited

Contemporary Chinese Dictionary [Xiandai Hanyu Cidian], 6th ed., 317 (Commercial Press [Shangwu Yinshuguan], 2012)

Congressional-Executive Commission on China, 2008 Annual Report

"Consolidating and Expanding Results of the Struggle to Expose and Criticize 'Falun Gong,'" Consulate-General of the People's Republic of China in New York, October 20th, 2003, available at:  http://www.nyconsulate.prchina.org/chn/xw/t29883.htm

"Deeply Exposing and Criticizing Falun Gong" [Shenru Jiepi Falun Gong], People's Daily, December 29, 2000, available at: http://www.people.com.cn/GB/channel1/topic1091/

Michael Dutton, Policing Chinese Politics: A History, (Duke University Press, 2005)

Ronald C. Keith and Zhiqiu Lin, "The 'Falun Gong Problem': Politics and the Struggle for the Rule of Law in China," 175 China Quarterly 623, 642 (2003)

Li Gucheng, A Glossary of Political Terms of the People's Republic of China, (Chinese University Press, 1995)

Kenneth Lieberthal, Governing China, (W.W. Norton & Company, 1995)

Perry Link, An Anatomy of Chinese: Rhythm, Metaphor, Politics, (Harvard University Press, 2013)

Xing Lu, Rhetoric of the Chinese Cultural Revolution: The Impact on Chinese Thought, Culture, and Communication, 48 (University of South Carolina Press, 2004)

Flora Sapio, Sovereign Power and the Law in China, (Brill, 2010)

Michael Schoenhals, Doing Things With Words in Chinese Politics, (Institute of East Asian Studies, University of California, 1992)

Juha Vuori, Critical Security and Chinese Politics: The Anti-Falungong Campaign, (Routledge, 2014)

Yang Wenquan and Peng Xiao, "'PK' ji qi Xiangguan Ciyu de Yiyi yu Shengmingli" ["The Meaning and Vitality of 'PK' and Some Correlative Words"], 11 Yuyan Wenzi Yingyong [Applied Linguistics] 4, (2006)

Liu Yong, "The Situation and Countermeasures Fighting against 'Fa Lun Gong' [Tong 'Falun Gong' Douzheng de Xingshi ji Duice"], 14 Journal of Shandong Public Security College [Shandong Gongan Zhuanke Xuexiao Xuebao] 3, (2002)

Liang Zhang, Andrew J. Nathan, Perry Link, Orville Schell, The Tiananmen Papers, 140 (Public Affairs, 2008)

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the website http://beijingspring.com/bj2/2001/60/2003727210907.htm, published by Beijing Spring, a respected, pro-democracy journal published outside of China. It contains key Party documents, decisions, and official notices issued by the General Office of the Chinese Communist Party regarding the Party's actions toward Falun Gong, including written communications and speeches by then-General Secretary of the Party and President of the People's Republic of China, Jiang Zemin. Some of these documents are replicated in Jiang Zemin's official Selected Works (http://cpc.people.com.cn/GB/64184/64185/180138/10818650.html). These documents have been cited as authoritative in the relevant scholarship (Zong Hairen, Zhu Rongji zai yi jiujiujiu nian: Zhu Rongji in 1999] (Hong Kong: Mirror Books, 2001) p. 48; translated in Chinese Law and Government January-February 2002), p. 54.; cited in Tong JW. Revenge of the Forbidden City: The Suppression of the Falungong in China, 1999-2005. Oxford University Press; 2009.)

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO**

5.  Included in these official notices is "Comrade Jiang Zemin's Speech at the Meeting of the Political Bureau of the Central Committee of the Chinese Communist Party on Taking Firm Measures to Deal With and Resolve the 'Falun Gong' Problem."

6.  This speech states:

> 另一件事，是"法轮功"问题 [...] 如果这个问题不能抓紧解决，将会成为一个很大的社会祸害。[...] 这是１９８９年那场政治风波以来最严重的一次事件。[...] 中央已同意李岚清同志负责，将成立一个专门处理"法轮功"问题领导小组。李岚清同志任组长、丁关根、罗干同志任副组长，有关部门负责同志为成员，统一研究解决"法轮功"问题的具体步骤、方法和措施。中央和国家机关各部委、各省、自治区、直辖市要密切配合。

In English this means:

The other issue is the Falun Gong problem. [...] If this problem is not resolved immediately, it will be a huge bane on society. [...] It is the most serious event since the political turmoil in 1989 [in reference Tiananman Square democracy protests] [...]  The Central Committee has agreed to let comrade Li Lanqing be responsible for establishing a special small leadership group for handling ["chuli"] the Falun Gong problem [i.e. the Party committee whose executive arm is the 610 Office).  The Falun Gong problem leadership group will coordinate and study the concrete steps, methods and measures for resolving the Falun Gong problem. The Central Committee, each national organ and governmental department, each province, each autonomous region, and each municipality directly under the central government, must closely cooperate.

7.  Enclosed is a copy of Jiang Zemin's speeches and letters in Mandarin and in English translation, as Attachment One.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____

CAN SUN

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

1

**The Notification from the Central Office of The Central Committee of the Chinese Communist Party (CCCCP) on Printing and Distribution of "Comrade Jiang Zemin's Speech at the Meeting of the Political Bureau of CCCCP Regarding Speeding Up the Dealing With and Resolving the "Falun Gong" Problem"**

On June 7 this year, Comrade Jiang Zemin made an important speech at the meeting of the Political Bureau of CCCCP, expatiating profoundly on the questions of (how to) profoundly realize the international background and domestic environment in which the problem of "Falun Gong" has emerged; (how to) strengthen and improve the party's works on the areas of ideology and politics, organizations, propaganda and public works, (how to) speed up the dealing with and resolving the "Falun Gong" problems. Now this speech has been printed and distributed to you, you need to organize the standing members of the committees of CCP (or members of the Party Groups), study and carry out the measures. Report to the CCCCP about the situation in studying and carrying out the measures.

CCCCP Central Office, June 13, 1999

------------------------------------------------------------------------------- -----------------------

**Comrade Jiang Zemin's Speech at the Meeting of the Political Bureau of CCCCP Regarding Speeding Up the Dealing With and Resolving the "Falun Gong" Problem**
**(June 7, 1999)**

In the recent period, there are two major events in the world and inside China.

One event is the military intervention on Yugoslavia Republic on March 24 by the US headed NATO, which also brazenly attacked our embassy in Yugoslavia using missiles on May 8. This has caused great indignation among Chinese people as well as peace-loving people around the world, and it has also exposed the hypocrisy in the human rights, democracy, freedom of press, and etc, that US and other western countries have propagated. The bad thing is turning into a good thing.

After the wanton and indiscriminate bombing for more than 70 days, Yugoslavia had passed austere tests, but it also suffered great loss. Therefore the Yugoslavian government had to accept the peace negotiation.

In this war, Russia acted like an ass in a lion's skin. The US has seen through Russia's deadly weakness of been feeble. US-headed NATO needed to "quit the scene honorably" as its bombing could not bring what it wanted, then Russia added pressure to Yugoslavian Republic. At the end, Yugoslavian Republic accepted the agreement outline drafted in the eight countries' foreign minister meeting. The draft of the eight countries will be brought to the UN Security Council for discussion. The special envoy of EU and the President of Finland, Arherbsash, will soon come to China to brief the related situations.

We must urgently think and analyze, in depth and at full scale, the trend and new characteristics of the international affairs at the end of this century and the beginning of next century. Regarding the US-

1

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

2

headed Western hostile forces' strategic plot to "Westernize" and to "split" our country, we must clearly recognize it and keep high alert.

In the mean time, we must reinforce and improve the leadership of the Party, vigorously strengthen the coherence and battle-effectiveness of the Party at all levels and of the vast Party members.

The other event is the "Falun Gong" problem. On June 5, I saw a material [*likely referring an article*] by Li Hongzhi, which was spread out via the Internet and which it was said had already been distributed in some (Falun Gong) assistant centers. More and more facts have proven that the "Falun Gong" problem is not simple, we cannot overlook it, nor can we lose alertness. If this problem cannot be resolved rapidly, it will be a huge bane toward the society.

I have been pondering since April 25. Our Party has engaged in revolution and construction for nearly 80 years, controls the state power, has 2.5 million people's army, has over 60 million Party members, has a great numbers of middle and high level leading cadres, how come a problem as that of "Falun Gong" has been allowed to emerge and to develop to such a degree? Obviously, one person as Li Hongzhi could not have such capability.

There is deep political, social, and even complicated international background behind the "Falun Gong" problem (event). It is the most serious event since that political storm in 1989. We must treat it seriously, study it deeply, and take powerful measures (against it).

The central committee has already agreed to let comrade Li Lanqing be responsible for establishing a "Team for Falun Gong" which specifically leads the dealing with "Falun Gong." Comrade Li Lanqing will be the director and comrades Ding Guangen and Luo Gan will be vice directors, and those comrades in charge of the related departments will be the members of the Team. (The CCCCP Team on Falun Gong) will coordinately study the concrete steps, methods and measures for resolving the "Falun Gong" problem. The Central Committee, each national organ and governmental department, each province, each autonomous region, and each municipality directly under central government must closely cooperate (with the Team).

Since the 3rd General Meeting of the 11th CCCCP, our Party has made achievement that won world-wide notice in leading all the Chinese people to carry out reforms and opening up, and to carry out the socialist modernization constructions. However, we must see it with a clear mind that the society has undergone some profound and complicated changes under the new circumstances.

One example is the diversification of economic components and economical interests. We practice a fundamental economic system in which the state ownership is primary and other various ownerships coexist and grow together. As a result, the sources of income for the members of our society are greatly diversified. Since people's economic status and interests have been changing, they of course will have various political demands.

For the owners of private enterprises and a few representatives from other economic components, Party committees at each level may consider to arrange them into the National Congress or the Political

2

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

3

Consultative Conference so that their opinions and just demands can be reflected. This would also be beneficial for uniting all forces that can unite.

However, it is worth of noticing that some of them, especially those upstart who have gathered wealth using malfeasant approaches, are secretly scrambling for political power. Some of them use money to buy official posts in the government, or to buy status as commissioners and representatives. Some staff members including leading cadres in the organs of the Party and administrative branches have also been dragged down by them and become their protecting umbrella or spokespersons.

Another example is the diversification of styles in social lives. In the past, our Party's ideological and political work could penetrate into numerous families. The cadres and Party members in grass root unit often make home visit. Nowadays, there is a two-day weekend each week and people have all kinds of small circles of life such as travel, party, and other social activities.

If led appropriately, these activities could enrich people's cultural lives and help to stabilize and to advance the society. However, if our Party's ideological work, political work, and public work cannot accustom to these social changes and do not create a new format acceptable to majority of people, the voice of the Party and the government would be weakened, and some bamboo telegraph or even rumors could be spreading automatically.

The third example is the diversification of social organizations. There are such organization as Workers' Union, Communist Youth League, and Women's Association which have been under the Party's leadership for a long time. There are organizations of mass created after the Reform and Opening, in which relatively healthy and complete Party leadership exists. However, there are also various kinds of organizations which have never gone through valid registration procedures and are often outside the control and administration of various Party and government organs. There exist even some illegal organizations.

According to administrative statistics, the number is huge of organizations that have gone through official registration procedures, 1800 national organizations and ~200,000 regional organizations. They range from all kinds of associations of fellow townsmen, alumni, societies, research associations, foundations, to other kinds of social groups. There are Party members in most of those organizations, but no Party leadership in the majority of them. The Organization Department in the Central Committee, together with the Civil Administration Department in the government has issued its strategic plan that requires to establish Party leadership in all national organizations.

Yet another example is the diversification of employment posts as well as employment systems. As for the enterprises, some are in state-owned enterprises, some are in collective-owned enterprises, some are in private enterprises or joint ventures, some are self-employed, some have multiple jobs or on several posts.

In recent years, there are quite many people being laid off in state-owned and collective-owned enterprises. For making a living, they are looking for employments in all kinds of ways.

3

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

4

At the present time, there are no Party organizations in the majority of private enterprises or joint ventures. How to reinforce Party's work in these enterprises and how to strengthen the ideology education and social control on those flowing and dispersed labors, are all new subjects to us.

Facing these new situations, new problems, and new changes, strengthening and improving the Party's leadership, including the leadership in the areas of ideology, politics and organizations, are the fundamentally important issues for the purpose of consolidating our party's reigning status and consolidating socialist regime in this new historical period.

Marxism believes that, in a society, economic basis determines the superstructures including politics, law and ideology; the superstructures in turn have motile retroactions and serves for the economic basis. This basic principle always has important guiding functions in our Party's as well as country's works in all areas.

If Party's work in ideology and politics, in organizations, in propaganda, and in mass relations cannot catch up with the new circumstances or cannot accustom to the new changes, it will not be possible to strengthen and improve Party's leadership.

If (we) surrender ourselves to it or are indifferent to it, then it is in fact giving up Party's leadership. If (we) simply repeat the old methods, old approaches or old tones in propagandizing Marxism or Party's principles and policies without considering the actual situations, it will not produce good results or even get just the opposite to what we wish.

If Party's work in ideology and politics, in organizations, in propaganda and in mass were in flabby and paralyzed state, all kinds of stuffs like idealism, theisms, non-Marxism or even anti-Marxism would have a chance to grow, or even form a trend or a trend of thought and occupy our battlefields of ideology and politics as well as the public, and finally overrun. The formation and spreading of "Falun Gong" is worth our effort to summarize our experience and lessons from such angles and height, (we should) draw inferences about other cases from this instance so as to solidly improve and strengthen the Party's work.

Falun Gong is not a religion. If it were a religion, then we can contain it according to the law, since the Constitution provides that citizens have freedom of religion and beliefs.

"Falun Gong" is not a political party. They know that it would not a good ending if they publicly identify themselves as a political party and oppose the Communist Party.

Therefore, they changed to take the form of "Qigong Practice", which is neither a political party nor a religion, to beguile and fool the public. Within "Falun Gong", there is a well-disciplined organization. With the labels of improving health and a legerdemain called "Truthfulness, Compassion, Forbearance", they even won over some Communist Party members and cadres, who have lost their political alertness, and penetrated into some of our Party and government units.

While our Party and government were focusing on important international and domestic issues, "Falun Gong" followers rallied in Beijing and other regions making waves. It is obvious that they must have

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

5

clandestine political motives. Some political forces in western countries, particularly the United States, have focused, supported and used the leading plotters and organizers of "Falun Gong". This does not happen by accident.

I think it can be said that the formation and spreading of "Falun Gong" is a political war launched by hostile forces domestically and overseas in order to fight against our Party for the masses and territories. Therefore, I have repeatedly emphasized that this issue is very complicated. If we cannot see its political nature and if we cannot solve this problem in an uncompromising way, we would make a historical mistake.

This matter affects many walks of life in the society and should be handled carefully. We must adhere to the principle of "tight inside and loose outside" and prescribe strict lines of policies in order to keep the society stabilized. We must strive for and unite the masses. As for the "Falun Gong" practitioners, the majority of them practice for the purpose of health. It is understandable and should be allowed. For those who have been poisoned by Falun Gong and become superstitious, we should patiently teach them science and atheism. We should wait for those who could not come round immediately. For those Communist Party members, Communist Youth League members, working and retired cadres who have been practicing Falun Gong, the Party and Youth League organizations and government administrations in the work units should patiently work on them, request them to draw a clear line, to immediately break away from Falun Gong organizations and come back to the Party line. For those who refuse to transform after repeated sessions, we must take necessary disciplinary measures pursuant to related policies and regulations. All departments, regions and work units must comply and carry out this task to the letter. If we can't even accomplish this, how can we talk about politics [Communist Party line]? For those organizers and propagandists who did not know the facts and helped to spread Falun Gong influence, we should explain the reasons to them, show them the advantages and disadvantages, and request that they shall no longer participate in any Falun Gong organizations, and propaganda activities. We must isolate [Falun Gong] to the greatest extent and vigorously attack, according to the law, the small group of the core figures behind the scene and leading organizers and strategists inside Falun Gong who harbor political motives and incite social disorders. We must not be softhearted.

