**EXHIBIT 43 – TRANSLATION OF VIDEO INVOLVING DEFENDANT WAN (APRIL 2015**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng, ZHANG Cuiping, MIN, Wei, LO Kitsuen, LI Xiurong, CAO Lijun, HU Yang, GAO Jinying, CUI Lina, XU Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael CHU, LI Huahong, WAN Hongjuan, ZHU Zirou, & DOES 1-5 Inclusive

Defendants

No. 15-CV-1046 (SLV) (VMS)

## DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the video "Ex. 43 Wan Hongjuan police car incident (20150415).mp4"
5. Included in the video are various statements made by Defendant Wan Hongjuan.
6. Among her statements is:

法轮功两年之内全部死光光，包括你！法轮功的婊子听着：两年之内所有的法轮功死光光！包括你！

All Falun Gong members will die within two years, including you! The bitch of Falun Gong, listen: All Falun Gong members will die within two years! Including you!

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____

CAN SUN

## EXHIBIT 44: PHOTOGRAPHS OF CACWA SITE WITH BOARD REGARDING FALUN GONG ACTIVITIES

PICTURES ARE SUBMITTED BELOW, INCLUDING:
Ex. 44 - 20140718 CACWA site with board saying FG to remove themselves (Attachment One).pdf
Ex. 44 - 20140718 CACWA site with board saying FG to remove themselves - enlargement of board (Attachment Two).pdf

EXHIBIT 44



EXHIBIT 44

## Nine Questions for Falungong

1. Why don't your members practice in their backyards, instead occupy the sidewalks for propaganda purposes to spread confusion?

2. There are newspaper boxes at every street corner, why do your members forcefully distribute papers at congested sidewalks?

3. Why do you set up service desks on sidewalks for people to withdraw from the party? What has practicing your Gongfa to do with withdrawal from the party? Are your trying to play politics?

4. Why is it that when Wenchuan was hit by an earthquake, you celebrate by beating drums and songs?

5. Why do you provide information to the FBI by taking pictures of people who disagree with you and label them spies, put their pictures on your TV?

6. Why does your paper provide telephone numbers for reporting illegal activities to frighten the public?

7. Why do you display those bloody pictures in the streets to frighten people?

8. Why do

**EXHIBIT 45 – CERTIFICATION OF DOCUMENTS INVOLVING DEFENDANT LI HUAHONG'S PENNAME**

|  |  |
|---|---|
| PLAINTIFFS,<br><br>ZHANG Jingrong, ZHOU Yanhua,<br><br>ZHANG Peng, ZHANG Cuiping, MIN,<br><br>Wei, LO Kitsuen, LI Xiurong, CAO Lijun,<br><br>HU Yang, GAO Jinying, CUI Lina, XU<br><br>Ting, and BIAN Hexiang<br><br>V.<br><br>Chinese Anti-Cult World Alliance, Michael<br><br>CHU, LI Huahong, WAN Hongjuan,<br><br>ZHU Zirou, & DOES 1-5 Inclusive<br><br>Defendants | No. 15-CV-1046 (SLV) (VMS) |

## DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the following documents:

    "CCRI - org doc - 20080629.pdf" (attached as part of Ex. 33)
    "CCRI Founding Document.docx" (attached as part of Ex. 33)
    "NYS Cert. for CDCRRNY.pdf" (attached as part of Ex. 33)
    "1. CCRI Founding Document - Translation to English.docx" (attached as part of Ex. 33)
    "2. Chat Room File indicating that Shitou is Li Huahong.doc" (attached as part of Ex. 45 as DEFENDANT LI HUAHONG'S PENNAME (ATTACHMENT ONE)

5. The document "CCRI Founding Document.docx" is a translation of the Chinese-language founding documents (document "CCRI - org doc - 20080629.pdf") of the Chinese Descent Civil Rights Research of New York, U.S.A., Corp.
6. The fifth signatory to this document is the name 石头 ("Shitou").

**EXHIBIT 45 – CERTIFICATION OF DOCUMENTS INVOLVING DEFENDANT LI HUAHONG'S PENNAME**

7. The document "2. Chat Room File indicating that Shitou is Li Huahong.doc" consists of screenshots from the popular WeChat social messaging platform, in a semi-public chat group taken in the morning of July 23, 2015.

