DATE **4/11/18**

BEFORE JUDGE **Weinstein** AT **11:00** A.M/~~P.M.~~

C/R ~~or ECR~~ **R. Schmid** MAG. _____

### CIVIL CAUSE FOR MOTION HEARING

Docket Number **CV15-1046**

Title: **Zhang Jingrong** vs. **CACWA**
(Pltff.) (Deft.) _____ motion for _____

Appearances: For Pltff. **Joshua Moskowitz**
**Terri Marsh**

For Deft. **Toni Fine**
**Edmond Wong**

✓ Case called.  ____ Parties Sworn  ✓ Evidentiary Hearing Held.

____ Counsel for all sides present.

____ Counsel for _____ not present.

____ Motion argued. ____ Motion Granted ____ Motion Denied.

____ Decision reserved.

____ Order to be submitted by _____.

____ Case adjourned to _____ for _____

✓ Other **Additional briefs to be submitted**