UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

Zhang Jingrong et al.

                                    Plaintiffs,

    -against-

Chinese Anti-Cult World Alliance et al.

                                      Defendants.

---------------------------------------------------------------------- X

No. 1:15-cv-01046-PKC-VMS

**NOTICE OF CHANGE OF FIRM, ADDRESS, TELEPHONE, AND EMAIL**

      PLEASE TAKE NOTICE that Joshua S. Moskovitz, attorney for Plaintiffs herein, has changed firms. Mr. Moskovitz's new contact information is:

>  THE LAW OFFICE OF JOSHUA MOSKOVITZ
> 233 Broadway, Suite 2220
> New York, New York 10279
> Phone: (212) 380-7040
> Fax: (888) 398-0032
> josh@moskovitzlaw.com

Dated: New York, New York
        May 6, 2020

Respectfully submitted,

_/s/ Joshua S. Moskovitz_

Joshua S. Moskovitz
EDNY Bar Number JM4721