UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng, ZHANG Cuiping, WEI Min, LO Kitsuen, LI Xiurong, CAO Lijun, HU Yang, GAO Jinying, CUI Lina, XU Ting, and BIAN Hexiang,<br><br>Plaintiffs,<br><br>vs.<br><br>Chinese Anti-Cult World Alliance (CACWA), Michael CHU, LI Huahong, WAN Hongjuan, ZHU Zirou, & DOES 1-5 Inclusive,<br><br>Defendants. | Statement Noting Party Deaths<br><br>Civil Action No. 1:15-cv-01046-PKC-JRC |

## STATEMENT NOTING PARTY DEATHS

In accordance with Federal Rule of Civil Procedure 25, Plaintiffs-counter-defendants Zhang Jingrong, Zhou Yanhua, Zhang Peng, Wei Min, Lo Kitsuen, Cao Lijun, Hu Yang, Gao Jinying, Cui Lina, and Xu Ting note the death during the pendency of this action of Bian Hexiang, Plaintiff-counter-defendant, and Li Xiurong, Plaintiff-counter-defendant.

Dated: June 7, 2023

Respectfully Submitted,

/s/ Terri E. Marsh
Terri E. Marsh
Human Rights Law Foundation
1701 Rhode Island Avenue NW, Suite 4-117
Washington, DC 20036
(202) 697-3859
terri.marsh.hrlf@gmail.com
*Counsel for Plaintiffs*