UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHANG Jingrong, ZHOU Yanhua, ZHANG Peng, ZHANG Cuiping, WEI Min, LO Kitsuen, CAO Lijun, HU Yang, GAO Jinying, CUI Lina, and XU Ting,<br><br>    Plaintiffs,<br><br>vs.<br><br>Chinese Anti-Cult World Alliance (CACWA), Michael CHU, LI Huahong, WAN Hongjuan, ZHU Zirou, & DOES 1-5 Inclusive,<br><br>    Defendants. | Joint Stipulation of Dismissal with Prejudice<br><br>Civil Action No. 1:15-cv-01046-PKC-JRC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs-counter-defendants Zhang Jingrong, Zhou Yanhua, Zhang Peng, Wei Min, Lo Kitsuen, Cao Lijun, Hu Yang, Gao Jinying, Cui Lina, and Xu Ting ("Plaintiffs"), by and through their attorney, and Defendants-counter-plaintiffs Chinese Anti-Cult World Alliance, Inc., Michael Chu, Li Huahong, and Wan Hongjuan, ("Defendants"), by and through their attorneys, hereby jointly stipulate and agree that all claims and counterclaims between the parties be dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

    **IT BE AND HEREBY IS SO STIPULATED.**

Dated: November 13, 2023

/s/ Terri E. Marsh
Terri E. Marsh
Human Rights Law Foundation
1701 Rhode Island Avenue NW, Suite 4-117
Washington, DC 20036
(202) 697-3859
terri.marsh.hrlf@gmail.com
*On Behalf of Plaintiffs*

/s/ Tom M. Fini
Tom M. Fini
Catafago Fini LLP
350 Fifth Avenue, Suite 7710
New York, NY 10118
(212) 239-9669
tom@catafagofini.com
*On Behalf of Defendants*


/s/ Edmond W. Wong
Law Office of Edmond W. Wong, PLLC
135-16 Northern Boulevard, 2nd Fl.
Flushing, NY 11354
718-218-3900
edmond@edwonglaw.com
*On Behalf of Defendants*