Upon its establishment, the CCCCP Team on Falun Gong shall take immediate actions to organize resources, track down the Falun Gong organizational structure throughout China, formulate a crackdown strategy, and be fully mobilized to break and wipe out ("disintegrate") Falun Gong. We shall not wage a war without preparations. We must waste no time in identifying transgressions committed by the head of Falun Gong, Li Hongzhi, and his international background. We must quickly manufacture a package of information with sufficient facts, and expose in public his phonies and political motives in order to educate the vast cadres and masses. We must also gather local instances where Falun Gong practitioners were victimized. The instances should include those examples including schizophrenia, suicides by jumping off buildings, refusing to take medicine while sick and causing the deterioration or even death. We shall use facts to expose L's lies. The heads of Communist Party and of government at all levels in all regions must take responsibility and in accordance to CCCP's requirements, implement this task in their own localities.

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

6

In addition, we need to organize experts and scholars to conduct theoretical studies of the history of those social organizations and phenomena that exist throughout the history and both in China and overseas, where superstitions have been used to fool and deceive people, to conspire and revolt against the government. This is also a very important aspect of our efforts to teach materialism and atheism.

Chinese original:

中共中央办公厅关于印发《江泽民同志在中央政治局会议上关于抓紧处理和解决"法轮功"问题的讲话》的通知

今年6月7日，江泽民同志在中共政治局的会议上作了重要讲话，对深刻认识"法轮功"问题产生的国际背景和国内环境，加强和改进新形势下党的思想政治工作、组织工作、宣传工作和群众工作，抓紧处理和解决"法轮功"问题，作了深刻的阐述。先将江泽民同志的这次讲话印发给你们，请立即组织党委常委（党组成员）学习讨论，研究贯彻落实措施，贯彻情况，请汇报中央。

中共中央办公厅

１９９９年６月１３日

江泽民同志在中央政治局会议上关于抓紧处理和解决"法轮功"问题的讲话

（１９９９年６月７日）

最近一个时期，国际国内有两件大事。

一件是，是３月２４日以美国为首的北约武力干涉南斯拉夫联盟共和国，５月８日又悍然使用导弹袭击了我驻南大使馆。这激起了中国人民和全世界爱好和平人民的极大愤慨，也彻底暴露了美国和其他西方国家宣扬的人权、民主、新闻自由等等的虚伪性。坏事正在变成好事。７０多天的狂轰滥炸，南联盟经受了严峻的考验，但也遭受了巨大的损失，南政府迫不得已接受和谈。

在这场战争中，俄罗斯色厉内荏，美国看透了俄较弱的致命弱点，以美国为首的北约，在轰炸难以达到目的情况下，需要一种"体面的下台"，俄罗斯又对南联盟施加压力，南联盟最后接受了８国外长协议的框架，８国草案将提交联合国安理会讨论。欧盟特使、芬兰总统、阿赫布萨里即将来华通报有关情况。我们必须抓紧对本世纪末至下世纪初国际局势的走向和新的特点，进行深入思考和全面分析。对以美国为首的西方敌对势力"西化"、"分化"我国的战略图谋，必须保持清醒认识和高度警惕，同时必须加强和改善党的领导，大力增强各级党组织和广大党员

6

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

7

的凝聚力、战斗力。

　　另一件事，是"法轮功"问题，6月5日，我看到李洪志的一个材料，是通过因特网传出来的。据说，在"法轮功"的一些辅导站已经散发，越来越多的事实证明，"法轮功"问题很不简单，不可小看，更不能掉以轻心。如果这个问题不能抓紧解决，将会成为一个很大的社会祸害。

　　4月25日以来，我一直在思考，我党已经搞了近80年的革命和建设，掌握着国家政权，有250万人民军队，有6000多万党员，有一大批高中级领导干部，为什么却让"法轮功"这样的问题冒了出来，而且闹到这种程度呢？显然，一个李洪志，不可能有这么大的能耐。"法轮功"问题有很深的政治社会背景乃至复杂的国际背景。这是1989年那场政治风波以来最严重的一次事件。我们必须认真对待，深入研究，采取有力对策，中央已同意李岚清同志负责，将成立一个专门处理"法轮功"问题领导小组。李岚清同志任组长，丁关根、罗干同志任副组长，有关部门负责同志为成员，统一研究解决"法轮功"问题的具体步骤、方法和措施。中央和国家机关各部委、各省、自治区、直辖市要密切配合。

　　十一届三中全会以来，我们党领导全国各族人民进行改革开放，搞社会主义现代化建设，取得了举世瞩目的成就，但是也要清醒地看到，在新的形势下，社会情况也发生了一些深刻复杂的变化。

　　比如，经济成份和经济利益多样化。我们实行公有制为主体、多种所有制经济共同发展的基本经济制度，社会成员的经济收入来源也就多种多样。由于经济地位和经济利益的变化，他们在政治上必然会反映出各种各样的要求，对于私营企业主，以及其他经济成份的少数代表人物，各级党委可考虑适当安排他们参加人大、政协，以便反映他们的意见和正当要求，这有利于团结一切可以团结的力量。但值得注意的是，他们之间有些人特别是那些以不正当手段聚敛财富的暴发户，正在暗中争夺政治权利，有的用金钱买官，或买什么委员、代表。有些党政机关的工作人员包括领导干部，也被他们拉了过去，成了他们的保护伞或代言人。

　　又比如，社会生活方式多样化。过去我们党的思想政治工作能够深入到千家万户，基层干部和党员经常进行家访。现在，每周有两个休息日，人们各有各的生活小天地，或外出旅游，或参加聚会，或进行其他社交活动，如果领导得当，这些活动本可以丰富人们的文化生活，有利于社会的稳定和进步，但是，如果我们党的思想政治工作和群众工作不适应这种变化，不创造出能为大家所接受的新形式，党和政府正面的声音就可能削弱，而一些小道消息乃至谣言就可能不胫而走。

　　再比如，社会组织形式多样化。有工会、共青团、妇联这样党长期领导的群众组织，有改革开放以来新建立的、党的领导工作也比较健全等群众组织。但是，也有没有履行合法登记手续的五花八门的各种组织，他们往往处于我们各级党组织和政府的领导与管理之外。甚至还有一些非法组织。据统计，经过正式登记的社团

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

8

组织数量很大，全国性的有１８００个，各地有将近２０万个。从各种同乡会、同学会、协会、研究会、基金会到其他社会团体，其中大都有党员参加，但大部份并无党组织在领导，中央组织部已经汇同民政部作了部署，要求全国性的社团组织必须成立党组织。

　　还比如，就业岗位和就业形式多样化。从企业来说，有的在国有企业、集体企业，有的在私营企业、三资企业，有的搞个体，还有的身兼数业和数职。近年来，国有企业、集体企业有相当一部份职工下岗，他们为了谋生，正在寻找各种就业门路。目前私营企业、三资企业大部分没有党组织，如何加强党组织在这些企业的工作，如何加强对各种处于流动、分散状态的劳动者的思想教育和社会管理，都是新的课题。

　　面对这些新情况、新问题、新变化，加强和改善党的领导，包括思想、政治、组织领导，这是新的历史时期巩固我们党的执政地位、维护社会主义政权的根本性的重大问题。马克思主义认为，一定社会的经济基础决定着这个社会包括政治法律、意识形态在内的上层建筑，上层建筑对于经济基础又具有能动的反作用，是为经济基础服务的。这个基本原理，对我们做好党和国家的各项工作始终具有重要的指导作用。如果党的思想政治工作、组织工作、宣传工作、群众工作跟不上新的形势，适应不了社会生活的新变化，就不可能加强和改善党的领导。如果放任自流，不闻不问，实际上就是放弃党的领导。如果简单地重复过去的老办法、老方式、老调调，脱离实际地去宣传马克思主义，宣传党的方针政策，就不能收到好的效果，甚至适得其反。如果党的思想政治工作、组织工作、宣传工作、群众工作处于软弱瘫痪状态，各种唯心论、有神论、非马克思主义的甚至反马克思主义的东西就有了可乘之机，以至于形成一种倾向、一种思潮，占领我们的思想政治阵地、群众阵地，泛滥成灾。"法轮功"的形成和传播，很值得我们从这些方面和这样的高度总结经验教训，举一反三，以切实改进和加强党的工作。

　　"法轮功"不是一种宗教。如果是宗教，宪法规定公民有宗教信仰自由，我们可以依法进行管理。"法轮功"也不是一种政党，他们知道，要公开打出政治招牌同共产党唱对台戏，是不会有好结果的。因此他们变换手法，采取一种非党非教的"练功"的形式，来欺骗和愚弄群众。"法轮功"内部组织相当严密，以健身和所谓"真、善、忍"的一套骗术相标榜，甚至俘虏了一些丧失政治警觉的共产党员和干部，打入了我们一些党政组织的内部。正当我们党和政府集中精力处理有关国际国内重大问题的时候，"法轮功"在北京和其他一些地方聚集信徒，兴风作浪，显然背后隐藏着不可告人的政治目的。"法轮功"的主要策划者、组织者，得到西方国家特别是美国的一些政治势力的看重、支持和利用，绝非偶然。我看可以这样说，"法轮功"的产生和蔓延，是国内外敌对势力同我们党争夺群众、争夺阵地的一场政治斗争，所以我一再强调，这个问题很不简单，如果看不到它的政治实质，不坚决地、妥善地抓紧解决这个问题，我们就要犯历史性的错误。

　　这件事涉及面广，处理起来要非常谨慎，要坚持内紧外松的原则，规定严格

**EXHIBIT 35 – JIANG ZEMIN'S 1999 LETTER TO POLITBURO: ATTACHMENT ONE**

9

的政策界限，以保持社会稳定。一定要争取和团结广大群众，从"法轮功"的练习者来说，绝大多数是为了健身强体，这是可以理解的，也是应该允许的。对于因为受到"法轮功"毒害而思想迷信的人，要耐心地进行科学教育和无神论教育，一时想不通，要等待他们觉悟。对参加"法轮功"的共产党员、共青团员、在职干部、离退休干部，所在单位的党团组织和行政领导，要求他们认真地做工作，要求他们在思想上划清界线，立即脱离"法轮功"组织，回到党的正确立场上来。对于多方教育仍坚持不改的，要按照有关规定，采取必要的组织措施，各部门、地方和单位要坚决贯彻落实。如果连这件事都办不到，还讲什么政治？对因不明真相、帮助扩大"法轮功"影响的一般组织者、宣传者，要讲清道理，晓以利害，要求他们不得再参加"法轮功"的组织、宣传活动。必须最大限度地孤立和坚决依法打击"法轮功"中极少数有政治意图、存心作乱的幕后人物和主要策划者、组织者，绝不能心慈手软。

中央处理"法轮功"问题领导小组成立以后，要马上组织力量，尽快查清"法轮功"在全国各地的组织系统，制定斗争策略，为进行分化瓦解工作做好充分准备，不打无准备之仗，要迅速查清"法轮功"头子李洪志的劣迹及其国外背景，搞出一个有充份事实依据的材料，公开揭露他的伪善面目和政治图谋，以教育广大干部和群众。还要收集各地"法轮功"练习者中已经发生的种种受害情况，包括发生精神分裂、跳楼自杀、有病不吃药而使病情恶化甚至死亡等突出事例，用事实戳穿李洪志的谎言。各地区、各部门的党政主要负责同志，务必切实负起责任，按照中央的要求，结合本地区、本部门实际，把工作做好。

另外，还要组织专家学者，对古今中外利用迷信诱人上当受骗、图谋不轨的社会组织和社会现象，进行理论的历史研究，这也是我们进行唯物论、无神论教育的一个重要方面。□

*Ruonian Wu*

I, _____, certify that the above documents:

**The Notification from the Central Office of The Central Committee of the Chinese Communist Party (CCCCP) on Printing and Distribution of "Comrade Jiang Zemin's Speech at the Meeting of the Political Bureau of CCCCP Regarding Speeding Up the Dealing With and Resolving the "Falun Gong" Problem"**

are true and accurate translations of the Chinese, available at URL http://www.bjzc.org/bjs/bc/97/09.

Date: _04/12/05_

Signature: _____

4/12/05

Expires Jue 30, 2009

9

**EXHIBIT 36 – CACWA WEBSITE CHARACTERIZATIONS OF FALUN GONG**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,      No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this
Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
1. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
3. I have reviewed the China Anti-Cult Association website.
4. This website includes the below listed characterizations of Falun Gong.
5. On October 21, 2013, I accessed the CACA website located at www.cnfxj.cn/html/gdmnxhfxjmhz/index.html. This website is archived here: https://web.archive.org/web/20130930024847/http://www.cnfxj.org/Html/gdmnxhfxjmhz/index.html.

**EXHIBIT 36 – CACWA WEBSITE CHARACTERIZATIONS OF FALUN GONG**

(1)



The graphic is titled "Completely Exterminate The Poison Fungus Of The Evil Cult, And Its Breeding Soil" (彻底铲除邪教毒菌滋生的土壤) and shows a giant shovel uprooting soil marked "blind superstition," "fake science," and "ignorance," from which is growing an anthropomorphized mushroom with a horrified facial expression, marked "Falun Gong."

(2)





In "Jackals Of The Same Tribe", （一丘之貉）Falun Gong believers are depicted among other supposed "cults", worshipping a swastika, and labeled as "jackals".

**EXHIBIT 36 – CACWA WEBSITE CHARACTERIZATIONS OF FALUN GONG**

(3)



The cartoon "Golden Monkey (Sun Wukong) Wrathfully Swings His Massive Cudgel" (金猴奋起千钧棒) is illustrated with Sun Wukong, a Chinese mythological folk hero, beating a grotesque demonic figure marked "Falun Gong".

(4)



In "The Great Cleanup" (大扫除) a giant broom bearing the words "promote science, wipe out the evil cult" (弘扬科学，清除邪教) is striking a dead or dying insect, on whose thorax is written "Li Hongzhi".

**EXHIBIT 36 – CACWA WEBSITE CHARACTERIZATIONS OF FALUN GONG**

(5)



"Eat Your Own Mad Ravings" (自食狂言):  In the first panel, a Falun Gong practitioner sits meditating; in place of a human head, he has a book marked "Falun Gong", with the facial imprint of a skull.  He faces a giant anthropomorphic representation of the planet Earth, who holds a broom. The practitioner says "The world is a heap of garbage (地球垃圾站),", and the Earth responds "No, you are garbage!（你才是垃圾）"  In the second panel, the practitioner / book-creature holds a flame, shouting "The apocalypse of the Earth has come!（世界末日到）" The Earth wields its broom to violently sweep away the Falun Gong-creature, declaring "The apocalypse for the evil cult has come!（邪教末日到）"

6.  An article titled "Falun Gong's Cult Index" (法轮功的邪教指数) authorized by Zhao Zhizhen and downloaded in 2004 stated the following:

这是一场超级精神瘟疫，对此，我们有责任向全世界发出紧急警报。

十分困惑和迷惘于西方国家某些人的怪异表现。难道仅仅因为反对中国，就偏在中国要扫除的臭虫、跳蚤身上找出双眼皮和小酒窝吗？真想说一声，请把你们的家园辟为法轮功的生态保护区，或者干脆把法轮功定为"国教"吧。

In English, this means:

This is a super psychological epidemic. We have the responsibility to raise an emergency alarm to the entire world.

[We are] also puzzled and mystified by the weird behavior of some people in the Western countries. Do you really meant to find good things to use from the garbage that China wants to get rid of, simply because you are anti-China? I really want to say: please label

**EXHIBIT 36 – CACWA WEBSITE CHARACTERIZATIONS OF FALUN GONG**

your homes as "protected ecological habitat" for Falun Gong, or simply label Falun Gong as
your national religion.

7.  An article titled "More Thoughts on Falun Gong's Cult Index" (再谈法轮功的邪教指数)
    authorized by Zhao Zhizhen and downloaded in 2004, stated the following:

转化学习班里所做的事情，和戒毒所、传染病 院的工作并无性质的不同。不过吸毒者
和病人大多有更清醒的认知能力罢了。

In English, this means:

There is no qualitative difference between the work done in zhuanhua ("transformation with
methods including imprisonment and torture") classes, rehabilitation clinics and disease hospitals.
The only difference is that drug addicts and patients have a much clearer mind that's all.