8. The individual in the chat room identified as 石头 (Shitou) has as her profile picture a photograph of Li Huahong. Shitou's messages include the following comments:

    a. "Shitou's phone number: 718669689, I'm on 40-40 Main Street every day at a table, from 10:00.a.m. to 4:00 p.m. If anyone wants to debate, come find me. If you're mentally retarded, then forget it."

    b. "Main Street 41-40" [A correction to the address.]

    c. @Jing [i.e., a message directed to an individual named "Jing."] "So you're an evil cultist who's looking for a chance to spread your propaganda, are you?"

    d. "She goes out on the streets to hand out Falun Gong flyers. She got taken in by the evil cult."

    e. She shared a YouTube video titled: "(May 20) Flushing, New York battle with Falun Gong in the rain, four days…"

    f. @Jing "I'll be waiting on the street for you."

9. Li Huahong's business card (see "Ex. 39, Defendant Li Huahong - Business Card.pdf") contains the same phone number.

10. Li Huahong's deposition (Ex. 41, 86:15-22) contains the following exchange:

    Q Do you operate the CACWA table by yourself?
    A Yes.
    Q Do you operate it in the same place always?
    A Yes.
    Q Where do you operate it?
    A 41-40 Main Street.

    The address is identical with the corrected address provided by "Shitou" in the WeChat message. Moreover, the 10:00 a.m. to 4:00 p.m. timeframe is identical to that used by Li Huahong.

11. The newsletters distributed on the streets by CACWA personnel, including Li Huahong, are identified and known as the "Shitou Newsletter."

12. I believe that the above demonstrates beyond a reasonable doubt that Shitou is the alias of Li Huahong.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
CAN SUN

**EXHIBIT 45: DEFENDANT LI HUAHONG'S PENNAME (ATTACHMENT ONE)**

Jing Zhao appeal for her fellow practitioners who have been arrested , and call for social conern about organ harvestingin her wechat friends circles group (like twitter) ,
her words XXXXXX





**EXHIBIT 45: DEFENDANT LI HUAHONG'S PENNAME (ATTACHMENT ONE)**





**EXHIBIT 45: DEFENDANT LI HUAHONG'S PENNAME (ATTACHMENT ONE)**





**EXHIBIT 45: DEFENDANT LI HUAHONG'S PENNAME (ATTACHMENT ONE)**



4

# EXHIBIT 46 – VIDEO OF WAN HONGJUAN DISTRIBUTING CACWA MATERIALS

VIDEO IS SUBMITTED SEPARATELY, INCLUDING:
Ex. 46 - Video of Wan Hongjuan Distributing CACWA materials before hitting phone out lady's hand.mov

**EXHIBIT 47 – TRANSLATION OF OFFICE 6-10 AND KAIWIND WEBSITE**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed an archive of the website http://www.sclzlxds.gov.cn/Gzxxw/ShowArticle.asp?ArticleID=353, the official website of the government of Ludezhen, Sichuan Province. The original item has been deleted, but I have reviewed an archive of it, showing the above URL, before it was removed. This archive is enclosed as "610 Office-Kaiwind founding.png"
5. The article is titled "2009 年防邪教工作要点." In English this means "Key Points for Anti-Cult Work in 2009."
6. The final paragraph of this document (Section III, Item IV), says:

中央 610 办以民间的方式在互联网上开办了《凯风网》，搭建起了揭批"法轮功"荒诞邪说与反共本质的平台，省、市、县已将为《凯风网》撰稿工作列入目标考核的内容之一，镇和镇属各单位要高度重视，组织人员调查研究，积极撰稿，确保撰稿任务的完成。

**EXHIBIT 47 – TRANSLATION OF OFFICE 6-10 AND KAIWIND WEBSITE**

In English, this means:

The Central 610 Office set up Kaiwind on the internet as though it were run by members of the public, creating a platform for the exposure and criticism ["jiepi"] of Falun Gong's absurd teachings and anti-Communism fundamental nature. Provinces, municipalities and countries have included the writing of essays for Kaiwind as one of their designated targets. All towns and town subsidiary departments are to treat this with importance, organize personnel to investigate and research, actively write articles and to make sure that the task of writing articles [for Kaiwind] is completed well.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
       CAN SUN