8.  On October 24, 2013, I accessed an article titled "Winning the Two Battles against SARS
    and the Falun Gong Evil Cult Organization (打赢防治非典和同"法轮功"邪教组织斗争
    两场战争)" located at http://www.cnfxj.org/Html/zhxw/index.html, which states:

市委书记秦玉海。。。鼓励他们要。。。继续做好深入细致的教育转化工作，打赢防
治非典和同"法轮功"邪教组织斗争两场战争。
。。。
这是一场严肃的政治斗争，是争夺基本群众、争夺思想阵地的没有硝烟的战争。

In English, this means:

Municipal party secretary Qin Yuhai . . . encouraged them to . . . continue to do well their deep
and detailed re-education zhuanhua work, so as to win the two battles of preventing and treating
SARS, and the douzheng campaign against the Falun Gong evil cult organization.

. . .
[The campaign against Falun Gong] is a solemn political douzheng campaign, it is a war without
smoke in fighting for the populace and their thoughts.

9.  On October 21, 2013, I accessed an article titled "Some Thoughts on Promoting Re-
    Education Zhuanhua and Attacking the Fortress Work (关于对推进教育转化攻坚工作的
    几点思考" located at http://www.cnfxj.org/Html/xgflgtbbd/index.html, describing
    strategies for the zhuanhua of Falun Gong practitioners.

10. On October 21, 2013, I accessed an article titled "Utilize Civil Organizations' Advantage to
    Contribute to Deepening Re-Education Zhuanhua Work and Promoting Societal Harmony
    (发挥民间组织优势为深化教育转化工作、增进社会和谐做出贡献), located at
    http://www.cnfxj.org/Html/xsjl/index.html similarly describing strategies for the zhuanhua
    of Falun Gong practitioners.

**EXHIBIT 36 – CACWA WEBSITE CHARACTERIZATIONS OF FALUN GONG**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
    CAN SUN

## EXHIBIT 37. EXCERPTS FROM HRLF REPORTS



1875 K Street NW, Suite 1100,
Washington DC, 20006
Office: (202) 697-3858 • Fax: (202) 355-6701 •
Email: https://hrlf.net/contact/

The Human Rights Law Foundation is a not-for-profit 501(c) organization established to deter human and civil rights abuses, develop human rights legal standards, and educate the public on the cultural forms and institutions that undergird the practice of persecutory campaigns. To this end, HRLF, its US- and China-trained lawyers as well as its China-research division, collects evidence of persecutory acts perpetrated against dissident groups in China including Falun Gong, files landmark cases around the world against officials who perpetrated and companies who facilitated the persecution, and collaborates with Chinese reformers to foster a culture and conversation on human rights within China. HRLF's website is: www.hrlf.net.

RE: Requests that the Attorney General enjoin two U.S. residents, Mr. Michael Chu (aka Zhu Lichuang) and Ms. Li Huahong, to refrain from violating the Foreign Agent Registration Act (FARA) under 22 U.S.C.A. at §§ 612 and 614 and, if further investigation permits, to deport one or both of these individuals under 22 U.S.C.A. § 618 (c). The bases of this request are stated in the attached Request.

Submitted by

/s/ Terri Marsh

Terri Marsh
HRLF
Executive Director

1

Over the next two decades the Party developed a series of techniques to manage the overseas Chinese community and guide their activities in a way that benefited its political objectives. Overseas Chinese work allows the Party to broadly "unify the thinking" of diaspora Chinese, to ensure their continued support for the ruling party and to ensure that political or ideological rivals in the overseas Chinese community are marginalized. It is, broadly speaking, part of the regime's modernization of propaganda and thought work in an interconnected world. Overseas Chinese work defines what is normal, what is abnormal, and it sets down the categories of acceptable thought and behavior for all ethnically Chinese people overseas, regardless of their citizenship.

The two main agencies in charge of this work are the Overseas Chinese Affairs of the State Council (国务院侨务办公室, OCAO) and the United Front Work Department (中共中央统战部), a bureaucracy modeled on Marxist-Leninist "mass line" and political warfare tactics, directly controlled by the Chinese Communist Party Central Committee.

The OCAO uses "people-to-people methods" and a "systematic approach of persuasion, influence, and manipulation" to guide and direct members of the overseas Chinese community. As James To writes, "No other government initiative can match qiaowu's scale of operation or sophistication, nor profess to reach the level of success that China has enjoyed under a wide variety of specialist programmes and activities."[2]

As a tool of social control, overseas Chinese work aims to "gain and secure the loyalty of the overseas Chinese community," and then mobilize strategic diaspora groups for the Party's political goals. Much of this work is not done overtly or using coercive or interventionist means. Instead it is carried out via incentives, disincentives, alliance building, marginalization, propaganda, psychological persuasion, and "win-win" benefits for all involved.

One of the objectives of the OCAO is to mobilize members of the overseas Chinese community to "struggle" against the party's perceived enemies, including through intimidation, coercion, and propaganda. In one official document, for instance, the Office called for "resolutely implementing and executing the Party line, the Party's guiding principles, and the Party's policies," and to "aggressively expand the struggle" against Taiwanese independence forces, the Falun Gong, Tibetan and Uyghur ethnic separatists, and other "enemy forces".[3]

As James To writes: *"Implicit in these goals is the elimination of potential threats and rival discourses that may challenge the CCP and its hold on power. As such, qiaowu can be described as a massive operation involving incorporation and cooptation of the overseas Chinese at every level of society, and managing their behaviour and perceptions ... to suit the situation and structural circumstances that the CCP desires."[4]*

Strategically for the Chinese Communist Party, the overseas Chinese population are regarded as a "vital treasure trove of human resources." Though the diaspora is only 2.5% of China's population, they are seen as part of China's comprehensive national power, and are to be used as a "diplomatic vanguard for promoting China's integration with the world," a lobby group opposing Taiwanese independence (and other political foes), and promoters of Chinese soft power.

---

[2] To, p. 4.
[3] https://www.cecc.gov/publications/annual-reports/2008-annual-report
[4] To, p. 47

**EXHIBIT 38 – DEPOSITION OF DEFENDANT CHU**

```
                                              Page 1

 1
 2     UNITED STATES DISTRICT COURT
 3     EASTERN DISTRICT OF NEW YORK
 4     - - - - - - - - - - - - - - - - - - - -x
 5     ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,
       ZHANG Cuiping, WEI Min, LO Kitsuen, CAO
 6     Lijun, HU Yang, GUO Xiaofang, GAO Jinying,
       CUI Lina, XU Ting, BIAN Hexiang,
 7
                             Plaintiffs,
 8
                 -against-    15 CV 1046 (SLT)(VMS)
 9
       Chinese Anti-Cult World Alliance (CACWA),
10     Michael CHU, LI Huahong, WAN Hongjuan,
       Zhu Zirou, and DOES 1-5 Inclusive,
11
                             Defendants.
12
       - - - - - - - - - - - - - - - - - - - -x
13
                             350 Fifth Avenue
14                           New York, New York
15                           May 12, 2016
                             10:08 a.m.
16
17          DEPOSITION of MICHAEL CHU, a Defendant in
18     the above-entitled action, held at the above
19     time and place, taken before Alice Schulman, a
20     Shorthand Reporter and Notary Public of the
21     State of New York, pursuant to the Federal Rules
22     of Civil Procedure, Agreement and stipulations
23     between Counsel.
24
25                    *      *      *
```

**EXHIBIT 38 – DEPOSITION OF DEFENDANT CHU**

Page 2

```
1
2  APPEARANCES:
3
       HUMAN RIGHTS LAW FOUNDATION
4      TERRI ELLEN MARSH, ESQ. (pro hac vice)
           Attorney for Plaintiffs
5          1615 L Street, NW, Suite 1100
           Washington, D.C.  20036
6          -and-
       DAVID CLEVELAND, ESQ.
7          1234 Mass. Avenue NW #1019
           Washington, D.C. 20005
8
9
   CATAFAGO FINI LLP
10     Attorneys for Defendants
       CHINESE ANTI-CULT WORLD
11     ALLIANCE, MICHAEL CHU, LI
       HUAHONG and ZHU ZIROU
12     350 Fifth Avenue
       New York, New York 10118
13
   BY:  TOM M. FINI, ESQ.
14     -and-
   LAW OFFICE OF EDMOND W. WONG
15     Attorneys for Defendants
       CHINESE ANTI-CULT WORLD
16     ALLIANCE, MICHAEL CHU, LI
       HUAHONG, ZHU ZIROU and
17     WAN HONGJUAN
       118-21 Queens Boulevard, Suite 516
18     Forest Hills, New York 11375
       (P.M. only.)
19
20  ALSO PRESENT:
21  DANA CHENG, Mandarin Interpreter
    PATRICK FENG, Mandarin Interpreter (A.M.)
22  HENRY YAN, Videographer
23
24     *   *   *
25
```

Page 3

```
1
2              STIPULATIONS
3      IT IS HEREBY STIPULATED AND AGREED, by and
4  among counsel for the respective parties hereto,
5  that the filing, sealing and certification of
6  the within deposition shall be and the same are
7  hereby waived;
8      IT IS FURTHER STIPULATED AND AGREED that
9  all objections, except as to form of the
10 question, shall be reserved to the time of the
11 trial;
12     IT IS FURTHER STIPULATED AND AGREED that
13 the within deposition may be signed before any
14 Notary Public with the same force and effect as
15 if signed and sworn to before the Court.
16     *   *   *
17
18
19
20
21
22
23
24
25
```

Page 4

```
1
2  DANA CHENG, the interpreter, having first been
3  duly sworn by the Notary Public, interpreted
4  from English to Mandarin and from Mandarin to
5  English to the best of her ability, as follows:
6  M I C H A E L    C H U, a Defendant, having
7  first been duly sworn by the Notary Public, was
8  examined and testified (through the interpreter)
9  as follows:
10 EXAMINATION BY
11 MS. MARSH:
12     Q.    Good morning.  You're aware that I
13 represent the plaintiffs, yes?
14     A.    Yeah, I know.
15     Q.    So I'm going to turn your attention
16 to the relationship between the China Anti-Cult
17 World Alliance, that is the Alliance, its
18 policies and some of the policies in China.
19 It's not a question.
20         MR. FINI:  It's not a question yet.
21     She's just telling you where she's going.
22     Q.    Just to make it easier to know
23 where I'm going.
24         So in China, the People's Republic
25 of China or Beijing, and I'm going to refer to
```

Page 5

```
1              Michael Chu
2  them as either the People's Republic of China or
3  Beijing.  The People's Republic of China is
4  opposed to an independent Tibet, correct?
5         MR. FINI:  Objection.
6     A.    Is this related to my issue?
7     Q.    Yes, it's related to the case, yes.
8         MR. FINI:  If you know the answer
9     to the question, answer the question.  Your
10    job is not to argue with the lawyer about
11    whether it's related to the case.  Just if
12    you know the answer to the question, you
13    answer, okay, you understand that?
14     A.    The politics in China, I don't
15 really know that much because I'm from Taiwan.
16     Q.    So you're not aware that the policy
17 of state organizations in China oppose, their
18 policy opposes an independent Tibet, you're not
19 aware of that?
20         MR. FINI:  Objection.
21     A.    I read newspaper.  There are all
22 kinds of reports.
23     Q.    So your testimony is that there is
24 not a single policy in China regarding the
25 independent status of Tibet?
```

**EXHIBIT 38 – DEPOSITION OF DEFENDANT CHU**

Page 106

Michael Chu

1   Michael Chu
2   A.   He was the chairman of the New York
3   Council of Chinese American Association.  That's
4   the biggest one, the biggest organization in
5   Flushing, so automatically I become the
6   representative of Overseas Exchange.
7   Q.   China Overseas Exchange?
8   A.   Yes, China Overseas Exchange
9   Association.  He said because he's the president
10  of this council, automatically he becomes the
11  representative of the COEA, and they are like
12  thousands of representatives there, like so all
13  type of director.  That's what he said.
14  Q.   So you're saying that being the
15  chair of COEA is the same as being a
16  representative of COEA?
17        MR. FINI:  Same objection.
18  A.   He said yes, you can say it that
19  way.
20  Q.   Does the COEA spend money?
21        MR. FINI:  Objection.
22  A.   No, it has nothing to do with
23  money.
24  Q.   Okay.  And as the chair, okay, of
25  the COEA, you're aware that the COEA, okay, work

Page 107

Michael Chu

1   Michael Chu
2   is performed under instruction and guidance of
3   the Overseas China Affairs Office, correct?
4        MR. FINI:  Objection.
5   A.   Okay, first of all, I'm not the
6   chairman, I'm not a chairman.
7   Q.   Could you translate the Chinese on
8   the card?
9   A.   Director.  He said it's director.
10  Q.   Director.  Okay, so as the director
11  of the COEA, you are aware that the COEA's work
12  is performed under the instruction and guidance
13  of the office, of the OCAO, the office of
14  Chinese -- what is it?  I'm sorry.  Just give
15  me --
16        THE INTERPRETER:  The Chinese
17  Office, the COEAO.
18        MR. FINI:  She's asking the
19  question now.
20        THE INTERPRETER:  She was talking
21  about the abbreviation.
22        MR. FINI:  No, I know, but you're
23  talking over her.  I have to hear her
24  question.
25  Q.   You are aware that the COEA's work

Page 108

Michael Chu

1   Michael Chu
2   is performed under the instruction of the
3   Overseas Chinese Affairs Office which is -- just
4   leave it at that, keep it simple.
5        MR. FINI:  Objection.
6   A.   I will just translate in his words.
7   I don't know whether this is the government
8   organization, but to us, it's a place to
9   associate among our overseas Chinese.
10        THE INTERPRETER:  Right, that's
11  what you're trying to say, right?  Okay,
12  let me translate this question again.  Her
13  question is as the director of -- I should
14  speak in Chinese.
15  A.   He said I'm not clear about that.
16  Q.   So you're not, okay, hold on a
17  second.  Are you aware of any website articles
18  stating that the COEA's work is performed under
19  the instruction and guidance of the OCAO?
20  A.   I'm not sure of the structure of
21  this organization.
22  Q.   Are you aware that the Overseas
23  China Affairs Office created the COEA?
24        MR. FINI:  Objection.
25  A.   I'm not clear.

Page 109

Michael Chu

1   Michael Chu
2   Q.   Okay.  Are you aware that the
3   current director of the COEA is Cri Wuancing?
4   A.   I'm not clear.  I was a director of
5   this COEA, that's several years ago.  I've a
6   long time not been in it now.  That's a very old
7   business card.
8   Q.   When did you stop being a director
9   of COEA?
10  A.   2010.
11  Q.   And when did you first hold the
12  title?
13  A.   2008.
14  Q.   And during that time, you were not
15  aware of the relationship between the OCAO and
16  the COEA?
17        MR. FINI:  Objection.
18  A.   I am not that clear about
19  specifically, like specifically what the
20  relationship is.
21  Q.   Did you ever attend any meetings of
22  the Office of China Affairs Office in China?
23        MR. FINI:  Objection.  Go ahead.
24  A.   That's when I did fund-raising for
25  Wenchun earthquake in 2008.  I went back and

28 (Pages 106 - 109)

**EXHIBIT 38 – DEPOSITION OF DEFENDANT CHU**

Page 174

Michael Chu

1
2 see it says Zhuanhua.
3          MR. FINI:  On the third line?
4     Okay, again, I have a standing objection
5 because this is not his newsletter, but
6 she's asking you whether you see that word.
7 Objection, but go ahead and answer.
8     A.     Yes, I see it.
9     Q.     Okay.  And then the same for the
10 very last sentence in the next paragraph.
11          MR. FINI:  Objection.
12     A.     Yes, there are these words.
13     Q.     Okay.  And you do recognize the
14 titles of these articles, correct, in other
15 words, not the titles, sorry, but the source.
16     In other words, you recognize that
17 CACW Shitou Newsletter Issue 9 is something you
18 have published, whether the content is correct
19 or not?
20          (5:30 p.m.)
21          MR. FINI:  Objection.
22          THE INTERPRETER:  Let me translate
23 the question.
24          MS. MARSH:  Let me rephrase the
25 question.