**EXHIBIT 48 – PICTURES AND VIDEO OF DEFENDANTS WEARING CACWA VESTS**

VIDEO AND PICTURES ARE SUBMITTED SEPARATELY, INCLUDING:

Ex. 48 part 1 - Li Huahong standing at CACWA table, wearing vest (Flushing 20150502).jpg

Ex. 48 part 2 - Michael Chu in CACWA vest distributing flyers.mov

**EXHIBIT 49 – TRANSLATION OF VIDEO INVOLVING DEFENDANTS**

| | |
|---|---|
| PLAINTIFFS,<br><br>ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng, ZHANG Cuiping, MIN, Wei, LO Kitsuen, LI Xiurong, CAO Lijun, HU Yang, GAO Jinying, CUI Lina, XU Ting, and BIAN Hexiang<br><br>V.<br><br>Chinese Anti-Cult World Alliance, Michael CHU, LI Huahong, WAN Hongjuan, ZHU Zirou, & DOES 1-5 Inclusive Defendants | No. 15-CV-1046 (SLV) (VMS) |

## DECLARATION OF DR. CAN SUN

    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. In the video "Ex. 49 - Chu and Li with police officer during   CACWA protest Flushing (20160423).mp4" attached separately, the following statements are made by the individuals identified:

    警察：我现在是中性的。
    The police officer: (from 00:00:22″) Now I am neutral.

    朱：对对对，您现在是中性的。
    Chu: Yes yes yes, now you are neutral.

    女人：（00:00:35-37″）他妈 XXX
    Woman: (00:00:35-37″) Fuck, fuck!

    男人：（00:00:40）诸位，前边站，后边也站，前边站，前边站，前边站，你想看热闹前边站，想看热闹前边站，看热闹的前边站，

EXHIBIT 49 – TRANSLATION OF VIDEO INVOLVING DEFENDANTS

Man: (00:00:40) Everybody, stand in front. Also stand at the back. Stand in front, stand in front, stand in front. If you want to watch, you stand in front. If you want to watch, you stand in front.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____

        CAN SUN

## EXHIBIT 50 – DECLARATION OF LIJUN CAO

曹丽君的声明 （本声明是原告反对被告提交的的部分决定性判决的备忘录）

我年满十八岁，精神健全，有能力作出这个声明。所附声明所列举的证据是基于我个人的知识。

1. 我叫曹丽君

2. 我是中华人民共和国公民，居住在纽约法拉盛，持有绿卡。

3. 几年前，我和法轮功信仰者李秀荣一起在缅街上走，下午四点左右，李和我离开了位于大街 41-70 号的法轮功精神信仰中心的桌子。我正在推着一辆载着法轮功海报，传单和折叠桌的车。我们走在路的中间，以避免与附近的 CACWA 展台有任何接触。

4. 当我们通过 CACWA 展台时，李华红到路上来，抓起我们的推车，结果把推车掀翻了。

5. 她（李华红）随后用右手狠狠地抓住了曹的，大喊"法轮功打人了"。

6. 此时，一群人（多于 10 个人）出现并包围了我们。我相信他们是从盛津餐厅和另外一家花店出来的。

7. 我想找人帮忙。她冲上前来，用双手抓住我，但是我从人群中挣脱了。我从人群中逃出来后，听到李华红向她的人群喊道："抓住她，抓住她！揍她！杀了她！不要让她跑了！"我非常害怕这些人会严重伤害我们，甚至杀死我们。

8. 我注意到朱子柔在展台旁边。然后我看到朱先生拉住李秀荣的手提包。李秀荣让他放手，但他没有放开。

9. 我跑到位于大街 40-46 号的法轮功精神信仰中心寻求帮助。

10. 我和精神信仰中心的助理回到现场，发现李女士仍然被抓住，直到警方到达，被告人朱某才放开了手提包的带子。即使这样，由于受到被告人的伤害，我无法取回被李华红推翻的推车，并继续推回精神信仰中心。整个事件持续了大约三十分钟。