Page 175

Michael Chu

1
2     Q.     Do you publish CACW Shitou
3 newsletters?
4     A.     Yes.
5     Q.     And do you recall if you've
6 published Shitou Newsletter Issue 9?
7     A.     I don't remember.
8     Q.     Can you tell me how many issues
9 you've published?
10     A.     Forty-six.
11     Q.     Forty-six, so you certainly then
12 published 9 and 15, correct?
13          MR. FINI:  Objection.
14     A.     Of course.
15     Q.     Okay.  Okay.
16          MR. FINI:  There's no pending
17 question.
18     Q.     So you do use -- well, okay, let's
19 put it this way.  Assuming that this sample is
20 an accurate representation of your newsletters,
21 okay, and we can figure that out later, then you
22 are using the word Zhuanhua in your own CACWA
23 newsletters, correct?
24          MR. FINI:  Objection.
25     A.     I need to confirm.

Page 176

Michael Chu

1
2     Q.     Okay, that's fine, that's fine.
3     You did testify, and I'm just
4 checking now, you did testify that you have not
5 looked into whether or not the authorities in
6 China, like the Public Security and other, well,
7 let's say the Public Security, you have not
8 looked into whether or not they also use the
9 phrase Zhuanhua, well, they use the phrase
10 Zhuanhua Falun Gong.
11          MR. FINI:  Objection.
12     A.     I'm not clear.
13     Q.     Not what?
14     A.     Not clear.
15     Q.     Okay.  So would it be fair to say
16 that you're not aware of the use of either Duo
17 Zheng Falun Gong or Zhuanhua Falun Gong in China
18 by, the use of the phrases Duo Zheng Falun Gong
19 and Zhuanhua Falun Gong by the authorities in
20 China, you're not aware of that?
21          MR. FINI:  Objection.
22     A.     I don't know these things.
23     Q.     Okay.  Okay.
24          MS. MARSH:  One second, my glasses,
25     I'll just take a drink of water.

Page 177

Michael Chu

1
2     Q.     Okay, so we've discussed Xie Jiao,
3 we don't need to discuss Xie Jiao.  There's
4 another phrase however that you use in relation
5 to Falun Gong, which is PK Falun Gong, correct?
6          MR. FINI:  Objection.
7     Q.     PK Falun Gong.
8     A.     What I meant by PK is like in
9 football, in basketball game and in boxing, that
10 kind of like two teams.  I think where Falun
11 Gong want to express their opinion, it's their
12 freedom.
13     I do not agree with their
14 ridiculous sayings, so I need to step forward
15 and express myself, that's my PK.
16     Q.     So PK in boxing, how do you PK in
17 boxing?
18          MR. FINI:  Objection.
19     A.     You can look at TV.
20     Q.     I'm asking you though because I
21 don't like to watch, I'm asking you.  How do you
22 PK people in boxing?
23          MR. FINI:  Objection.
24     A.     In football that's PK, in
25 basketball that's PK.

**EXHIBIT 38 – DEPOSITION OF DEFENDANT CHU**

Page 194

Michael Chu

1
2    Q.    SO just look at this video, okay,
3  just watch this video.
4          MR. FINI:  And this has been
5    produced to us?
6          MS. MARSH:  Yes, yes.
7          (Video playing. )
8          MS. MARSH:  It's gone sideways, is
9    there some way to make --
10         THE WITNESS:  It's okay.
11   Q.    Okay, you can turn it off.
12         MR. FINI:  Stop?
13         MS. MARSH:  Yes, stop.
14   Q.    I just have a few questions. Sir,
15  in that video, in that video, you were there and
16  Wan was there, correct?
17         MR. FINI:  Objection.
18   Q.    And somebody else, a woman, a
19  Chinese woman, you may not know, her name is
20  Zhou Yanhua.  And did you, when you were just
21  looking at this video, did you notice that Wan
22  was attacking the woman?
23         MR. FINI:  Objection.
24   A.    As I say in the video --
25         MS. MARSH:  The basis, what is the

Page 195

Michael Chu

1
2  basis of your objection?
3          MR. FINI:  First of all, so now
4    you're asking me, so now I'll object.
5    First of all, the video hasn't been
6    authenticated.
7          Secondly, since you asked me, and
8    you've invited me to speak, I saw the video
9    and at the moment when there's a lot of
10   camera movement, you can't see actually
11   what's happening.  So your question has a
12   built in assumption.  Since you asked me to
13   give the explanation --
14         MS. MARSH:  No, I asked did you see
15   that.  I didn't say you did see that, I
16   said did you see her attack anyone.
17         MR. FINI:  Since I've watched it
18   and you've asked me what my basis of my
19   objection was, one couldn't see that, but
20   let him answer, let him answer the
21   question.
22         You asked me for the basis of my
23   objection, so you invited me to speak.
24   Q.    So let me ask you this, what did
25  you see when you watched the video?

Page 196

Michael Chu

1
2          MR. FINI:  Objection.
3          MS. MARSH:  This is a video, hold
4    on, let me just lay the foundation.  This
5    was a video that was taken by a
6    videographer and was submitted as part of
7    the documents that were produced to
8    opposing counsel in, I don't know if it was
9    in October, but no, it was either October
10   or January, I can't recall, okay.
11         This is part of the documents that
12   have been provided in response to the
13   defendant's request for documents, and one
14   of the defendants has just watched the
15   video.
16   Q.    Could you tell us what you saw?
17         MR. FINI:  Objection.
18   A.    I and Ms. Wan at our own spot.
19  Then this other lady came, and I don't know
20  which lady, you mention one name.  As I say in
21  the video, she step Ms. Wan first on the foot,
22  which your video didn't take.  Then as I
23  pointing on the video, why you hit first.  Then
24  Ms. Wan hit her, hit back. (In English.)
25   Q.    So you did see --

Page 197

Michael Chu

1
2    A.    So the video is not objective.  It
3  only show Ms. Wan, you know, just push her, but
4  in fact, the lady kick her feet.
5    Q.    Okay.  So you did see Ms. Wan do
6  whatever?
7          MR. CLEVELAND:  Push the lady.
8          MR. FINI:  Objection.  What's the
9    question so the record is clear.
10         MS. MARSH:  I'm just repeating.
11   Could you read back what he just said,
12   thank you.
13         (The record was read.)
14   A.    As you see in the video, both carry
15  a flyer.  They both carry a flyer in their
16  hands.
17   Q.    Okay.
18   A.    And the lady step on her feet, and
19  Ms. Wan put her flyer down.  So in that sense of
20  a hit.
21   Q.    Okay.  So you're sure that what
22  happened is that first this other lady kicked?
23   A.    Yes.
24   Q.    And then she knocked the flyer?
25   A.    Yes.

50 (Pages 194 - 197)

Veritext Legal Solutions

**EXHIBIT 38 – DEPOSITION OF DEFENDANT CHU**

Page 206

Michael Chu

1 having an activity for four or five days about.
2 Also, I don't have many volunteers, but I will
3 take this opportunity to express my opinion.
4    Q.    Express your opinion, I'm just
5 getting clarification, express your opinion to
6 who?
7        MR. FINI:  Objection.
8    A.    Express my different opinion about
9 Falun Gong.
10    Q.    To, who's the audience?  I'm just
11 not clear.
12    A.    Towards Falun Gong.
13    Q.    You're expressing your opinion
14 about Falun Gong to Falun Gong or to other
15 people?
16        MR. FINI:  Objection.  You can
17    answer.
18    A.    When they have event, I want to
19 express there is an existence of different
20 opinion.
21    Q.    To the general public or to Falun
22 Gong?  I'm sorry, that's all I want to know.
23    A.    Both.
24    Q.    Both, okay.  So when there's a

Page 207

Michael Chu

1 Falun Gong event, then you're saying -- so let's
2 say -- let me backtrack.
3        When you have a CACWA meeting, do
4 you agree to carry out particular actions
5 together?
6        MR. FINI:  Objection.
7    A.    They are all volunteers.
8    Q.    Before, before you get, before the
9 Alliance appears to protest or express its
10 different views about Falun Gong to the public
11 or to Falun Gong, do you agree with the members
12 and the volunteers as to what you're going to
13 do?
14        MR. FINI:  Objection.
15    A.    They all proactively volunteer to
16 do this, to some extent they agree.
17    Q.    So how do you plan a protest, how
18 do you plan an event in which the CACWA appears
19 to express views that are different about Falun
20 Gong?
21        MR. FINI:  Objection.
22    A.    I hope they would go to visit
23 doctor and take medicine when they have illness.
24    Q.    No, no, no, no, I'm sorry.  That's

Page 208

Michael Chu

1 a different topic we could return to, but let me
2 just stay where we are.
3        How do you plan with the other
4 CACWA members or volunteers to express your
5 different views together at what could be called
6 a protest?
7        MR. FINI:  Objection, objection to
8    form.
9    A.    We do some banners and some boards.
10    Q.    Okay, and do you pay any of the
11 volunteers?
12    A.    Absolutely not, they are all
13 volunteers.
14    Q.    Do you give them free meals in
15 restaurants?
16    A.    They all pay for themselves, but
17 sometimes I, as an organizer, I invite them to a
18 meal.
19    Q.    Okay.  And do you pay, have you
20 offered to pay any Chinese people, have you
21 offered to pay any residents in Flushing to
22 protest against Falun Gong?
23    A.    Just to the opposite.  Some
24 passerbys are willing to donate money to us.

Page 209

Michael Chu

1    Q.    Okay, so you haven't offered to pay
2 anybody to protest Falun Gong?
3        MR. FINI:  Objection, asked and
4    answered.
5    A.    Correct.
6        (Mr. Catafago left the room.)
7        MS. MARSH:  I just want to make
8    sure that's his testimony.  So I'm at the
9    end of the outline.  I just have one point
10    to go back to.  If you could go back in the
11    transcript to where I asked, first I asked
12    if he's aware of Falun Gong not being
13    vaccinated and he said no.
14        And then I said are you aware of
15    Falun Gong who are, any particular Falun
16    Gong who has not taken medicine, and then
17    what was his answer because it didn't quite
18    click with me, I didn't quite understand
19    it.
20        MR. CLEVELAND:  Why don't you ask
21    him again, ask him directly.
22        MS. MARSH:  I want the question
23    again.  He's going to say asked and
24    answered, and I'm not in the mood.

Flushing Neighborhood Watch Team /Team Leader
Hangbin Li & Ying Li Rescue Committee / Person in Charge
New York Asso. for Peaceful Unification of China /Vice President
New York Chinese Anti-Cult World Alliance /Council Chairperson
New York Defend Diaoyu Islands Anti-Japan Demonstrations /Commander
China Overseas Exchange Association (COEA) /Director
New York Council of Chinese-American Associations /Former Chairman
Asian American Times Inc. /Publisher
Asian American Global Travel /President

## Michael L. Chu

135-25A 40 Road, 3Fl., Flushing, N.Y. 11354, U.S.A.

Tel : 718-358-6413                      Cell : 917-767-0631
Fax : 718-358-6501                      Toll Free: 888-329-1688
E-mail: chuasian@hotmail.com

---

法拉盛社區守望互助隊隊長
享航彬享其救援會負責人
紐約中國和平統一促進會副會長
紐約全球華人反邪教聯盟理事長
紐約9.16保釣抗日大示威總指揮
紐約華人社團聯席會前主席
中國海外交流協會理事
《亞美時報》發行人
亞美國際旅遊公司董事長

朱立創

135-25A 40 Road, 3Fl., Flushing, N.Y. 11354, U.S.A.

Tel : 718-358-6413                      Cell : 917-767-0631
Fax : 718-358-6501                      Toll Free: 888-329-1688
E-mail: chuasian@hotmail.com

EXHIBIT 39 BUSINESS CARDS OF LI HUAHONG AND MICHAEL CHU

Case 1:18-cr-00538-MKB Document 351-1 Filed 01/29/23 Page 77 of 101 PageID #: 2015



全球华人反邪教联盟
**Chinese Anti-Cult World Alliance**
全球退邪教中心

李华红 　主席
Huahong Li　Chairperson

笔名：石头

*Tel:* 718-666-9689
E-mail: chinese anticultalliance@gmail.com

呼吁有正義感愛民族的炎黄子孫：
　　邪教"法輪功"嚴重損害了中國人
的形象和尊嚴，請捐助我們的正義行動，
使我們能持續宣傳，揭發李洪志及其邪
教的危害與謊言。
　　您的參與和肯定，才是我們信心和
力量的所在。
　　給與一份支持，承擔一份責任！

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

```
                                                    Page

 1

 2    UNITED STATES DISTRICT COURT

 3    EASTERN DISTRICT OF NEW YORK

 4    INDEX NO. 15 CV 1046

 5    -------------------------------------x

 6    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

 7    ZHANG Cuiping, WEI Min, LO Kitsuen, LI

 8    Xiurong, CAO Lijun, HU Yang, GAO Jinying,

 9    CUI Lina, XU Ting, and BIAN Hexiang,

10                              Plaintiffs,

11          - against -

12    Chinese Anti-Cult World Alliance (CACWA),

13    Michael CHU, LI Huahong,

14    WAN Hongjuan, ZHU Zirou, and DOES

15    1-5 Inclusive,

16                              Defendants.

17    -------------------------------------x

18                    October 27, 2016

19                    10:30 p.m.

20          VIDEOTAPE DEPOSITION of WAN

21    Hongjuan, taken by the Defendants,

22    pursuant to notice, held at the offices of

23    Veritext Legal Solutions, LLP before

24    Debbie Zaromatidis, a Notary Public of the

25    State of New York.
```

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 2

1
2 A P P E A R A N C E S:
3
4 HUMAN RIGHTS LAW FOUNDATION
5 Attorneys for Plaintiffs
6     1615 L Street, NW, Suite 1100
7     Washington, D.C. 20036
8 BY: TERRI MARSH, ESQ.
9        - and -
10 BELDOCK LEVINE & HOFFMAN, LLP
11     99 Park Avenue
12     New York, New York 10016
13 BY: JONATHAN MOORE, ESQ.
14
15 CATAFAGO FINI LLP
16 Attorneys for Defendants Chinese
17 Anti-Cult World Alliance, Michael Chu,
18 and Zhu Zirou
19     The Empire State Building
20     350 Fifth Avenue, Suite 7412
21     New York, New York 10118
22 BY: THOMAS M. FINI, ESQ.
23
24
25

Page 4

1
2        S T I P U L A T I O N S
3
4        IT IS HEREBY STIPULATED AND
5 AGREED by and between the Attorneys for
6 the respective parties hereto that filing
7 and sealing be and the same are hereby
8 waived.
9        IT IS FURTHER STIPULATED AND
10 AGREED that all objections except as to
11 the form of the question, shall be
12 reserved to the time of the trial.
13        IT IS FURTHER STIPULATED AND
14 AGREED that the within examination may be
15 signed and sworn to before any notary
16 public with the same force and effect as
17 though signed and sworn to before this
18 Court.
19
20
21
22
23
24
25

Page 3

1
2 A P P E A R A N C E S: (CONTINUED0
3
4 EDMOND W. WONG, ESQ.
5 Attorney for Defendant
6 WAN Hongjuan
7     118-21 Queens Boulevard
8     Suite 516
9     Forest Hills, New York 11375
10
11
12
13
14 ALSO PRESENT:
15     ROB MARRAZZO, Videographer
16     ANNIE LEE, Interpreter
17
18
19
20
21
22
23
24
25

Page 5

1
2        THE VIDEOGRAPHER:  We are now
3 on the record.  Please note that the
4 microphones are sensitive and may pick up
5 whispering hand private conversations.
6 Please turn off all cell phones or place
7 them away from the microphones, as they
8 can interfere with the deposition audio.
9 Recording will continue until all parties
10 agree to go off the record.  My name is
11 Ron Marrazzo representing Veritext Legal
12 Solutions.
13        Today's date is October 27,
14 2016.  The time is approximately
15 a.m.  This deposition is being held at
16 Veritext NYC located at 1250 Broadway, New
17 York, New York.  The caption of this case
18 is Zhang, et al. versus Chinese Anticult
19 World Alliance, et al.  The case is held
20 in the U.S. District Court, Eastern
21 District, Case No.  15-CV-1406.  The name
22 of the witness is Wan Hongjuan.
23        At this time the attorneys
24 present in the room and everyone attending
25 remotely will identify themselves and the