11. 事件发生后，我感到非常恐惧，为我的安全担忧。每当我回到精神信仰桌时，我都很担心。我害怕再次发生袭击。

12. 因为李华红一直诅咒我，即使是现在，无论我走到哪里，我都会躲着被告李。我经常往后看，以确保她不在那里。

13. 我继续在法拉盛修炼我的宗教信仰，在法轮功指定地点自愿参加法轮功活动。我不允许被告阻止我参加法轮功的信仰实践。但是，当我行走时，我心里充满恐惧，害怕受到进一步的攻击和暴力伤害。因此，我走不同的替代路线，尽量避免被告李。

14. 我提起这起法律诉讼，是为了防止被告利用暴力伤害、死亡威胁和其他形式的恐吓来惩罚我们在宣传信仰时接近 CACWA 的桌子，CACWA 标语和海报以及 CACWA 被告。

根据美国的法律，我宣布上述内容是真实无误的。

Cao. Li JUN

1/30/2018

1

**EXHIBIT 50 – DECLARATION OF LIJUN CAO**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,
ZHANG Peng, ZHANG Cuiping, MIN,
Wei, LO Kitsuen, LI Xiurong, CAO Lijun,   No. 15-CV-1046 (SLV) (VMS)
HU Yang, GAO Jinying, CUI Lina, XU
Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael
CHU, LI Huahong, WAN Hongjuan,
ZHU Zirou, & DOES 1-5 Inclusive
Defendants

DECLARATION OF CAO LIJUN IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Cao Lijun.

2. I am a citizen of the People's Republic of China and reside in Flushing, New York as a green card holder.

3. A few years ago, I was traveling by foot on Main Street with my fellow Falun Gong believer Li Xiurong. At about 4:00 p.m., Li and I left our post at the Falun Gong spiritual center table located at 41-70 Main Street. I was wheeling a cart carrying Falun Gong poster boards, flyers, and a folding table. We walked in the middle of the road so that we would avoid any contact with the CACWA booth nearby.

2

**EXHIBIT 50 – DECLARATION OF LIJUN CAO**

4. As we passed the CACWA booth, Li Huahong walked into the road, grabbed our cart, which as a result turned over.

5. Li Huahong then came around used my [Cao Lijun] right hand and grabbed her left hand hard and yelled "Falun Gong people hit people!"

6. At this point, a group of more than ten people appeared and surrounded us. I believe they came out of the Sheng Jin restaurant and a flower store.

7. I wanted to get help. She rushed forwards and grabbed me with her hands, but I managed to twist free and escaped from the crowd. Then, after I managed to escape from the crowd, I heard Li Huahong and her crowd yell out, "Grab her, hold her! Beat her up! Kill her! Don't let her escape!" I became extremely afraid that these people would seriously injure or even kill us.

8. I noticed that Zhu Zirou was by the side of the booth (not table to be constant). Then I saw Zhu grab Li Xiurong's handbag by the strap. Li [Xiurong, not Li Huahong] asked him to let it go. But he did not let it go.

9. I ran to the Falun Gong Spiritual Center, located at 40-46 Main Street, to seek help.

10. I returned to the scene with an assistant from the Spiritual Center to find that Ms. Li was still held captive. It was not until the police arrived that Defendant Zhu let go of her handbag strap. Even then, due to the trauma caused by the Defendants, I was unable to retrieve the cart Defendant Li had overturned and continue to travel with it to the Spiritual Center. The entire incident lasted about thirty minutes.

11. After this incident, I became extremely afraid and fearful for my safety. I worried each time I returned to the spiritual table. I was afraid of another attack.

12. Because Li continued to curse at me, even now, wherever I walk, I avoid Defendant Li. I often look behind me to make sure she's not there.

13. I continue to practice my religion in Flushing, to volunteer at the Falun Gong designated sites and attend other Falun Gong events. I did not allow the Defendants to prevent me from participating in the faith-based practice of Falun Gong. However, I when I travel I do so in fear of further attacks and violence. For this reason, I take alternate routes and do my best to avoid Defendant Li.

**EXHIBIT 50 – DECLARATION OF LIJUN CAO**

14. I filed this lawsuit to prevent Defendants from using physical violence, death threats and other forms of intimidation to punish us for proselytizing in close proximity to the CACWA table, CACWA banners and posters and the CACWA defendants

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January _____, 2018, in _____.