2 (Pages 2 - 5)

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 50

WAN

1
2 to clear it -- clear up the deb.
3    Q.   Okay.  So the good news you are
4 delivering is news about it being a unique
5 year, a good year?
6    A.   Yes.  This is something written
7 in the bible.
8    Q.   Okay.  So when you say you try
9 to deliver good news, do you do that by
10 passing out pamphlets on the street or
11 documents of some kind?
12        MR. FINI:  Objection.
13    A.   Flyer of church.  I also gave
14 out flyer from Mr. Chu because I wanted
15 more people to come to me and listen to
16 the good news.
17    Q.   And what were those fliers about
18 that you got from Mr. Chu?
19        MR. FINI:  Objection.
20    A.   Well, I did not pay attention to
21 what was inside those fliers.  The reason
22 I helped deliver those fliers is because I
23 would like to attract more people, so that
24 they could listen to my singing, and also
25 they would listen to the good news.  Those

Page 51

WAN

1
2 are the things that I would like to talk
3 about.
4        MR. MOORE:  Can you repeat the
5 question.
6        (Record read.)
7    Q.   So the fliers that you were
8 passing out you don't know what was
9 written on those fliers?
10        MR. WONG:  Objection.  it's
11    A.   Well, basically it's
12 about -- the fliers is about Falun Gong
13 and that Falun Gong claim that -- Falun
14 Gong practitioner claim that they are
15 students of Li Hongzhi, and then they said
16 that Li Hongzhi is a magnificent leader
17 and to practice their Gong, Falun Gong
18 then they would not get sick.
19        MR. MOORE:  They would what?
20        THE INTERPRETER:  Get sick.
21        MS. MARSH:  What.
22        THE INTERPRETER:  They would not
23 get sick.
24        MR. MOORE:  If they
25 practice --

Page 52

WAN

1
2    A.   If they practice Falun Gong,
3 they will not get sick.
4    Q.   So Mr. Chu asked you to pass out
5 fliers that were at least in part about
6 the Falun Gong, right?
7        MR. WONG:  Objection.
8        MR. FINI:  Objection.
9    A.   Well, I did not get those fliers
10 from Mr. Chu.  Those fliers they were
11 already there on the table of Li Huahong.
12 I just grabbed those fliers, gave out the
13 fliers, and I attract people.
14    Q.   And those fliers dealt with the
15 Falun Gong, correct?
16        MR. FINI:  Objection.
17    A.   I don't -- I did not read in
18 detail, but I knew that it was something
19 about them.
20    Q.   Answer me yes or no.  Did any
21 of those fliers deal at all with the Falun
22 Gong in any way?
23        MR. WONG:  Objection.
24    Q.   In any way to your knowledge.
25 And if you could answer that yes or no, I

Page 53

WAN

1
2 would appreciate it.
3        MR. WONG:  Objection.
4    A.   Yes, a little --
5    Q.   Okay.
6    A.   -- about them.
7    Q.   All right.  How many times did
8 you pass out fliers in -- these fliers
9 that you've talked about? How many times
10 have you done that?
11    A.   Over ten times.
12    Q.   Over ten times.  Okay.  Could
13 it have been more than ten times?
14        MR. FINI:  Objection.
15        MR. WONG:  Objection.
16    A.   No.  Less.
17    Q.   So something between ten and
18 twenty?
19    A.   Correct.
20    Q.   When is the last time you did
21 that?
22    A.   I don't remember.
23    Q.   Okay.
24    A.   I was in the hospital for so
25 long.

14 (Pages 50 - 53)

Veritext Legal Solutions

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 86

```
 1              WAN
 2    A.   Yes.
 3    Q.   Okay.
 4    A.   Because they took too many
 5 pictures of me.  Every day when I was
 6 there they would take -- they would take
 7 pictures of me.  They came so close to me
 8 and because in America -- once after they
 9 got my photos maybe they would ask someone
10 to do some sort of harm on me.  How would
11 I know?
12        So they claimed that it is legal
13 for -- it is illegal -- it is legal in
14 U.S. to take pictures of somebody else,
15 but then I said that, you know, if you
16 took my picture and I eventually died, who
17 would be responsible for that.
18    Q.   When you say they, who are you
19 referring to?
20    A.   Falun Gong practitioner.
21    Q.   Anybody by name that you know?
22    A.   I don't know.  I recognize
23 their face.  So it happened a time that
24 three people came over.  One is elderly,
25 so two people grabbed my hair and one
```

Page 87

```
 1              WAN
 2 pushed me.  I eventually was pushed on
 3 the ground.
 4    Q.   But you never reported that to
 5 the police, correct?
 6        MR. WONG:  Objection.
 7    A.   No.
 8    Q.   Because that was a yes or no.
 9 That was a yes or no answer.
10        MR. WONG:  Again, she
11 is -- translate what she said.
12    A.   So then another time they
13 grabbed my chain, the necklace worth over
14 300, and eventually it was gone.
15    Q.   And did you report that to the
16 police?
17        MR. WONG:  Objection.
18    A.   No.
19    Q.   Okay.
20    A.   Well, in the bible it says that,
21 you know, God said that, you know, when
22 someone slap your face in the left, you
23 should let him slap face in the right.
24    Q.   Okay.  The question was:  Did
25 you ever slap somebody -- slap the camera
```

Page 88

```
 1              WAN
 2 out of somebody's hands without first
 3 being hit by them?  Did you ever do that?
 4    A.   No, that person hit me.  That
 5 person hit me.
 6    Q.   Okay.  So you don't recall any
 7 incident where somebody was walking up to
 8 you with a camera and before they -- hold
 9 on -- before they did anything to you you
10 slapped the camera out of their hand?  You
11 don't recall that ever happening, correct?
12        MR. WONG:  Objection.
13    A.   No.
14    Q.   Okay.  And --
15    A.   That person hit me first, and
16 that's why I slapped.
17    Q.   Okay.  All right.  Fair enough.
18        Do you know the name of that
19 person?
20    A.   I know that person spoke
21 Shanghainese.  I don't know the name of
22 that person.
23    Q.   Okay.  So you -- you are aware,
24 are you not, that in this case that the
25 plaintiffs have made specific allegations
```

Page 89

```
 1              WAN
 2 on several dates that you threatened them;
 3 you struck them; you pushed them?  You are
 4 aware of that, are you not?  Just if you
 5 are aware of it.  Yes or no.  Are you
 6 aware that those are the allegations?
 7    A.   Well, you look at me.  Am I look
 8 like a person like that?  No.
 9    Q.   I am not sure what the no means.
10 Is it no whether to the person who looks
11 like that or no, you're not aware of those
12 allegations.
13        So if I could get some
14 clarification.  Are you aware whether
15 anybody has made those allegations against
16 you that you struck them, that you pushed
17 them, that you threatened them?
18    A.   Yes, only when you people told
19 me.
20    Q.   Okay.  So you never did
21 anything like that, correct?
22        MR. WONG:  Objection.
23    A.   Correct.
24    Q.   Correct.  Okay.
25        Do you need to take a break?  Do
```

23 (Pages 86 - 89)

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 102

WAN

1
2     Q.    That wasn't really the question,
3  but that's fine.  We will move on.
4         I want to show you also -- well,
5  first of all, that document there, No. 5.
6  Hold on to it.  It states that on -- "On
7  or about January 3, 2015 at 12 p.m. an
8  individual named Cuiping Zhang states that
9  you slapped her digital camera out of her
10 hand causing it to fall to the ground and
11 become inoperable."
12        Do you recall doing that?
13        MR. WONG:  Objection.  For the
14 record, I am objecting to this line of
15 questioning.  This is a complaint,
16 criminal complaint.  There has been no
17 conviction of this sort.
18        I just preserve that objection
19 for now.
20    A.    Okay.  So once that person saw
21 me on Main Street he came over -- that
22 person came over to bother me because at
23 that time I was trying to help Zhu Li
24 Chuang, Michael Chu to give out the flyer.
25 So for that person, right, no matter where

Page 103

WAN

1
2  I went that person follow me, and he kept
3  saying that Falun Gong is a very strong,
4  very big organization, and so when he
5  brought the camera he really held the
6  camera very, very close to my eyes, and
7  then he said that in U.S. it is legal to
8  take pictures of people.
9     Q.    And at that point when -- you
10 gestured as if the person was putting the
11 camera right up close to you, right?
12    A.    Yes, very, very close. I am
13 afraid that, you know, might him me.
14    Q.    Right.  And at that point you
15 slapped the camera out of the person's
16 hand, right?
17        MR. FINI:  Objection.
18    A.    Yes, I told that person well I
19 work here with no money.  I work for
20 free, and then my job is just to deliver
21 good news.  Why you have to take my
22 pictures, and that person was, you know,
23 keep taking pictures of me, so I slapped
24 the camera.
25    Q.    And it fell out of the person's

Page 104

WAN

1
2  hands, right?
3     A.    Yes, broken.
4     Q.    All right.
5     A.    I was very angry at that time.
6     Q.    Right.  Okay.  Let me hand you
7  what has been marked as Wan Exhibit No. 6.
8         (Document handed to witness.)
9         MR. MOORE:  Just hand it to me
10 again, please.  I just want to get the
11 date.
12    Q.    Have you ever seen this document
13 before?
14    A.    I don't remember.
15    Q.    Do you recall that on or about
16 January 14, 2015 you were charged with
17 assault in the third degree and harassment
18 in the second degree?
19        MR. WONG:  Again, I am going to
20 object to this.
21    A.    Well, how come it did not
22 mention about that person hit me, that
23 person took picture of me.  Is this U.S.
24 policy to do that?
25    Q.    The question was:  Do you

Page 105

WAN

1
2  recall -- it says here you were charged
3  with assault in the third degree and
4  harassment in the second degree.  Do you
5  recall that?  Do you have an answer?
6     A.    Yes.
7     Q.    Okay.  And the
8  allegation -- you recall that the
9  allegation was that you started yelling at
10 this individual named Ying Chen and then
11 struck that individual in the face with
12 your hand causing a laceration to her
13 face.  Did you do that?
14        MR. WONG:  Objection.
15    A.    She -- I mean that person was
16 the one that -- who grabbed my necklace
17 that was worth $600.
18    Q.    Did you strike her in the face
19 --
20        MR. WONG:  Objection.
21    Q.    -- causing a laceration to her
22 face?
23        MR. WONG:  Objection.
24        MR. MOORE:  Let me finish the
25 question before you object.  All right.

27 (Pages 102 - 105)

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 110

WAN

1
2    A.    Yes.
3    Q.    Okay.  And that's where you
4 resided ever since, correct?
5    A.    Yes.
6    Q.    Except for the short period of
7 time when you got out and you went back
8 in, correct?
9        MR. WONG:  Are you asking me or
10 are you asking --
11        MR. MOORE:  For the record.
12    Q.    Do you recall getting out for a
13 short period of time and then having to go
14 back in?
15    A.    (Witness nodding) Yes.
16    Q.    Do you need to take a break?
17    A.    I have pain in my buttock.
18    Q.    Do you want to take a short
19 break?
20    A.    Okay.  Thank you.
21        MR. WONG:  Five-minute break.
22        THE VIDEOGRAPHER:  It is
23 approximately 2:30 p.m.  We are going off
24 the record.
25        (Recess taken.)

Page 111

WAN

1
2        THE VIDEOGRAPHER:  It is
3 approximately 2:35 p.m.  We are back on
4 the record.
5    Q.    Okay.  Ms. Wan, I want to show
6 you a video.  Maybe you want to come back
7 behind her and just take a look.  Hold
8 on.
9        I am going to play the
10 video -- I am going to play it through,
11 and then I am going to go back and ask you
12 some questions about it.
13    A.    Okay.
14        MR. FINI:  Am I out?  I don't
15 want to be in the video.
16        THE VIDEOGRAPHER:  You are out.
17 All I see is her.
18        MR. FINI:  Jon, do you want to
19 straighten out the computer.
20        MR. MOORE:  That's fine.  It
21 gives it some --
22    A.    But I cannot see very clearly
23 without glasses.
24    Q.    Why don't you get your glasses?
25    A.    Not the glasses here.

Page 112

WAN

1
2        THE INTERPRETER:  She didn't
3 bring glasses.
4    Q.    You didn't bring your glasses?
5    A.    No.
6    Q.    Do the best you can.
7        MS. MARSH:  Does she want to try
8 these?
9        THE WITNESS:  Thank you.
10        MR. MOORE:  Such a gesture by
11 plaintiff's counsel.
12        MR. MOORE:  Are those helpful?
13        THE INTERPRETER:  No.  Sorry.
14        MR. WONG:  You can give that
15 back to her.
16        MR. FINI:  She might like the
17 style.
18        MR. MOORE:  I'll play it, and
19 we will see what happens.
20        MR. MOORE:  I'm sorry.  Hold
21 on.  I am going to go back because the
22 sound wasn't on, and now I am going to
23 start from the beginning.
24        (Video being played for the
25 witness.)

Page 113

WAN

1
2    Q.    The person who just was talking
3 on the screen, did you recognize that
4 person?
5    A.    Yes.  Zhu Li Chuang.
6    Q.    That is Michael Chu, right?
7    A.    I don't know his English name.
8    Q.    So what is his Chinese name?
9    A.    Zhu Li Chuang.
10        MR. MOORE:  That is the same,
11 right?
12        MS. MARSH:  Yes.
13    Q.    All right.  Continuing on.
14        (Video being played for the
15 witness.)
16    Q.    All right.  I am going to stop
17 it here.
18        All right.  Ms. Wan, did you
19 recognize yourself in that video?
20    A.    (Witness nodding).
21    Q.    You're the woman in the red hat,
22 right?  You have to say -- you have to
23 verbalize it.  You can't --
24    A.    Yes, the yellow hat.
25    Q.    Did you recognize -- first of

29 (Pages 110 - 113)

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 114

WAN

1
2 all did you recognize yourself in that
3 video?
4    A.   Yes.  Yes.
5    Q.   And did you see that you went up
6 to somebody and slapped the phone out of
7 their hands?
8        MR. WONG:  Objection.
9        MR. FINI:  Objection.
10   A.   Well, that person hit me, and
11 then that person tried to run, and then I
12 chased after.
13   Q.   Okay.  You don't see in the
14 video the person hitting you, correct?
15   A.   Well, that was not recorded.
16   Q.   Right, but just before you went
17 up -- you were walking back and forth --
18       MR. MOORE:  Withdraw that.
19   Q.   Just before you went up and
20 slapped the phone out of that person's
21 hand, you were walking back and forth
22 passing out fliers, correct?
23   A.   Yes.
24   Q.   Okay.  And in addition to
25 slapping the phone out you then went up

Page 115

WAN

1
2 and struck the person, correct?
3        MR. FINI:  Objection.
4    A.   I pushed that person.
5    Q.   Okay.  You made physical
6 contact --
7    A.   I was still holding those
8 fliers.
9    Q.   I understand, but you made
10 physical contact with the person, correct?
11       MR. FINI:  Objection.
12       MR. WONG:  Objection.
13   Q.   Okay.  That is you in the
14 picture, correct?
15   A.   Yes, that's me.
16   Q.   That is a red hat, not a yellow
17 hat, right?
18   A.   Yes.  Red hat.  It is cold.
19   Q.   Okay.  I just -- you said
20 yellow hat, and I just -- it's a red hat,
21 right?
22   A.   Yes, red.
23   Q.   Okay.  Thank you.
24       Have you -- in the past when
25 you've been on the street passing out

Page 116

WAN

1
2 fliers have you ever gone up to a table
3 that was maintained by Falun Gong and
4 overturned that table?
5        MR. WONG:  Objection.
6    A.   Well, I -- while I was walking
7 on the street back and forth because I got
8 some sort of sense from God that Falun
9 Gong was there.
10   Q.   You got a sense from God that
11 Falun Gong was there?
12   A.   Because I believe in God, so
13 that is why, you know, I got his spirit in
14 me, and I can feel.  I can sense who is
15 good, who is bad.
16   Q.   And God told you to turn over a
17 table that was being manned by or
18 maintained by people who espoused Falun
19 Gong philosophies?
20       MR. FINI:  Objection.
21       MR. WONG:  Objection.
22   A.   Yes.
23   Q.   The fliers that you distributed
24 on the street in Flushing, they were
25 fliers that were produced by the -- by

Page 117

WAN

1
2 the -- what is the name of that
3 group -- CACWA, by the Chinese Anti-Cult
4 World Alliance, correct?
5        MR. FINI:  Objection.
6    A.   Well, I just pick up those
7 fliers from that table.  Those fliers was
8 on the table.  Anyone could go over there
9 and get some.
10   Q.   They are fliers on the table of
11 the Chinese Anti-Cult committee, right?
12   A.   Yes, they set up a table there,
13 and then on top of the table there was
14 brochure one set, one set, and you can
15 figure out.
16   Q.   And you on a regular basis would
17 go there with Michael Chu, and you would
18 pass out fliers to people walking by,
19 right?
20       MR. FINI:  Objection.
21       MR. WONG:  Objection.
22   A.   Well, I did not got it from
23 Michael Chu.  I just --
24   Q.   Zhu Li Chuang.
25       MR. WONG:  She was going to

30 (Pages 114 - 117)

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 118

WAN

1  complete an answer there before you said
2  Zhu Li Chuang.   What was that answer?
3  THE INTERPRETER:   So her
4  previous answer is".
5      A.   I didn't get it from Zhu Li
6  Chuang, but I just got the flyer from the
7  table.
8      MS. MARSH:   That is not her
9  answer.  She said --
10     Q.   But you were -- you were doing
11  that on the street along with Zhu Li
12  Chuang, correct?
13         MR. FINI:   Objection.
14         MR. WONG:   Objection.
15     A.   No.  No, I gave out flyer on
16  that one.
17     Q.   So your testimony is that --
18         MR. MOORE:   Withdraw that.
19     Q.   Did you talk to Zhu Li Chuang at
20  any time about whether you should help him
21  pass out fliers on Main Street that
22  condemned Falun Gong?
23         MR. FINI:   Objection.
24         MR. WONG:   Objection.