_____

CAO LIJUN

4

**EXHIBIT 51 – GLOBAL CACWA ORGANIZATIONS**

PLAINTIFFS,

ZHANG Jingrong, ZHOU Yanhua,

ZHANG Peng, ZHANG Cuiping, MIN,

Wei, LO Kitsuen, LI Xiurong, CAO Lijun,    No. 15-CV-1046 (SLV) (VMS)

HU Yang, GAO Jinying, CUI Lina, XU

Ting, and BIAN Hexiang

V.

Chinese Anti-Cult World Alliance, Michael

CHU, LI Huahong, WAN Hongjuan,

ZHU Zirou, & DOES 1-5 Inclusive

Defendants

DECLARATION OF DR. CAN SUN

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

1. My name is Dr. Can Sun.
2. I am fluent in Mandarin Chinese.
3. I have translated thousands of Chinese documents into English, and vice versa, for litigation, media, and other professional purposes over a period of 12 years.
4. I have reviewed the following documents:

   "1. WOCACA.pdf"
   "2. Three branches in Spain.pdf"
   "3. AragonCACA2016.pdf"
   "4. AfricaCACA2015.pdf"
   "5. RussianCACA2002.pdf"
   "5. RussianCACA-Chairman2002.pdf"

5. These documents relate to the establishment of branches of the China Anti-Cult Association around the world.
6. The document WOCACA.pdf is the archive of an article, dated October 16, 2002, in People's Daily, the authoritative publication of the Chinese Communist Party's Central Committee. It says:

**EXHIBIT 51 – GLOBAL CACWA ORGANIZATIONS**

由西班牙各华侨团体组成的"世界华侨 华人反邪教协会"１５日在马德里宣告成立。[...] 成立"世界华侨华人反邪教协会"的宗旨就是同"法轮功"邪教组织进行坚持 不懈的斗争。

In English, this means:

Chinese groups in Spain announced the establishment of the "World Overseas Chinese Anti-Cult Association" in Madrid on (October) the 15th. […] the purpose of establishing the "World Overseas Chinese Anti-Cult Association" is to engage in an unrelenting and protracted struggle against the 'Falun Gong' evil cult organization.

It also says:

中国驻西班牙大使汤永贵在大会上发表讲话，并祝贺"世界华侨华人反邪教协会"成立。

In English this means:

Chinese ambassador to Spain Tang Yonggui delivered a speech at the conference, and congratulated the formation of the World Overseas Chinese Anti-Cult Association.

7. The document "Three branches in Spain.pdf", an archive of an article authored by "China Qingtian Online," published by the official website of the Zhejiang provincial government on October 10, 2009, makes clear that there are at least three more Chinese Anti-Cult Associations in Spain that operate as local branches of the WOCACA. They are WOCACA of Southern Spain, chaired by Wu Jingnian, WOCACA of Northern Spain, chaired by Bao Weixiong, and WOCACA of Barcelona, chaired by Zhou Jianhong.

The Chinese text evidencing this says:

包伟雄　　西班牙北部反邪教协会
吴靖年　　西班牙南部反邪教协会
周建洪　　西班牙巴塞罗那反邪教协会

In English, these are the three names of the individuals Bao Weixiong, Wu Jingnian, and Zhou Jianhong, of the three organizations respectively.

8. The Chinese Anti-Cult Association of Aragon, Spain was established more recently, on March 2016, as shown in "AragonCACA2016.pdf," a report in the Chinese media dated March 15, 2016. It is chaired by Li Zhixiong (厉志雄), who has expressed his gratitude to the Chinese Embassy in Spain for its support.

The Chinese text evidencing this is:

阿拉贡华侨华人反邪教协会首任会长厉志雄先生首先致辞，他首先感谢驻西大使馆的积极支持和配合。

**EXHIBIT 51 – GLOBAL CACWA ORGANIZATIONS**

In English this means:

Inaugural chairman of the Chinese Anti-Cult Association of Aragon, Li Zhixiong, made the first speech. He first expressed gratitude toward the Chinese Embassy in Spain for its active support and cooperation.

9. The Pan-Africa Chinese Anti-Cult Association was established on November 22, 2015 in Duran, South Africa, according to the website "South Africa Overseas Chinese Online" (南非侨网), in an article dated December 1, 2015. The Chairman Chen Keyi is also the Chairman of the Chinese Association for the Promotion of Peaceful Reunification.