Page 119

WAN

1      A.   No, we never discuss about it.
2      Q.   Okay.  Did you ever tell
3  anybody who was working with Falun Gong or
4  in the Falun Gong that if you returned to
5  China that we will kill you?
6          MR. FINI:   Objection.
7          MR. WONG:   Objection.  No.  I
8  did not say so.
9      Q.   Did you ever use -- did you ever
10  curse at people who were Falun Gong
11  supporters?
12         MR. FINI:   Objection.
13         MR. WONG:   Objection.
14     A.   Well, first they yell at me and
15  said that I am the dog of Chinese
16  communist party.  Then maybe afterwards I
17  was -- I would have said something in
18  return.
19     Q.   You would say something like you
20  are a fucking Falun Gong mother fucker?
21  Did you ever say that?
22         MR. WONG:   Objection.
23     A.   No, I would just mention that to
24  them that there was only one God, one

Page 120

WAN

1  Jesus.  There is only one heaven in the
2  world.   Falun Gong does not mean anything
3  at all.
4      Q.   Did you ever course at them
5  though, use swear words toward people who
6  were, you know, supporting Falun Gong?
7          MR. WONG:   Objection.
8      A.   Several times.  So they say, you
9  know, that Falun Gong is such a large
10  organization, and then I -- I said that,
11  you know, even for -- for a man, right, I
12  mean for thousands of years people they
13  can say that you are good or not good.
14         MR. WONG:   Do you need her to
15  repeat that answer for you to get it down
16  or --
17     A.   Okay.
18     Q.   Let's hear it.
19     A.   So they curse us.  Actually they
20  curse us and name us as dog or spy working
21  for the Chinese government.  So how would
22  you think we -- I must be angry, and then
23  there is only one God, and the God is the
24  creator, and then why you guys say that,

Page 121

WAN

1  you know, Falun Gong is such a big
2  organization.
3      Q.   I understand, but when they
4  would curse at you or call you a dog or
5  whatever, would you curse back at them?
6          MR. WONG:   Objection.
7      A.   Yes.
8      Q.   Okay.  Were you aware that in
9  China that Falun Gong people who practice
10  or follow Falun Gong are -- what is the
11  term -- that they are persecuted?
12         MR. WONG:   Objection.
13     Q.   Are you aware of that?
14         THE INTERPRETER:   Per --
15         MR. MOORE:   Persecuted.
16         MR. FINI:   Does the interpreter
17  know how to interpret or do you have to
18  look it up?
19         MS. MARSH:   That is an
20  important word.
21     Q.   Hold on.  Let me see if I can
22  come up with a different world.
23         MS. MARSH:  Torture.  I don't
24  know if she --

31 (Pages 118 - 121)

Veritext Legal Solutions

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 122

WAN

1
2      MR. WONG:  Do you need to look
3  it up?
4      MR. FINI:  I think you should
5  look it up because I think it is an
6  appropriate word.
7      MR. MOORE:  I'll withdraw the
8  question, so you don't have to look it up.
9      Q.   Are you aware that in China
10 there is a lot of animosity by the
11 government toward the Falun Gong?
12      MR. WONG:  Objection.
13      A.   I don't believe.
14      Q.   You're not aware of that?
15      A.   No.
16      Q.   Okay.  Are you aware that
17 the -- do you support the communist party
18 of China?
19      MR. FINI:  Objection.
20      A.   (Witness nodding).
21      Q.   You have to say it.
22      A.   Well, I don't have the
23 qualification to talk about this thing.
24 I don't know, and I have to say I don't
25 know.

Page 123

WAN

1
2      Q.   Okay.  But you are aware, are
3  you not, that Falun Gong practitioners are
4  against the Chinese communist party,
5  right?
6      MR. FINI:  Objection.
7      A.   Yes, that I know.
8      Q.   And do you agree with their
9  criticisms of the Chinese communist party?
10      MR. FINI:  Objection.
11      MR. WONG:  Objection.
12      A.   I am ordinary people, so
13 anything related to politics I would not
14 get involved.
15      Q.   Let me ask you this then:  You
16 said in the past you would pass out these
17 pamphlets and fliers to the public on the
18 street, on Main Street in Flushing.
19      Do you recall that?
20      A.   Yes.
21      Q.   And would -- and you did that
22 because you disagreed with Falun Gong,
23 correct?
24      MR. FINI:  Objection.
25      MR. WONG:  Objection.

Page 124

WAN

1
2      A.   Well, whether or not to agree or
3  disagree with Falun Gong, right, I cannot
4  just use me as a standard.
5      Q.   I am asking you whether you
6  engage in this kind of activity because
7  you disagree with what Falun Gong
8  practitioners say.
9      MR. WONG:  Objection.
10      MR. FINI:  Objection.
11      A.   No.
12      Q.   Do you participate in passing
13 out fliers on behalf of the -- the Chinese
14 Anti-Cult World Alliance because you see
15 Falun Gong as a threat to Christianity?
16      MR. FINI:  Objection.
17      MR. WONG:  Objection.
18      A.   Well, actually originally there
19 was no people in U.S. that believe in
20 Falun, so once they -- once they came
21 here, right, and the people they are nice
22 people in U.S. then people they started to
23 believe in Falun Gong.  So do you think
24 they would get a penalty?
25      MR. MOORE:  Hold on one second.

Page 125

WAN

1
2      Q.   All right.  I'm going to show
3  you another video, Ms. Wan, and -- hold
4  on.  All right.  Just watch the video.
5      (Video being played for the
6  witness.)
7      A.   I said that.
8      Q.   Is that -- you said that, right?
9      A.   Yes.
10      Q.   That is you in the orange,
11 correct?
12      A.   Yes.
13      Q.   Can you translate that?  I'm
14 asking the court reporter -- I mean the
15 interpreter.  Can you translate that?
16      THE INTERPRETER:  If I could
17 hear that clearly.
18      MR. FINI:  Wait a minute.
19 That is not appropriate because --
20      MR. MOORE:  It is appropriate if
21 it is the basis for a question.
22      MR. FINI:  It is not
23 appropriate.  If you want a translation,
24 you have to provide a translation.  She
25 is here to translate your questions.

32 (Pages 122 - 125)

**EXHIBIT 40 – DEPOSITION OF DEFENDANT WAN**

Page 126

```
1          WAN
2       MR. MOORE:  I am not going to
3  fight.  I don't think it is proper.
4       MR. FINI:  I think it is.
5  This is a deposition.  We are not at
6  trial.
7    Q.   Tell me what you said there.
8       MR. WONG:  Objection.
9    Q.   You want to hear it again.
10      MR. FINI:  Objection
11   A.   I said in three years God
12 would -- God will come to give you
13 punishment.
14   Q.   And you're saying that to who?
15   A.   I talked to the Falun Gong
16 practitioner.
17   Q.   Okay.  Let her translate.
18   A.   So I told these people the
19 practitioner that, you know, in this piece
20 of pure land inside U.S. you guys practice
21 Falun Gong.  You pray Falun Gong instead
22 of God.  200 years ago this piece of
23 land, 90 percent of people they believe in
24 God.  Now, people started to believe
25 others, so I could tell you that, you
```

Page 127

```
1          WAN
2  know, God is going to come to punish you.
3    Q.   So you're telling the Falun Gong
4  practitioners that God is going to come
5  punish them, right?
6       MR. FINI: Objection.
7    A.   Yes.
8    Q.   The answer is yes?
9    A.   Yes.
10      MR. MOORE:  I need to take a
11 break for a couple of minutes, and then
12 hopefully we will try to wrap it up.
13      THE VIDEOGRAPHER:  It is
14 approximately 3:02 p.m.  We are going off
15 the record.
16      (Discussion held off the
17 record.)
18      THE VIDEOGRAPHER:  It is
19 approximately 3:15 p.m.  We are back on the
20 record.
21   Q.   I want to show you a couple more
22 videos.  This is sort of up side down.
23      (Video being shown to the
24 witness.)
25   Q.   All right.  Did you recognize
```

Page 128

```
1          WAN
2  yourself in that video, Ms. Wan?
3    A.   Yes.
4    Q.   And is this another incident of
5  you going up and slapping somebody who was
6  taking a picture of you?
7       MR. FINI:  Objection.
8       MR. WONG:  Objection.
9    A.   No.  During the conversation,
10 someone said that, you know, hit me, hit
11 me, but I said why I should I hit you.  Do
12 you think you are worth me -- you are
13 worth for me to hit you?  Is it worth for
14 me to hit you?
15   Q.   But you hit them, right?
16      MR. WONG:  Objection.
17      MR. FINI:  Objection.
18   A.   No.  No.
19   Q.   Hold on.
20   A.   That elderly man tried to cause
21 me to hit him, and afterwards he pushed me
22 down.  I was on the ground.
23   Q.   And when you were on the ground
24 when you got up did you call the police?
25   A.   I did not.
```

Page 129

```
1          WAN
2    Q.   Okay.  All right.  I'm going to
3  show it to you again.
4    A.   These two are Falun Gong
5  practitioners.
6    Q.   Okay.  What did you say when it
7  was on?
8       THE INTERPRETER:  These two
9  people are Falun Gong practitioner.
10   Q.   Okay.  And you went between them
11 going to the direction of the person who
12 had the camera, correct?
13      MR. WONG:  Objection.
14   A.   Yes.
15   Q.   And you eventually got to where
16 the person was, and you struck that
17 person, correct?
18      MR. WONG:  Objection.
19   A.   That person tried to provoke me
20 to hit me by words.
21   Q.   I'm sorry.  Go ahead.
22   A.   By words.
23   Q.   Okay.
24   A.   And then he pushed me and pushed
25 me, and then I just knock on the camera.
```

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

```
                                            Page 1

 1

 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    15 CV 1046 (SLT) (VMS)
      - - - - - - - - - - - - - - - - - - - - - x
 4    ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,
      ZHANG Cuiping, WEI Min, LO Kitsuen, CAO Lijun,
 5    HU Yang, GUO Xiaofang, GAO Jinying, CUI Lina,
      XU Ting, BIAN Hexiang,

 6

                        Plaintiffs,

 7

                   - against -

 8

      Chinese Anti-Cult World Alliance (CACWA),
 9    Michael CHU, LI Huahong, WAN Hongjuan,
      ZHU Zirou, and DOES 1-5 Inclusive,

 0

                        Defendants.
 1    - - - - - - - - - - - - - - - - - - - - - x

 2

                        July 28, 2016
 3                      10:20 a.m.
 4                      99 Park Avenue
                        New York, New York

 5

 6         VIDEOTAPED DEPOSITION of HUAHONG LI, s/h/a LI
 7    HUAHONG,  one of the Defendants herein, held at the
 8    above time and place, taken before Brittany Saline,
 9    a Professional Shorthand Reporter and Notary Public
 0    of the State of New York, pursuant to the Federal
 1    Rules of Civil Procedure, Notice and stipulations
 2    between Counsel.

 3

 4              *      *      *      *

 5
```

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

| | |
|---|---|
| **Page 2** | **Page 4** |

Page 2

1
2 A P P E A R A N C E S :
3
   HUMAN RIGHTS LAW FOUNDATION
4 Attorneys for Plaintiffs
   1615 L Street NW, Suite 1100
5 Washington, D.C. 20036
6 BY: TERRI ELLEN MARSH, ESQ.
7
8 BELDOCK LEVINE & HOFFMAN, LLP
   Attorneys for Plaintiffs
9 99 Park Avenue, Suite 1800
   New York, New York 10016
10
   BY: JOSHUA S. MOSKOVITZ, ESQ.
11
12
13 CATAFAGO FINI LLP
   Attorneys for Defendants
14 CHINESE ANTI-CULT WORLD ALLIANCE, MICHAEL CHU,
   LI HUAHONG and ZHU ZIROU
15 The Empire State Building
   350 Fifth Avenue, Suite 7412
16 New York, New York 10118
17 BY: TOM M. FINI, ESQ.
18
19 ALSO PRESENT:
20 RON MARRAZZO, Videographer
   STEPHANIE LIU, Mandarin Interpreter for Catafago Law
21 Firm
   DANA CHENG, Mandarin Interpreter for Human Rights
22 Law Foundation
   ARTHUR KWOK, Mandarin Interpreter, Official
23 Interpreter
24
25

Page 3

1
2     S T I P U L A T I O N S
3       IT IS HEREBY STIPULATED AND AGREED, by and
4 among counsel for the respective parties hereto,
5 that the filing, sealing and certification of the
6 within deposition shall be and the same are hereby
7 waived;
8       IT IS FURTHER STIPULATED AND AGREED that all
9 objections, except as to form of the question, shall
10 be reserved to the time of the trial;
11      IT IS FURTHER STIPULATED AND AGREED that the
12 within deposition may be signed before any Notary
13 Public with the same force and effect as if signed
14 and sworn to before the Court.
15
         *    *    *    *
16
17
18
19
20
21
22
23
24
25

Page 4

1
2
3       THE VIDEOGRAPHER:  We are now on
4 the record.  Please note that the
5 microphones are sensitive and may pick
6 up whispering and private
7 conversation.  Please turn off all
8 cell phones or place them away from
9 the microphones, as they can interfere
10 with the deposition audio.  Recording
11 will continue until all parties agree
12 to go off the record.
13      My name is Ron Marrazzo,
14 representing Veritext Legal Solutions.
15 The date today is July 28th, 2016.
16 The time is approximately 10:20 a.m.
17 This deposition is being held at
18 Beldock Levine, located at 99 Park
19 Avenue in New York City.  The caption
20 in the case is Zhang, et al versus
21 Chinese Anti-Cult World Alliance,
22 et al.  This case is being held in the
23 Eastern District of New York.  The
24 name of the witness is Li Huahong.
25      At this time the attorneys

Page 5

1
2 present in the room and everyone
3 attending remotely will identify
4 themselves and the parties they
5 represent.
6      MR. MOSKOVITZ:  Joshua Moskovitz
7 from Beldock Levine & Hoffman
8 representing the plaintiffs.
9      MS. MARSH:  Terri Marsh, from
10 Human Rights Foundation, representing
11 the plaintiffs.
12      MR. FINI:  Tom Fini, from
13 Catafago Fini LLP, representing the
14 witness.
15      Stephanie, can you identify
16 yourself?
17      MS. LIU:  Stephanie Liu, L-I-U,
18 is my last name.  I am a certified
19 Cantonese and Mandarin interpreter.
20      MR. FINI:  That's all you need to
21 say.  She is here for privilege
22 discussions with me.
23      And could you have your
24 interpreter for privilege discussions
25 identify herself?