The Chinese text evidencing this is:

全非洲华人反邪教协会，经过积极筹备，终于在 2015 年 11 月 22 日在南非德班正式成立。

In English it says:

After energetic preparations, the Pan-Africa Chinese Anti-Cult Association was at least formally established on November 22, 2015 in Duran, South Africa.

10. The Chinese Association for the Promotion of Peaceful Reunification and Overseas Chinese Russian Anti-Cult Association has operated in Russia at least as early as January 20, 2002. It has hosted an "Anti-Falun Gong Exhibition" in Moscow. The Exhibition was attended by the Chinese Ambassador to Russia, Zhang Deguang (张德广), who gave a speech. The Overseas Chinese Russian Anti-Cult Association is chaired by Han Cunli.

11. This is evidenced in the two files "RussianCACA2002.pdf" and "RussianCACA-Chairman2002.pdf," which are archives of news reports from the officially-run media Xinhua News Agency and China News Service, dated July 15, 2002 and January 2, 2003 respectively.

The Chinese text evidencing this from "RussianCACA2002.pdf" is:

俄罗斯中国和平统一促进会暨反邪教协会举行揭批"法轮功"图片展

Russian Chinese Association for the Promotion of Peaceful Reunification and the Anti-Cult Association Hold a Picture Exhibition for the Public Exposure and Criticism [jiepi] of 'Falun Gong.'

旅俄华人反邪教协会会长、莫斯科华人联合总会主席韩存礼说，"法轮功"邪教组织攻击鑫诺卫星，破坏公共信息安全，侵害公众利益…

Han Cunli, director of the Overseas Chinese Russian Anti-Cult Association and Chairman of the Moscow Chinese Federation, said that the 'Falun Gong' evil cult organization attacked

**EXHIBIT 51 – GLOBAL CACWA ORGANIZATIONS**

the Xinnuo Satellite, destroyed the safety of public information, harmed the interested of the masses…

The Chinese text evidencing this from "RussianCACA-Chairman2002.pdf" is:

中国驻俄罗斯大使张德广先生在图片展上发表了讲话。

Chinese Ambassador to Russia Mr. Zhang Deguang gave a speech at the [Anti-Falun Gong] photograph exhibit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January 2018, in Seattle, Washington.

_____
CAN SUN

EXHIBIT 52 - DECLARATION OF ERH BOON TIONG

| |  |
|---|---|
| PLAINTIFFS, <br><br> ZHANG Jingrong, ZHOU Yanhua, <br><br> ZHANG Peng, ZHANG Cuiping, MIN, <br><br> Wei, LO Kitsuen, LI Xiurong, CAO Lijun, <br><br> HU Yang, GAO Jinying, CUI Lina, XU <br><br> Ting, and BIAN Hexiang <br><br> V. <br><br> Chinese Anti-Cult World Alliance, Michael <br><br> CHU, LI Huahong, WAN Hongjuan, <br><br> ZHU Zirou, & DOES 1-5 Inclusive <br><br> Defendants | No. 15-CV-1046 (SLV) (VMS) |

### DECLARATION OF ERH BOON TIONG IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the enclosed Declaration is based on my personal knowledge.

1. My name is Erh Boon Tiong.

2. I am a citizen of United State of America and reside in Upstate of New York.

3. I am listed as a witness in the above-captioned case.

4. In July 2008, I resided in Elmhurst of NYC.

5. On July 18, 2009, I attended the arraignment of Li Huahong at the Queens Criminal Court.

6. Li Huahong was being arraigned for activities she had carried out against Falun Gong believers that same year.

7. After her July 18, 2009 arraignment, Li Huahong smiled approvingly as her colleague Fu Ni said to me and some Falun Gong believers while we existing the court, "[i]n Flushing Falun Gong must not be allowed to exist."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 7th January 2018, in New York.

Erh Boon Tiong

**EXHIBIT 53 – NYPD DETECTIVE KEITH NG GIVING THE FINGER TO FALUN GONG, AND OFFICER NG'S BUSINESS CARD**



EXHIBIT 53

EXHIBIT 53