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 86

1              Huahong Li
2      A   It's been so many years, maybe I
3  don't remember exactly.
4      Q   Why are you not listed as one of
5  the initial directors of the CACWA?
6      A   At the time of registration at
7  the accountant's, they asked for names and
8  Social Security and it just so happened
9  that I didn't bring one with me that day.
10     Q   Are these three people still
11  involved with the CACWA?
12     A   Because it's been so long now, as
13  of now, I am the only person that's still
14  doing it.
15     Q   Do you operate the CACWA table by
16  yourself?
17     A   Yes.
18     Q   Do you operate it in the same
19  place always?
20     A   Yes.
21     Q   Where do you operate it?
22     A   41-40 Main Street.
23     Q   Have you -- withdrawn.
24          How long have you operated that
25  table?

Page 87

1              Huahong Li
2      A   Eight years.
3      Q   Have you always operated in the
4  same place for those three years?
5      A   All of it were arranged by the
6  community policemen.  At one point, it was
7  about two stores away.
8      Q   Other than the location two
9  stores away and the location you described
10  where it is today, are there any other
11  places where you operated that table?
12     A   My table had only been at those
13  two locations.
14     Q   Do you know the other defendant
15  in this lawsuit named Wan Hongjuan?
16     A   Yes.
17     Q   How long have you known her?
18     A   Well, the earliest memory was I
19  remember she was holding a Bible and was
20  yelling loudly in the street.
21     Q   When was that?
22     A   About two, three years now.
23     Q   Does she participate with the
24  CACWA's activities?
25     A   I have never discussed my matter,

Page 88

1              Huahong Li
2  this matter with her.
3      Q   My question is:  Does she
4  participate with the CACWA's activities?
5      A   I am not exactly sure.  However,
6  I have never approached her myself.
7      Q   Does the CACWA make T-shirts for
8  people to wear?
9      A   I do have a vest of a -- with
10  CACWA printed on it.
11     Q   What about a hat, do you have
12  hats with CACWA printed on it?
13     A   No, no, I have never done that,
14  no.
15     Q   All right.  And have you ever
16  seen Wan wearing the CACWA vest?
17     A   Once, I saw it once.
18     Q   When was that?
19     A   I don't remember the specific
20  time.
21     Q   What are the activities that the
22  CACWA carries out?
23     A   We participate in the -- we
24  participate in the Chinese New Year parade
25  on the parade vehicle, flower vehicle.

Page 89

1              Huahong Li
2      Q   Are there any other activities
3  that the CACWA carries out?
4      A   I don't remember.  I don't
5  remember exactly.
6      Q   You don't remember any other
7  activities that the CACWA carries out?
8      A   The bigger events is the Chinese
9  New Year parade.
10         MR. FINI:  Li, he didn't ask you
11     the biggest activity.  He asked for
12     you to list all the activities, and
13     you should answer his question.
14     A   Well, for example, we do go to
15  Manhattan and hold up slogan signs.
16     Q   What do the slogan signs say?
17     A   A lot of different ones, however,
18  I don't remember.
19     Q   You don't remember what a single
20  one of the slogan signs says?
21     A   I don't remember very clearly
22  since I didn't do it.
23         MR. MOSKOVITZ:  I am going to
24     stop for just a minute and I am just
25     going to say this, Mr. Fini, I think

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 136

1

2   UNITED STATES DISTRICT COURT

3   EASTERN DISTRICT OF NEW YORK

4   INDEX NO. 15 CV 1046

5   ------------------------------------x

6   ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng,

7   ZHANG Cuiping, WEI Min, LO Kitsuen, LI

8   Xiurong, CAO Lijun, HU Yang, GAO Jinying,

9   CUI Lina, XU Ting, and BIAN Hexiang,

0                         Plaintiffs,

1           - against -

2   Chinese Anti-Cult World Alliance (CACWA),

3   Michael CHU, LI Huahong,

4   WAN Hongjuan, ZHU Zirou, and DOES

5   1-5 Inclusive,

6                         Defendants.

7   ----------------------------------------x

8                     October 14, 2016

9                     11:20 a.m.

0             VIDEOTAPE DEPOSITION of HUAHONG

1   LI, taken by the Plaintiffs, pursuant to

2   notice, held at the offices of Beldock

3   Levine Hoffman & Goodman, LLP before

4   Debbie Zaromatidis, a Notary Public of the

5   State of New York.

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

| Page 137 |
|---|
| 1 |
| 2 A P P E A R A N C E S: |
| 3 |
| 4 HUMAN RIGHTS LAW FOUNDATION |
| 5 Attorneys for Plaintiffs |
| 6    1615 L Street, NW, Suite 1100 |
| 7    Washington, D.C. 20036 |
| 8 BY: TERRI MARSH, ESQ. |
| 9       - and - |
| 10    BELDOCK LEVINE & HOFFMAN, LLP |
| 11       99 Park Avenue |
| 12       New York, New York |
| 13    BY:  JOSHUA MOSKOVITZ, ESQ. |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

| Page 139 |
|---|
| 1 |
| 2       S T I P U L A T I O N S |
| 3 |
| 4       IT IS HEREBY STIPULATED AND |
| 5 AGREED by and between the Attorneys for |
| 6 the respective parties hereto that filing |
| 7 and sealing be and the same are hereby |
| 8 waived. |
| 9       IT IS FURTHER STIPULATED AND |
| 10 AGREED that all objections except as to |
| 11 the form of the question, shall be |
| 12 reserved to the time of the trial. |
| 13       IT IS FURTHER STIPULATED AND |
| 14 AGREED that the within examination may be |
| 15 signed and sworn to before any notary |
| 16 public with the same force and effect as |
| 17 though signed and sworn to before this |
| 18 Court. |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

| Page 138 |
|---|
| 1 |
| 2 A P P E A R A N C E S: (CONTINUED) |
| 3 |
| 4    CATAFAGO FINI, LLP |
| 5    Attorneys for Defendants Chinese |
| 6    Anti-Cult World Alliance, Michael Chu, |
| 7    and Zhu Zirou, and Li Huahong |
| 8       The Empire State Building |
| 9       350 Fifth Avenue, Suite 7412 |
| 10       New York, New York 10118 |
| 11    BY:  THOMAS M. FINI, ESQ. |
| 12 |
| 13 ALSO PRESENT: |
| 14 KEVIN GALLAGHER, Videographer |
| 15 ARTHUR KWOK, Interpreter |
| 16 HUA DU |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

| Page 140 |
|---|
| 1 |
| 2       THE VIDEOGRAPHER:  We are now |
| 3 going on the record at approximately |
| 4 2 a.m.  This is the beginning of file |
| 5 number 1.  My name is Kevin Gallagher |
| 6 representing Veritext New York.  The date |
| 7 today is October 14, 2016. |
| 8       This deposition is being held at |
| 9 Beldock Levine located at 99 Park Avenue, |
| 10 in New York, New York and taken by counsel |
| 11 for plaintiffs.   The caption of this case |
| 12 is Jingrong Zhang, et al. versus Chinese |
| 13 Anticult World Alliance, et al.  The case |
| 14 is filed in the United States District |
| 15 Court, Eastern District.  The case number |
| 16 15-CV1046.  The name of the witness is |
| 17 this morning is Li Huahong, and at this |
| 18 time the attorneys present in the room |
| 19 will identify themselves for the record. |
| 20       MR. MOSKOVITZ:  Joshua |
| 21 Moskovitz for plaintiffs for Beldock |
| 22 Levine. |
| 23       MS. MARSH:  Terri Marsh for |
| 24 plaintiffs with Human Rights Law |
| 25 Foundation. |

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 86

Huahong Li

1
2    A    It's been so many years, maybe I
3 don't remember exactly.
4    Q    Why are you not listed as one of
5 the initial directors of the CACWA?
6    A    At the time of registration at
7 the accountant's, they asked for names and
8 Social Security and it just so happened
9 that I didn't bring one with me that day.
10    Q    Are these three people still
11 involved with the CACWA?
12    A    Because it's been so long now, as
13 of now, I am the only person that's still
14 doing it.
15    Q    Do you operate the CACWA table by
16 yourself?
17    A    Yes.
18    Q    Do you operate it in the same
19 place always?
20    A    Yes.
21    Q    Where do you operate it?
22    A    41-40 Main Street.
23    Q    Have you -- withdrawn.
24        How long have you operated that
25 table?

Page 87

Huahong Li

1
2    A    Eight years.
3    Q    Have you always operated in the
4 same place for those three years?
5    A    All of it were arranged by the
6 community policemen.  At one point, it was
7 about two stores away.
8    Q    Other than the location two
9 stores away and the location you described
10 where it is today, are there any other
11 places where you operated that table?
12    A    My table had only been at those
13 two locations.
14    Q    Do you know the other defendant
15 in this lawsuit named Wan Hongjuan?
16    A    Yes.
17    Q    How long have you known her?
18    A    Well, the earliest memory was I
19 remember she was holding a Bible and was
20 yelling loudly in the street.
21    Q    When was that?
22    A    About two, three years now.
23    Q    Does she participate with the
24 CACWA's activities?
25    A    I have never discussed my matter,

Page 88

Huahong Li

1
2 this matter with her.
3    Q    My question is:  Does she
4 participate with the CACWA's activities?
5    A    I am not exactly sure.  However,
6 I have never approached her myself.
7    Q    Does the CACWA make T-shirts for
8 people to wear?
9    A    I do have a vest of a -- with
10 CACWA printed on it.
11    Q    What about a hat, do you have
12 hats with CACWA printed on it?
13    A    No, no, I have never done that,
14 no.
15    Q    All right.  And have you ever
16 seen Wan wearing the CACWA vest?
17    A    Once, I saw it once.
18    Q    When was that?
19    A    I don't remember the specific
20 time.
21    Q    What are the activities that the
22 CACWA carries out?
23    A    We participate in the -- we
24 participate in the Chinese New Year parade
25 on the parade vehicle, flower vehicle.

Page 89

Huahong Li

1
2    Q    Are there any other activities
3 that the CACWA carries out?
4    A    I don't remember.  I don't
5 remember exactly.
6    Q    You don't remember any other
7 activities that the CACWA carries out?
8    A    The bigger events is the Chinese
9 New Year parade.
10        MR. FINI:  Li, he didn't ask you
11    the biggest activity.  He asked for
12    you to list all the activities, and
13    you should answer his question.
14    A    Well, for example, we do go to
15 Manhattan and hold up slogan signs.
16    Q    What do the slogan signs say?
17    A    A lot of different ones, however,
18 I don't remember.
19    Q    You don't remember what a single
20 one of the slogan signs says?
21    A    I don't remember very clearly
22 since I didn't do it.
23        MR. MOSKOVITZ:  I am going to
24    stop for just a minute and I am just
25    going to say this, Mr. Fini, I think

23 (Pages 86 - 89)

Veritext Legal Solutions

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 106

1           Huahong Li
2 today?
3         MR. FINI:  Objection, asked and
4    answered.
5    A    Should be at Michael Chu's
6 office.
7    Q    The CACWA publishes a newsletter,
8 correct?
9    A    Are you talking about posters?
10   Q    No, a newsletter.
11   A    We don't have any original
12 written materials.  All our materials are
13 downloaded materials.
14       MR. MOSKOVITZ:  We are on 4.  So
15 I have one, two, three, four documents
16 that I would like to mark as
17 Plaintiffs' exhibits, if I could.  So
18 that we keep these in order, I am
19 going to hand them to you one at a
20 time.  This is 4.
21       (Flyer was marked for
22 identification as Plaintiffs'
23 Exhibit 4.)
24       MR. MOSKOVITZ:  This is 5.
25       (Flyer was marked for

Page 107

1           Huahong Li
2 identification as Plaintiffs'
3 Exhibit 5.)
4       MR. MOSKOVITZ:  This is 6.
5       (Flyer was marked for
6 identification as Plaintiffs'
7 Exhibit 6.)
8       MR. MOSKOVITZ:  This is 7.
9       (Flyer was marked for
10 identification as Plaintiffs'
11 Exhibit 7.)
12       MR. MOSKOVITZ:  This will be 8.
13       (Flyer was marked for
14 identification as Plaintiffs'
15 Exhibit 8.)
16   Q    Ms. Li, you are going to be
17 handed five documents labeled Plaintiffs'
18 Exhibits 4, 5, 6, 7 and 8.
19     I just want you to skim them and
20 let me know when you're finished, and what
21 I want you to look at them for at the
22 moment is to let me know whether you have
23 seen them before.
24   A    (Perusing.)  Yes.
25   Q    Yes, you have seen these

Page 108

1           Huahong Li
2 documents before?
3    A    Correct.
4    Q    What are they?
5    A    Materials given out from my
6 table, flyers.
7    Q    And they all have at the top of
8 each document Chinese Anti-Cult World
9 Alliance, correct?
10   A    Correct.
11   Q    They all have either your phone
12 number or the email address associated with
13 the CACWA, correct?
14   A    Yes.
15   Q    And these are materials
16 distributed at the CACWA table, correct?
17   A    Yes.
18   Q    These materials express the views
19 of the CACWA; is that right?
20       MR. FINI:  Objection.  Objection.
21   A    No, it does not represent the
22 complete view for me.  They immediately
23 downloaded the views are the views of the
24 author.
25   Q    Do you agree?

Page 109

1           Huahong Li
2    A    I do agree with some part of it.
3    Q    Have you read every word of these
4 materials?
5    A    No, did not read every word, no.
6    Q    How did you decide to distribute
7 these particular materials if you haven't
8 read all of them?
9    A    Michael Chu helped me do these
10 things, everybody have their own views
11 about it.
12   Q    Do you know who wrote these
13 documents?
14       MR. FINI:  Objection.
15   A    No, I don't, impossible for me to
16 know, I don't know the name, I don't
17 recognize the name.
18   Q    Whose choice was it to put the
19 name of your organization at the top of
20 each of these documents?
21       MR. FINI:  Objection.
22   A    I am not sure.  It was always
23 printed this way.  I am not an attorney, so
24 I am not aware of it, I am not aware of a
25 lot of it.

28 (Pages 106 - 109)

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Previo...

Page 110

1          Huahong Li
2    Q    Do you know who printed these?
3    A    So who printed it?
4    Q    Right.  Do you know who printed
5 it?
6    A    So who printed it, right?
7    Q    Right, that's my question, who --
8 I can't do this.
9    A    Yes, I know.
10   Q    Who?
11   A    The printing plant.
12   Q    What printing plant?
13   A    I don't remember.  I don't recall
14 the name of the printing plant.
15   Q    How did you come to get these
16 materials?
17   A    After -- after Mr. Chu finished
18 printing them, he would call me, I would
19 pick it up.
20   Q    So it's Mr. Chu who printed
21 these?
22   A    Yes.
23   Q    And was it Mr. Chu who put the
24 name of the Chinese Anti-Cult World
25 Alliance on top of each of these documents?

Page 111

1          Huahong Li
2        MR. FINI:  Objection.
3    A    I did not know how to do this, so
4 he helped me with all of it, doing it.
5    Q    Do you think it was your
6 responsibility as the chairperson, the sole
7 chairperson of the CACWA, to review
8 materials that were published with the name
9 of your organization at the top of it?
10       MR. FINI:  Objection.
11   A    I would glance through it.
12   Q    So you would take responsibility
13 for what was published in these documents
14 with the name of CACWA at the top?
15       MR. FINI:  Objection.  Objection.
16   A    Yes.
17   Q    Does the CACWA employ anyone?
18   A    No.
19   Q    What does the organization of the
20 CACWA -- how is it -- how is it made up,
21 who is an officer?  Who works there?
22       MR. FINI:  Objection.
23   A    Myself.
24   Q    That's it?
25   A    I would be the person looking

Page 112

1          Huahong Li
2 after those table or that table.
3    Q    So is there any other person
4 who's part of the structure of the CACWA or
5 is it just you?
6        MR. FINI:  Objection.
7    A    I lack knowledge as to how an
8 organization should be run, I don't really
9 know how it's done.
10   Q    You're the only one who runs the
11 organization, right?
12       MR. FINI:  Objection, objection.
13   A    I am not sure what you mean by
14 runs, I am not sure I understand.
15   Q    Does the CACWA pay Michael Chu?
16   A    I did not pay any money to
17 anyone.  I am the one person doing the
18 CACWA work.
19   Q    So people who participate in
20 passing out materials printed for the CACWA
21 they're what; volunteers?
22   A    Yes, yes, volunteers.
23   Q    And you supervise those
24 volunteers?
25       MR. FINI:  Objection.

Page 113

1          Huahong Li
2    A    I don't know and I don't
3 understand how it should be managed or run.
4    Q    So if someone is wearing a CACWA
5 vest, are you responsible for what they are
6 doing while they are wearing that vest?
7        MR. FINI:  Objection.
8    A    No, that's not it.
9    Q    Is anyone responsible for
10 supervising someone wearing the CACWA vest?
11       MR. FINI:  Objection.
12   A    Did not particularly try to run
13 or manage it.  Those vests after the --
14 after they are worn at the parade, they
15 would be collected.
16   Q    How many vests have been made for
17 the CACWA?
18   A    197 pieces.
19   Q    How many vests does the CACWA
20 have today?
21   A    At my place about 100-plus or so,
22 I don't exactly know exactly how many, and
23 the rest is at Mr. Chu's.
24   Q    How many people participated in
25 the CACWA float during the Chinese New Year

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 114

Huahong Li

1
2 parade?
3    A    This year less than 300.
4    Q    Are they all volunteers or was
5 anyone paid?
6    A    Not a dime to anyone.  All were
7 volunteers who showed up themselves.
8    Q    Did they receive anything in
9 return for participating in the parade?
10    A    No.
11    Q    They didn't receive vouchers for
12 a Chinese restaurant?
13        MR. FINI:  Objection.
14    A    After the parade we do have a
15 get-together meal.
16    Q    Where does that take place?
17 Sorry.  Where does that take place?
18    A    At a Flushing restaurant.
19        THE VIDEOGRAPHER:  Sorry, Joshua,
20    I need two minutes to change media.
21    Stand by.
22        It is approximately 3:56 p.m.  We
23    are going off the record.
24        (Discussion was held off the
25    record.)

Page 115

Huahong Li

1
2    THE VIDEOGRAPHER:  It is
3    approximately 4:20 p.m., we are back
4    on the record.
5 BY MR. MOSKOVITZ:
6    Q    Ms. Li, before we took a break,
7 you were explaining, I believe, the Chinese
8 New Year parade dinner afterwards.  I think
9 I had asked you what restaurant that took
10 place at.
11        Can you tell us what restaurant
12 that was?
13    A    A restaurant in Flushing.
14    Q    Do you know the name of the
15 restaurant?
16    A    This year it was held at Jin Hou
17 (phonetic).
18    Q    And who paid for that dinner?
19    A    Lunch.
20    Q    It was lunch, it wasn't dinner?
21    A    It was lunch.
22    Q    Who paid for that lunch?
23    A    I paid.
24    Q    How much did it cost?
25    A    I don't remember exactly,

Page 116

Huahong Li

1
2 possibly 6,000 or so, maybe 7,000.
3    Q    Ms. Li, I don't recall your
4 answer earlier, who paid -- who pays to
5 print the materials that you pass out at
6 the CACWA table?
7    A    Michael Chu.
8    Q    Do you know how much he is paid
9 to print those materials?
10    A    I don't really know.  I am not
11 sure.  Possibly $90, I am not sure.
12    Q    Does the CACWA have bylaws?
13    A    No.
14    Q    And does the CACWA pay taxes?
15    A    No.
16    Q    Ms. Li, do you know the Chinese
17 word "douzheng"?
18    A    Can you -- can you clarify or
19 perhaps show me or write it out?
20        MR. MOSKOVITZ:  Let's just go
21    ahead and mark this as an exhibit if
22    we are going to do this, that way
23    there is no confusion about what word
24    I am trying to pronounce.
25        Can you mark this as -- what are

Page 117

Huahong Li

1
2    we up to, 9.
3        (Document was marked for
4        identification as Plaintiff's
5        Exhibit 9.)
6    Q    Ms. Li, you are being handed a
7 document that's been marked as Plaintiffs'
8 Exhibit 9.
9        Can you take a look at the word
10 that's under No. 2?
11    A    (Perusing.)
12    Q    Do you know that word?
13    A    I do know now, yes.
14    Q    What does it mean?
15    A    I don't really know how to
16 explain it.
17    Q    To the best of your ability, how
18 would you explain what that word means?
19    A    For example, if there is some
20 conflict between two person, for example,
21 an argument between two people, that is my
22 understanding of it.
23    Q    That it means a conflict between
24 two people?
25        MR. FINI:  Objection,

30 (Pages 114 - 117)

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 181

```
 1              LI
 2 12:51 p.m.  This is the beginning of file
 3 2.
 4    Q.   Ms. Li, before we took a break,
 5 I was asking you questions about the
 6 Chinese New Year parade float, and I was
 7 asking if you could tell me who the people
 8 were that helped construct the float.
 9        Can you please tell me the names
10 of any of those people?
11    A.   Xiao Wong, another person Sifu
12 or Master Sun and also a friend of Master
13 Sun, of Sifu Sun Xiao Dee.  Another
14 person last name -- whose last name is
15 Chan, as well as another friend that was
16 brought over by Chan.  The rest I don't
17 really remember, so possibly I believe
18 these are the people who participated in
19 construction.
20    Q.   And who was responsible for
21 choosing what words went on the float?
22        MR. FINI:  Objection.
23    A.   Myself.
24    Q.   And did you print out the
25 banners or words that were put on the
```

Page 182

```
 1              LI
 2 float?
 3    A.   No.
 4    Q.   Where did those words come from?
 5    A.   From Chan.  Chan made them.
 6    Q.   Is Chan a man or a woman?
 7    A.   Man.
 8    Q.   You don't know his first name?
 9    A.   I only know his last name being
10 Chan.
11    Q.   How did you --
12    A.   Also a name in English, which I
13 am not able to say.  I don't know how to
14 say.
15    Q.   How did you communicate with
16 Chan about what you wanted on the float?
17    A.   I merely told him that I want my
18 poster or placket to be there.  That's
19 all.
20    Q.   There were different things
21 written on the float, right?
22        MR. FINI:  Objection.
23    A.   Yes.
24    Q.   And how did you tell Chan what
25 you wanted those things to say?
```

Page 183

```
 1              LI
 2    A.   I already have posters, banners,
 3 and I just merely asked him to copy them.
 4    Q.   You gave him copies of those
 5 posters and banners?
 6    A.   No.  He took pictures of my
 7 table.
 8    Q.   Are you responsible for choosing
 9 the things that are said on the posters
10 and banners at your table?
11        MR. FINI:  Objection.
12    A.   All my posters, banners were
13 helped -- made for me by Mr. Zhu.
14    Q.   That is Michael Chu you're
15 talking about?
16    A.   Correct.
17    Q.   Do you know what it says on all
18 the posters and banners at your table?
19        MR. FINI:  Objection.
20    A.   I do know, yes.  Yes.
21    Q.   And you agree with all the
22 things that are being said on the posters
23 and banners at your table?
24        MR. FINI:  Objection.
25    A.   I agree with the banners, but
```

Page 184

```
 1              LI
 2 the poster was downloaded by Mr. Chu from
 3 the web.
 4    Q.   You don't agree with it?
 5        MR. FINI:  Objection.
 6    A.   Anybody have a choice -- can
 7 have a choice to read it, whatever.  To
 8 read whatever is on the table.  Whatever
 9 is written on it is written by the author.
10    Q.   But you don't agree with all the
11 things that are written on the materials
12 on your table?
13        MR. FINI:  Objection.
14    A.   Not 100 percent.
15    Q.   What don't you agree with?
16        MR. FINI:  Objection.
17    A.   I never actually read it in
18 detail.
19    Q.   You didn't read the things that
20 were being passed out at your table?
21        MR. FINI:  Objection.
22    A.   I -- I did look but not in
23 detail.  Not very carefully.  I read
24 some material.
25    Q.   Are there things in those
```

13 (Pages 181 - 184)

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 209

LI

1
2 propaganda. They claimed that I was
3 against them, that I was a spy. That I
4 am a spy, accessory to the murder of the
5 communist party. So all of them incite
6 hatred. They all wanted to kill me. I
7 was their enemy.
8       MR. MOSKOVITZ: I am going to
9 take a short break.
10       THE VIDEOGRAPHER: We are now
11 going off the record at approximately
12 p.m.
13       (Luncheon recess: 1:48 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 210

LI

1
2  A F T E R N O O N   S E S S I O N
3           2:30 p.m.
4       THE VIDEOGRAPHER: We are now
5 going back on the record at approximately
6 2:51 p.m. This is the beginning of file
7 number 4.
8    Q.  Ms. Li, you testified that you
9 received threatening phone calls. Can you
10 tell us when that happened?
11    A.  I do have records of calling the
12 police. I don't remember when that was
13 however.
14    Q.  Where are those records of you
15 calling the police?
16    A.  At home.
17    Q.  Okay. Have you provided those
18 to your attorney?
19    A.  No.
20    Q.  You also testified that recently
21 a person who you said was Falun Gong stood
22 outside your home to extort you; is that
23 right?
24    A.  Yes.
25    Q.  Who is what person?

Page 211

LI

1
2    A.  A stranger that I don't know.
3    Q.  Is it a man or a woman?
4    A.  Woman.
5    Q.  Can you describe her at all?
6    A.  Young, about 1.6 meters height
7 approximately, young between 20 to 30s.
8 20s to 30s.
9    Q.  Is that it? Can you describe
10 anything else about her?
11    A.  She was wearing light color
12 clothing.
13    Q.  Is there anything else?
14    A.  No.
15    Q.  When did that happen?
16    A.  August 28.
17    Q.  What day of the week was that?
18    A.  I don't remember what day of the
19 week it was.
20    Q.  And what time of day was it?
21    A.  About 10, 20 minutes to 10 a.m.
22 Around there.
23    Q.  Was anyone else with you at home
24 at that time?
25    A.  My daughter was home.

Page 212

LI

1
2    Q.  Did she see this, too?
3    A.  No, she was upstairs.
4    Q.  You didn't tell her that this
5 was going on?
6    A.  I did not.
7    Q.  Why not?
8    A.  I didn't go home again.
9    Q.  I'm sorry. I don't understand
10 what that means.
11    A.  I did not go back to my house to
12 inform my daughter. I'm afraid that she
13 might be scared as well.
14    Q.  So were you not at home when
15 this happened?
16       MR. FINI: Objection.
17    A.  I was on my way out.
18    Q.  So you were on your way out of
19 your house when you saw this person, and
20 your daughter was still inside the house?
21    A.  Yes.
22    Q.  Where were you going?
23    A.  I was preparing to go to the
24 street and set up my spot.
25    Q.  What do you mean set up your

**EXHIBIT 41 – DEPOSITION OF HUAHONG LI**

Page 213

LI

1
2 spot?
3    A.    A table exactly just like Falun
4 Gong's five other tables.
5    Q.    So you're talking about your
6 CACWA table?
7    A.    Yes.
8    Q.    Did you have anything with you?
9    A.    I was only carrying a bag.
10    Q.    What did you have in the bag?
11    A.    Water, wallet food, things like
12 that.
13    Q.    What was this person doing?
14    A.    Practicing, exercising.
15    Q.    Anything else?
16    A.    She was doing the movements,
17 doing the Falun Gong movements.
18    Q.    Was she doing anything else?
19    A.    And when I passed by her
20 suddenly she opened her mouth and said
21 that she is going to kill me.
22    Q.    Did she say anything else to
23 you?
24    A.    She said that I am the devil,
25 that I am going to go to hell.

Page 214

LI

1
2    Q.    Did she say anything else to
3 you?
4    A.    That's all.
5    Q.    Did she approach you at all?
6    A.    She was moving her arms doing
7 the movements, the exercise movements.
8    Q.    Did she approach you at all, Ms.
9 Li?
10    A.    She stood in front of my house.
11    Q.    So she didn't approach you at
12 all?
13    A.    She stood there, did not move,
14 but was moving her arms doing the
15 exercise, the movements.
16    Q.    Did you call the police then?
17    A.    I pass her by, next to her.
18    Q.    Ms. Li, if you answer my
19 question I am going to assume that you
20 understood my question. If you don't
21 provide an answer that is relevant to my
22 question, I am going to assume the answer
23 is no.
24        So my question again is: Did
25 you call the police?

Page 215

LI

1
2    A.    No.  No, I did not call the
3 police.
4    Q.    So even though your daughter was
5 at home and you felt threatened by this
6 person, you didn't call the police?
7    A.    I did not call the police.
8    Q.    Did you call your daughter and
9 tell her that this person was there?
10    A.    I did not.
11    Q.    You weren't concerned that your
12 daughter might come out of the house and
13 be threatened by this person?
14    A.    My daughter does not go out.
15    Q.    Have you ever seen this woman
16 before?
17    A.    No.
18    Q.    Have you ever seen her since?
19    A.    No.
20    Q.    Do you live in a house or in an
21 apartment building?
22    A.    An apartment.
23    Q.    Is there some area around the
24 apartment that is a grass area that is
25 like a park?

Page 216

LI

1
2    A.    That grassy area is surrounded
3 by fences.
4    Q.    Is there any part of the area
5 around the apartment building where people
6 can sit?
7    A.    No.
8    Q.    Where was this woman standing
9 when you passed her?
10    A.    She was standing in front of the
11 door of the apartment building across the
12 street.
13    Q.    Was she standing on the sidewalk
14 or somewhere else?
15    A.    Sidewalk.
16    Q.    But it was across the street
17 from your building?
18        MR. FINI:  Objection.
19    A.    No, the sidewalk in front of my
20 building.
21    Q.    Have you ever seen someone
22 standing in front of your building doing
23 Falun Gong exercises before?
24    A.    No.
25    Q.    You've never seen this woman

21 (Pages 213 - 216)

**EXHIBIT 42 –TRANSLATION OF VIDEO INVOLVING DEFENDANT WAN**

|  |  |
|---|---|
| PLAINTIFFS,<br><br>ZHANG Jingrong, ZHOU Yanhua,<br><br>ZHANG Peng, ZHANG Cuiping, MIN,<br><br>Wei, LO Kitsuen, LI Xiurong, CAO Lijun,<br><br>HU Yang, GAO Jinying, CUI Lina, XU<br><br>Ting, and BIAN Hexiang<br><br>V.<br><br>Chinese Anti-Cult World Alliance, Michael<br><br>CHU, LI Huahong, WAN Hongjuan,<br><br>ZHU Zirou, & DOES 1-5 Inclusive<br><br>Defendants | No. 15-CV-1046 (SLV) (VMS) |

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the video "Hu Yang Incident - 7.24.14.mp4."
5. Included in the video are various statements made by Defendant Wan Hongjuan.
6. Among her statements is:

......共产党虽然不好，没说它好，你们是乱搞，OK？哪一天我要把你们一块打了。告诉你们的头儿，我跟你们的头儿说了，法轮功，在三年之内，把你们灭尽了！......全都把你们掐死！......你死吧，给我去！三年之内把你们全都灭绝！

In English this means:

…Although the Chinese Communist Party is no good, I didn't say it is good, you are making trouble, OK? Someday I will beat you all. Tell your leader, I have already told your leader, Falun Gong will be exterminated within three years! …I will strangle all of you! …You go die! Exterminate all of you within three years!  [Ellipses cover inaudible parts of the audio.]

**EXHIBIT 42 –TRANSLATION OF VIDEO INVOLVING DEFENDANT WAN**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
    CAN SUN